UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BRUCE S. SHERMAN,

               Plaintiff,

  - against -

BEAR STEARNS COMPANIES, JAMES CAYNE,
WARREN SPECTOR and DELOITTE & TOUCHE LLP

               Defendants.

------------------------------------------X

09 Civ. 8161 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

**Sweet, D.J.,**

        The Plaintiff's objection to consolidation, dated October 9, 2009, will be heard at noon on Wednesday, October 28, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**October 14, 2009**

ROBERT W. SWEET
U.S.D.J.