UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION | Master File No.: 08 MDL 1963 (RWS) |
| This Document Relates To: Securities Action, No. 08 Civ. 2793 (RWS) | ECF Case |
| BRUCE S. SHERMAN, Plaintiff, v. BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP, Defendants. | Index No.: 09 Civ. 8161 (RWS) <br><br> **FILED UNDER SEAL** |

## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Brad S. Karp
John F. Baughman
Jessica S. Carey
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
David S. Frankel
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

WACHTELL, LIPTON, ROSEN & KATZ
David B. Anders
51 West 52nd Street
New York, New York  10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES .................................................................................................... ii
PRELIMINARY STATEMENT ................................................................................................. 1
STATEMENT OF FACTS ......................................................................................................... 8
ARGUMENT ............................................................................................................................ 8
I.  Relevant Legal Standards ........................................................................................... 8
II. The Undisputed Facts Show That Defendants Made No Material Misstatements or Actionable Omissions .............................................................. 11
    A. Plaintiff Cannot Show Any Material Misstatement or Actionable Omission About Bear Stearns's Financing, Leverage, or Mortgage Exposure ................................. 11
    B. Plaintiff Cannot Show any Material Misstatement or Omission Regarding Bear Stearns's Mortgage Valuations ................................................................ 15
    C. Plaintiff Cannot Show any Material Misstatement or Omission About Bear Stearns's Risk Management ......................................................................... 20
    D. Plaintiff Cannot Show any Material Misstatement or Actionable Omission Regarding Bear Stearns's Liquidity or Capital ............................................ 24
III. Plaintiff Cannot Prove the Alleged Fraud Caused His Losses ......................... 26
    A. Defendants Are Entitled to Summary Judgment Because Finnerty's Expert Testimony is Inadmissible ............................................................................ 27
    B. In Any Event, Even With Finnerty's Testimony, Plaintiff Cannot Establish Loss Causation for March 14-17 ........................................................................ 29
        1. The March 14 and March 16 Statements Are Not Corrective Disclosures ........ 29
        2. Plaintiff Cannot Establish that the Losses on March 14 and March 17 Were Due to a Materialization of an Undisclosed Risk ............................. 31
IV. Plaintiff's Section 18 Claim Is Time-Barred ....................................................... 33
V.  Plaintiff's Holder Claims Are Not Actionable under New York Common Law ............. 34
VI. Defendants Are Entitled to Summary Judgment on Plaintiff's Section 20 Claim ........... 36
VII. Defendants Are Entitled to Summary Judgment on Plaintiff's Claims Based on Purchases on August 15, 2007, March 11, 2008, and March 13, 2008 ............... 36
    A. Sherman Cannot Bring Claims Related to the 7,000 Shares Purchased on August 15, 2007 Because He Did Not Own Those Shares ............................ 36
    B. Defendants Are Entitled To Summary Judgment on Purchases Made on March 11, 2008 and March 13, 2008 Because Plaintiff Cannot Show That Those Purchases Caused Injury to Him ..................................................... 38
CONCLUSION ..................................................................................................................... 40

i

TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*In re Adelphia Comms. Corp. Sec. and Deriv. Litig.*,
  2010 WL 3528872 (S.D.N.Y. 2010) ..................................................................... 10

*In re Aegon N.V. Sec. Litig.*,
  2004 WL 1415973 (S.D.N.Y. 2004) ..................................................................... 13

*Anderson* v. *Liberty Lobby, Inc.*,
  477 U.S. 242 (1986) ................................................................................................ 8

*In re AOL Time Warner, Inc. Secs. Litig.*,
  503 F. Supp. 2d 666 (S.D.N.Y. 2007) .................................................................. 30

*In re Ashanti Goldfields Sec. Litig.*,
  184 F. Supp. 2d 247 (E.D.N.Y. 2002) .................................................................. 15

*Ashland Inc.* v. *Morgan Stanley & Co.*,
  652 F.3d 333 (2d Cir. 2011) ................................................................................... 9

*In re Avista Corp. Secs. Litig.*,
  415 F. Supp. 2d 1214 (E.D. Wash. 2005) ............................................................ 30

*In re Axis Capital Holdings Ltd. Sec. Litig.*,
  456 F. Supp. 2d 576 (S.D.N.Y. 2006) .................................................................. 15

*In re Bank of America Corp. Secs., Deriv., and ERISA Litig.*,
  2012 WL 1353523 (S.D.N.Y. 2012) ..................................................................... 14

*Bank Hapoalim* v. *WestLB AG*,
  995 N.Y.S.2d 7 (1st Dep't 2014) .......................................................................... 35

*Basic, Inc.* v. *Levinson*,
  485 U.S. 224 (1988) ................................................................................................ 9

*In re Bear Stearns*,
  763 F. Supp. 2d 423 (S.D.N.Y. 2011) .................................................................... 6

*In re Bear Stearns Cos., Inc. Secs. Deriv. & ERISA Litig.*,
  995 F. Supp. 2d 291 (S.D.N.Y. 2014) .................................................................. 33

