UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 MDL 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br><br>Plaintiff,<br>v.<br><br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,<br><br>Defendants. | Index No.:<br>09 Civ. 8161 (RWS)<br><br>**FILED UNDER SEAL** |

## DEFENDANTS' STATEMENT OF MATERIAL UNDISPUTED FACTS PURSUANT TO LOCAL CIVIL RULE 56.1

Pursuant to Rule 56.1 of the Local Civil Rules of this Court, defendants The Bear Stearns Companies Inc. ("Bear Stearns" or the "Company"), James Cayne, and Warren Spector submit this statement of the material facts as to which they contend there is no genuine issue to be tried. Defendants expressly preserve all of their objections to the admissibility of the evidence cited herein and in the accompanying memoranda of law and do not waive any objections by making this submission.

Doc# US1 10180768v1

**PAGES 2-43 INTENTIONALLY OMITTED**

Doc#: US1:10180768v1

Dated: August 17, 2015
       New York, New York

        Respectfully Submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        John F. Baughman (jbaughman@paulweiss.com)
        Jessica S. Carey (jcarey@paulweiss.com)
        Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212 715-9100)
*Attorneys for Defendant James E. Cayne*

David B. Anders (DBAnders@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

44

Doc#: US1:10180768v1