UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION | Master File No.: 08 MDL 1963 (RWS) ECF Case |
| This Document Relates To: Securities Action, No. 08 Civ. 2793 (RWS) | **ORAL ARGUMENT REQUESTED** |
| BRUCE S. SHERMAN, Plaintiff, v. BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP, Defendants. | Index No.: 09 Civ. 8161 (RWS) |

### NOTICE OF MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN D. FINNERTY

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying Memorandum of Law, the Declaration of Jessica S. Carey and the exhibits annexed thereto, Defendants The Bear Stearns Companies Inc., James Cayne, and Warren Spector will move this Court, before the Honorable Robert W. Sweet, on December 2, 2015 at 12:00 pm, or at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Evidence 403, 702, and 703, and the Supreme Court's decision in *Daubert* v. *Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), granting Defendants' motion to exclude certain portions of the report and testimony of

Plaintiff's expert John D. Finnerty from these actions. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: August 17, 2015
New York, NY

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp (bkarp@paulweiss.com)
John F. Baughman (jbaughman@paulweiss.com)
Jessica S. Carey (jcarey@paulweiss.com)
Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212 715-9100)
*Attorneys for Defendant James E. Cayne*

David B. Anders (DBAnders@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*