UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 MDL 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,<br><br>      Defendants. | Index No.:<br>09 Civ. 8161 (RWS)<br><br>**<u>FILED UNDER SEAL</u>** |

### DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN D. FINNERTY

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Brad S. Karp
John F. Baughman
Jessica S. Carey
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
David S. Frankel
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

WACHTELL, LIPTON, ROSEN & KATZ
David B. Anders
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

Doc#: US1.10180906v1

TABLE OF CONTENTS

Page(s)

TABLE OF AUTHORITIES .................................................................................................. ii

PRELIMINARY STATEMENT ............................................................................................. 1

THE FACTS ........................................................................................................................ 3

ARGUMENT ....................................................................................................................... 5

I. Finnerty's Opinions on Loss Causation and Damages During the "Leakage Period" Should Be Excluded ............................................................................. 7
    A. Finnerty's Leakage Opinions Should Be Excluded Because They Are Not Generally Accepted or Peer Reviewed ........................................... 9
    B. Finnerty's Leakage Opinions Should Be Excluded Because They Are Unreliable .................................................................................................. 11

II. Finnerty's Opinions on Loss Causation and Damages Should be Excluded Because His Estimates of Inflation Are Unreliable ................................................ 15

III. Finnerty Should Not Be Allowed to Give Testimony That Is Nothing More Than Summaries and Characterizations of the Evidence ........................... 18

CONCLUSION ................................................................................................................... 25

TABLE OF AUTHORITIES

Page(s)

**Cases**

*Am. Home Assur. Co.* v. *Merck & Co.*,
    462 F. Supp. 2d 435 (S.D.N.Y. 2006) .................................................................. 23

*Arista Records LLC* v. *Usenet.com, Inc.*,
    608 F. Supp. 2d 409 (S.D.N.Y. 2009) .................................................................. 23

*Astra Aktiebolag* v. *Andrx Pharms., Inc.*,
    222 F. Supp. 2d 423 (S.D.N.Y. 2002) ................................................................ 6, 7

*Compania Embotelladora Del Pacifico, S.A.* v. *Pepsi Cola Co.*,
    650 F. Supp. 2d 314 (S.D.N.Y. 2009) .................................................................. 15

*Daubert* v. *Merrell Dow Pharms., Inc.*,
    509 U.S. 579 (1993) ........................................................................................*passim*

*Dura Pharmaceuticals, Inc.* v. *Broudo*,
    544 U.S. 336 (2005) ................................................................................... 1, 7, 13

*Erica P. John Fund, Inc.* v. *Halliburton Co.*,
    131 S. Ct. 2179 (2011) ........................................................................................... 8

*Faulkner* v. *Arista Records LLC*,
    46 F. Supp. 3d 365, 381 (S.D.N.Y. 2014) ...................................................... 22-23

*Gary Price Studios, Inc.* v. *Randolph Rose Collection, Inc.*,
    2006 WL 1319543 (S.D.N.Y. 2006) ............................................................... 10-11

*Gen. Elec. Co.* v. *Joiner*,
    522 U.S. 136 (1997) .................................................................................. 18-19, 23

*Glickenhaus & Co.* v. *Household Int'l, Inc.*,
    787 F.3d 408 (7th Cir. 2015) ............................................................................ 9, 13

*Hygh* v. *Jacobs*,
    961 F.2d 359 (2d Cir. 1992) ................................................................................... 7

*Kumho Tire Co.* v. *Carmichael*,
    526 U.S. 137 (1999) ............................................................................................ 6-7

*Lentell* v. *Merrill Lynch & Co., Inc.*,
    396 F.3d 161 (2d Cir. 2005) ................................................................................... 7

Doc#: US1:10180906v1

*In re Longtop Fin. Techs. Ltd. Sec. Litig.*,
    32 F. Supp. 3d 453, 461-62 (S.D.N.Y. 2014) .................................................................. 24

*Louis Vuitton Malletier v. Dooney & Bourke, Inc.*,
    525 F. Supp. 2d 558 (S.D.N.Y. 2007) ...................................................................... 23, 24

*Major League Baseball Props., Inc. v. Salvino, Inc.*,
    542 F.3d 290 (2d Cir. 2008) ...................................................................................... 6, 19

*In re Methyl Tertiary Butyl Ether Prods. Liab. Litig.*,
    593 F. Supp. 2d 549 (S.D.N.Y. 2008) ............................................................................ 10

*Nimely v. City of New York*,
    414 F.3d 381 (2d Cir. 2005) ............................................................................................ 7

*Omnicom Grp., Inc. Sec. Litig.*,
    541 F. Supp. 2d 546 (S.D.N.Y. 2008) ............................................................................ 13

*In re Pfizer Inc. Sec. Litig.*,
    2014 WL 3291230 (S.D.N.Y. 2014) .............................................................................. 10

*Primavera Familienstifung v. Askin*,
    130 F. Supp. 2d 450 (S.D.N.Y. 2001) ............................................................................ 24

*Snyder v. Wells Fargo Bank, N.A.*,
    2012 WL 4876938 (S.D.N.Y. 2012) ................................................................................ 7

*Solow v. Citigroup, Inc.*,
    827 F. Supp. 2d 280 (S.D.N.Y. 2011) .............................................................................. 8

*In re Williams Sec. Litig.*,
    558 F.3d 1130 (10th Cir. 2009) ................................................................................. 9, 11

*In re Worldcom, Inc. Sec. Litig.*,
    2005 WL 2319118 (S.D.N.Y. 2005) ................................................................................ 8

*Zaremba v. Gen. Motors Corp.*,
    360 F.3d 355 (2d Cir. 2004) .......................................................................................... 10

**Rules**

Fed. R. Evid. 104 .................................................................................................................. 25

Fed. R. Evid. 403 ........................................................................................................ 3, 24, 25

Fed. R. Evid. 702 ........................................................................................................ 2, 6, 22

Fed. R. Evid. 703 .................................................................................................................. 25

Doc#: US1:10180906v1

**PAGES 1-25 INTENTIONALLY OMITTED**

Doc#: US1:10180906v1

Dated: August 17, 2015
       New York, New York

        Respectfully Submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        John F. Baughman (jbaughman@paulweiss.com)
        Jessica S. Carey (jcarey@paulweiss.com)
        Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York  10019-6064
        (212) 373-3000
        *Attorneys for Defendant The Bear Stearns Companies Inc.*


        David S. Frankel (dfrankel@kramerlevin.com)
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York  10036
        (212 715-9100)
        *Attorneys for Defendant James E. Cayne*


        David B. Anders (DBAnders@wlrk.com)
        WACHTELL, LIPTON, ROSEN & KATZ
        51 West 52nd Street
        New York, New York  10019
        (212) 403-1000
        *Attorneys for Defendant Warren J. Spector*