UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 MDL 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,<br><br>Defendants. | Index No.:<br>09 Civ. 8161 (RWS) |

**DECLARATION OF MEREDITH BORNER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE CONCERNING THE SEC'S OFFICE OF INSPECTOR GENERAL, OFFICE OF AUDITS' REPORT, "SEC OVERSIGHT OF BEAR STEARNS AND RELATED ENTITIES"**

MEREDITH BORNER declares pursuant to 28 U.S.C. § 1746:

1. I am a lawyer at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant The Bear Stearns Companies Inc. I submit this declaration in support of Defendants' Motion to Exclude Evidence Concerning the SEC's Office of Inspector General, Office of Audits' Report, "SEC Oversight of Bear Stearns and Related Entities."

2. Exhibit 1 is a copy of the SEC's Office of Inspector General, Office of Audits' Report, "SEC Oversight of Bear Stearns and Related Entities: The Consolidated Supervised Entity Program."

Doc#: US1:10179545v1

3. Exhibit 2 is a printed copy of the website of the SEC's Office of Inspector General.

4. Exhibit 3 is a copy of the SEC's Office of Inspector General's Report of Investigation, "Failure to Vigorously Enforce Action Against W. Holding and Bear Stearns at the Miami Regional Office."

5. Exhibit 4 is a copy of the "Report of Initiating Official on Administrative Process for Disciplinary and Performance-Based Action Recommended by U.S. Securities and Exchange Commission Inspector General in Case No. OIG-483: Investigation Concerning Failure to Vigorously Enforce Action Against W Holding Company, Inc. and Bear Stearns & Co., Inc. at the Miami Regional Office."

6. Exhibit 5 is a copy of an article published by *Reuters* on July 24, 2013, entitled "SEC judge in Cohen case no stranger to high-profile cases."

7. Exhibit 6 is a printed copy of the "Overview" page of the SEC's Office of Inspector General, Office of Audits website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
August 17, 2015

_____
Meredith Borner