# Exhibit 2

# U.S. Securities and Exchange Commission

Search SEC Documents [Go]
Company Filings | More Search Options

ABOUT | DIVISIONS | ENFORCEMENT | REGULATION | EDUCATION | FILINGS | NEWS

**OFFICE OF INSPECTOR GENERAL**

- OIG Home
- About OIG
- Office of Audits
- Office of Investigations
- Reports & Publications

## Office of Inspector General (OIG)

Sign-up for Our RSS Feed

The Office of Inspector General (OIG) is an independent office within the U.S. Securities and Exchange Commission (SEC or Commission) that conducts, supervises, and coordinates audits and investigations of the programs and operations of the SEC. The mission of the OIG is to prevent and detect fraud, waste, and abuse and to promote integrity, economy, efficiency, and effectiveness in the Commission's programs and operations.

The OIG consists of the Inspector General, the Deputy Inspector General, the Assistant Inspector General for Audits, the Assistant Inspector General for Investigations, the Counsel to the Inspector General, auditors, investigators, and support staff.

Office of Audits | Office of Investigations | Reports & Publications
**Overview**

The Office of Audits conducts, coordinates, and supervises independent audits and evaluations of the U.S. Securities and Exchange Commission's (Commission) internal programs and operations at its headquarters and 11 regional offices. The Office of Audits also hires, as needed, contractors and subject matter experts, who provide technical expertise in specific areas, to perform work on behalf of the Office of Inspector General (OIG). ...more

View Issued Reports

*If you wish to make a complaint about misconduct by Commission staff or contractors, or if you have a question or comment about the Office of Inspector General's audit or investigation programs, please Contact Us.*

*If your complaint is about a financial professional or is an investment-related matter, you may file a Complaint Online, or call the Office of Investor Education and Advocacy at (800) 732-0330 or (202) 551-6551 or email help@sec.gov.*

### Submit a Complaint

**Submit Online Hotline Complaint**
or
Call our tollfree Hotline at: **(877) 442-0854**

### Recent Reports

- Evaluation of the SEC's Use of the Reserve Fund
- OIG Final Management Letter Observations Noted During TCR System Audit Support Engagement
- Federal Information Security Management...

### Administration

- Inspector General
- Staff Biographies

### Whistleblower Protection Information

The Whistleblower Protection Enhancement Act of 2012 protects federal employees who disclose evidence of waste, fraud, or abuse. Under the Act, the statement below, upon this or other notice, is incorporated into the SEC's and SEC OIG's nondisclosure policies, forms, or agreements in effect before the Act's effective date of December 27, 2012:

These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

Modified: July 9, 2015

Site Map | Accessibility | Contracts | Privacy | Inspector General | Agency Financial Report | Budget & Performance | Careers | Contact
FOIA | No FEAR Act & EEO Data | Whistleblower Protection | Open Government | Plain Writing | Links | Investor.gov | USA.gov

http://www.sec.gov/about/offices/inspector_general.shtml