UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 M.D.L. 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br>Plaintiff,<br>v.<br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, and WARREN SPECTOR,<br>Defendants. | Index No.:<br>09 Civ. 8161 (RWS)<br><br>**FILED UNDER SEAL** |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# TABLE OF CONTENTS

PRELIMINARY STATEMENT ........................................................................................ 1

STATEMENT OF FACTS ........................................................................................ 4

ARGUMENT ........................................................................................ 5

I. SUMMARY JUDGMENT STANDARD ........................................................................................ 5

II. THE SUMMARY JUDGMENT RECORD SUPPORTS THE CONCLUSION THAT DEFENDANTS MADE MATERIAL MISSTATEMENTS AND OMISSIONS .......... 5

A. The Record Supports the Conclusion that Defendants Made Material Misrepresentations and Omissions About Bear's Reliance on Repo Financing and Exposure to Mortgage Assets ........................................................................................ 6

B. The Record Supports the Conclusion that Defendants Made Material Misrepresentations and Omissions About Bear's Mortgage Valuations ............. 11

C. The Supports the Conclusion that Defendants Made Material Misrepresentations and Omissions About Bear's Risk Management ........................................................................................ 15

D. The Record Supports the Conclusion that Defendants Made Material Misrepresentations and Omissions Regarding Bear's Capital and Liquidity ....... 21

III. THE SUMMARY JUDGMENT RECORD SUPPORTS THE CONCLUSION THAT SHERMAN CAN SHOW LOSS CAUSATION. ........................................................................................ 28

A. Relevant Legal Standard ........................................................................................ 28

B. The Record Supports the Conclusion that the March 14, 16, and 17, 2008 Statements Were Corrective Disclosures ........................................................................................ 29

C. The Record Supports the Conclusion that Leakage of Relevant Information Caused Sherman's Losses ........................................................................................ 31

D. The Record Supports the Conclusion that Sherman's Losses Were Due to the Materialization of an Undisclosed Risk ........................................................................................ 34

IV. DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT ON PLAINTIFF'S SECTION 20 CLAIM ........................................................................................ 36

V. HOLDER FRAUD CLAIMS ARE ACTIONABLE UNDER NEW YORK LAW...... 36

VI. SHERMAN IS ENTITLED TO BRING CLAIMS BASED ON THE BEAR SHARES HE PURCHASED ON BEHALF OF HIS FOUNDATION ........................................ 38

VII. SHERMAN IS ENTITLED TO BRING CLAIMS BASED ON THE BEAR SHARES HELD IN AN ESCROW ACCOUNT ..... 39

CONCLUSION ..... 40

# TABLE OF AUTHORITIES

## Cases

*Anderson v. Liberty Lobby, Inc.*,
477 U.S. 242 (1986) .......... 5

*ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.*,
493 F.3d 87 (2d Cir. 2007) .......... 34

*Azrielli v. Cohen Law Offices*,
21 F.3d 512 (2d Cir. 1994) .......... 15, 27

*Bank Hapoalim B.M. v. Westlb AG*,
995 N.Y.S.2d 7 (N.Y. App. 1st Dep't) .......... 37, 38

*Basic Inc. v. Levinson*,
485 U.S. 224 (1988) .......... 14

*Beach v. Citigroup Alternative Invs. LLC*,
No. 12 Civ. 7717, 2014 WL 904650 (S.D.N.Y. Mar. 7, 2014) .......... 37

*Beyer v. County of Nassau*,
524 F.3d 160 (2d Cir. 2008) .......... 5

*Bloor v. Carro, Spanbock, Londin, Rodman & Rass*,
754 F.2d 57 (2d Cir. 1985) .......... 40

*Boguslavsky v. Kaplan*,
159 F. 3d 715 (2d Cir. 1998) .......... 36

*Castellano v. Young & Rubicam, Inc.*,
257 F.3d 171 (2d Cir. 2001) .......... 6, 14, 34, 35

*Celotex Corp. v. Catrett*,
477 U.S. 317 (1986) .......... 5, 6

*Cont'l Ins. Co. v. Mercadante*,
225 N.Y.S. 488 (N.Y. App. Div. 1st Dep't 1927) .......... 37

