UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION | Master File No.: 08 M.D.L. 1963 (RWS) |
| This Document Relates To:     Securities Action, No. 08 Civ. 2793 (RWS) | ECF Case |

------------------------------------------------------------------ x

| | |
|---|---|
| BRUCE S. SHERMAN, | |
|                Plaintiff, | Index No.: 09 Civ. 8161 (RWS) |
| v. | |
| BEAR STEARNS COMPANIES INC., JAMES CAYNE, and WARREN SPECTOR, | **FILED UNDER SEAL** |
|                Defendants. | |

------------------------------------------------------------------ x

**PLAINTIFF BRUCE S. SHERMAN'S MEMORANDUM OF LAW
IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION TO
<u>EXCLUDE THE REPORT AND TESTIMONY OF JOHN D. FINNERTY</u>**

**TABLE OF CONTENTS**

**PRELIMINARY STATEMENT** ................................................................................................ 1

I.  **LEAKAGE ANALYSIS HAS BEEN ACCEPTED AND DEFENDANTS' CRITICISMS OF DR. FINNERTY'S PERFORMANCE OF THE LEAKAGE ANALYSIS ARE BASELESS AND DO NOT JUSTIFY EXCLUSION OF HIS REPORT OR TESTIMONY** ........................................................................................ 5

   A.  Leakage Analysis Has Been Accepted by Both the Courts And the Relevant Scientific Community ................................................................................ 5

   B.  Defendants' Criticisms of Dr. Finnerty's Leakage Analysis Are Baseless And, in Any Event, Are Criticisms That Should Be Addressed to the Fact Finder ............. 9

   1.  Dr. Finnerty sufficiently identifies the leakage of the relevant truth into the market, while Defendants' criticisms reflect a misunderstanding of leakage. ................................................................................................... 9

   2   Dr. Finnerty's treatment of Bear-specific, non-fraud-related news on "mixed news days" is proper and, in any event, does not significantly affect his inflation calculation. ................................................................. 11

   3.  Dr. Finnerty's treatment days where there was only non-fraud-related public news is proper and, in any event, does not significantly affect his inflation calculation. ................................................................................ 12

II. **DR. FINNERTY'S CALCULATION OF STOCK-PRICE INFLATION PRIOR TO THE LEAKAGE PERIOD IS BASED ON THE ACCEPTED AND RELIABLE CONSTANT DOLLAR METHOD** ........................................................................ 16

III. **DR. FINNERTY'S OPINIONS REGARDING BEAR'S RISK MANAGEMENT, ASSET VALUATION, AND LIQUIDITY ARE BASED ON EXTENSIVE REVIEW AND ANALYSIS OF THE RECORD EVIDENCE** .................................. 19

**CONCLUSION** ........................................................................................................................ 25

# **TABLE OF AUTHORITIES**

**Cases**

*Am. Home Assur. Co. v. Merck & Co.*,
    462 F. Supp. 2d 435 (S.D.N.Y. 2006)..................................................................22, 23

*Amorgianos v. Nat'l R.R. Passenger Corp.*,
    303 F.3d 256 (2d Cir. 2002)......................................................................................15

*Arista Records LLC v. Usenet.com, Inc.*,
    608 F. Supp. 2d 409 (S.D.N.Y. 2009)........................................................................22

*Astra Aktiebolag v. ANDRX Pharm., Inc.*,
    222 F. Supp. 2d 423 (S.D.N.Y. 2002)........................................................................23

*B.F. Goodrich v. Betkoski*,
    99 F.3d 505 (2d Cir. 1996)........................................................................................23

*Borawick v. Shay*,
    68 F.3d 597 (2d Cir. 1995)..........................................................................................4

*Boucher v. U.S. Suzuki Motor Corp.*,
    73 F.3d 18 (2d Cir. 1996)....................................................................................18, 19

*Buchwald v. Renco Grp.*,
    No. 13 CIV 7948, 2015 WL 5000623 (S.D.N.Y. Aug. 19, 2015) ...............................14, 15

*Cedar Petrochemicals, Inc. v. Dongbu Hannong Chem. Co.*,
    769 F. Supp. 2d 269 (S.D.N.Y. 2011).........................................................................4

*Daubert v. Merrell Dow Pharm., Inc.*,
    509 U.S. 579 (1993)...............................................................................4, 5, 8, 9, 20

*Derienzo v. Trek Bicycle Corp.*,
    376 F. Supp. 2d 537 (S.D.N.Y. 2005).......................................................................25

*Discover Fin. Servs. v. Visa U.S.A., Inc.*,
    582 F. Supp. 2d 501 (S.D.N.Y. 2008)...........................................................15, 20, 21, 24

*Dura Pharm. v. Broudo*,
    544 U.S. 336 (2005)...............................................................................2, 5, 6, 8, 17

*E.E.O.C. v. Bloomberg L.P.*,
    No. 07 CIV 8383, 2010 WL 3466370 (S.D.N.Y Aug. 31, 2010) ...............................24, 25

*Faulker v. Arista Records LLC*,
  46 F. Supp. 3d 365 (S.D.N.Y. 2014)..................................................................................24

*F.D.I.C. v. Suna Assoc., Inc.*,
  80 F.3d 681 (2d Cir. 1996)..............................................................................................8, 9

