Highly Confidential

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

_____
|
BRUCE S. SHERMAN,                           |   Index No.: 09 Civ. 8161 (RWS)
                                            |
                Plaintiff,          |
                                            |
    v.                                      |
                                            |
BEAR STEARNS COMPANIES INC., JAMES CAYNE,   |
WARREN SPECTOR and DELOITTE & TOUCHE LLP    |
                                            |
                Defendants.         |
_____|

# DECLARATION OF JOHN D. FINNERTY, Ph.D.

# IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE

# DR. FINNERTY'S REPORT AND TESTIMONY

HIGHLY CONFIDENTIAL

Table of Contents

I.    **Qualifications and Assignment** ..........................................................................................1
II.   **Assignment** ...........................................................................................................................1
III.  **Summary of Opinions** ........................................................................................................2
IV.   **Leakage Theory** ..................................................................................................................4
   A.  General Background ........................................................................................................ 4
   B.  Leakage Analysis Is Widely Recognized in Academic Literature ...................................5
   C.  Application of Leakage Analysis to Bear Stearns in This Matter ....................................7
V.    **Damages Calculation During the Leakage Period** .......................................................10
   A.  Classification of Non-Fraud-Related News during the Leakage Period and the Disclosure Dates ..........................................................................................................................10
   B.  Alternative Damages Calculations .................................................................................16
   C.  Inclusion of the Period between March 10, 2008 and March 13, 2008 in the Leakage Period ..........................................................................................................................18
VI.   **Damages Calculation Methodology** ...............................................................................22

Pages 1-23 Attachments and Appendices Thereto Intentionally Omitted