UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>    Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 MDL 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br><br>                         Plaintiff,<br><br>        v.<br><br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,<br><br>                         Defendants. | Index No.:<br>09 Civ. 8161 (RWS) |

### PLAINTIFF BRUCE S. SHERMAN'S RESPONSES AND OBJECTIONS TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT, AND STATEMENT OF ADDITIONAL MATERIAL FACTS TO BE TRIED

Plaintiff Bruce S. Sherman, by and through his undersigned counsel, respectfully submits these responses and objections to Defendants' Local Rule 56.1 Statement, and additional statements of material facts as to which he contends there exists a genuine issue to be tried.

Pages 2-82 Intentionally Omitted