UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION

This Document Relates To:
Securities Action, No. 08 Civ. 2793 (RWS)

Master File No.:
08 MDL 1963 (RWS)

ECF Case

BRUCE S. SHERMAN,

Plaintiff,

v.

BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,

Defendants.

Index No.:
09 Civ. 8161 (RWS)

**FILED UNDER SEAL**

**DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
John F. Baughman
Jessica S. Carey
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
David S. Frankel
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

WACHTELL, LIPTON, ROSEN & KATZ
David B. Anders
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ........ ii

PRELIMINARY STATEMENT ........ 1

ARGUMENT ........ 2

I. The Undisputed Facts Show that Defendants Made No Material Misstatements or Actionable Omissions ........ 2

A. Plaintiff Cannot Show Any Material Misstatement or Actionable Omission About Bear Stearns's Mortgage Exposure or Repo Financing ........ 2

B. Plaintiff Cannot Show any Material Misstatement or Omission Regarding Bear Stearns's Mortgage Valuations or Leverage ........ 4

C. Plaintiff Has Not Shown any Material Misstatement or Omission About Bear Stearns's Risk Management ........ 6

D. Plaintiff Has Not Shown and Cannot Show any Material Misstatement or Actionable Omission Regarding Bear Stearns's Liquidity or Capital ........ 9

II. Plaintiff Cannot Prove the Alleged Fraud Caused His Losses ........ 10

III. Plaintiff's Other Arguments Also Fail ........ 12

CONCLUSION ........ 14



Doc#: US1·10366596v1

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*In re Bear Stearns Cos., Inc. Sec. Deriv. & ERISA Litig.*,
995 F. Supp. 2d 291 (S.D.N.Y. 2014) .......... 12

*Dalberth* v. *Xerox Corp.*,
766 F.3d 172 (2d Cir. 2014) .......... 3

*In re Dreier LLP*,
527 B.R. 126 (S.D.N.Y. 2014) .......... 14

*In re Marsh & Mclennan Cos., Inc. Sec. Litig.*,
501 F. Supp. 2d 452 (S.D.N.Y. 2006) .......... 2-3

*Nelson* v. *County of Allegheny*,
60 F.3d 1010 (3d Cir. 1995) .......... 13

*In re Time Warner Inc. Sec. Litig.*,
9 F.3d 259 (2d Cir. 1993) .......... 3

**STATUTES**

15 U.S.C. § 78j .......... 12, 13

15 U.S.C. § 78r .......... 12

15 U.S.C. § 78t .......... 12

**OTHER AUTHORITIES**

U.S. Const., Article III .......... 13

# PAGES 1-14 INTENTIONALLY OMITTED

Dated: November 20, 2015
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: ________________________________
Brad S. Karp (bkarp@paulweiss.com)
John F. Baughman (jbaughman@paulweiss.com)
Jessica S. Carey (jcarey@paulweiss.com)
Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212 715-9100)
*Attorneys for Defendant James E. Cayne*

David B. Anders (DBAnders@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*