UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.:<br>08 MDL 1963 (RWS)<br><br>ECF Case |
| BRUCE S. SHERMAN,<br><br>   Plaintiff,<br><br>v.<br><br>BEAR STEARNS COMPANIES INC., JAMES CAYNE, WARREN SPECTOR AND DELOITTE & TOUCHE LLP,<br><br>   Defendants. | Index No.:<br>09 Civ. 8161 (RWS)<br><br>**FILED UNDER SEAL** |

## DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JOHN D. FINNERTY

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Brad S. Karp
John F. Baughman
Jessica S. Carey
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
David S. Frankel
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

WACHTELL, LIPTON, ROSEN & KATZ
David B. Anders
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

## TABLE OF CONTENTS

                                                                                           **Page**

TABLE OF AUTHORITIES .................................................................................................... ii

PRELIMINARY STATEMENT ................................................................................................. 1

ARGUMENT ........................................................................................................................ 2

    I.       Finnerty's Leakage Model Is Not Accepted or Peer Reviewed ......................... 2

    II.      Finnerty Has Not Adequately Controlled for Non-Fraud Information ............... 3

           A.       Finnerty's Methodology Is Hopelessly Flawed ...................................... 3

           B.       Finnerty's Leakage Model Produces Absurd Results ............................. 5

    III.     Finnerty Has Not Established that Leakage Caused Plaintiff's Losses ............. 6

    IV.     Finnerty's Use of the Constant Dollar Method Is Not Reliable in this Case ..... 8

    V.      Finnerty's Other Opinions Should Be Excluded .............................................. 9

CONCLUSION .................................................................................................................... 10

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Am. Home Assur. Co.* v. *Merck & Co.*,
    462 F. Supp. 2d 435 (S.D.N.Y. 2006) .......................................................................... 9

*Arista Records LLC* v. *Usenet.com, Inc.*,
    608 F. Supp. 2d 409 (S.D.N.Y. 2009) .......................................................................... 9

*Dura Pharmaceuticals, Inc.* v. *Broudo*,
    544 U.S. 336 (2005) .............................................................................................. 1, 5, 9

*Glickenhaus & Co.* v. *Household Int'l, Inc.*,
    787 F.3d 408 (7th Cir. 2015) ................................................................................... 4, 7

*Louis Vuitton Malletier* v. *Dooney & Bourke, Inc.*,
    525 F. Supp. 2d 558 (S.D.N.Y. 2007) .......................................................................... 9

*In re Williams Sec. Litig.*,
    496 F. Supp. 2d 1195 (N.D. Okla. 2007) ..................................................................... 6

*In re Williams Sec. Litig.*,
    558 F.3d 1130 (10th Cir. 2009) ................................................................................... 5

Doc#: US1:10366452v1

**PAGES 1-10 INTENTIONALLY OMITTED**

Dated: November 20, 2015
      New York, New York

          Respectfully Submitted,

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          By: _____
               Brad S. Karp (bkarp@paulweiss.com)
               John F. Baughman (jbaughman@paulweiss.com)
               Jessica S. Carey (jcarey@paulweiss.com)
               Jonathan H. Hurwitz (jhurwitz@paulweiss.com)

          1285 Avenue of the Americas
          New York, New York 10019-6064
          (212) 373-3000
          *Attorneys for Defendant The Bear Stearns Companies Inc.*


          David S. Frankel (dfrankel@kramerlevin.com)
          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          1177 Avenue of the Americas
          New York, New York  10036
          (212 715-9100)
          *Attorneys for Defendant James E. Cayne*


          David B. Anders (DBAnders@wlrk.com)
          WACHTELL, LIPTON, ROSEN & KATZ
          51 West 52nd Street
          New York, New York  10019
          (212) 403-1000
          *Attorneys for Defendant Warren J. Spector*