UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

IN RE THE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA          Master File No.:
LITIGATION                                 08 MDL 1963 (RWS)

This Document Relates To:
     Securities Action, No. 08 Civ. 2793      ECF CASE

----------------------------------------X

BRUCE S. SHERMAN,

            Plaintiff,                     09 Civ. 8161 (RWS)
                                               O R D E R
     - against -

BEAR STEARNS COMPANIES, INC., JAMES
CAYNE, WARREN SPECTOR, AND DELOITTE
& TOUCHE LLP,                              USDC SDNY
                                          DOCUMENT
            Defendants.                   ELECTRONICALLY FILED
                                          DOC #:
----------------------------------------X DATE FILED: 2 9 16

**Sweet, D.J.**

     Proposed Intervenor Teri Muhl's motion for leave to intervene

and motion to unseal the summary judgment filings, dated February

5 2016, shall be heard at noon on Thursday, March 17, 2016 in

Courtroom 18C, United States Courthouse, 500 Pearl Street.

     It is so ordered.

**New York, NY**
**February 8 , 2016**                     ROBERT W. SWEET
                                          U.S.D.J.