*Beleson* v. *Schwartz*,
  599 F. Supp. 2d 519 (S.D.N.Y. 2009) .................................................................. 36

*Bloor* v. *Carro, Spanbock, Londin, Rodman & Rass*,
  754 F.2d 57 (2d Cir. 1985) ................................................................................... 40

Case 1:08-md-01963-RWS   Document 510   Filed 08/17/15   Page 4 of 9

*Boca Raton Firefighters & Police Pension Fund* v. *Bahash*,
   506 F. App'x 32 (2d Cir. 2012) ............................................................................ 14, 24

*Bricklayers & Trowel Trades Int'l Pension Fund* v. *Credit Suisse Sec. (USA) LLC*, 752 F.3d 82 (1st Cir. 2014) ............................................................................ 28

*Carroll* v. *LeBoeuf, Lamb, Greene & MacRae, LLP*,
   623 F. Supp. 2d 504 (S.D.N.Y. 2009) ........................................................................ 10

*In re Centerline Holding Co. Sec. Litig.*,
   380 F. App'x 91 (2d Cir. 2010) .................................................................................... 9

*Charas* v. *Sand Tech. Sys. Int'l, Inc.*,
   1992 WL 296406 (S.D.N.Y. 1992) ............................................................................ 13

*Ciresi* v. *Citicorp*,
   782 F. Supp. 819 (S.D.N.Y. 1991) ............................................................................. 13

*In re Citigroup, Inc. Sec. Litig.*,
   330 F. Supp. 2d 367 (S.D.N.Y. 2004) .................................................................. 12, 20

*In re Citigroup Inc. Sec. Litig.*,
   987 F. Supp. 2d 377 (S.D.N.Y. 2013) ........................................................................ 25

*Dalberth* v. *Xerox Corp.*,
   766 F.3d 172 (2d Cir. 2014) .................................................................................... 9, 21

*Daubert* v. *Merrell Dow Pharms., Inc.*,
   509 U.S. 579 (1993) .................................................................................................... 11

*In re Duke Energy Corp. Sec. Litig.*,
   282 F. Supp. 2d 158 (S.D.N.Y. 2003) ........................................................................ 13

*ECA, Local 134 IBEW Joint Pension Trust of Chicago* v. *JP Morgan Chase Co.*,
   553 F.3d 187 (2d Cir. 2009) ....................................................................................... 19

*Erica P. John Fund, Inc.* v. *Halliburton Co.*,
   131 S. Ct. 2179 (2011) ................................................................................................ 27

*Fener* v. *Operating Eng'rs Constr. Indus. Pension Fund*,
   579 F.3d 401 (5th Cir. 2009) ...................................................................................... 27

*Fezzani* v. *Bear Stearns & Co.*,
   592 F. Supp. 2d 410 (S.D.N.Y. 2008) ........................................................................ 10

*First Gen. Res. Co.* v. *Hartman & Craven*,
   1989 WL 135383 (S.D.N.Y. 1989) ............................................................................ 13

Doc#: US1:10180696v1

*Garber* v. *Legg Mason, Inc.*,
    537 F. Supp. 2d 597 (S.D.N.Y. 2008) ................................................................... 30

*Gissin* v. *Endres*,
    739 F. Supp. 2d 488 (S.D.N.Y. 2010) ................................................................... 25

*Gordon Partners* v. *Blumenthal*,
    2007 WL 431864 (S.D.N.Y. 2007) ....................................................................... 28

*Heilweil* v. *Mount Sinai Hosp.*,
    32 F.3d 718 (2d Cir. 1994) ..................................................................................... 8

*Hubbard* v. *BankAtlantic Bancorp, Inc.*,
    688 F.3d 713 (11th Cir. 2012) .............................................................................. 28

*Hutchison* v. *Deutsche Bank Sec. Inc.*,
    647 F.3d 479 (2d Cir. 2011) ................................................................................. 19

*Int'l Fund Mgmt.* v. *Citigroup Inc.*,
    822 F. Supp. 2d 368 (S.D.N.Y. 2011) ................................................................... 10

*Jeffrys* v. *City of New York*,
    426 F.3d 549 (2d Cir. 2005) ................................................................................... 8

*In re JP Morgan Chase Sec. Litig.*,
    2007 WL 950132 (S.D.N.Y. 2007) ....................................................................... 23

*In re JP Morgan Chase Sec. Litig.*,
    363 F. Supp. 2d 595 (S.D.N.Y. 2005) ................................................................... 26

*Kumho Tire Co.* v. *Carmichael*,
    526 U.S. 137 (1999) .............................................................................................. 29

*Lentell* v. *Merrill Lynch & Co., Inc.*,
    396 F.3d 161 (2d Cir. 2005) ..................................................................... 26, 27, 39

*Lerner* v. *FNB Rochester Corp.*,
    841 F. Supp. 97 (W.D.N.Y. 1993) ........................................................................ 13