*Dandong v. Pinnacle Performance Ltd.*,
No. 10–CV–8086, 2011 WL 5170293 (S.D.N.Y. Oct. 31, 2011) .......... 9

*Dura Pharm., Inc. v. Broudo*,
544 U.S. 336 (2005) .......... 29, 31

*Emergent Capital Inv. Mgmt, LLC v. Stonepath Grp., Inc.*,
343 F.3d 189 (2d Cir. 2003)....................28

*Foman v. Davis*,
371 U.S. 178 (1962)....................39

*Freeland v. Iridium World Commc'ns, Ltd.*,
233 F.R.D. 40 (D.D.C. 2006)....................30

*Freudenberg v. E*Trade Fin. Corp.*,
712 F. Supp. 2d 171 (S.D.N.Y. 2010)....................10, 29

*Gorzynski v. JetBlue Airways Corp.*,
596 F.3d 93 (2d Cir. 2010)....................5

*Gould v. Winstar Commc'ns, Inc.*,
692 F.3d 148 (2d Cir. 2012)....................5

*In re Am. Int'l Grp., Inc. 2008 Sec. Litig.*,
741 F. Supp. 2d 511 (S.D.N.Y. 2010)....................9

*In re Atlas Air Worldwide Holdings, Inc. Sec. Litig.*,
324 F. Supp. 2d 474 (S.D.N.Y. 2004)....................10

*In re Bear Stearns Cos., Inc. Sec., Derivative, & ERISA Litig.*,
763 F. Supp. 2d 423 (S.D.N.Y. 2011)....................29

*In re Bear Stearns Cos., Inc. Sec., Derivative, & ERISA Litig.*,
995 F. Supp. 2d 291 (S.D.N.Y. 2014)....................36, 37

*In re Bristol Myers Squibb Co. Sec. Litig.*,
586 F. Supp. 2d 148 (S.D.N.Y. 2008)....................31

*In re Celestica Inc. Sec. Litig.*,
No. 07 CIV. 0312, 2014 WL 4160216 (S.D.N.Y. Aug. 20, 2014)....................28, 34

*In re Facebook, Inc. IPO Sec. & Derivative Litig.*,
986 F. Supp. 2d 487 (S.D.N.Y. 2013)....................8, 29, 30

*In re Flag Telecom Holdings, Ltd. Sec. Litig.*,
574 F.3d 29 (2d Cir. 2009)....................31

*In re Longtop Fin. Tech. Ltd. Sec. Litig.*,
32 F. Supp. 3d 464 (S.D.N.Y. 2014)....................15

*In re NTL, Inc. Sec. Litig.*,
No. 02 CIV. 3013, 2006 WL 330113 (S.D.N.Y. Feb. 14, 2006).......................................32

*In re Parmalat Sec. Litig.*,
375 F. Supp. 2d 278 (S.D.N.Y.2005)....................................................................36

*In re Prudential Sec. Inc. Ltd. P'ship Litig.*,
930 F. Supp. 68 (S.D.N.Y. 1996) ..........................................................................9

*In re Regeneron Pharm., Inc. Sec. Litig.*,
No. 03 CIV. 3111, 2005 WL 225288 (S.D.N.Y. Feb. 1, 2005)...........................................9

*In re SLM Corp. Sec. Litig.*,
740 F. Supp. 2d 542 (S.D.N.Y. 2010)....................................................................33

*In re Vivendi Universal, S.A. Sec. Litig.*,
605 F. Supp. 2d 586 (S.D.N.Y. 2009)...........................................................31, 32

*In re Vivendi Universal, S.A. Sec. Litig.*,
765 F. Supp. 2d 512 (S.D.N.Y. 2011)....................................................................35

*In re Williams Sec. Litig.—WCG Subclass*,
558 F.3d 1130 (10th Cir. 2009) ..........................................................................30

*In re Winstar Commc'ns*,
No. 01 CV 11522, 2006 WL 473885 (S.D.N.Y. Feb. 27, 2006) .......................................33