*Gary Price Studios, Inc. v. Randolph Rose Collection, Inc.*,
  No. 03 CIV 969, 2006 WL 1319543 (S.D.N.Y. 2006) .......................................................9

*Gen. Elec. Co. v. Joiner*,
  522 U.S. 136 (1997)..........................................................................................................21

*Glickenhaus & Co. v. Household Int'l, Inc.*,
  787 F.3d 408 (7th Cir. 2015) ....................................................................................2, 6, 7

*Gussack Realty Co. v. Xerox Corp.*,
  224 F.3d 85 (2d Cir. 2000)................................................................................................23

*Houlihan v. Marriott Int'l, Inc.*,
  2003 WL 22271206 (S.D.N.Y. Sept. 30, 2003).................................................................4

*In re Blech Sec. Litig.*,
  No. 94 CIV 7696, 2003 WL 1610775 (S.D.N.Y. Mar. 26, 2003) .......................................4

*In re Flag Telecom Holdings, Ltd. Sec. Litig.*,
  574 F.3d 29 (2d Cir. 2009).............................................................................................2, 5

*In re Fosamax Prods. Liab. Litig.*,
  688 F. Supp. 2d 259 (S.D.N.Y. 2010).........................................................................4, 21

*In re Methyl Tertiary Butyl Ether (MBTE) Prods. Liab. Litig.*,
  593 F. Supp. 2d 549 (S.D.N.Y. 2008)................................................................................9

*In re NYSE Specialists Sec. Litig.*,
  260 F.R.D. 55 (S.D.N.Y. 2009) .......................................................................................14

*In re Pfizer Inc. Sec. Litig.*,
  No. 04 CIV 9866, 2014 WL 3291230 (S.D.N.Y. 2014).....................................................9

*In re Vivendi Universal, S.A. Sec. Litig.*,
  605 F. Supp. 2d 586 (S.D.N.Y. 2009)................................................................................6

*In re Williams Sec. Litig.*,
  558 F.3d 1130 (10th Cir. 2009) .........................................................................................8

*Lentell v. Merrill Lynch & Co. Inc.*,
   396 F.3d 161 (2d Cir. 2005)............................................................................................5, 6

*Levine v. AtriCure, Inc.*,
   508 F. Supp. 2d 268 (S.D.N.Y. 2007)....................................................................................6

*Linde v. Arab Bank, PLC*,
   922 F. Supp. 2d 316 (E.D.N.Y. 2013) .................................................................................23

*Malletier v. Dooney & Bourke, Inc.*,
   525 F. Supp. 2d 558 (S.D.N.Y. 2007)..................................................................................22

*Park W. Radiology v. Carecore Nat'l LLC*,
   675 F. Supp. 2d 314 (S.D.N.Y. 2009).............................................................................21, 22

*POM Wonderful LLC v. Organic Juice USA, Inc.*,
   769 F. Supp. 2d 188 (S.D.N.Y. 2011)..................................................................................25

*RMED Int'l, Inc. v. Sloan's Supermarkets, Inc.*,
   2000 WL 310352 (S.D.N.Y. Mar. 24, 2000),
   *aff'd*, No. 94 CIV. 5587, 2000 WL 420548 (S.D.N.Y. Apr. 18, 2000) ...............................7

*Royal Ins. Co. of Am. v. Joseph Daniel Constr., Inc.*,
   208 F. Supp. 2d 423 (S.D.N.Y. 2002)..................................................................................25

*Schleicer v. Wendt*,
   618 F.3d 679 (7th Cir. 2010) ................................................................................................6

*United States v. Dukagjini*,
   326 F.3d 45 (2d Cir. 2003)....................................................................................................4

*United States v. Hatfield*,
   2014 WL 7271616 (E.D.N.Y. 2014).....................................................................................6

*United States v. Mulder*,
   273 F.3d 91 (2d Cir. 2001)..................................................................................................23

*United States v. Rosario*,
   No. 09-CR-415-2, 2014 WL 6076364 (S.D.N.Y. Nov. 14, 2014).......................................9

*WeddingChannel.Com, Inc. v. The Knot, Inc.*,
   2005 WL 165286 (S.D.N.Y. Jan. 26, 2005) .........................................................................4

*Zaremba v. Gen Motors Corp.*,
   360 F.3d 355 (2d Cir. 2004)..................................................................................................9

*Zerega Ave. Realty Corp. v. Hornbeck Offshore Transp.*, LLC,
    571 F.3d 206 (2d Cir. 2009) ......................................................................................... 4, 18

**Rules and Statutes**

Fed. R. Evid. 702 ................................................................................................................. 4, 15

**Secondary Sources**

David Tabak, "Inflation and Damages in a Post-Dura World," National Economic
Research Associates, Inc. (NERA), September 15, 2007 .............................................. 17

Pages 1-25 Intentionally Omitted

Dated: October 13, 2015                                    BOIES, SCHILLER & FLEXNER LLP

_____
Philip C. Korologos
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Phone: (212) 446-2300
Fax:     (212) 446-2350

Richard B. Drubel
Matthew J. Henken
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Phone: (603) 643-9090
Fax:     (603) 643-9010

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Phone: (312) 641-9750
Fax:     (312) 641-9751

Stephen M. Tillery
Douglas R. Sprong
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Phone: (314) 241-2844
Fax:     (314) 241-3525

*Attorneys for Plaintiff*