*In re Lululemon Sec. Litig.*,
    14 F. Supp. 3d 553, 571 (S.D.N.Y. 2014) .............................................................. 9

*In re Marsh & McLennan Cos., Inc. Sec. Litig.*,
    501 F. Supp. 2d 452 (S.D.N.Y. 2006) ................................................................... 13

*In re Merrill Lynch & Co. Research Reports Sec. Litig.*,
    568 F. Supp. 2d 349 (S.D.N.Y. 2008) ................................................................... 10

iv

Doc#: US1:10180696v1

*In re N. Telecom Ltd. Sec. Litig.*,
  116 F. Supp. 2d 446 (S.D.N.Y. 2000) ................................................................. 9

*In re N.Y. Cmty. Bancorp*,
  448 F. Supp. 2d 466 (E.D.N.Y. 2006) ................................................................. 15

*In re Omnicom Grp., Inc. Sec. Litig.*,
  541 F. Supp. 2d 546 (S.D.N.Y. 2008) ................................................................. 28

*In re Omnicom Grp., Inc. Sec. Litig.*,
  597 F.3d 501 (2d Cir. 2010) ......................................................................... *passim*

*In re Pfizer Sec. Litig.*,
  2014 WL 3291230 (S.D.N.Y. 2014) ................................................................... 28

*Plumbers Local Union No. 392 Pension Fund v. Fairfax Fin. Holds. Ltd.*,
  886 F. Supp. 2d 328 (S.D.N.Y. 2012) ................................................................. 30

*Powell v. Nat'l Bd. of Med. Exam'rs*,
  364 F.3d 79 (2d Cir. 2004) ............................................................................. 8

*Raines v. Byrd*,
  521 U.S. 811 (1997) .................................................................................... 37

*Ross v. Lloyds Banking Grp., PLC*,
  2012 WL 4891759 (S.D.N.Y. 2012) .............................................................. 25, 36

*Santa Fe Indus., Inc. v. Green*,
  430 U.S. 462 (1977) .................................................................................... 12

*Sciallo v. Tyco Int'l, Inc.*,
  2012 WL 2861340 (S.D.N.Y. 2012) ................................................................... 27

*In re Sec. Capital Assurance Ltd. Sec. Litig.*,
  2011 WL 4444206 (S.D.N.Y. 2011) ................................................................... 29

*Solow v. Citigroup, Inc.*,
  2012 WL 1813277 (S.D.N.Y. 2012) ................................................................... 26

*Special Situations Fund III, L.P. v. Am. Dental Partners, Inc.*,
  775 F. Supp. 2d 227 (D. Mass. 2011) ................................................................. 34

*SRM Global Fund L.P. v. Countrywide Fin. Corp.*,
  2010 WL 2473595 (S.D.N.Y. 2010) .............................................................. 10, 24

*Starr Foundation v. Am. Int'l Grp., Inc.*,
  901 N.Y.S.2d 246 (1st Dep't 2010) ................................................................... 35

Doc#. US1:10180696v1

*Stichting Pensioenfonds ABP v. Countrywide Fin. Corp.*,
    802 F. Supp. 2d 1125 (C.D. Cal. 2011) .................................................................. 34

*Stoneridge Inv. Partners, LLC v. Scientific-Atlanta, Inc.*,
    552 U.S. 148 (2008) .................................................................................................. 9

*Varga v. McGraw Hill Fin. Inc.*,
    2015 WL 4627748 (N.Y. Sup. Ct. 2015) ................................................................ 35

*W.R. Huff Asset Mgmt. Co., LLC v. Deloitte & Touche, LLP*,
    549 F.3d 100 (2d Cir. 2008) .................................................................................... 37

*In re Warner Commc'ns Sec. Litig.*,
    618 F. Supp. 735 (S.D.N.Y. 1985) ......................................................................... 28

*In re Williams Sec. Litig.*,
    558 F.3d 1130 (10th Cir. 2009) .............................................................................. 29

*In re Worldcom, Inc. Sec. Litig.*,
    2005 WL 2319118 (S.D.N.Y. 2005) ....................................................................... 32

**STATUTES AND RULES**

15 U.S.C. § 78j ................................................................................................................. 8

15 U.S.C. § 78r ............................................................................................................ 8, 33

15 U.S.C. § 78t ................................................................................................................. 9

15 U.S.C. § 78u-4(b) ...................................................................................................... 39

Fed. R. Civ. P. 56 ....................................................................................................... 1, 8

**REGULATIONS**

17 C.F.R. 240.10b-5 ........................................................................................................ 9

# PAGES 1-40 INTENTIONALLY OMITTED

Doc# US1.10180696v1

Dated: August 17, 2015
       New York, New York

        Respectfully Submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        John F. Baughman (jbaughman@paulweiss.com)
        Jessica S. Carey (jcarey@paulweiss.com)
        Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*


David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212 715-9100)
*Attorneys for Defendant James E. Cayne*


David B. Anders (DBAnders@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

41