*Juliar v. SunOpta Inc.*,
No. 08 Civ. 933, 2009 WL 1955237 (S.D.N.Y. Jan. 30, 2009)........................................33

*Kaytor v. Elec. Boat Corp.*,
609 F.3d 537 (2d Cir. 2010)....................................................................................5

*Lentell v. Merrill Lynch & Co.*,
396 F.3d 161 (2d Cir. 2005).....................................................................28, 29, 40

*Liberty Media Corp. v. Vivendi Universal, S.A.*,
923 F. Supp. 2d 511 (S.D.N.Y. 2013)....................................................................36

*Lind v. Vanguard Offset Printers, Inc.*,
857 F. Supp. 1060 (S.D.N.Y. 1994)..........................................................................6

*Loreley Fin. (Jersey) No. 3 Ltd. V. Wells Fargo Sec., LLC*,
797 F.3d 160 (2d Cir. 2015)..................................................................................28

*Matana v. Merkin*,
957 F. Supp. 2d 473 (S.D.N.Y. 2013)....................................................................37

*Nelson v. County of Allegheny*,
60 F.3d 1010 (3d Cir. 1995)...............................................................................39

*Novak v. Kasaks*,
216 F.3d 300 (2d Cir. 2000)...............................................................................26

*Powers v. Ohio*,
499 U.S. 400 (1991)...........................................................................................39

*RMED Int'l, Inc. v. Sloan's Supermarkets, Inc.*,
185 F. Supp. 2d 389 (S.D.N.Y. 2002)....................................................................15

*S.E.C. v. Stoker*,
873 F. Supp. 2d 605 (S.D.N.Y. 2012)......................................................................8

*Spitzberg v. Houston Am. Energy Corp.*,
758 F.3d 676 (5th Cir. 2014) ..............................................................................30

*SRM Global Master Fund Ltd. P'ship v. Bear Stearns Cos. LLC*,
No. 14-0507-cv (2d Cir.) .....................................................................................37

*Staren v. Am. Nat'l Bank & Trust Co.*,
529 F.2d 1257 (7th Cir. 1976) .............................................................................39

*Starr Foundation v. American International Group, Inc.*,
901 N.Y.S.2d 246 (N.Y. App. Div. 1st Dep't 2010) ..................................................37

*Tire Eng'g & Distrib'n L.L.C. v. Bank of China, Ltd.*,
740 F.3d 108 (2d Cir. 2014)...............................................................................37

*United States v. Hatfield*,
No. 06-CR-0550, 2014 WL 7271616 (E.D.N.Y. Dec. 18, 2014) ...............................29, 34

*United States v. Rigas*,
490 F.3d 208 (2d Cir. 2007)...............................................................................10

*United States v. Tomasetta*,
No. 10 Cr. 1205, 2011 WL 6382562 (S.D.N.Y. Dec. 12, 2011) ......................................10

*Van Dongen v. CNinsure Inc.*,
951 F. Supp. 2d 457 (S.D.N.Y. 2013)....................................................................31

*Varga v. McGraw Hill Financial Inc.*,
No. 652410/2013, 2015 WL 4627748 (N.Y. Sup. Ct. July 31, 2015) ..............................38

*W.R. Huff Asset Mgmt. Co., LLC v. Deloitte & Touche LLP*,
549 F.3d 100 (2d Cir. 2008).........................................................................................38, 39

*Weinberger v. Kendrick*,
698 F.2d 61 (2d Cir. 1982)...............................................................................................37

**Rules and Statutes**

Fed. R. Civ. P. 56(a) ........................................................................................................5

# Pages 1-40

# Intentionally Omitted

Dated: October 13, 2015

BOIES, SCHILLER & FLEXNER LLP

Philip C. Korologos
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Phone: (212) 446-2300
Fax: (212) 446-2350

Richard B. Drubel
Matthew J. Henken
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Phone: (603) 643-9090
Fax: (603) 643-9010

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Phone: (312) 641-9750
Fax: (312) 641-9751

Stephen M. Tillery
Douglas R. Sprong
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Phone: (314) 241-2844
Fax: (314) 241-3525

*Attorneys for Plaintiff*