APPENDIX A

## JOHN D. FINNERTY, Ph.D.

**Managing Director, AlixPartners, LLP**

**Professor of Finance (on leave),**
**Fordham University Graduate School of Business Administration**

Phone: (212) 845-4090
Fax: (646) 746-2490
Cell: (347) 882-8756

40 West 57th Street
New York, NY 10019
Email: jfinnerty@alixpartners.com

Dr. Finnerty is a Managing Director in the Financial Advisory Services Group at AlixPartners, LLP. He specializes in business valuation, securities valuation, derivatives valuation, solvency analysis, calculation of damages, and litigation support for matters involving valuation disputes, securities fraud, solvency, fairness, breach of contract, breach of fiduciary duty, broker raiding, commercial disputes, and employment disputes involving the valuation of employee stock options. He has testified as an expert in valuation, broker raiding, and securities and other financial matters in federal and state court and in arbitration and mediation proceedings. He has also testified as an expert in bankruptcy court concerning the fairness of proposed plans of reorganization.

Dr. Finnerty is currently on leave from his position as a Professor of Finance at Fordham University's Graduate School of Business Administration where he was the founding Director of the Master of Science in Quantitative Finance Program. He has taught for 25 years, including corporate finance, investment banking, fixed income securities, fixed income portfolio management, and bankruptcy restructuring.

Dr. Finnerty has published 15 books, including *Corporate Financial Management*, 4th ed., *Project Financing: Asset-Based Financial Engineering*, 3rd ed., *Principles of Financial Management*, and *Debt Management*, and more than 100 articles and professional papers in corporate finance, business and securities valuation, and other areas of finance. His writings and teaching have focused on the analysis and valuation of securities, especially fixed income instruments and complex derivative products, and mortgage-backed and other asset-backed securities. Dr. Finnerty is a former editor of *Financial Management*, one of the leading academic finance journals, and a former editor of *FMA Online*. He is an associate editor of the *Journal of Applied Finance* and a member of the editorial advisory boards of the *Journal of Portfolio Management* and the *International Journal of Portfolio Analysis & Management*.

# APPENDIX A

Dr. Finnerty worked for more than 20 years as an investment banker. He worked on more than 50 public and private financings, and served as financial advisor in connection with several mergers and several project financings.

Dr. Finnerty is a Trustee and a former Chair of the Trustees and a former President and Director of the Eastern Finance Association, a former Director of the Financial Management Association, and a former President and Director of the Fixed Income Analysts Society. He served as a member of FASB's Option Valuation Group in connection with the revision of FAS 123. He was inducted into the *Fixed Income Analysts Society Hall of Fame* in 2011.

## EDUCATION

| 1977 | Ph.D. in Operations Research, Naval Postgraduate School |
| 1973 | B.A. and M.A. in Economics, Cambridge University; Marshall Scholar |
| 1971 | A.B. in Mathematics, Williams College; magna cum laude with highest honors in Mathematics; Rice Prize in Mathematics; Phi Beta Kappa |

## BUSINESS EXPERIENCE

| 2013 – Present | **AlixPartners, LLP, New York, NY**<br>Managing Director, Financial Advisory Services Group |
| 2003 – 2013 | **Finnerty Economic Consulting, LLC, New York, NY**<br>Managing Principal |
| 2001 - 2003 | **Analysis Group, Inc., New York, NY**<br>Managing Principal |
| 1997 - 2001 | **PricewaterhouseCoopers, LLP, New York, NY**<br>Partner, Financial Advisory Services Group<br>Dispute Analysis & Investigations securities litigation practice |
| 1995 - 1997 | **Houlihan Lokey Howard & Zukin, New York, NY**<br>Director |
| 1989 - 1995 | **McFarland Dewey & Co., New York, NY**<br>General Partner |
| 1986 - 1989 | **College Savings Bank, Princeton, NJ**<br>Executive Vice President, Chief Financial Officer, Treasurer, Secretary, and Director |

# APPENDIX A

1982 - 1986          **Lazard Frères & Company, New York, NY**
Vice President, Corporate Finance Department

1977 - 1982          **Morgan Stanley & Co. Inc., New York, NY**
Associate, Corporate Finance Department

## ACADEMIC EXPERIENCE

1987 - Present       **Fordham University Graduate School of Business Administration, New York, NY (currently on leave)**
Professor of Finance and founding Director of the Master of Science in Quantitative Finance Program.  Received tenure in September 1991.
Gladys and Henry Crown Award for Faculty Excellence, 1997.

1976 - 1977          **Naval Postgraduate School, Monterey, CA**
Adjunct Professor, Department of Administrative Sciences

1973 - 1976          **United States Naval Reserve**
Instructor, Naval Postgraduate School.  Promoted to Lieutenant, USNR.

## PROFESSIONAL ASSOCIATIONS

Chair of the Trustees, Eastern Finance Association (2009-2010), Trustee (2008-Present), President (2007-2008), and Director (2005-2008)

President, Fixed Income Analysts Society (2006-2007), and Director (2001-2009)

Director, Financial Management Association (1991-1999, 2005-2007, 2011-2013)

Editor, *Financial Management* (1993-1999)

Editor, *FMA Online* (2001-2010)

Associate Editor, *Journal of Derivatives Accounting* (2003-2005)

Associate Editor, *Journal of Applied Finance* (2000-2007, 2012-Present)

Associate Editor, *Journal of Financial Engineering* (1992-1999)

Member, Editorial Advisory Boards, *The Financier* (1995-2003), *Journal of Portfolio Management* (1995-Present), and *International Journal of Portfolio Analysis & Management* (2011-Present)

## OTHER ACTIVITIES

Leadership Giving Co-Chair, Williams College Class of 1971

Co-chairman, New Jersey Special Gifts Program, Williams College Third Century Campaign

Member, Special Gifts Committee, New York City Area for Williams College Third Century Campaign

Vice Chairman, Williams College Class of 1971 25th Reunion Gift Committee

Trustee, Spring Lake Bath and Tennis Club, and Co-Chair, Finance Committee

# APPENDIX A

**AWARDS**

Marshall Scholar, 1971

Gladys and Henry Crown Award for Faculty Excellence, Fordham Business School, 1997

Best Investments Paper, Southern Finance Association, 2001

Best Corporate Finance Paper, Southern Finance Association, 2006

Bene Merenti Medal, Fordham University, 2007

Fixed Income Analysts Society Hall of Fame, 2011

Achievements in Excellence Team Award, AlixPartners, LLP, 2014

# APPENDIX A

## EXPERT TESTIMONY IN LAST FOUR YEARS

| Client | Case | Description of Testimony |
|---|---|---|
| Brune & Richard | MBIA Insurance v. Patriarch Partners VIII and LD Investments U.S. District Court for the Southern District of New York Case No. 09 Civ. 3255 (RWS) | Responded to an expert damages report in a breach of contract matter, which calculated damages based on the value of a class of subordinated notes. Testified at deposition and at trial. |
| Robbins Geller Rudman & Dowd | Eric Silverman v. Motorola, Inc., et al. U.S. District Court for the Northern District of Illinois Case No. 1:07-cv-04507 | Prepared an expert report on loss causation and a rebuttal report in connection with a securities class action. Testified at deposition. |
| Stradley Ronon Stevens & Young | Warren Klein, et al., v. Oppenheimer & Co. Inc. U.S. District Court for the Eastern District of Pennsylvania Civil Action No. 2:10-CV-06743 | Prepared an expert rebuttal report describing auction rate securities (ARS), the market for ARS, the events surrounding the collapse of the market for ARS in February 2008, and addressing the plaintiffs' alleged damages. Testified at deposition. |
| Abbey Spanier Rodd & Abrams | In Re IMAX Corporation Securities Litigation U.S. District Court for the Southern District of New York Case No. 06 Civ. 6128 (NRB) | Prepared an expert report on loss causation in connection with a securities class action. Testified at deposition. |
| Figari & Davenport | Hillwood Investment Properties, et al. v. Radical Mavericks Management, et al. District Court, 192nd Judicial District, Dallas County, Texas Cause No. 10-05639 | Assessed the solvency of a professional sports franchise. Testified at deposition. |
| Securities and Exchange Commission | Securities and Exchange Commission v. William Betta, Jr., et al. U.S. District Court for the Southern District of Florida Case No. 09-80803-Civ-MARRA/JOHNSON | Prepared an expert report describing the features and risk-return characteristics of various complex collateralized mortgage obligation classes and assessed their suitability for a set of investors. Testified at trial. |
| Robbins Geller Rudman & Dowd | In Re Par Pharmaceutical Securities Litigation U.S. District Court for the District of New Jersey Master File No. 2:06-cv-03226-PGS-ES | Prepared an expert report on market efficiency in connection with a securities class action. Testified at deposition. |
| Internal Revenue Service | The Markell Company, Inc. v. Commissioner of Internal Revenue United States Tax Court Houston, TX Docket No. 20551-08 | Prepared an expert report and a rebuttal expert report concerning the reasonableness of profit expectation for a strategy involving a spread call option strategy. Testified at trial. |

## APPENDIX A

| Clients | Case | Description of Testimony |
|---------|------|--------------------------|
| Labaton Sucharow<br>Lim, Ruger & Kim<br>Lite DePalma Greenberg | In re STEC, Inc. Securities Litigation<br>U.S. District Court for the Central District of California Southern Division<br>Case No. SACV 09-01304-JVS (MLGx) | Prepared an expert report on market efficiency in connection with a securities class action. Testified at deposition. |
| Berman DeValerio<br>Labaton Sucharow | In re The Bear Stearns Companies, Inc. Securities, Derivative, and ERISA Litigation<br>U.S. District Court for the Southern District of New York<br>Master File No. 08 M.D.L. No. 1963 (RWS) | Prepared an expert report on the efficiency of the markets for the Company's common stock and call and put options written on its common stock in connection with a securities class action. Testified at deposition. |
| Keesal, Young & Logan | R.L. Wagner Trust, et al. v. Wells Fargo Bank, NA, et al.<br>FINRA Arbitration<br>Case No. 10-03743 | Testified at arbitration about the operation of the auction rate securities market and the factors that caused it to seize up in 2008, and also testified as to damages. |
| Martin J. Auerbach, Esq.<br>Cohen & Gresser | Keryx Biopharmaceuticals v. Jefferies & Company<br>FINRA Arbitration<br>Case No. 09-06138 | Testified at arbitration about the operation of the auction rate securities market and the factors that caused it to seize up in 2008, and also testified as to damages. |
| Otterbourg, Steindler, Houston & Rosen<br>Paul Hastings<br>SNR Denton | In re Lehman Brothers Inc., Debtor<br>U.S. Bankruptcy Court for the Southern District of New York<br>Case No. 08-01420 (JMP) SIPA | Prepared an expert report describing the nature and use of repurchase agreements and explaining the differences between a repurchase agreement and a secured loan. Testified at deposition. |
| Kirkland & Ellis<br>Cohen & Grigsby | In re: IH 1, Inc., et al., Debtors<br>George L. Miller, Chapter 7 Trustee v. Sun Capital Partners, Inc., et al.<br>U.S. Bankruptcy Court for the District of Delaware<br>Case No. 09-10982 (PJW) | Prepared an expert solvency report concerning an aluminum extrusion company. Testified at deposition and at trial. |
| Keesal, Young & Logan | Brigette Roberts v. ThinkEquity Partners LLC, et al.<br>FINRA Arbitration<br>Case No. 10-00992 | Testified at arbitration about the operation of the auction rate securities market and the factors that caused it to seize up in 2008, and also testified as to damages. |
| Internal Revenue Service | Humboldt Shelby Holding Corporation and Subsidiaries v. Commissioner of Internal Revenue<br>United States Tax Court<br>Houston, TX<br>Docket No. 25936-07 | Prepared an expert report concerning the reasonableness of profit expectation for a strategy involving a spread call option strategy. Testified at trial. |
| Brualdi Law Firm | Hex Partners, et al. v. Mason N. Carter, et al.<br>Superior Court of New Jersey, Civil Division Essex County<br>Civil Action No.: L-246-10 | Prepared an expert report comparing two change-of-control offers for Merrimac Industries, Inc. and a rebuttal expert report responding to the defendants' expert report. Testified at deposition. |

## APPENDIX A

| Clients | Case | Description of Testimony |
|---|---|---|
| Luboja & Thau, LLP | Hennion and Walsh v. Jason Chambeau and Morgan Stanley Smith Barney<br>FINRA Arbitration<br>Case No. 11-02850 | Prepared an expert report concerning the damages allegedly resulting from the improper solicitation of former clients by a broker in violation of his employment agreement. Testified at arbitration. |
| Jenner & Block | Chesapeake Energy Corporation v. Bank of New York Mellon Trust<br>U.S. District Court for the Southern District of New York<br>Civil Action Number 1:13-cv-01582-PAE | Prepared an expert report concerning the prevalence in the fixed income market of bond indentures with provisions allowing an early par call or provisions keying redemption to the notice date, rather than the redemption date. Testified at deposition and at trial. |
| Ballard Spahr<br>Haynes and Boone<br>Richardson, Plowden & Robinson | First Command Financial Services, et al. v. James S. Agostini, et al.<br>FINRA-DR Arbitration<br>Arbitration No. 12-01697 (Consolidated) | Prepared an expert report concerning the damages resulting from the alleged raid of the entire Columbia, SC office of First Command Financial Services. Testified at arbitration. |
| Greenberg Traurig | EXX v. Stabosz, et al. v. EXX<br>District Court, Clark County, Nevada<br>Case No. A-11-652516-B | Prepared an expert report concerning the fair value per share of the common stock of EXX, Inc. in connection with a shareholder appraisal rights matter. Testified at deposition and at trial in state court. |
| Kirkland & Ellis | UBS Securities LLC and UBS AG, London branch v. Highland Capital Management, et al.<br>Supreme Court of the State of New York, County of New York<br>Index No. 650097/2009 (I.A.S., Part 60, Friedman, J.) | Prepared an expert report regarding (a) whether the LCDX Index can be used as a proxy for the market value of a portfolio of collateralized loan obligations or a portfolio of credit default swaps and (b) concerning the fair market value of a private issue of secured pay-in-kind callable notes as of three dates. Testified at deposition. |
| Bracewell & Giuliani | In re: TMT Procurement Corp., et al.<br>U.S. Bankruptcy Court for the Southern District of Texas, Houston Division<br>Case No. 13-33763 | Prepared an expert report concerning the fair market value of a block of common stock of an oil field services firm, which block was potentially subject to the imposition of a constructive trust. Testified at deposition and at trial in bankruptcy court. |
| Goodwin Procter | Solar Morph Pte. Ltd. and Oppenheimer Investments Jersey Ltd. v. Applied Materials<br>JAMS Arbitration No. 1100071838 | Prepared an expert report providing background on project financing, describing the role of the investment banker in the process, and analyzing the reasonableness of the plaintiffs' efforts to raise financing for the purchase of the defendant's equipment. Testified at arbitration. |
| Kramer Levin Naftalis & Frankel<br>Residential Capital Official Committee of Unsecured Creditors | In re: Residential Capital, LLC, et al., Debtors<br>Residential Capital, LLC, et al. v. UMB Bank<br>Official Committee of Unsecured Creditors v. UMB Bank<br>U.S. Bankruptcy Court for the Southern District of New York<br>Case No. 12-12020 (MG) | Prepared an expert report and a rebuttal expert report describing OID (original issue discount) bonds, explaining the discount as interest, calculating the amount of OID, describing incentives firms can give bondholders to exchange their bonds for new bonds when OID is created, and analyzing a debt-for-debt exchange offer Residential Capital conducted in 2008. Testified at deposition and at trial in bankruptcy court. |

## APPENDIX A

| Clients | Case | Description of Testimony |
|---|---|---|
| Internal Revenue Service | Sugarloaf Fund, LLC v. Commissioner of Internal Revenue United States Tax Court Chicago, IL Docket No. 671-10 | Prepared an expert report concerning the market for distressed consumer receivables in Brazil and valuing three portfolios of distressed Brazilian consumer electronics receivables. Testified at trial in tax court. |
| Olshan Frome Wolosky | Iroquois Master Fund, Ltd. v. Quantum Fuel Systems Technologies Worldwide, Inc. U.S. District Court for the Southern District of New York Case No. 13 Civ. 3860 | Prepared an expert report concerning the fair market value of an exchange right embedded in a corporate common stock warrant issued in a public offering and the impact of the warrant issue on the effective common stock price in a previously issued common stock warrant. Testified at deposition and at trial. |
| Kellogg, Huber, Hansen, Todd, Evans & Figel Korein Tillery | CMFG Life Insurance Company, et al. v. RBS Securities U.S. District Court for the Western District of Wisconsin Case No. 12-cv-00037 WMC | Prepared an expert report concerning the amount due to CMFG Life Insurance Company, CUMIS Insurance Society, and MEMBERS Life Insurance Company on their equitable rescission claim as a result of their purchase of residential mortgage-backed securities from RBS Securities. Testified at deposition. |
| Faegre Baker Daniels Sherman & Howard | The Pioneer Centres Holding Company Employee Stock Ownership Plan and Trust, et al. v. Alerus Financial and Berenbaum Weinshienk U.S. District Court for the District of Colorado Civil Action No. 1:12-cv-02547-RM-BNB | Prepared an expert report analyzing and comparing a proposed ESOP stock purchase and redemption transaction and a consummated asset purchase transaction, analyzing an independent transaction trustee's negotiating position with respect to the seller's representations and warranties, and assessing the plaintiffs' damages claims. Testified at deposition. |
| Quinn Emanuel Urquhart & Sullivan | In re Lehman Brothers Holdings, et al., v. JPMorgan Chase Bank U.S. Bankruptcy Court for the Southern District of New York Index No. 10-ap-03266 | Prepared an expert report and a rebuttal expert report concerning the incremental value Lehman Brothers could have been realized from the sale of its investment management division if the bankruptcy of Lehman Brothers could have been delayed at least five business days. Testified at deposition. |
| Ashurst Markit Group Limited | European Commission Statement of Objections of 1 July 2013 Case COMP/39.745 – CDS Information Market | Prepared an expert report and a supplemental expert report explaining why the CDS market was not ready for exchange trading by 2009, CDS dealers were unlikely to have had sufficient incentives to become the initial market makers, and a CDS CLOB exchange was unlikely to achieve lower trading costs and wider new investor demand. |
| Internal Revenue Service | AD Investment 2000 Fund LLC AD Global 2000 Fund LLC v. Commissioner of Internal Revenue United States Tax Court New York, NY Docket Nos. 9177-08 and 9178-08 | Prepared an expert report concerning the reasonableness of profit expectation for a strategy involving a spread call option strategy. Testified at trial. |

## APPENDIX A

| Clients | Case | Description of Testimony |
|---|---|---|
| Luboja & Thau | Charles Schwab v. Morgan Stanley Smith Barney FINRA-DR Arbitration Arbitration No. 12-02325 | Prepared an expert report concerning the damages resulting from the alleged raid of two California offices of Charles Schwab.  Testified at arbitration. |
| Satterlee Stephens Burke & Burke | Oppenheimer & Co. Inc. v. Deutsche Bank Securities Inc. FINRA Arbitration FINRA Case No. 10-04093 | Prepared an expert report and testified at arbitration concerning auction rate credit-linked notes, their intended market, the fair market of the AR CLNs at issuance, and Deutsche Bank's unjust enrichment. |
| Wollmuth Maher & Deutsch | Lehman Brothers Special Financing, Inc. v. Bank of America, et al. U.S. Bankruptcy Court for the Southern District of New York Case No. 10-03547 (SCC) | Prepared an expert report concerning the economic commonality of certain payment preference provisions across 48 CDO transactions in which Lehman Brothers Special Financing was involved as a credit default swap counterparty.  Testified at deposition. |

# APPENDIX A

# PUBLICATIONS

## Books

1.  John D. Finnerty, <u>An Illustrated Guide to Bond Refunding Analysis.</u>  The Financial Analysts Research Foundation, Charlottesville, VA, 1984.

2.  John D. Finnerty, <u>Corporate Financial Analysis: A Comprehensive Guide to Real-World Approaches for Financial Managers.</u>  McGraw-Hill Book Company, New York, 1986.
    a)   Main Selection:  Macmillan's <u>The Executive Program</u>
    b)   Alternate Selection:  Prentice-Hall's <u>Books for Accountants</u>

3.  John D. Finnerty, Andrew J. Kalotay, and Francis X. Farrell, Jr., <u>The Financial Manager's Guide to Evaluating Bond Refunding Opportunities.</u>   Ballinger Publishing Company, Cambridge, MA, 1988.

4.  Douglas R. Emery and John D. Finnerty, <u>Principles of Finance with Corporate Applications.</u> West, St. Paul, MN, 1991.

5.  John D. Finnerty and Martin S. Fridson, eds., <u>The Yearbook of Fixed Income Investing 1995.</u> Irwin Professional Publishing, Chicago, 1996.

6.  John D. Finnerty, <u>Project Financing:  Asset-Based Financial Engineering.</u>  John Wiley & Sons, New York, 1996.

7.  Douglas R. Emery and John D. Finnerty, <u>Corporate Financial Management.</u>   Prentice Hall, Upper Saddle River, NJ, 1997.

8.  Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Principles of Financial Management</u>. Prentice Hall, Upper Saddle River, NJ, 1998.

9.  John D. Finnerty and Douglas R. Emery, <u>Debt Management</u>.  Harvard Business School Press, Boston, 2001.

10. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 2nd ed. Prentice Hall, Upper Saddle River, NJ, 2004.

11. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 3rd ed. Prentice Hall, Upper Saddle River, NJ, 2007.

12. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, Int. ed. Prentice Hall, Upper Saddle River, NJ, 2007.

13. John D. Finnerty, <u>Project Financing:  Asset-Based Financial Engineering</u>, 2nd ed.  John Wiley & Sons, New York, 2007.

14. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 4th ed. Wohl Publishing, Morristown, NJ, 2011.

## APPENDIX A

15. John D. Finnerty, <u>Project Financing:  Asset-Based Financial Engineering</u>, 3rd ed.  John Wiley & Sons, New York, 2013.

## <u>Monographs</u>

1.  John D. Finnerty, "The PricewaterhouseCoopers Credit Derivatives Primer," PricewaterhouseCoopers LLP, New York, 1998.

2.  John D. Finnerty, "Structuring Derivative Instruments to Adjust Risk Exposure: The Arithmetic of Financial Instruments," PricewaterhouseCoopers LLP, New York, 1999.

3.  John D. Finnerty, "A Comparison of Alternative Models for Valuing Employee Stock Options," Financial Executives Research Foundation, Florham Park, NJ, January 2003.

## <u>Papers Published in Refereed Journals</u>

1.  John D. Finnerty, "How Often Will the Firemen Get Their Sleep?," <u>Management Science</u> (July 1977), pp. 1169-1173.

2.  John D. Finnerty, "Real Money Balances and the Firm's Production Function," <u>Journal of Money, Credit and Banking</u> (November 1980), pp. 666-671.

3.  John D. Finnerty, "The Behavior of Electric Utility Common Stock Prices Near the Ex-Dividend Date," <u>Financial Management</u> (Winter 1981), pp. 59-69.

4.  John D. Finnerty, "The Stock Market's Reaction to the Switch from Flow-Through to Normalization," <u>Financial Management</u> (Winter 1982), pp. 36-47.

5.  John D. Finnerty, "Evaluating the Economics of Refunding High-Coupon Sinking-Fund Debt," <u>Financial Management</u> (Spring 1983), pp. 5-10.

6.  John D. Finnerty, "Bank Discount, Coupon Equivalent, and Compound Yields: Comment," <u>Financial Management</u> (Summer 1983), pp. 40-44.

7.  John D. Finnerty, "Preferred Stock Refunding Analysis: Synthesis and Extension," <u>Financial Management</u> (Autumn 1984), pp. 22-28.

8.  John D. Finnerty, "Stock-for-Debt Swaps and Shareholder Returns," <u>Financial Management</u> (Autumn 1985), pp. 5-17.

9.  John D. Finnerty, "Zero Coupon Bond Arbitrage: An Illustration of the Regulatory Dialectic at Work," <u>Financial Management</u> (Winter 1985), pp. 13-17.

10. John D. Finnerty, "Refunding Discounted Debt: A Clarifying Analysis," <u>Journal of Financial and Quantitative Analysis</u> (March 1986), pp. 95-106.

11. John D. Finnerty, "A Visit with Alice in Moneyland," <u>Journal of Corporate Finance</u> (Spring 1987), pp. 46-47.

## APPENDIX A

12. John D. Finnerty, "An Analytical Framework for Evaluating Securities Innovations," <u>Journal of Corporate Finance</u> (Winter 1987), pp. 3-18.

13. John D. Finnerty, "Capital Budgeting and CAPM: Choosing the Market Risk Premium," <u>Journal of Corporate Finance</u> (Winter 1988), pp. 11-14.

14. John D. Finnerty, "Financial Engineering in Corporate Finance: An Overview," <u>Financial Management</u> (Winter 1988), pp. 14-33. (Lead Article) Reprinted in Clifford W. Smith, Jr., and Charles W. Smithson, eds., <u>The Handbook of Financial Engineering</u>. Harper & Row, New York, 1990, ch. 3, and in Robert W. Kolb, ed., <u>The Financial Derivatives Reader</u>. Kolb, Miami, 1992, ch. 2.

15. John D. Finnerty, "New Issue Dividend Reinvestment Plans and the Cost of Equity Capital," <u>Journal of Business Research</u> (March 1989), pp. 127-139.

16. John D. Finnerty, "Measuring the Duration of a Floating-Rate Bond," <u>Journal of Portfolio Management</u> (Summer 1989), pp. 67-72. Reprinted in Sanjay K. Nawalkha and Donald R. Chambers, eds., <u>Interest Rate Risk Measurement and Management</u>. Institutional Investor Books, New York, 1999, ch. 32.

17. John D. Finnerty and Victor M. Borun, "An Analysis of Unbundled Stock Units," <u>Global Finance Journal</u> (Fall 1989), pp. 47-69.

18. John D. Finnerty and Michael Rose, "Arbitrage-Free Spread: A Consistent Measure of Relative Value," <u>Journal of Portfolio Management</u> (Spring 1991), pp. 65-77.

19. John D. Finnerty, "The Time Warner Rights Offerings: A Case Study in Financial Engineering," <u>Journal of Financial Engineering</u> (June 1992), pp. 38-61.

20. John D. Finnerty, "The Advance Refunding of Nonredeemable High-Coupon Corporate Debt Through In-Substance Defeasance," <u>Journal of Financial Engineering</u> (September 1992), pp. 150-173.

21. Douglas R. Emery and John D. Finnerty, "A Review of Recent Research Concerning Corporate Debt Provisions," <u>Financial Markets, Institutions & Instruments</u> (December 1992), pp. 23-39.

22. John D. Finnerty and Dean Leistikow, "College Tuition Prepayment Programs: Description, Investment Portfolio Composition, and Contract Pricing," <u>Journal of the Midwest Finance Association</u> (1992), pp. 165-174.

23. John D. Finnerty, "Comment: The Need to Enhance the Effectiveness of Discussants and Some Suggested Guidelines for Session Organizers and Discussants," <u>Financial Practice and Education</u> (Spring/Summer 1993), pp. 15-18.

24. John D. Finnerty and Dean Leistikow, "The Behavior of Equity and Debt Risk Premiums," <u>Journal of Portfolio Management</u> (Summer 1993), pp. 73-84.

25. John D. Finnerty, "Interpreting SIGNs," <u>Financial Management</u> (Summer 1993), pp. 34-47.

## APPENDIX A

26. John D. Finnerty, "Indexed Sinking Fund Debentures: Valuation and Analysis," <u>Financial Management</u> (Summer 1993), pp. 76-93.

27. John D. Finnerty and Robert J. Kunze, "Arranging Financing for Biotechnology Ventures," <u>Financier</u> (May 1994), pp. 20-34.

28. John D. Finnerty, "Valuing Corporate Equity When Value Additivity May Not Hold: The Case of the Newhouse Estate Valuation," <u>Financial Practice and Education</u> (Spring/Summer 1994), pp. 107-115.

29. John D. Finnerty and Dean Leistikow, "The Behavior of Equity and Debt Risk Premiums": Reply to Comment, <u>Journal of Portfolio Management</u> (Summer 1994), pp. 101-102.

30. John D. Finnerty, "Range Floaters: Pricing a Bet on the Future Course of Short-Term Interest Rates," <u>Financier</u> (November 1994), pp. 20-27. Reprinted in John D. Finnerty and Martin S. Fridson, eds., <u>The Yearbook of Fixed Income Investing 1995</u>. Irwin Professional Publishing, Chicago, 1996, ch. 8.

31. John D. Finnerty, "Some Suggested Guidelines for Reviewers," <u>Financial Practice and Education</u> (Fall/Winter 1994), pp. 22-24.

32. John D. Finnerty, Iftekhar Hasan, and Yusif Simaan, "Designing an Efficient Investment Strategy for Hedging the Future Cost of a College Education," <u>Journal of Investing</u> (Spring 1996), pp. 47-58.

33. John D. Finnerty, "Credit Derivatives, Infrastructure Finance, and Emerging Market Risk," <u>Financier</u> (February 1996), pp. 64-75.

34. John D. Finnerty, "Adjusting the Binomial Model for Default Risk," <u>Journal of Portfolio Management</u> (Winter 1999), pp. 93-103.

35. John D. Finnerty, "The PricewaterhouseCoopers Credit Derivatives Primer: Total Return Swaps," <u>Financier</u> (vol. 7, 2000), pp. 66-77.

36. John D. Finnerty, "Premium Debt Swaps, Tax-Timing Arbitrage, and Debt Service Parity," <u>Journal of Applied Finance</u> (vol. 11, 2001), pp. 17-22.

37. John D. Finnerty and Mark S. Brown, "An Overview of Derivatives Litigation, 1994 to 2000," <u>Fordham Journal of Corporate & Financial Law</u> (vol.7, 2001), pp. 131-158.

38. John D. Finnerty and Dwight Grant, "Alternative Approaches to Testing Hedge Effectiveness under SFAS No. 133," <u>Accounting Horizons</u> (June 2002), pp. 95-108.

39. John D. Finnerty and Douglas R. Emery, "Corporate Securities Innovation: An Update," <u>Journal of Applied Finance</u> (Spring/Summer 2002), pp. 21-47.

40. John D. Finnerty, "Adjusting the Comparable-Company Method for Tax Differences when Valuing Privately Held "S" Corporations and LLCs," <u>Journal of Applied Finance</u> (Fall/Winter 2002), pp.15-30.

**APPENDIX A**

41. John D. Finnerty and Murray Grenville, "An Introduction to Credit Swaps," <u>Financier</u> (vol. 9, 2002), pp. 51-63.

42. John D. Finnerty and Murray Grenville, "An Introduction to Credit Spread Options," <u>Financier</u> (vol. 9, 2002), pp. 64-75.

43. John D. Finnerty and Dwight Grant, "Testing Hedge Effectiveness under SFAS 133," <u>The CPA Journal</u> (April 2003), pp. 40-47.

44. John D. Finnerty and George M. Pushner, "An Improved Two-Trader Model for Measuring Damages in Securities Fraud Class Actions," <u>Stanford Journal of Law, Business & Finance</u> (Spring 2003), pp. 213-263.

45. John D. Finnerty and Douglas R. Emery, "The Value of Corporate Control and the Comparable Company Method of Valuation," <u>Financial Management</u> (Spring 2004), pp. 91-99.

46. John D. Finnerty, "Exact Formulas for Pricing Bonds and Options When Interest Rate Diffusions Contain Jumps," <u>Journal of Financial Research</u> (Fall 2005), pp. 319-341.

47. John D. Finnerty," Extending the Black-Scholes-Merton Model to Value Employee Stock Options," <u>Journal of Applied Finance</u> (Fall/Winter 2005), pp. 25-54.

48. John D. Finnerty, Michael J. McAllister, and Maureen M. Chakraborty, "Calculating Damages in Broker Raiding Cases," <u>Stanford Journal of Law, Business & Finance</u> (Spring 2006), pp. 261-297.

49. John D. Finnerty, "Using Contingent-Claims Analysis to Value Opportunities Lost Due to Moral Hazard Risk," <u>Journal of Risk</u> (Spring 2006), pp. 55-83.

50. John D. Finnerty and Gautam Goswami, "Determinants of the Settlement Amount in Securities Fraud Class Action Litigation," <u>Hastings Business Law Journal</u> (Summer 2006), pp. 453-486.

51. John D. Finnerty and Mary Kuan, "When the Insurance Regulators Sneeze, the Hybrid Market Can Catch a Cold," <u>Journal of Insurance Regulation</u> (Summer 2007), pp. 87-120.

52. John D. Finnerty, "A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," <u>Journal of Forensic Economics</u> (December 2009), pp. 55-62.

53. John D. Finnerty, Jeffrey Turner, Jack Chen, and Rachael Park, "Regulatory Uncertainty and Financial Contagion: Evidence from the Hybrid Capital Securities Market," <u>Financial Review</u> (February 2011), pp. 1-42. (Lead Article)

54. John D. Finnerty and Kishlaya Pathak, "A Review of Recent Derivatives Litigation," <u>Fordham Journal of Corporate & Financial Law</u> (vol. 16, 2011), pp. 73-123.

55. John D. Finnerty, Jie Jiao, and An Yan, "Convertible Securities in Merger Transactions," <u>Journal of Banking and Finance</u> (January 2012), pp. 275-289.

## APPENDIX A

56.  John D. Finnerty, "An Average-Strike Put Option Model of the Marketability Discount," Journal of Derivatives (Summer 2012), pp. 53-69.

57.  John D. Finnerty, "Pricing of Employee Stock Options: Marketability Does Matter," International Journal of Portfolio Analysis and Management (No. 2, 2012), pp. 179-205.

58.  John D. Finnerty, Cameron D. Miller, and Ren-Raw Chen, "The Impact of Credit Rating Announcements on Credit Default Swap Spreads," Journal of Banking and Finance (June 2013), pp. 2011-2030.

59.  Martin S. Fridson and John D. Finnerty, "Is There Value in Valuation?" Journal of Portfolio Management (Winter 2013), pp. 87-91.  Excerpted in Practical Applications of Institutional Investor Journals, Institutional Investor, New York, August 2013, pp. 6-9.

60.  John D. Finnerty, "The Impact of Stock Transfer Restrictions on the Private Placement Discount," Financial Management (Fall 2013), pp. 575-609.

61.  John D. Finnerty, "Using Put Option-Based DLOM Models to Estimate Discounts for Lack of Marketability," Business Valuation Review (Fall 2013), pp. 165-170.

62.  John D. Finnerty, "Modifying the Black-Scholes-Merton Model to Calculate the Cost of Employee Stock Options," Managerial Finance (No. 1, 2014), pp. 2-32.  (Lead Article)

63.  John D. Finnerty and Rachael W. Park, "Collars, Prepaid Forwards, and the DLOM: Volatility Is the Missing Link," Business Valuation Review (2015), forthcoming.

64.  John D. Finnerty, "Valuing Convertible Bonds and the Option to Exchange Bonds for Stock," Journal of Corporate Finance (vol. 31, 2015), pp. 91-115.

## Other Papers and Articles

1.  John D. Finnerty, "A Closer Look at Preferred Stock Financing," Public Utilities Fortnightly (November 6, 1980), pp. 41-43.

2.  John D. Finnerty, "Evaluating a Stock-for-Debt Swap: The Proper Framework," Public Utilities Fortnightly (August 5, 1982), pp. 27-32.

3.  John D. Finnerty, "How to Lower the Cost of Floating a New Stock Issue," Public Utilities Fortnightly (March 17, 1983), pp. 25-29.

4.  John D. Finnerty, "The Pluses of Zeros," Euromoney (May 1985), p. 67.

5.  John D. Finnerty, "Refunding High-Coupon Debt," Midland Corporate Finance Journal (Winter 1986), pp. 59-74.

6.  John D. Finnerty, "The Case for Issuing Synthetic Convertible Bonds," Midland Corporate Finance Journal (Fall 1986), pp. 73-82.  Reprinted in Clifford W. Smith, Jr., and Charles W. Smithson, eds., The Handbook of Financial Engineering.  Harper & Row, New York, 1990, ch. 21.

## APPENDIX A

7. John D. Finnerty, "Where is the Value Added in Securities Innovation," in John Thackray, ed., Chief Financial Officer USA 1987, SPL Associates Limited, London, 1987, pp. 202-205.

8. John D. Finnerty, "An Analysis of Tuition Prepayment Plans," in Proceedings of the Invitational Conference on College Prepayment and Savings Plans. College Entrance Examination Board, New York, 1988, pp. 25-31.

9. John D. Finnerty, "A Private Solution to a Public Problem: A Response from the Private Sector to the College Saving Crisis," in Tax Incentives for Education. United States Senate Committee on Finance, Washington, D.C., March 15, 1988, pp. 194-204.

10. John D. Finnerty, "How to Cope with Rising College Costs," Tax Management Financial Planning Journal (May 31, 1988), pp. 224-228.

11. John D. Finnerty, "Measuring the Risk Premium on the Market Portfolio," in Frank J. Fabozzi, ed., The Institutional Investor Focus on Investment Management. Ballinger, Cambridge, MA, 1989, pp. 161-167.

12. John D. Finnerty, "Measuring the Duration of Floating-Rate Debt Instruments," in Frank J. Fabozzi, ed., Advances & Innovations in the Bond and Mortgage Markets. Probus, Chicago, 1989, pp. 77-96.

13. John D. Finnerty and Herbert S. Adler, "Make Securities Innovation Work to Your Advantage," Butterworths Journal of International Banking and Financial Law (February 1992), pp. 64-67.

14. John D. Finnerty, "An Overview of Corporate Securities Innovation," Journal of Applied Corporate Finance (Winter 1992), pp. 23-39. Reprinted in Donald H. Chew, Jr., ed., The New Corporate Finance: Where Theory Meets Practice. McGraw-Hill, New York, 1993, pp. 212-228, and in Raymond H. Rupert, ed., The New Era of Investment Banking. Probus, Chicago, 1993, ch. 16.

15. John D. Finnerty, "Financial Engineering," in the New Palgrave Dictionary of Money and Finance, vol. 2. Macmillan, London, 1992, pp. 56-63.

16. John D. Finnerty, "Structures and Contracts which Reallocate Risk," in proceedings of the conference on Structured Finance: Design, Engineering & Production. Euromoney, Brussels, June 4-5, 1992, pp. 75-96.

17. John D. Finnerty, "Sources of Value Added from Structuring Asset-Backed Securities to Reduce or Reallocate Risk," in Charles Stone, Anne Zissu, and Jess Lederman, eds., The Global Asset Backed Securities Market. Probus, Chicago, 1993, ch. 3.

18. John D. Finnerty, Burton L. Raimi, and Neil R. Crowley, "Designing Securities to Qualify as Capital for Bank Regulatory Purposes," in Charles A . Stone and Anne Zissu, eds., Global Risk Based Capital Regulations: Management and Funding Strategies. Irwin Professional Publishing, Burr Ridge, IL, 1994, ch. 8.

# APPENDIX A

19. Douglas R. Emery and John D. Finnerty, "Using a PERCS-for-Common Exchange Offer to Reduce the Costs of a Dividend Cut," <u>Journal of Applied Corporate Finance</u> (Winter 1995), pp. 77-89.

20. John D. Finnerty, "Financial Engineering as a Solution to Interest-Rate Risk Management Challenges," in Anthony G. Cornyn, Robert A. Klein, and Jess Lederman, eds., <u>Controlling & Managing Interest-Rate Risk</u>. New York Institute of Finance, New York, 1997, ch. 17.

21. John D. Finnerty, "Russian Settlements Will Put Credit Derivatives to the Test," <u>American Banker</u> (December 4, 1998), p. 21.

22. John D. Finnerty, "Will Credit Derivatives Survive the Stress Test?" <u>Solutions</u> (Winter 1999), pp. 5, 8.

23. Keith R. Ugone and John D. Finnerty, "Measuring Damages in Securities Fraud Class Action Lawsuits," CD-ROM accompanying Michael R. Young, ed., <u>Accounting Irregularities and Financial Fraud</u>. Harcourt Professional Publishing, New York, 2000.

24. Douglas R. Emery and John D. Finnerty, "Capital Investments," in Burton S. Kaliski, ed., <u>Encyclopedia of Business and Finance</u>, vol. 1. Macmillan, New York, 2001, pp. 81-85.

25. John D. Finnerty, "Securitizing Political Risk Investment Insurance: Lessons from Past Securitizations," in Theodore H. Moran, ed., <u>International Political Risk Management: Exploring New Frontiers</u>. World Bank, Washington, DC, 2001, pp. 77-147.

26. John D. Finnerty and Dwight Grant, "How to Test Hedge Effectiveness Under FAS 133," <u>Estratégica</u> (April/June 2001), pp. 8-16.

27. John D. Finnerty, "Debt Innovative," <u>Fordham Business Magazine</u> (Spring/Summer 2001), pp. 24-25.

28. Robert Sidorsky and John D. Finnerty, "Standing to Sue Under Rule 10b-5: A Fresh Look at the New Investment Doctrine," <u>Securities Regulation Law Journal</u> (Summer 2001), pp. 113-198.

29. John M. Althoff and John D. Finnerty, "Testing Hedge Effectiveness," in Henry A. Davis, ed., <u>FAS 133 and the New Derivatives Accounting Landscape</u>. Institutional Investor, New York, Fall 2001, pp. 44-51.

30. John D. Finnerty and George M. Pushner, "Meeting the New Standard for 10b-5 Class Action Damage Calculations," <u>Analysis Group/*Economics* Issue Brief,</u> 2002.

31. John D. Finnerty and Heidi Donoghue, "The Trend in Corporate Financial Disclosure," in Esmeralda O. Lyn and George J. Papaioannou, eds., <u>Financial Services in the Evolving Global Marketplace</u>. Hofstra University Press, New York, 2002, pp. 192-209.

32. John D. Finnerty, "How Companies Account for the Cost of Options," <u>Wall Street Journal</u>, October 10, 2002, p. A15.

**APPENDIX A**

33. John D. Finnerty and George M. Pushner, "Rule 10b-5 vs. Section 11 Securities Fraud Class-Action Damages," Analysis Group/*Economics* Issue Brief, 2002.

34. John D. Finnerty, "Damages Estimation After Natural Disasters," in Jack P. Friedman, ed., Litigation Support Report Writing for Accounting, Finance, and Economic Issues. Wiley, New York, 2003.

35. John D. Finnerty, "Valuing Employee Stock Options: A Comparison of Alternative Models," FMA Online (Summer 2003).

36. John D. Finnerty, "Calculating Damages in Broker Raiding Cases," in John Siegal, Protecting Corporate IP Assets: Enforcing Restrictive Covenants in the Employment Context. Practising Law Institute, New York, 2005, pp. 111-145.

37. Douglas R. Emery and John D. Finnerty, "Capital Investments," in Burton S. Kaliski, ed., Encyclopedia of Business and Finance, 2nd ed., vol. 1. Macmillan, Detroit, 2007, pp. 71-74.

38. John D. Finnerty, "The Valuation of Venture Capital Convertible Preferred Stock When Equity Claims Are Nested," Journal of Private Equity (Winter 2008), pp. 1-20.

39. John D. Finnerty, "Securities Innovation," in Frank J. Fabozzi, ed. Handbook of Finance, vol. I. Wiley, Hoboken, NJ, 2008, pp. 61-92.

40. John D. Finnerty, "Real Options," in Frank J. Fabozzi, ed., Handbook of Finance, vol. II. Wiley, Hoboken, NJ, 2008, pp. 697-713.

41. John D. Finnerty, "Project Financing," in Hossein Bidgoli, ed. Handbook of Technology Management, vol. I. Wiley, Hoboken, NJ, 2010, pp. 601-612.

42. John D. Finnerty and Peter G. Wollmeringer, "Valuation: Application and Methodologies," in Patricia A. Etzold and Matthew J. Shelhorse, Pocket MBA: Finance for Lawyers July 2010. Practising Law Institute, New York, 2010, pp. 301-358.

43. John D. Finnerty, "Effective Use of Discovery in Cases Involving Wealthy and Sophisticated Investors," PIABA 19th Annual Meeting Proceedings, Ponte Vedra, FL, 2010, pp. 73-79.

44. John D. Finnerty and Rachael Park, "Designing Derivatives Structures," in Jonathan Denton, ed. Practical Derivatives: A Transactional Approach, 2nd ed. Globe Business Publishing, London, 2010, pp. 109-125.

45. John D. Finnerty and Jeffrey S. Turner, "Valuation Examples," in Kirsten S. Aunapu, Eric B. Sloan, Patricia A. Etzold, and Matthew J. Shelhorse, Pocket MBA: Finance for Lawyers Summer 2011, Practising Law Institute, New York, 2011, pp. 491-500.

46. John D. Finnerty and Jeffrey S. Turner, "Valuation: Application and Methodologies (Presentation Slides)," in Kirsten S. Aunapu, Eric B. Sloan, Patricia A. Etzold, and Matthew J. Shelhorse, Pocket MBA: Finance for Lawyers Summer 2011, Practising Law Institute, New York, 2011, pp. 503-573.

APPENDIX A

47.   John D. Finnerty and Rachael W. Park, "Structured Notes and Credit-Linked Notes," in Frank J. Fabozzi, ed., <u>The Handbook of Fixed Income Securities</u>, 8th ed., McGraw-Hill, New York, 2012, pp. 315-336.

48.   John D. Finnerty and Rachael W. Park, "Modifying the Black-Scholes-Merton Model to Calculate the Cost of Employee Stock Options," <u>Insight Financial Advisory Services</u>, AlixPartners, New York, April 2014, pp. 1-8.

49.   Douglas R. Emery and John D. Finnerty, "Capital Investments," in Burton S. Kaliski, ed., <u>Encyclopedia of Business and Finance</u>, 3rd ed., vol. 1. Macmillan, Detroit, 2014, forthcoming.

50.   John D. Finnerty and Rachael W. Park, "Gifting a Grantor Retained Annuity Trust: A Valuable Option," <u>Bloomberg BNA Daily Tax Report</u>, December 11, 2014, pp. 1-6.

## Patents

1.   Peter A. Roberts, John D. Finnerty, and Hamish W. M. Norton, "Methods and Apparatus for Restructuring Debt Obligations," United States Patent Number 4,648,038, March 3, 1987.

2.   Peter A. Roberts, John D. Finnerty, and Hamish W. M. Norton, "Methods and Apparatus for Restructuring Debt Obligations," United States Patent Number 4,739,478, April 19, 1988.

3.   Peter A. Roberts and John D. Finnerty, "Methods and Apparatus for Funding a Future Liability of Uncertain Cost," United States Patent Number 4,752,877, June 21, 1988.

4.   Peter A. Roberts and John D. Finnerty, "Methods and Apparatus for Insuring the Funding of a Future Liability of Uncertain Cost," United States Patent Number 4,839,804, June 13, 1989.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

**Legal Documents:**

Basic Inc. v. Levinson, 485 U.S. 224 (1988).

Billhofer v. Flamel Technologies, S.A., 281 F.R.D. 150, 159 (S.D.N.Y. 2012) (Sweet J.).

Bruce S. Sherman v. Bear Stearns Companies Inc., et al., No. 09-8161(RWS) (S.D.N.Y.), Dkt. 1, (Complaint filed September 24, 2009.)

Cammer v. Bloom, 711 F. Supp. 1264 (D.N.J. 1989).

Deposition Testimony of Bruce S. Sherman, dated December 16, 2014.

Deposition Testimony of Alan Schwartz, taken December 9, 2014.

Deposition Testimony of Paul Friedman, December 5, 2014.

Deposition Testimony of Ralph Cioffi, October 15, 2014.

Deposition Testimony of Samuel Molinaro, December 4, 2014.

Dura Pharm. v. Broudo, 544 U.S. 336, 342 (2005).

Krogman v. Sterritt, 202 F.R.D. 467 (N.D. Tex. 2001).

Mallis v. Bankers Trust Co., 717 F. 2d 683, 694-95 (2d Cir. 1983).

Teamsters Local 445 Freight Div. v. Bombardier, 546 F. 3d 196, 204 n. 11(2d Cir. 2008).


**SEC Filings:**

Bear Stearns, Form 10-K for the fiscal year ending November 30, 2006, filed on February 13, 2007.

Bear Stearns, Form 10-K for the fiscal year ending November 30, 2007, filed on January 29, 2008.

Bear Stearns, Form 10-Q for the first quarter of 2007, filed on April 9, 2007.

Bear Stearns, Form 10-Q for the second quarter of 2007, filed on July 10, 2007.

Bear Stearns, Form 10-Q for the third quarter of 2007, filed on October 10, 2007.


**Bates-Stamped Items:**

BEAR 00117203

**APPENDIX B**
**DOCUMENTS CONSIDERED**

BEAR 00133913-29

BEAR 00282771

BEAR 00283872-3

BEAR 00285142

BEAR 00292562-5

BEAR 00316832-3

BEAR 00325452

BEAR 00501435-6

BEAR 00505732

BEAR 00507684

BEAR 00509006

BEAR 00510868

BEAR 00567802

BEAR 00605879

BEAR 00606589

BEAR 00606704

BEAR 0060875

BEAR 00752730-2

BEAR 00804364

BEAR 00878324

BEAR 00917733

BEAR 00917749

BEAR 01087390-1

**APPENDIX B**
**DOCUMENTS CONSIDERED**

BEAR 01115103

BEAR 01115105

BEAR 01115114

BEAR 01126175

BEAR 01128477

BEAR 01165949-93

BEAR 01174575

BEAR 01175431-3

BEAR 01227508-10

BEAR 01234015-40

BEAR 01247911-5

BEAR 01248786

BEAR 01280265

BEAR 01295753-70

BEAR 01295754-66

BEAR 01309416-8

BEAR 01352373

BEAR 01352593

BEAR 01352593-4

BEAR 01364717-20

BEAR 01409439-63

BEAR 01447342

BEAR 01452768

**APPENDIX B**
**DOCUMENTS CONSIDERED**

BEAR 01457344

BEAR 01463408

BEAR 01469125-7

BEAR 01474778

BEAR 01565503-6

BEAR 01568638-59

BEAR 01652024-31

BEAR 02001498-517

BEAR 02001502

BEAR 02002450-64

BEAR 02002528-59

BEAR00128463

BEAR00314343-5

BEAR00804364-5

BS-SEC 3769041-2

BS-SEC1693503

DT_DF_000007027-33

DT_JK_000003592

DT_JR_000001532

DT_JR_000001534

PCM 00000559-592

PCM 00000602-616

PCM 00000617-637

**APPENDIX B**
**DOCUMENTS CONSIDERED**

PCM 00000638-654

## Books:

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, <u>Principles of Corporate Finance</u>, 9th ed., McGraw-Hill, New York, 2008.

Elton, Edwin J., Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis</u>, 6th ed., John Wiley & Sons, Inc., Hoboken, NJ, 2003.

Emery, Douglas R., John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 4th ed., Wohl Publishing, Morristown, NJ, 2011.

Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Roman L. Weil, Michael J. Wagner, and Peter B. Frank, eds., <u>Litigation Services Handbook</u>, 3rd ed., Wiley, New York, 2001.

## Journal Articles:

Alexander, Janet C., "The Value of Bad News," *UCLA Law Review*, 41, August, 1994.

Ang, James S. and Shaojun Zhang, "An Evaluation of Testing Procedures for Long Horizon Event Studies," *Review of Quantitative Finance and Accounting*, 23, 2004.

Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporation Law*, 19, Winter 1994.

Bartholdy, Jan and Paula Peare, "Unbiased Estimation of Expected Return Using CAPM," *International Review of Financial Analysis*, 2003.

Battalio, Robert and Paul Schultz, "Options and the Bubble," *Journal of Finance*, 2006.

Boehme, Rodney D. and Sorin M. Sorescu, "The Long-run Performance Following Dividend Initiations and Resumptions: Underreaction or Product of Change," *Journal of Finance*, 57, 2002.

Boehmer, Ekkehart and Eric K. Kelley, "Institutional Investors and the Informational Efficiency of Prices," *Review of Financial Studies*, 22, 2009.

Boehmer, Ekkehart and Juan Wu, "Short Selling and the Price Discovery Process," *Journal of Financial Studies*, 26, 2013.

Boehmer, Ekkehart, Charles M. Jones, and Xiaoyan Zhang, "Which Shorts Are Informed?," *Journal of Finance*, 63, April 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bris, Arturo, William N. Goetzmann, and Ning Zhu, "Efficiency and the Bear: Short Sales and the Markets Around the World," *Journal of Finance*, 62, June 2007.

Campbell, B. and Jean-Marie Dufour, "Exact Nonparametric Orthogonality and Random Walk Tests," *Review of Economics and Statistics*, 77, February 1995.

Cornell, Bradford and James C. Rutten, "Market Efficiency, Crashes, and Securities Litigation," *Tulane Law Review*, 81, December 2006.

Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review*, 37, 1990.

Dufour, Jean-Marie, Y. Lepage, and H. Zeidan, "Nonparametric Testing for Time Series: A Bibliography," *Canadian Journal of Statistics*, 10, 1982.

Elyasiani, Elyas, Shmuel Hauser, and Beni Lauterbach, "Market Response to Liquidity Improvements: Evidence from Exchange Listings," *Financial Review*, 41, 2000.

Evans, Richard B., Christopher C. Geczy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22, 2009.

Fama, Eugene F. and Kenneth R. French, "Permanent and Temporary Components of Stock Prices," *Journal of Political Economy*, 96, 1988.

Fama, Eugene F. and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," *Journal of Financial Economics*, 33, 1993.

Fama, Eugene, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 25, March 1970.

Fama, Eugene, "The Behavior of Stock Prices," *Journal of Business*, 38, 1965.

Jaffe, Jeffrey, "Special Information and Insider Trading," *Journal of Business*, 47, July 1974.

Kirgis, Paul F., "Bargaining with Consequences: Leverage and Coercion in Negotiation," *Harvard Negotiation Law Review*, 19, Spring 20148.

Klemkosky, Robert C. and Bruce G. Resnick, "Put-Call Parity and Market Efficiency," *Journal of Finance*, 34, December 1979.

Lorie, James and Victor Niederhoffer, "Predictive and Statistical Properties of Insider Trading," *Journal of Law and Economics*, 11, April 1968.

Luger, Richard, "Exact Nonparametric Tests for a Random Walk with Unknown Drift Under Conditional Heteroscedasticity," Research Department, Bank of Canada, February 2001.

## APPENDIX B
## DOCUMENTS CONSIDERED

Macey, Jonathan R., Geoffrey P. Miller, Mark L. Mitchell, and Jeffry M. Netter, "Lessons from Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson," 77 *Virginia Law Review Association*, 1017, August 1991.

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, 35, March 1997.

Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, 49, February 1994.

Mittsdorffer, R. and J. Diederich, "Prediction of First Day Returns of Initial Public Offering in the US Stock Market Using Rule Extraction from Support Vector Machines," *Studies in Computational Intelligence (SCI)*, 80, 2008.

Ofek, Eli, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets," *Journal of Financial Economics*, 74, 2004.


**News Articles (By Date):**

Bloomberg News, "Bear Stearns Warns Hedge Fund Investors of Total Loss (Update1)," July 17, 2007.

Associated Press, "AFX: Bear Stearns Says Hedge Fund Worthless," July 17, 2007.

Bloomberg L.P., "Bear Stearns Responds to S&P Action," August 3, 2007.

Bloomberg News - BN, "*PETROCHINA RAISED TO `OUTPERFORM' AT BEAR STEARNS :PTR US," August 16, 2007.

Bloomberg News - BN, "*CAREER EDUCATION RAISED TO `OUTPERFORM' AT BEAR STEARNS," August 16, 2007.

Bloomberg News - BN, "*PLANTRONICS RAISED TO `OUTPERFORM' AT BEAR STEARNS :PLT US," August 16, 2007.

Bloomberg News - BN, "*LATIN CURRENCIES TO WEAKEN AMID TURMOIL, BEAR STEARNS SAYS," August 16, 2007.

Bloomberg News - BN, "*BEAR STEARNS ANALYSTS KEARNEY, SHAYO MAKE COMMENTS IN REPORT," August 16, 2007.

Bloomberg News - BRF, "TTWO: Take-Two receives wells notice - Bear Stearns [UPDATE]," August 16, 2007.

Bloomberg News - BN, "Covidien Rated New `Outperform' at Bear Stearns :COV US," August 16, 2007.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Career Education Raised to `Outperform' at Bear Stearns:CECO US," August 16, 2007.

Bloomberg News - BN, "Plantronics Raised to `Outperform' at Bear Stearns :PLT US," August 16, 2007.

Bloomberg News - BN, "PetroChina Raised to `Outperform' at Bear Stearns :PTR US," August 16, 2007.

Bloomberg News - BN, "PetroChina Raised to `Outperform' at Bear Stearns :857 HK," August 16, 2007.

Bloomberg News - BN, "Sinopec Raised to `Peerperform' at Bear Stearns :SNP US," August 16, 2007.

Bloomberg News - BN, "Sinopec Raised to `Peerperform' at Bear Stearns :386 HK," August 16, 2007.

Bloomberg News - FII, "Fitch Issues Presale Report on Bear Stearns ABS I Trust 2007-HE6," August 16, 2007.

Bloomberg News - BUS, "Fitch Issues Presale Report on Bear Stearns ABS I Trust 2007-HE6," August 16, 2007.

Bloomberg News - BUS, "Four Law Firms Join to Sue Bear Stearns for Hedge Fund Losses," August 16, 2007.

Bloomberg News - BN, "*FOUR LAW FIRMS JOINTLY TO SUE BEAR STEARNS ABOUT FUND LOSSES," August 16, 2007.

Bloomberg News - PRN, "AMN Healthcare Services to Present at the Bear Stearns 20th," August 16, 2007.

Bloomberg News - BRF, "BSC: Bear Stearns' Stock Movement Suggests the Possibility of New Funding," August 16, 2007.

Bloomberg News - BN, "*BEAR STEARNS RISES $2.47, OR 2.4%, TO $105.62 AT 3:12 PM IN NY," August 16, 2007.

Bloomberg News - BN, "*BEAR STEARNS SHARES SURGE 8.8%, MOST SINCE APRIL 2001," August 16, 2007.

Bloomberg News - BN, "Bear Stearns Rallies Most Since 2001 on Investment Speculation," August 16, 2007.

Bloomberg News - BN, "*BEAR STEARNS TO CUT 240 JOBS AT MORTGAGE LENDING OPS, DOW SAYS," August 16, 2007.

Bloomberg News - PSE, "BSC PM <eqty> <GO> suspended for trading," October 15, 2007.

Bloomberg News - BN, "*CHINA CITIC GROUP IS BIDDING FOR STAKE IN BEAR STEARNS :BSC US," October 15, 2007.

8

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*JIANG MAKES REMARKS ON CITIC AND BEAR STEARNS IN BEIJING," October 15, 2007.

Bloomberg News - BN, "*CHINA REGULATOR JIANG SPOKE ON CITIC, BEAR STEARNS IN BEIJING," October 15, 2007.

Bloomberg News - PSE, "BSC PM <eqty> <GO> unsuspended for trading," October 15, 2007.

Bloomberg News - BN, "JF Asset's Lau Calls Bear Stearns `a Bargain' for China's Citic," October 16, 2007.

Bloomberg News - BN, "China Citic Bids for Bear Stearns Stake, Jiang Says (Update5)," October 16, 2007.

Bloomberg News - BN, "China Citic Bids for Bear Stearns Stake, Jiang Says (Correct)," October 16, 2007.

Bloomberg News - APW, "China Bank Bids For Bear Stearns Stake," October 16, 2007.

Bloomberg News - BN, "*GM CUT TO `UNDERPERFORM' FROM `PEER PERFORM' AT BEAR STEARNS," October 16, 2007.

Bloomberg News - BN, "China Citic Group May Bid for Bear Stearns Stake (Update8)," October 16, 2007.

Bloomberg News - BN, "GM Downgraded by Bear Stearns on Union Accord, Market Erosion," October 16, 2007.

Bloomberg News - BN, "Agilent, Bear Stearns, Exelixis, Saks: U.S. Equity Preview," October 16, 2007.

Bloomberg News - BN, "Bear Stearns Rises After China Citic Discloses Bid for Stake," October 16, 2007.

Bloomberg News - FII, "Fitch Affs Bear Stearns Com Mtge Securities Trust 2006-TOP24," October 16, 2007.

Bloomberg News - BUS, "Fitch Affirms Bear Stearns Commercial Mortgage Securities Trust," October 16, 2007.

Bloomberg News - ESD, "Evening Standard: Chinese target Bear Stearns.," October 16, 2007.

Bloomberg News - ESD, "Evening Standard: Now Bear Stearns is in sights of Chinese;," October 16, 2007.

Bloomberg News - FLY, "Bear Stearns-BSC October straddle priced for $5 movement into 10," October 16, 2007.

Bloomberg News - PRN, "Curtiss-Wright to Present at Bear Stearns Investor Conference," October 16, 2007.

Bloomberg News, "Bear Stearns Presentation Teleconference (Transcript) BSC US," November 14, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BARCLAY'S SUES BEAR STEARNS OVER FUND COLLAPSE :BARC LN," December 19, 2007.

Bloomberg News - BN, "*BEAR STEARNS HID HEDGE FUND LOSSES FROM BARCLAYS, SUIT CLAIMS," December 19, 2007.

Bloomberg News - BN, "*BARCLAYS SERVED AS `SOLE' SHAREHOLDER OF BEAR STEARNS FUND," December 19, 2007.

Bloomberg News - BN, "Bear Stearns Sued by Barclays Unit Over Hedge Fund Collapse," December 19, 2007.

Bloomberg News - BN, "Bear Stearns Hedge Fund Manager Departs Amid Probes (Update5)," December 19, 2007.

Bloomberg News - CRL, "Court document: Barclays v. Bear Stearns Asset Mgmt," December 19, 2007.

Bloomberg News - BN, "Bear Stearns Sued by Barclays Unit Over Fund Collapse (Update3)," December 19, 2007.

Bloomberg News - CMN, "BSC CN: Short Positions on 2007/12/15 1,000 1,00," December 19, 2007.

Bloomberg News - BN, "Bear Stearns' Market Share in Prime Brokerage Drops, FT Reports," December 19, 2007.

Bloomberg News - NYT, "Bank Sues Bear Stearns in Fund Collapse," December 20, 2007.

Bloomberg News - NS3, "M2 Presswire: Progress Review For The Bear Stearns Companies,," December 20, 2007.

Bloomberg News - BN, "Clinch of F&C Says Bear Stearns `Cheap' After Writedowns: Video," December 20, 2007.

Bloomberg News - BUS, "85RJ: BEAR STEARNS COMPANIES INCORPORATED: Partial Repurchase," December 20, 2007.

Bloomberg News - BN, "*ORACLE PRICE ESTIMATE RAISED TO $28 FROM $26 AT BEAR STEARNS," December 20, 2007.

Bloomberg News - BN, "*MONSTER WORLDWIDE RATED NEW `OUTPERFORM' AT BEAR STEARNS," December 20, 2007.

Bloomberg News - BN, "*MONSTER WORLDWIDE GIVEN PRICE EST. OF $40 AT BEAR STEARNS," December 20, 2007.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "U.S. Stock-Index Futures Rise; Oracle, Bear Stearns Shares Gain," December 20, 2007.

Bloomberg News - FLY, "Bear Stearns-BSC: Quick EPS Tech Preview [MORE]," December 20, 2007.

Bloomberg News - BUS, "Bear Stearns Reports Full Year and Fourth Quarter 2007," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS FULL YEAR-4Q 2007 FINL :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q HAS MORTGAGE RELATED WRITE DOWN $1.9B :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS PER SHR $ 6.0 :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS PER SHR $ 6.90 :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS SAYS 4Q LOSS REFLECTS WRITEDOWNS OF $1.9B :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q REVENUE LOSS $379M :BSC US," December 20, 2007.

Bloomberg News - BN, "*CORRECT: BEAR STEARNS 4Q LOSS $6.90-SHR :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q WRITEDOWNS CUT 4Q BY $8.21-SHR :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS DECLARES QUARTERLY DIVIDEND OF 32C-SHARE :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q CAPITAL MARKETS REVENUE LOSS $956M VS $1.9B," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q INSTITUTIONAL EQUITIES REVENUE $384M VS $430M," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS DECLARED QTR DIV 32C-SHR :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q FIXED INCOME REVENUE LOSS $1.5B VS NET $1.1B," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS PER SHARE $6.90; ANALYST EST. LOSS $1.82," December 20, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS 4Q INVESTMENT BANKING REVENUE $205M VS $364M," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS $6.90-SHR VS NET $4.00-SHR :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS SAYS EXECUTIVE COMMITTEE WON'T GET BONUSES," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS EXECUTIVE COMMITTEE MEMBERS WON'T GET 2007 BONUSES," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q ASSET MANAGEMENT REVENUE $111M VS $113M," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q PRIVATE CLIENT SERVICES REVENUE $161M VS $134M," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Posts First Loss After Subprime Market Writedowns," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q GLOBAL CLEARING SERVICES REVENUE $276M VS $271M," December 20, 2007.

Bloomberg News - BN, "*TEN-YEAR TREASURIES GAIN AS BEAR STEARNS REPORTS LOSS," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS BOOK VALUE PER SHARE $84.09 AT NOV. 30 :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS NET INVENTORY WRITEDOWNS $1.9B AT NOV. 30 :BSC US," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Adj Loss/Shr $6.90 vs $1.82 Loss Estimate (Table)," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS ASSETS UNDER MANAGEMENT $44.6B AS OF NOV. 30," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS PER SHARE $6.90 WITH $5.51 ADDED WRITEDOWN," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS 4Q LOSS PER SHARE EX-ADDED WRITEDOWN ABOUT $1.39," December 20, 2007.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Bear Stearns, Tyco, BP, Microsoft, Ford in Court News (Update1)," December 20, 2007.

Bloomberg News - DBR, "DBRS Confirms Bear Stearns at A (high), Keeps Stable Trend," December 20, 2007.

Bloomberg News - CFL, "ARD:Bear Stearns Cos Inc/The:BSC US:Finl P 12/20/2007," December 20, 2007.

Bloomberg News - BN, "Bruce Foerster Says Bear Stearns May Need New Leadership: Video," December 20, 2007.

Bloomberg News - PRN, "Seven Summits Research Releases Alerts on BSC, NKE, DFS, BNI,," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Posts Loss After Subprime Writedowns (Update2)," December 20, 2007.

Bloomberg News - BN, "U.S. Stocks Rise on Earnings; Oracle, Nike, Bear Stearns Gain," December 20, 2007.

Bloomberg News - BRF, "Market Shrugs Off Bear Stearns Write-Offs," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS CFO MOLINARO COMMENTS ON CONFERENCE CALL :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS CFO SAYS 4Q RESULTS `DISAPPOINTING' :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS UNWOUND ALL CDO WAREHOUSE BY THE END OF 4Q," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS'S ABS CDO EXPOSURE AT END OF 4Q IS $750 MILLION," December 20, 2007.

Bloomberg News - BN, "*MOLINARO SAYS CDO PORTFOLIO IS FULLY HEDGED :BSC US," December 20, 2007.

Bloomberg News - BN, "*MOLINARO SAYS CLIENT M&A DIALOGUES HAVE INCREASED :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS'S M&A BACKLOG IS UP AT END OF 4Q, MOLINARO SAYS," December 20, 2007.

Bloomberg News - BN, "*MOLINARO SAYS EQUITY UNDERWRITING BACKLOG IS DOWN :BSC," December 20, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*MOLINARO SAYS LEVEL 3 ASSETS EXPECTED TO INCREASE :BSC US," December 20, 2007.

Bloomberg News - BN, "*MOLINARO SAYS BEAR STEARNS IS `STRONGER' ENTERING 2008 :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS'S MOLINARO SAYS `FRANCHISE IS STRONG' :BSC US," December 20, 2007.

Bloomberg News - BN, "*MOLINARO COMMENTS CENTRAL BANKS' RATE CUTS :BSC U," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS CFO COMMENTS IN CONFERENCE CALL WITH ANALYSTS," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS FACES LAWSUITS RELATED TO COLLAPSED HEDGE FUNDS," December 20, 2007.

Bloomberg News - BN, "Boockvar Says Bear Stearns's `Clean Slate' Helps Stocks: Video," December 20, 2007.

Bloomberg News - BN, "*MOLINARO SAYS TRADING RESULTS WERE `EXTREMELY POOR' :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS CFO COMMENTS ON PRIME BROKERAGE BUSINESS :BSC US," December 20, 2007.

Bloomberg News - BN, "*PRIME BROKERAGE OUTSIDE U.S. IS GROWING, MOLINARO SAYS :BSC US," December 20, 2007.

Bloomberg News - BRF, "++ BSC: Bear Stearns CFO says expects 2008 revenue to be conside," December 20, 2007.

Bloomberg News - BN, "*MOLINARO COMMENTS ON 2008 REVENUE EXPECATIONS :BSC US," December 20, 2007.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Result of AGM," December 20, 2007.

Bloomberg News - NS7, "Stocks & Sec: Bear Stearns Takes Big Hit, Reports USD 854M Loss," December 20, 2007.

Bloomberg News - BT, "Bear Stearns Earnings Teleconference BSC US," December 20, 2007.

Bloomberg News - APW, "Bear Stearns Posts 4Q Loss," December 20, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - CFL, "ARD:Bear Stearns Residential Mortg:2024707Z LN:Annual 10/11/2007," December 20, 2007.

Bloomberg News - BN, "Molinaro Sees a `Stronger' Bear Stearns Headed Into 2008: Audio," December 20, 2007.

Bloomberg News - BN, "*S&PBULLETIN: BEAR STEARNS RATING NOT AFFECTED BY 4Q LOSS," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS RATINGS UNAFFECTED BY 4Q LOSS, S&P SAYS :BSC US," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Posts Loss After Mortgage Writedowns (Update4)," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Posts Loss After Subprime Market Writedowns: Audio," December 20, 2007.

Bloomberg News - BN, "Douglas Ciocca Says `Worst News' Is Out for Bear Stearns: Audio," December 20, 2007.

Bloomberg News - BN, "*FOX-PITT KELTON COCHRAN CARONIA'S ASIJA FROM BEAR STEARNS," December 20, 2007.

Bloomberg News - BN, "Mastercard Raised to `Outperform' at Bear Stearns :MA US," December 20, 2007.

Bloomberg News - BN, "Blair Smith Says Bear Stearns Has `Plenty of Equity': Video," December 20, 2007.

Bloomberg News - BMP, "Moody's affirms the ratings of Bear Stearns Commercial Mortgage," December 20, 2007.

Bloomberg News - BN, "Eastern's Grant Says Bear Stearns Looks Weak `Across the Board'," December 20, 2007.

Bloomberg News - BMP, "Moody's downgrades Bear Stearns to A2; Outlook stable," December 20, 2007.

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS TO A2; OUTLOOK STABLE :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS SHORT-TERM DEBT AFFIRMED BY MOODY'S :BSC US," December 20, 2007.

Bloomberg News - BN, "*BEAR STEARNS LONG-TERM RATINGS CUT TO A2 FROM A1 BY MOODY'S," December 20, 2007.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS ACTION AFFECTS ABOUT $80B DEBT, MOODY'S SAYS," December 20, 2007.

Bloomberg News - BN, "Bear Stearns Posts First Loss on Mortgage Writedowns (Update6)," December 20, 2007.

Bloomberg News - BN, "Bove Expects Bear Stearns Earnings to Recover by 2010: Video," December 20, 2007.

Bloomberg News - APW, "Writedown Leads To Bear Stearns' Loss," December 20, 2007.

Bloomberg News - BL, "BNA, Banking Report, Bear Stearns Gains Chance to Contest Claims," December 21, 2007.

Bloomberg News - BL, "BNA, Bankruptcy Law Daily, Court Tosses Ruling Bear Stearns Must," December 21, 2007.

Bloomberg News - BN, "Bear Stearns Wins 20% Share of LME Electronic Trade (Correct)," December 21, 2007.

Bloomberg News - BN, "*RESEARCH IN MOTION RAISED TO `OUTPERFORM' AT BEAR STEARNS," December 21, 2007.

Bloomberg News - BN, "*RESEARCH IN MOTION RAISED FROM `PEER PERFORM' AT BEAR STEARNS," December 21, 2007.

Bloomberg News - BN, "Research In Motion Stock Raised to `Outperform' at Bear Stearns," December 21, 2007.

Bloomberg News - BN, "Sabesp Raised to `Outperform' at Bear Stearns on Higher Profit," December 21, 2007.

Bloomberg News - BN, "Research In Motion Raised to `Outperform' at Bear Stearns :RIMM," December 21, 2007.

Bloomberg News - BN, "Saneamento Basico do Esta Raised to `Outperform' @ Bear Stearns," December 21, 2007.

Bloomberg News - BN, "*CIRCUIT CITY'S Q3 `ASTONISHING,' BEAR STEARNS'S HORVERS SAYS," December 21, 2007.

Bloomberg News - BN, "*BEAR STEARNS HORVERS SPEAKS IN BLOOMBERG TELEVISION INTERVIEW," December 21, 2007.

Bloomberg News - BN, "*BEAR STEARNS SHARE-PRICE FORECAST CUT 11% TO $125 AT BERNSTEIN," December 21, 2007.

16

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Circuit City Loss Is `Astonishing,' Bear Stearns' Horvers Says," December 21, 2007.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Annual Report and Accounts," December 21, 2007.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator says sources indicate BSC in," December 21, 2007.

Bloomberg News - BN, "*BEAR STEARNS IN TALKS WITH FORTRESS ON INFUSION, CNBC SAYS," December 21, 2007.

Bloomberg News - BN, "*CNBC REPORT CITES PEOPLE FAMILIAR WITH FORTRESS TALKS :BSC US," December 21, 2007.

Bloomberg News - FII, "Fitch: Bear Stearns' Outlook Remains Negative on FY'07 Earnings," December 21, 2007.

Bloomberg News - BN, "*FITCH: BEAR STEARNS' OUTLOOK REMAINS NEGATIVE ON FY'07 EARNINGS," December 21, 2007.

Bloomberg News - BN, "Bear Stearns in Talks With Fortress on `Infusion,' CNBC Reports," December 21, 2007.

Bloomberg News - BUS, "Fitch: Bear Stearns' Outlook Remains Negative on FY'07 Earnings," December 21, 2007.

Bloomberg News - FLY, "Bear Stearns-BSC: Down on Spec? [MORE]," December 21, 2007.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: More problems, fewer opportunities ...," December 21, 2007.

Bloomberg News - BN, "*CORRECT: IAN THOW FINED C$6M, BSC SAYS :59826Z CN," December 21, 2007.

Bloomberg News - BN, "*BEAR STEARNS FILES UPDATE ON CDO EXPOSURE WITH SEC :BSC US," December 21, 2007.

Bloomberg News - BN, "*MARKET ON CLOSE IMBALANCE BUY 53000 SHARES: BSC (NYSE)," December 21, 2007.

Bloomberg News - BN, "*NO MARKET ON CLOSE IMBALANCE: BSC (NYSE)," December 21, 2007.

Bloomberg News - BN, "*BEAR STEARNS NAMED IN CLASS INVESTOR SUIT OVER FUNDS' COLLAPSE," December 21, 2007.

17

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Sued by Investor FIC Over Hedge Funds' Collapse," December 21, 2007.

Bloomberg News - BN, "Former Bear Stearns Bankers Plead Guilty in Texas, WSJ Reports," December 22, 2007.

Bloomberg News - BN, "United Rentals, Medtronic, Bear Stearns in Court News (Update1)," December 24, 2007.

Bloomberg News - JRI, "Bear Stearns: R&I Affirms AA-, Outlook to Negative," December 25, 2007.

Bloomberg News - JCR, "Downgrades Bear Stearns to AA- from AA; Outlook Negative," December 25, 2007.

Bloomberg News - NS6, "PPI - Pakistan P: BSc, BS, MSc exams from Dec 28.," December 25, 2007.

Bloomberg News - BRF, "BSC: Bear Stearns breaking to new 52 wk lows [TECHNICA," December 26, 2007.

Bloomberg News - BN, "*BEAR STEARNS HOLDER JOSEPH LEWIS REPORTS 9.57% STAKE :BSC US," December 26, 2007.

Bloomberg News - BRF, "++ BSC: Bear Stearns: Joesph Lewis discloses 9.57% stake in SC 1," December 26, 2007.

Bloomberg News - BN, "Billionaire Lewis Raises Bear Stearns Stake for Second Time," December 26, 2007.

Bloomberg News - BN, "Joseph Lewis Becomes Largest Bear Stearns Shareholder (Update2)," December 26, 2007.

Bloomberg News - BN, "*PG&E SEES SPENDING $2B :EP US, PCG US, BSC US," December 27, 2007.

Bloomberg News - FII, "Fitch Rates Bear Stearns Commercial Mortgage Sec Trust2007-PWR18," December 27, 2007.

Bloomberg News - BUS, "Fitch Rates Bear Stearns Commercial Mortgage Securities Trust," December 27, 2007.

Bloomberg News - DBR, "DBRS Finalizes BSCMI 2007-PWR18," December 27, 2007.

Bloomberg News - BL, "FIC, L.P. v. Bear Stearns Asset Manangement Inc. et al," December 27, 2007.

Bloomberg News - WSA, "CAYNE JAMES E,C.O.B.,SELLS 172,621 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "FARBER JEFFREY M,Officer,SELLS 2,443 ON 12/21/07 OF BSC," December 27, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - WSA, "GREENBERG ALAN C,Off. & Dir.,SELLS 99,293 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "MAYER JEFFREY,Vice Pres.,SELLS 102,408 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "MINIKES MICHAEL,Treas.,SELLS 25,927 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "MOLINARO SAMUEL L JR,C.O.O,ACQUIRES 65,468 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "SCHWARTZ ALAN D,President,ACQUIRES 161,662 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "SOLENDER MICHAEL S,Officer,SELLS 2,087 ON 12/21/07 OF BSC," December 27, 2007.

Bloomberg News - WSA, "TESE VINCENT S,Director,SELLS 716 ON 12/26/07 OF BSC," December 27, 2007.

Bloomberg News - BN, "*MSC INDUSTRIAL CUT TO `PEER PERFORM' AT BEAR STEARNS," December 28, 2007.

Bloomberg News - BN, "MSC Industrial Cut to `Peerperform' at Bear Stearns :MSM US," December 28, 2007.

Bloomberg News - FLY, "Bear Stearns-BSC volatility Flat on renewed buyout chatter [MORE," December 28, 2007.

Bloomberg News - FII, "Update - Fitch Rtes Bear Stearns Comm'l Mtg Sec Trust2007-PWR18," December 28, 2007.

Bloomberg News - BUS, "Correction - Fitch Rates Bear Stearns Comm'l Mtge Securities," December 28, 2007.

Bloomberg News - BN, "*MARKET ON CLOSE IMBALANCE BUY 58600 SHARES: BSC (NYSE)," December 28, 2007.

Bloomberg News - BN, "*NO MARKET ON CLOSE IMBALANCE: BSC (NYSE)," December 28, 2007.

Bloomberg News - BN, "Bear Stearns CEO Cayne Sold $15.4 Million in Shares: CNN Link," December 28, 2007.

Bloomberg News - BL, "SEC Shareholder Proposal Exclusion Request, Bear Stearns Cos. In," December 28, 2007.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - WSA, "BEAR STEARNS COMPANIES INC: GLICKMAN BARBARA FILES TO SELL 3,427," December 28, 2007.

Bloomberg News - BUS, "69EF: Bear Stearns: Repurchase," December 31, 2007.

Bloomberg News - CFL, "Unicorn Investment Bank BSC : Annual 12/31/2007," December 31, 2007.

Bloomberg News - BUS, "40YG: Bear Stearns: Repurchase," December 31, 2007.

Bloomberg News - CFL, "Addax Investment Bank BSC : Annual 12/31/2007," December 31, 2007.

Bloomberg News - BRF, "TECHX: New rebound highs for Broker 1A1 /Finance XLF -- BSC, LEH," December 31, 2007.

Bloomberg News - NS6, "PPI - Pakistan P: BSc, BS, MSc exams from Jan 11.," January 1, 2008.

Bloomberg News - BN, "Barrow of Bear Stearns Sees Euro Rising to $1.55 by 2009: Video," January 2, 2008.

Bloomberg News - BN, "*STARBUCKS IS FACING RISING DAIRY COSTS, BEAR STEARNS SAYS," January 2, 2008.

Bloomberg News - BN, "*STARBUCKS IS VULNERABLE TO ECONOMIC SLOWDOWN,BEAR STEARNS SAYS," January 2, 2008.

Bloomberg News - BN, "Starbucks Rating Cut at Bear Stearns on Higher Food, Job Costs," January 2, 2008.

Bloomberg News - BUS, "42EP: Bear Stearns Global Asset Holdings Ltd.: Partial," January 2, 2008.

Bloomberg News - CMN, "BSCF US: BSCF OTC Security Listing Effective 01/02/2008," January 2, 2008.

Bloomberg News - BUS, "40OP: Bear Stearns Bank Plc: Partial Early Repurchase," January 2, 2008.

Bloomberg News - BN, "Bear Stearns's Barrow Says Pound May Fall to 80 Pence Per Euro," January 2, 2008.

Bloomberg News - WSA, "NOVELLY PAUL A,Director,SELLS 50,000 ON 12/28/07 OF BSC," January 2, 2008.

Bloomberg News - BUS, "Bear Stearns Bank Plc: FRN Variable Rate Fix," January 2, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER PAUL NOVELLY REPORTS SELLING 50,000 SHRS," January 2, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER NOVELLY SOLD SHRS DEC. 28 AT $86.78 EACH," January 2, 2008.

Bloomberg News - HFN, "Bear Stearns Launching 130/30 Fund," January 2, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - ISD, "InsiderScore.com Research - BSC: Director Selling On Weaknes...," January 2, 2008.

Bloomberg News - BL, "DEITCHMAN v. BEAR STEARNS SECURITIES CORP. (S.D.Fla. 12-28-2007)," January 2, 2008.

Bloomberg News - BL, "BNA, Bankruptcy Law Reporter, Court Tosses Ruling Bear Stearns M," January 3, 2008.

Bloomberg News - BN, "*COMMERZBANK PRICE EST. CUT 19% TO EU33.3 AT BEAR STEARNS," January 3, 2008.

Bloomberg News - BN, "*COMMERZBANK 4Q '07 EPS EST. CUT 34% TO EU0.44 AT BEAR STEARNS," January 3, 2008.

Bloomberg News - CMN, "BSCF US: BSCF OTC Security Listing," January 3, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: BA, BSc, BCom admission at city colleges from," January 3, 2008.

Bloomberg News - NS6, "Bangladesh News: Authorities asked to expedite move to turn BSC," January 3, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Portfolio Update," January 3, 2008.

Bloomberg News - BN, "*VOYAGER LEARNING RAISED TO `PEER PERFORM' AT BEAR STEARNS," January 3, 2008.

Bloomberg News - BN, "*NAPSTER INITIATED AT `UNDERPERFORM' AT BEAR STEARNS," January 3, 2008.

Bloomberg News - BN, "*REALNETWORKS INITIATED AT `OUTPERFORM' AT BEAR STEARNS," January 3, 2008.

Bloomberg News - BN, "*MURPHY OIL CUT TO `PEER PERFORM' AT BEAR STEARNS," January 3, 2008.

Bloomberg News - BN, "Napster Rated New `Underperform' at Bear Stearns :NAPS US," January 3, 2008.

Bloomberg News - BN, "RealNetworks Rated New `Outperform' at Bear Stearns :RNWK US," January 3, 2008.

Bloomberg News - BN, "Murphy Oil Cut to `Peerperform' at Bear Stearns :MUR US," January 3, 2008.

Bloomberg News - BN, "Voyager Learning Raised to `Peerperform' at Bear Stearns," January 3, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BUS, "Bear Stearns Hires Experts in Educational Finance," January 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS HIRES EXPERTS IN EDUCATIONAL FINANCE :BSC US," January 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS HIRES RICHARD ALLEN AND DAVID KAHN :BSC US," January 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS HIRES 2 FOR PUBLIC FINANCE GROUP :BSC US," January 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS HIRES RICHARD ALLEN, DAVID KAHN FOR PUBLIC FINANCE," January 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS' ALLEN FORMERLY WITH UBS :BSC US," January 3, 2008.

Bloomberg News - RNS, "Investcorp Bank BSC IVC Price Monitoring Extension," January 3, 2008.

Bloomberg News - RNS, "Investcorp Bank BSC IVC Second Price Monitoring Extn," January 3, 2008.

Bloomberg News - BL, "FIC, L.P. et al v. Bear Stearns Asset Management Inc. et al," January 3, 2008.

Bloomberg News - BL, "SEC Shareholder Proposal Exclusion Request, Bear Stearns Cos. In," January 3, 2008.

Bloomberg News - RCG, "Banco Santander Central Hispano SA - BSCH forms bearish "Double," January 4, 2008.

Bloomberg News - RCG, "Banco Santander Central Hispano SA - BSCH forms bearish," January 4, 2008.

Bloomberg News - BN, "*NEXT RATED NEW `UNDERPERFORM' AT BEAR STEARNS :NXT LN," January 4, 2008.

Bloomberg News - BN, "*UCB RAISED TO `OUTPERFORM' FROM `PEERPERFORM' AT BEAR STEARNS," January 4, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: KU reschedules BSc (Pass) exams.," January 4, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 80.00-82.00, Last: 83.83," January 4, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 80.00-83.00, Last: 83.83," January 4, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility Elevated as BSC at 40-month low [MOR," January 4, 2008.

Bloomberg News - BN, "UCB Shares Jump Most in Nine Years After Bear Stearns Upgrade," January 4, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "UCB Jumps Most Since 2003 After Bear Stearns Upgrade (Update1)," January 4, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator says the U.S. attorney's o," January 4, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns follow up [UPDATE]," January 4, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: Tainted - operating costs, revenue ...," January 4, 2008.

Bloomberg News - BN, "U.S. Attorney Interviews Bear Stearns Fund Investors, CNBC Says," January 4, 2008.

Bloomberg News - BN, "*MARKET ON CLOSE IMBALANCE SELL 68100 SHARES: BSC (NYSE)," January 4, 2008.

Bloomberg News - BN, "*NO MARKET ON CLOSE IMBALANCE: BSC (NYSE)," January 4, 2008.

Bloomberg News - CMN, "BSC CN: Short Positions on 2007/12/31 0 -1,00," January 7, 2008.

Bloomberg News - BN, "Bear Stearns's Nat Singer Joins Municipal Swap Advisory Firm," January 7, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Directorate Change," January 7, 2008.

Bloomberg News - BN, "*BEST BUY CUT TO `UNDERPERFORM' AT BEAR STEARNS :BBY US," January 7, 2008.

Bloomberg News - BN, "*BEST BUY CUT FROM `OUTPERFORM' AT BEAR STEARNS :BBY US," January 7, 2008.

Bloomberg News - BN, "*LANDSTAR SYSTEM RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 7, 2008.

Bloomberg News - BN, "Best Buy Shares Lowered to `Underperform' at Bear Stearns," January 7, 2008.

Bloomberg News - BN, "Landstar System Raised to `Outperform' at Bear Stearns :LSTR US," January 7, 2008.

Bloomberg News - BUS, "64UR: Bear Stearns Cos Inc: Partial Repurchase," January 7, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," January 7, 2008.

Bloomberg News - BN, "Best Buy Rating Cut to `Underperform' at Bear Stearns (Update3)," January 7, 2008.

Bloomberg News - BN, "U.S. Economy to `Skirt' Recession, Bear Stearns's Malpass Says," January 7, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR CEO JAMES CAYNE TO STEP DOWN, WSJ REPORTS :BSC US," January 7, 2008.

Bloomberg News - BN, "*SCHWARTZ LIKELY TO BE NAMED BEAR STEARNS CEO, WSJ SAYS," January 7, 2008.

Bloomberg News - BN, "BEAR STEARNS CEO CAYNE TO STEP DOWN: WALL STREET JOURNAL LINK," January 7, 2008.

Bloomberg News - BN, "Bear Stearns' Cayne to Step Down as Chief Executive, WSJ Says," January 7, 2008.

Bloomberg News - BN, "California Taps Bear Stearns to Arrange Sale of Loan Servicer," January 7, 2008.

Bloomberg News - BN, "Bear Stearns CEO Cayne Pressured to Quit After Subprime Losses," January 7, 2008.

Bloomberg News - BN, "Bear Stearns CEO Cayne Pressured to Quit After Losses (Update1)," January 7, 2008.

Bloomberg News - BN, "*JAMES CAYNE PLANS TO RESIGN AS BEAR STEARNS CEO, PERSON SAYS," January 7, 2008.

Bloomberg News - BN, "James Cayne Plans to Step Down as Bear Stearns CEO, Person Says," January 7, 2008.

Bloomberg News - BN, "*UNICREDITO RESTARTED AT `OUTPERFORM' AT BEAR STEARNS :UC IM," January 8, 2008.

Bloomberg News - BN, "*UNICREDITO GIVEN PRICE ESTIMATE OF EU7.40 AT BEAR STEARNS," January 8, 2008.

Bloomberg News - BN, "*INTESA SANPAOLO RATED NEW `OUTPERFORM' AT BEAR STEARNS :ISP IM," January 8, 2008.

Bloomberg News - BN, "*BSKYB PRICE ESTIMATE CUT 12% TO 720P AT BEAR STEARNS :BSY LN," January 8, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: Bank Bear Stearns International to provide," January 8, 2008.

Bloomberg News - FLY, "Bear Stearns CEO James Cayne to step down, sources say-WSJ [MORE," January 8, 2008.

Bloomberg News - BRF, "BSC: Cayne to step down as Bear Stearns chief executive - WSJ," January 8, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Rise; Starbucks, Bear Stearns Gain," January 8, 2008.

24

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - RNS, "Bear Stearns OLFOHF Appointment of a Director," January 8, 2008.

Bloomberg News - RNS, "Bear Stearns OFHF Ld Appointment of a Director," January 8, 2008.

Bloomberg News - BN, "*BRAZIL'S CEMIG DROPPED FROM FOCUS LIST AT BEAR STEARNS," January 8, 2008.

Bloomberg News - BN, "*AES TIETE ADDED TO FOCUS LIST AT BEAR STEARNS," January 8, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility Elevated into WSJ report of Cayne st," January 8, 2008.

Bloomberg News - BN, "U.S. Day Ahead: Bear Stearns, Hedge Funds, Merrill, Junk Bonds," January 8, 2008.

Bloomberg News - BN, "Hintz, Analyst, Says Bear Stearns Won't Be Sold: Video," January 8, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC: CEO Steps Down-Stock Steps Up [MORE]," January 8, 2008.

Bloomberg News - BN, "Bear Stearns, Citigroup, Ford, Starbucks: U.S. Equity Preview," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS' INVESTOR LEWIS WENT TO BOARD, CNBC REPORTS," January 8, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Climb; Chevron, Bear Stearns Advance," January 8, 2008.

Bloomberg News - BN, "Bear Stearns, Circuit City, Isis, Starbucks: U.S. Equity Movers," January 8, 2008.

Bloomberg News - BN, "Banca MB's Baresani Is Surprised Bear Stearns CEO Still Had Job," January 8, 2008.

Bloomberg News - BN, "*FINRA SAYS BEAR STEARNS, BMO, DEUTCHE BANK ALSO INCLUDED," January 8, 2008.

Bloomberg News - BN, "*FINRA SAYS BEAR STEARNS, BMO, DEUTSCHE BANK ALSO INCLUDED," January 8, 2008.

Bloomberg News - HFN, "Bear Stearns CEO Out on Hedge Missteps," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS RECOMMENDS BUYING NVIDIA SHARES ON ANY WEAKNESS," January 8, 2008.

Bloomberg News - BN, "U.S. Stocks Climb for Second Day; Chevron, Bear Stearns Advance," January 8, 2008.

Bloomberg News - PRN, "Seven Summits Research Releases Comments on SBUX, BSC, NKE,," January 8, 2008.

Bloomberg News - BMP, "Moody's downgrades Bear Stearns Alt-A deals," January 8, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS ALT-A DEALS," January 8, 2008.

Bloomberg News - BN, "*MOODY'S DOWNGRADES 46 BEAR STEARNS TRANCHES," January 8, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: Moody's downgrades 46 BSC tranches backed," January 8, 2008.

Bloomberg News - BN, "Albrecht of S&P Says Bear Stearns Needs to Diversify: Video," January 8, 2008.

Bloomberg News - BN, "Cayne to Step Down as Bear Stearns CEO, Person Says: Audio," January 8, 2008.

Bloomberg News - BN, "Bove Says Cayne Shouldn't Remain as Bear Stearns Chairman:Video," January 8, 2008.

Bloomberg News - BN, "Cayne to Step Down as Bear Stearns CEO, Person Says (Update6)," January 8, 2008.

Bloomberg News - BUS, "Bear Stearns Names Alan D. Schwartz Chief Executive Officer,," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS NAMES ALAN D. SCHWARTZ CEO, SUCCEEDING JAMES E.," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS NAMES ALAN D. SCHWARTZ CHIEF EXECUTIVE OFFICER,," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS JAMES E. CAYNE REMAINS CHAIRMAN :BSC US," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CAYNE REMAINS CHAIRMAN :BSC US," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS SCHWARTZ SUCCEEDS JAMES CAYNE :BSC US," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS NAMES ALAN SCHWARTZ CEO; CAYNE REMAINS CHAIRMAN," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CAYNE TO RETIRE FROM FIRM :BSC US," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CAYNE TO RETIRE FROM FIRM, REMAIN AS CHAIRMAN," January 8, 2008.

Bloomberg News - BN, "Bear Stearns's Cayne Steps Down as CEO; Schwartz to Replace Him," January 8, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BRF, "++ BSC: Bear Stearns confirms CEO James Cayne is stepping down;," January 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CAYNE TO RETIRE FROM FIRM AS CEO :BSC US," January 8, 2008.

Bloomberg News - APW, "Cayne Out As Bear Stearns CEO," January 8, 2008.

Bloomberg News - APW, "Bear Stearns CEO James Cayne To Resign," January 8, 2008.

Bloomberg News - BN, "Bear Stearns's Cayne Hands Over CEO Role to Schwartz (Update1)," January 8, 2008.

Bloomberg News - BN, "Bear Stearns Turns to Insider Schwartz as Rivals Seek New Blood," January 9, 2008.

Bloomberg News - BRF, "++ WRAPX: After Hours Summary: APOL up 7.8% on earnings; BSC up," January 9, 2008.

Bloomberg News - BN, "*AIRTRAN CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," January 9, 2008.

Bloomberg News - BN, "*TESORO CUT TO `UNDERPERFORM' VS `PEER PERFORM' AT BEAR STEARNS," January 9, 2008.

Bloomberg News - BN, "*FAMILY DOLLAR CUT TO `UNDERPERFORM' AT BEAR STEARNS :FDO US," January 9, 2008.

Bloomberg News - BN, "*FAMILY DOLLAR WAS CUT FROM `PEER PERFORM' AT BEAR STEARNS," January 9, 2008.

Bloomberg News - BN, "*CENTENE CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," January 9, 2008.

Bloomberg News - BN, "*FORWARD AIR RAISED TO `PEER PERFORM' AT BEAR STEARNS :FWRD US," January 9, 2008.

Bloomberg News - NS1, "AsiaPulse News: BANK BEAR STEARNS EAGER TO SET UP NETWORK IN," January 9, 2008.

Bloomberg News - ESD, "Evening Standard: 'No takeover' at Bear Stearns.," January 9, 2008.

Bloomberg News - BN, "Family Dollar Stores Cut to `Underperform' at Bear Stearns," January 9, 2008.

Bloomberg News - BRF, "++ Morning News Summary: BSC - MSFT," January 9, 2008.

Bloomberg News - BRF, "BSC: Can new CEO repair Bear? - WSJ," January 9, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "U.S. Stock-Index Futures Gain; Alcoa, Bear Stearns Advance," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS RECOMMENDS SWITCH FROM PETROBRAS ENERGIA :PBE AF," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS RECOMMENDS SWITCH TO REPSOL YPF :PBE AF, PZE US," January 9, 2008.

Bloomberg News - BN, "Bear Stearns Seeks New Fixed-Income Profit Sources, WSJ Says," January 9, 2008.

Bloomberg News - BN, "*DELTA AIR LINES RAISED TO `OUTPERFORM' AT BEAR STEARNS :DAL US," January 9, 2008.

Bloomberg News - BN, "*DELTA AIR LINES RAISED FROM `PEER PERFORM' AT BEAR STEARNS," January 9, 2008.

Bloomberg News - BN, "U.S. Day Ahead: Clinton Victory, Recession, Bear Stearns," January 9, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: "Being acquired is not a strategy," CEO Al," January 9, 2008.

Bloomberg News - BN, "Airtran Cut to `Peerperform' at Bear Stearns :AAI US," January 9, 2008.

Bloomberg News - BN, "Delta Air Lines Raised to `Outperform' at Bear Stearns :DAL US," January 9, 2008.

Bloomberg News - BN, "Tesoro Cut to `Underperform' at Bear Stearns :TSO US," January 9, 2008.

Bloomberg News - BN, "Centene Cut to `Peerperform' at Bear Stearns :CNC US," January 9, 2008.

Bloomberg News - BN, "Forward Air Raised to `Peerperform' at Bear Stearns :FWRD US," January 9, 2008.

Bloomberg News - BN, "Bear Stearns Turns to Insider Schwartz for New Course (Update1)," January 9, 2008.

Bloomberg News - HFN, "Bear Stearns CEO Out on Hedge Missteps," January 9, 2008.

Bloomberg News - BN, "Bienen Praises Competence of Bear Stearns's Schwartz: Video," January 9, 2008.

Bloomberg News - BN, "Forward Air Rises After Bear Stearns Analyst Upgrades Rating," January 9, 2008.

Bloomberg News - FII, "Fitch Upgrades 2 Classes of Bear Stearns CMS Trust 2004-TOP16," January 9, 2008.

Bloomberg News - BUS, "Fitch Upgrades 2 Classes of Bear Stearns Commercial Mortgage," January 9, 2008.

Bloomberg News - FII, "Fitch Upgrades 2 Classes of Bear Stearns Series 2000-WF2," January 9, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS SAYS FIRM `ADEQUATELY' MARKED TO MARKET :BSC US," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO ALAN SCHWARTZ SPOKE IN INTERVIEW WITH CNBC," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS `COMFORTABLE' WITH POSITION TODAY, SCHWARTZ SAYS," January 9, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns CEO in CNBC interview says he thinks they a," January 9, 2008.

Bloomberg News - BUS, "Fitch Upgrades 2 Classes of Bear Stearns Series 2000-WF2," January 9, 2008.

Bloomberg News - BN, "Bear Stearns CEO Says Firm Is Adequately Marked to Market," January 9, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns ticks higher in recent trade as CNBC commentat," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHUTTING DOWN ASSET-BACKED HEDGE FUND :BSC US," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS DISLOSED PLAN TO CLOSE FUND IN DEC. 20 LETTER," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAID FUND LOST 39% LAST YEAR THROUGH NOV. :B," January 9, 2008.

Bloomberg News - BN, "*FUND HELD SECURITIES VALUED AT $900 MLN AS OF AUGUST :BSC US," January 9, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAID IT WOULD RETURN ABOUT $90 MLN IMMEDIATELY," January 9, 2008.

Bloomberg News - BN, "Bear Stearns Shutters Asset-Backed Hedge Fund After 39% Loss," January 9, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Follow up [UPDATE]," January 9, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility Elevated as shares rally off of four," January 9, 2008.

Bloomberg News - BN, "Bear Stearns Shuts Asset-Backed Hedge Fund After Loss (Update1)," January 9, 2008.

Bloomberg News - BN, "Bear Stearns Won't Take More Writedowns, Schwartz Tells CNBC," January 9, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - CFL, "BEAR STEARNS STRUCTURED PRODUCTS, SERIES 2000-1," January 9, 2008.

Bloomberg News - CFL, "BEAR STEARNS ARM TRUST, SERIES 2003-2 Report for Dec 07," January 9, 2008.

Bloomberg News - CFL, "BEAR STEARNS, SERIES 1997-6 Report for Dec 07," January 9, 2008.

Bloomberg News - WSA, "BEAR STEARNS COMPANIES INC: NOVELLY PAUL A FILES TO SELL 50,000," January 9, 2008.

Bloomberg News - CFL, "ARD:Genco Bsc Ltd:1703840Z LN:Annual 01/09/2008," January 10, 2008.

Bloomberg News - BN, "Bear Stearns Talks With Fortress Fell Apart Over Tax, FT Says," January 10, 2008.

Bloomberg News - BN, "*STATOILHYDRO PRICE EST. CUT TO NK196 VS NK215 AT BEAR STEARNS," January 10, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: BSc (MT) exam forms submission dates," January 10, 2008.

Bloomberg News - BN, "*BOSTON PROPERTIES RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*GSI COMMERCE WAS RAISED FROM `UNDERPERFORM' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*GSI COMMERCE RAISED TO `OUTPERFORM' AT BEAR STEARNS :GSIC US," January 10, 2008.

Bloomberg News - BN, "*U.S. RETAIL REIT GROUP CUT TO `MARKET WEIGHT' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*U.S. RETAIL REITS WERE CUT FROM `OVERWEIGHT' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*CAMDEN PROPERTY CUT TO `PEER PERFORM' AT BEAR STEARNS :CPT US," January 10, 2008.

Bloomberg News - BN, "*CAMDEN PROPERTY WAS CUT FROM `OUTPERFORM' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*CENTENNIAL RAISED TO `OUTPERFORM' AT BEAR STEARNS :CYCL US," January 10, 2008.

Bloomberg News - BRF, "++ Morning News Summary: C/MER - BX - TM - SLM - SNE - BSC/FIG," January 10, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*WILSON SONS RATED `PEER PERFORM' IN COVERAGE AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*WILSON SONS TO TRADE AT 30 REAIS BY YR END, BEAR STEARNS SAYS," January 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS ANNOUNCES NEW COVERAGE OF WILSON SONS IN NOTE," January 10, 2008.

Bloomberg News - BN, "*TAM PRICE TARGET LOWERED TO $34 FROM $40 AT BEAR STEARNS," January 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS ANNOUNCES TAM PRICE TARGET CHANGE IN NOTE," January 10, 2008.

Bloomberg News - BN, "*UPS RAISED TO `OUTPERFORM' VS `PEER PERFORM' AT BEAR STEARNS," January 10, 2008.

Bloomberg News - PRL, "BANCO SANTANDER CENTRAL HISPANO - BSCH : BANCO SANTANDER , SA:," January 10, 2008.

Bloomberg News - BN, "TAM SA Share-Price Estimate Reduced by 15% at Bear Stearns," January 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARE FORECAST CUT 17% TO $79 AT GOLDMAN SACHS," January 10, 2008.

Bloomberg News - CFL, "Bear Stearns Private Equ : Annual 06/30/2007," January 10, 2008.

Bloomberg News - BN, "Wilson Sons Rated New `Peerperform' at Bear Stearns :WSON11 BZ," January 10, 2008.

Bloomberg News - BN, "UPS Raised to `Outperform' at Bear Stearns :UPS US," January 10, 2008.

Bloomberg News - BN, "GSI Commerce Raised to `Outperform' at Bear Stearns :GSIC US," January 10, 2008.

Bloomberg News - BN, "Centennial Raised to `Outperform' at Bear Stearns :CYCL US," January 10, 2008.

Bloomberg News - BN, "Camden Property Cut to `Peerperform' at Bear Stearns :CPT US," January 10, 2008.

Bloomberg News - BN, "AvalonBay Raised to `Outperform' at Bear Stearns :AVB US," January 10, 2008.

Bloomberg News - BN, "Boston Properties Raised to `Outperform' at Bear Stearns," January 10, 2008.

Bloomberg News - BRF, "++ Goldman cuts their tgts on financial stocks BSC, MS, JPM, LEH," January 10, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BMP, "Moody's Affirms Bear Stearns Commercial Mortgage Securities Trus," January 10, 2008.

Bloomberg News - BN, "*CONTINENTAL AIRLINES RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 11, 2008.

Bloomberg News - BN, "*AES TIETE CUT TO `PEER PERFORM' AT BEAR STEARNS :GETI3 BZ," January 11, 2008.

Bloomberg News - BN, "*AES TIETE WAS CUT FROM `OUTPERFORM' AT BEAR STEARNS :GETI3 BZ," January 11, 2008.

Bloomberg News - BN, "AES Tiete Shares Downgraded to `Peer Perform' at Bear Stearns," January 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS RAISED TO `BUY' VS `NEUTRAL' AT MERRILL LYNCH," January 11, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC upgraded to Buy from Neutral@MLCO," January 11, 2008.

Bloomberg News - BN, "Bear Stearns Shares Raised to `Buy' at Merrill Lynch on Price," January 11, 2008.

Bloomberg News - BN, "Continental Airlines Raised to `Outperform' at Bear Stearns," January 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PREVIOUSLY EXPECTED CITI WRITEDOWN OF $11 BILLION," January 11, 2008.

Bloomberg News - BN, "*CITIGROUP MAY REPORT $16 BILLION WRITEDOWN, BEAR STEARNS SAYS," January 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS CITES MOTOROLA SHARE LOSSES, LACK OF NEW PRODUCTS," January 11, 2008.

Bloomberg News - BN, "*MOTOROLA 4Q PROFIT ESTIMATES CUT AT BEAR STEARNS," January 11, 2008.

Bloomberg News - BN, "AmComp, Bear Stearns, Dell, Tiffany: U.S. Equity Preview," January 11, 2008.

Bloomberg News - BN, "Analysts Calls: Bear Stearns, Dreamworks, Warner Music, Medco," January 11, 2008.

Bloomberg News - BN, "Bear Stearns Plans `Asset-Light' Growth Overseas, Schwartz Says," January 11, 2008.

Bloomberg News - RNS, "Bear Stearns GblGwth Suspension of Nav," January 11, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS GBLGWTH SUSPENSION OF NAV," January 11, 2008.

Bloomberg News - BN, "Bear Stearns to Seek Overseas Partners, Schwartz Says (Update1)," January 11, 2008.

Bloomberg News - BN, "Schwartz Says Bear Stearns to Seek Overseas Partners: Video," January 11, 2008.

Bloomberg News - BN, "*HENKEL CUT TO `UNDERPERFORM' VS `PEER PERFORM' AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*RECKITT CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*OTE CUT TO `UNDERPERFORM' VS. `PEER PERFORM' AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*TELECOM ITALIA CUT FROM `PEER PERFORM' AT BEAR STEARNS :HTO GA," January 14, 2008.

Bloomberg News - BN, "*TELECOM ITALIA CUT TO `UNDERPERFORM' AT BEAR STEARNS :HTO GA," January 14, 2008.

Bloomberg News - BN, "*TEVA RETAINS BEAR, STEARNS AS ADVISOR :TEVA IT," January 14, 2008.

Bloomberg News - BN, "*WERNER ENTERPRISES RAISED TO `PEER PERFORM' AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*HEARTLAND EXPRESS RAISED TO `PEER PERFORM' AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "Schwartz Says Bear Stearns to Grow Overseas (Transcript)," January 14, 2008.

Bloomberg News - BL, "SEC Exemptive Application, Bear Stearns Asset Management, Inc.," January 14, 2008.

Bloomberg News - BN, "*COMPUTER HARDWARE STOCKS' PROFIT ESTIMATES CUT AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*COMPUTER STORAGE STOCKS' PROFIT ESTIMATES CUT AT BEAR STEARNS," January 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CUT TECHNOLOGY ESTIMATES ON WEAK ECONOMIC OUTLOOK," January 14, 2008.

Bloomberg News - BN, "Telecom Italia Cut to `Underperform' at Bear Stearns :TIT IM," January 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Beiersdorf Cut to `Peerperform' at Bear Stearns :BEI GR," January 14, 2008.

Bloomberg News - BN, "Henkel Cut to `Underperform' at Bear Stearns :HEN3 GR," January 14, 2008.

Bloomberg News - BN, "Reckitt Benckiser Cut to `Peerperform' at Bear Stearns :RB/ LN," January 14, 2008.

Bloomberg News - BN, "Arkansas Best Raised to `Peerperform' at Bear Stearns :ABFS US," January 14, 2008.

Bloomberg News - BN, "Con-way Raised to `Peerperform' at Bear Stearns :CNW US," January 14, 2008.

Bloomberg News - BN, "Heartland Express Raised to `Peerperform' at Bear Stearns," January 14, 2008.

Bloomberg News - BN, "Knight Transportation Raised to `Peerperform' at Bear Stearns," January 14, 2008.

Bloomberg News - BN, "Werner Enterprises Raised to `Peerperform' at Bear Stearns," January 14, 2008.

Bloomberg News - BN, "Bear Stearns Rated New `Market Perform' at Oppenheimer :BSC US," January 14, 2008.

Bloomberg News - BN, "Bear Stearns Cuts Profit, Share Estimates for Technology Stocks," January 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS INITIATES BBVA, SANTANDER, BANESTO `PEER PERFORM'," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS RATES POPULAR, SABADELL, BANKINTER `UNDERPERFORM'," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRICE EST. CUT TO $110 VS $117 AT LEHMAN :BSC US," January 15, 2008.

Bloomberg News - BN, "Banco Popular, Sabadell Rated `Underperform' at Bear Stearns," January 15, 2008.

Bloomberg News - BN, "Wheeler of Bear Stearns Says Too Early to Buy Into Banks: Video," January 15, 2008.

Bloomberg News - BN, "*HARMAN CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," January 15, 2008.

Bloomberg News - BRF, "ARTC: ArthroCare initiated with an Outperform at Bear Stearns," January 15, 2008.

Bloomberg News - BN, "*NUVASIVE RATED NEW `OUTPERFORM' AT BEAR STEARNS," January 15, 2008.

Bloomberg News - BN, "*ARTHROCARE RATED NEW `OUTPERFORM' AT BEAR STEARNS," January 15, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*WRIGHT MEDICAL GROUP RATED NEW `PEER PERFORM' AT BEAR STEARNS," January 15, 2008.

Bloomberg News - BUS, "Michael Minikes Named Chief Executive Officer of Bear, Stearns," January 15, 2008.

Bloomberg News - BN, "*MICHAEL MINIKES NAMED CEO OF BEAR, STEARNS SECURITIES :BSC US," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS SECURITIES NAMES MINIKES CEO :BSC US," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS NAMES ROBERT UPTON TREASURER :BSC US," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS COMPANIES NAMES ROBERT UPTON TREASURER :BSC US," January 15, 2008.

Bloomberg News - WIN, "TRADITION: Daily CDS to Equity Viewer (HNZ, MBI, BSC, KBH)," January 15, 2008.

Bloomberg News - BN, "ArthroCare Rated New `Outperform' at Bear Stearns :ARTC US," January 15, 2008.

Bloomberg News - BN, "NuVasive Rated New `Outperform' at Bear Stearns :NUVA US," January 15, 2008.

Bloomberg News - BN, "Wright Medical Rated New `Peerperform' at Bear Stearns :WMGI US," January 15, 2008.

Bloomberg News - BN, "Harman International Cut to `Peerperform' at Bear Stearns," January 15, 2008.

Bloomberg News - BN, "Deutsche Post Drops as Bearn Stearns Says DHL Strategy Delayed," January 15, 2008.

Bloomberg News - BN, "Bear Stearns Names Upton Treasurer, Moves Minikes (Correct)," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARE-PRICE FORECAST CUT $7 TO %110 BY LEHMAN," January 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARE-PRICE FORECAST CUT $7 TO $110 BY LEHMAN," January 15, 2008.

Bloomberg News - BN, "Bear Stearns Names Upton Treasurer, Moves Minikes (Update1)," January 15, 2008.

Bloomberg News - BMP, "Moody's takes negative rating actions on Bear Stearns Mortgage," January 15, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*MOODY'S TAKES NEGATIVE RATING ACTIONS ON BEAR STEARNS MORTGAGE," January 15, 2008.

Bloomberg News - BN, "*EUROPEAN INSURER STOCKS CUT TO `MARKET WEIGHT' AT BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "*ING, FRIENDS PROVIDENT CUT TO `UNDERPERFORM' AT BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "*PRUDENTIAL, AVIVA CUT TO `PEER PERFORM' AT BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "European Insurers Downgraded by Bear Stearns on Asset Concern," January 16, 2008.

Bloomberg News - NS3, "M2 Presswire: Progress Review for The Bear Stearns Companies," January 16, 2008.

Bloomberg News - BN, "*FINANCIAL STOCKS NOW REFLECT LIKELY WRITEDOWNS: BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "*FINANCIAL STOCKS RAISED TO `MARKET WEIGHT' AT BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "*FINANCIAL STOCKS HAD BEEN `MARKET UNDERWEIGHT' AT BEAR STEARNS," January 16, 2008.

Bloomberg News - BN, "Financial Stocks Upgraded to `Market Weight' at Bear Stearns," January 16, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Reconvened AGM and Proxy Form," January 16, 2008.

Bloomberg News - BN, "*BEAR STEARNS FACES BANKRUPTCY LAW AUTHOR IN HEDGE FUND APPEAL," January 16, 2008.

Bloomberg News - BN, "Bear Stearns Faces Bankruptcy Law Author in Hedge Fund Appeal," January 16, 2008.

Bloomberg News - CDR, "[-> CDR Trading Idea: Bear Stearns Cos.: Grin and Bear It," January 16, 2008.

Bloomberg News - CDR, "[-> CDR Trading Idea: Bear Stearns Companies Inc.: Lock, Stock a," January 16, 2008.

Bloomberg News - BN, "*MARKET ON CLOSE IMBALANCE SELL 52700 SHARES: BSC (NYSE)," January 16, 2008.

Bloomberg News - BN, "*NO MARKET ON CLOSE IMBALANCE: BSC (NYSE)," January 16, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Bear Stearns Faces Bankruptcy Law Author in Appeal (Update3)," January 16, 2008.

Bloomberg News - FII, "Fitch Rates $85MM Bear Stearns Structured Products 2008-R1," January 16, 2008.

Bloomberg News - BUS, "Fitch Rates $85MM Bear Stearns Structured Products Inc, Trust," January 16, 2008.

Bloomberg News - BN, "Bear Stearns, Basis Yield, Racing, Mortgage Lenders: Bankruptcy," January 17, 2008.

Bloomberg News - BN, "*ANGLO IRISH RATED NEW `PEER PERFORM' AT BEAR STEARNS :ANGL ID," January 17, 2008.

Bloomberg News - BN, "*ALLIED IRISH RATED NEW `UNDERPERFORM' AT BEAR STEARNS :ALBK ID," January 17, 2008.

Bloomberg News - BN, "*BANK OF IRELAND RATED NEW `OUTPERFORM' AT BEAR STEARNS," January 17, 2008.

Bloomberg News - NS3, "M2 Presswire: NUBV, DLAV, BSCR, GTRE - OTCStockExchange.com," January 17, 2008.

Bloomberg News - BN, "*JPMORGAN PRICE EST. CUT TO $52 VS $58 AT BEAR STEARNS :JPM US," January 17, 2008.

Bloomberg News - BN, "*EBAY WAS RATED `PEER PERFORM' AT BEAR STEARNS," January 17, 2008.

Bloomberg News - BN, "*EBAY RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 17, 2008.

Bloomberg News - BN, "*EBAY COMPETITION CONCERNS ARE `OVERBLOWN,' BEAR STEARNS SAYS," January 17, 2008.

Bloomberg News - BN, "*EBAY NEW FEE STRUCTURE FOR SELLERS MAY LIFT STOCK:BEAR STEARNS," January 17, 2008.

Bloomberg News - BN, "Bear Stearns, Basis Yield, Delphi, IBC: Bankruptcy (Update1)," January 17, 2008.

Bloomberg News - BN, "EBay Shares Gain After Bear Stearns Recommends Buying Shares," January 17, 2008.

Bloomberg News - BN, "EBay Shares Gain After Bear Stearns Recommends Buying Stock," January 17, 2008.

Bloomberg News - CFL, "Bear Stearns Private Equ : Circular 10/04/2007," January 17, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Allied Irish Rated New `Underperform' at Bear Stearns :ALBK ID," January 17, 2008.

Bloomberg News - BN, "Allied Irish Rated New `Underperform' at Bear Stearns :AIB US," January 17, 2008.

Bloomberg News - BN, "Anglo Irish Rated New `Peerperform' at Bear Stearns :ANGL ID," January 17, 2008.

Bloomberg News - BN, "Anglo Irish Rated New `Peerperform' at Bear Stearns :AGIBY US," January 17, 2008.

Bloomberg News - BN, "Bank of Ireland Rated New `Outperform' at Bear Stearns :BKIR ID," January 17, 2008.

Bloomberg News - BN, "Bank of Ireland Rated New `Outperform' at Bear Stearns :IRE US," January 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 81.00-83.00, Last: 79.05," January 17, 2008.

Bloomberg News - BN, "*OPENING DELAY: BSC (NYSE)-ORDER IMBALANCE," January 17, 2008.

Bloomberg News - BN, "*PRICE INDICATION: BSC (NYSE): 80.00-82.00, Last: 79.05," January 17, 2008.

Bloomberg News - BN, "*TRADING RESUMED: BSC (NYSE)," January 17, 2008.

Bloomberg News - BN, "*BEAR GROWTH ANNOUNCES THE RECAPITALIZATION OF CRESTCOM :BSC US," January 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS AFFILIATE REPORTS CRESTCOM RECAPITALIZATION," January 17, 2008.

Bloomberg News - BN, "*BEAR GROWTH IS AFFILIATE OF BEAR STEARNS MERCHANT BANKING," January 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS MERCHANT BANKING AFFILIATE INVESTS IN CRESTCOM," January 17, 2008.

Bloomberg News - BN, "*BEAR GROWTH CAPITAL REPORTS MAJOR INVESTMENT CRESTCOM :BSC US," January 17, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Merrill Lynch-GFH - Update," January 17, 2008.

Bloomberg News - BN, "Bear Stearns Begins Irish Bank Coverage, Says Stocks Are Cheap," January 17, 2008.

Bloomberg News - BUS, "Bear Stearns Capital Trust III Announces Cash Distribution," January 17, 2008.

38

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Ordinary Shares," January 17, 2008.

Bloomberg News - CFL, "ARD:United Paper Industries BSC:UPI BI:Annual," January 17, 2008.

Bloomberg News - BL, "SEC Exemptive Application, Bear Stearns Asset Management, Inc.," January 17, 2008.

Bloomberg News - BN, "EBay Gains After Bear Stearns Recommends Buying Stock (Update2)," January 17, 2008.

Bloomberg News - BN, "*MOODY'S: NO NEGATIVE RATINGS IMPACT FROM BEAR STEARNS DOWNGRADE," January 17, 2008.

Bloomberg News - BMP, "Moody's: No Negative Ratings Impact From Bear Stearns Downgrade," January 17, 2008.

Bloomberg News - BN, "*FUBON FINANCIAL SHARES GAIN ON BEAR STEARNS, GOLDMAN REPORTS," January 17, 2008.

Bloomberg News - BN, "*FUBON GAINS AFTER BEAR STEARNS 'OUTPERFORM' RATING :2881 TT," January 17, 2008.

Bloomberg News - BN, "Fubon Financial Gains on Reports by Bear Stearns, Goldman Sachs," January 17, 2008.

Bloomberg News - BN, "*HOME RETAIL PRICE EST. CUT TO 340P VS 510P AT BEAR STEARNS," January 18, 2008.

Bloomberg News - BN, "Fubon Shares Rise on Bear Stearns, Goldman Sachs Lift (Update1)," January 18, 2008.

Bloomberg News - NS3, "M2 Presswire: TKER, BSCR, EXER, SWVC - OTCStockExchange.com," January 18, 2008.

Bloomberg News - BN, "*COSAN RAISED FROM `PEER PERFORM' AT BEAR STEARNS," January 18, 2008.

Bloomberg News - BN, "*COSAN RATED NEW `OUTPERFORM' AT BEAR STEARNS :CZZ US," January 18, 2008.

Bloomberg News - CFL, "Prospectus- BSC 0 1/15/09 CD Corp," January 18, 2008.

Bloomberg News - BN, "Bear Stearns Lowers Fed Forecast to 3.25% by April (Correct)," January 18, 2008.

Bloomberg News - BRF, "TECHX: New session lows Finance XLF and Broker XBD-- MS, BSC, LE," January 18, 2008.

39

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - FII, "Fitch Affirms Bear Stearns Series 1999-WF2," January 18, 2008.

Bloomberg News - FII, "Fitch Affirms Bear Stearns 2006-PWR14," January 18, 2008.

Bloomberg News - BUS, "Fitch Affirms Bear Stearns Series 1999-WF2," January 18, 2008.

Bloomberg News - BN, "Cosan Raised to `Outperform' at Bear Stearns on Growth Outlook," January 18, 2008.

Bloomberg News - BUS, "Fitch Affirms Bear Stearns 2006-PWR14," January 18, 2008.

Bloomberg News - BN, "Log-in Logistica Rated New `Outperform' at Bear Stearns," January 18, 2008.

Bloomberg News - BN, "American Banknote Rated New `Peerperform' at Bear Stearns," January 18, 2008.

Bloomberg News - BN, "*BEAR STEARNS INVESTORS WIN APPROVAL OF MCKESSON SETTLEMENT," January 18, 2008.

Bloomberg News - BN, "Bear Stearns Investors Win Approval of McKesson Settlement," January 18, 2008.

Bloomberg News - BN, "Bear Stearns Shareholders Win Settlement Approval (Update1)," January 18, 2008.

Bloomberg News - BN, "*LAND SECURITIES RATED NEW `OUTPERFORM' AT BEAR STEARNS," January 21, 2008.

Bloomberg News - BN, "*BRITISH LAND RATED NEW `OUTPERFORM' AT BEAR STEARNS :BLND LN," January 21, 2008.

Bloomberg News - BN, "Bear Stearns Rates Land Securities, British Land `Outperform'," January 21, 2008.

Bloomberg News - CMN, "BSC CN: Short Positions on 2008/01/15 500 50," January 21, 2008.

Bloomberg News - BUS, "34BO: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," January 21, 2008.

Bloomberg News - BUS, "68AR: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," January 21, 2008.

Bloomberg News - BUS, "34BH: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," January 21, 2008.

Bloomberg News - BN, "Land Securities Rated New `Outperform' at Bear Stearns :LAND LN," January 21, 2008.

Bloomberg News - BN, "British Land Rated New `Outperform' at Bear Stearns :BLND LN," January 21, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Land Securities Is Rated `Outperform' at Bear Stearns (Update2)," January 21, 2008.

Bloomberg News - BN, "*CEZ RAISED TO `OUTPERFORM' FROM `PEER PERFORM' AT BEAR STEARNS," January 22, 2008.

Bloomberg News - NS3, "M2 Presswire: Has added The Bear Stearns Companies, Inc. to," January 22, 2008.

Bloomberg News - NS3, "M2 Presswire: Progressive Review for The Bear Stearns Companies," January 22, 2008.

Bloomberg News - BN, "*BEAR STEARNS SEES PETROBRAS NET ASSET VALUE OF $105/ADR," January 22, 2008.

Bloomberg News - BN, "*BEAR STEARNS DISCUSSES PETROBRAS IN NOTE TO INVESTORS," January 22, 2008.

Bloomberg News - BN, "*BEAR STEARNS VALUES PETROBRAS'S JUPITER FIELD AT ABOUT $12 BLN," January 22, 2008.

Bloomberg News - BN, "*PETROBRAS NET ASSET VALUE ESTIMATE RAISED BY BEAR STEARNS," January 22, 2008.

Bloomberg News - BN, "Petrobras Asset Value Estimate Raised By Bear Stearns (Correct)," January 22, 2008.

Bloomberg News - BN, "ChinaEdu Rated New `Outperform' at Bear Stearns :CEDU US," January 22, 2008.

Bloomberg News - BN, "Valero Energy Raised to `Peerperform' at Bear Stearns :VLO US," January 22, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC February volatility Elevated at 62 on renewed b," January 22, 2008.

Bloomberg News - CMN, "MHP US: Amendment To Bear Stearns Municipal Securities Trust," January 22, 2008.

Bloomberg News - BN, "*1 800 FLOWERS COM REPORTS HOLDER BEAR STEARNS ASSET 7.4% STAKE," January 22, 2008.

Bloomberg News - BN, "*PENFORD HOLDER BEAR STEARNS ASSET REPORTS 8.44% STAKE :PENX US," January 22, 2008.

Bloomberg News - BRF, "VSEC: VSE Corp: Bear Stearns discloses 5.74% stake in SC 13G," January 22, 2008.

Bloomberg News - BN, "*VSE HOLDERS BEAR STEARNS ASSET REPORTS 5.74% STAKE :VSEC US," January 22, 2008.

41

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - RNS, "Gulf Fin House BSC GFH Notice of Board Meeting," January 23, 2008.

Bloomberg News - CMN, "BSCF US: BSCF OTC Deletion Eff. 01/23/2008," January 23, 2008.

Bloomberg News - BN, "*CANADIAN NATIONAL RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 23, 2008.

Bloomberg News - BN, "*RAIL STOCKS RAISED TO `OVERWEIGHT' AT BEAR STEARNS :BNI US," January 23, 2008.

Bloomberg News - BN, "*LARGE CAP U.S. BANKS RAISED TO `OVERWEIGHT' AT BEAR STEARNS," January 23, 2008.

Bloomberg News - BN, "*LARGE CAP U.S. BANKS WERE RATED `UNDERWEIGHT' AT BEAR STEARNS," January 23, 2008.

Bloomberg News - BN, "*CHOICE HOTELS RAISED TO `PEER PERFORM' AT BEAR STEARNS :CHH US," January 23, 2008.

Bloomberg News - BN, "*ECHOSTAR RAISED TO `PEER PERFORM' AT BEAR STEARNS :DISH US," January 23, 2008.

Bloomberg News - BN, "Dish Has Rating Raised by Bear Stearns Following Drop in Stock," January 23, 2008.

Bloomberg News - BN, "PetroChina Raised to `Outperform' at Bear Stearns :PTR US," January 23, 2008.

Bloomberg News - BN, "PetroChina Raised to `Outperform' at Bear Stearns :857 HK," January 23, 2008.

Bloomberg News - BN, "Choice Hotels Raised to `Peerperform' at Bear Stearns :CHH US," January 23, 2008.

Bloomberg News - BN, "Novo Nordisk Raised to `Outperform' at Bear Stearns :NOVOB DC," January 23, 2008.

Bloomberg News - BN, "Novo Nordisk Raised to `Outperform' at Bear Stearns :NVO US," January 23, 2008.

Bloomberg News - BN, "Burlington Northern Raised to `Outperform' at Bear Stearns," January 23, 2008.

Bloomberg News - BN, "Canadian National Raised to `Outperform' at Bear Stearns," January 23, 2008.

Bloomberg News - BN, "Union Pacific Raised to `Outperform' at Bear Stearns :UNP US," January 23, 2008.

Bloomberg News - BN, "Barrow of Bear Stearns Says Dollar to Rise on Fed Cuts: Video," January 23, 2008.

Bloomberg News - NS7, "SSLJ: SSL Commentary on Minister Wehby's Bear Stearns," January 23, 2008.

Bloomberg News - NS7, "SSLJ: Official Digicel Presentation At Bear Stearns Conference," January 23, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," January 23, 2008.

Bloomberg News - BN, "Financial Stocks, JPMorgan Advance After Bear Stearns Upgrade," January 23, 2008.

Bloomberg News - BN, "Bank Stocks, JPMorgan Rise After Bear Stearns Upgrade (Update1)," January 23, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 19 1/26/09 AAPL Corp," January 23, 2008.

Bloomberg News - BN, "Dish Rating Raised by Bear Stearns After Stock Drop (Update2)," January 23, 2008.

Bloomberg News - BN, "*HUMAN GENOME RAISED TO `OUTPERFORM' AT BEAR STEARNS :HGSI US," January 24, 2008.

Bloomberg News - BN, "*APOLLO INVESTMENT CUT TO `PEER PERFORM' AT BEAR STEARNS," January 24, 2008.

Bloomberg News - BN, "*SOFTWARE STOCKS RAISED TO `MARKET WEIGHT' AT BEAR STEARNS," January 24, 2008.

Bloomberg News - BN, "*SOFTWARE STOCKS HAD BEEN RATED `UNDERWEIGHT' AT BEAR STEARNS," January 24, 2008.

Bloomberg News - BN, "*CNH GLOBAL WAS RATED `OUTPERFORM' AT BEAR STEARNS," January 24, 2008.

Bloomberg News - BN, "*CNH GLOBAL CUT TO `PEER PERFORM' AT BEAR STEARNS," January 24, 2008.

Bloomberg News - CFL, "ARD:Esterad Investment Co BSC:ESTERAD BI:Annual 01/24/2008," January 24, 2008.

Bloomberg News - BN, "Apollo Investment Cut to `Peerperform' at Bear Stearns :AINV US," January 24, 2008.

Bloomberg News - BN, "McAfee Raised to `Outperform' at Bear Stearns :MFE US," January 24, 2008.

Bloomberg News - BN, "CNH Global Cut to `Peerperform' at Bear Stearns :CNH US," January 24, 2008.

Bloomberg News - BN, "Human Genome Raised to `Outperform' at Bear Stearns :HGSI US," January 24, 2008.

Bloomberg News - PRN, "Seven Summits Research Releases Alerts on INTC, BSC, LMT, RAI,," January 24, 2008.

43

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Bear Stearns's Tilman Says Hard to Warn of Large Trading Losses," January 24, 2008.

Bloomberg News - BN, "*SOCGEN PRICE EST. CUT TO EU80 VS EU122 AT BEAR STEARNS :GLE FP," January 25, 2008.

Bloomberg News - BN, "*TENNECO WAS RAISED FROM `UNDERPERFORM' AT BEAR STEARNS :TEN US," January 25, 2008.

Bloomberg News - BN, "*TENNECO RAISED TO `OUTPERFORM' AT BEAR STEARNS :TEN US," January 25, 2008.

Bloomberg News - BN, "*SCANSOURCE RAISED TO `PEER PERFORM' AT BEAR STEARNS :SCSC US," January 25, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Result of Tender Offer," January 25, 2008.

Bloomberg News - BN, "*CKX RAISED TO `OUTPERFORM' VS `PEER PERFORM' AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "*SOCGEN PRICE EST. CUT TO EU80 FROM EU122 AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "*SOCGEN 2008, 2009 EPS ESTIMATES CUT 20% AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "*COPEL RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "*CITY NATIONAL CUT TO `PEER PERFORM' AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "*CITY NATIONAL WAS RATED `OUTPERFORM' AT BEAR STEARNS," January 25, 2008.

Bloomberg News - BN, "Bear Stearns's Hilder Says Fed Cuts to Boost Bank Stocks: Video," January 25, 2008.

Bloomberg News - BN, "Copel Raised to `Outperform' by Bear Stearns After Price Falls," January 25, 2008.

Bloomberg News - BN, "Scansource Raised to `Peerperform' at Bear Stearns :SCSC US," January 25, 2008.

Bloomberg News - BN, "City National Cut to `Peerperform' at Bear Stearns :CYN US," January 25, 2008.

Bloomberg News - BN, "CKX Raised to `Outperform' at Bear Stearns :CKXE US," January 25, 2008.

Bloomberg News - BN, "Tenneco Raised to `Outperform' at Bear Stearns :TEN US," January 25, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Scansource Shares Surge After Bear Stearns Raises Rating," January 25, 2008.

Bloomberg News - BN, "Tilman of Bear Stearns Comments on Fed, SocGen (Transcript)," January 25, 2008.

Bloomberg News - BL, "SEC Exemptive Application, Bear Stearns Asset Management, Inc.," January 25, 2008.

Bloomberg News - CFL, "BEAR STEARNS ARM TRUST, SERIES 2003-2 Report for Jan 08," January 25, 2008.

Bloomberg News - CFL, "BEAR STEARNS, SERIES 1997-6 Report for Jan 08," January 25, 2008.

Bloomberg News - CFL, "Bahraini Saudi Bank Bsc : Annual 12/31/2007," January 27, 2008.

Bloomberg News - BN, "Citigroup Ex-Trader Maheras May Join Bear Stearns, NYT Says," January 27, 2008.

Bloomberg News - CFL, "ARD:Bahraini Saudi Bank Bsc:BSB BI:Annual 01/27/2008," January 27, 2008.

Bloomberg News - BN, "*CATERPILLAR RAISED TO `OUTPERFORM' AT BEAR STEARNS :CAT US," January 28, 2008.

Bloomberg News - BN, "*CTEEP RAISED TO `OUTPERFORM' VS `PEER PERFORM' AT BEAR STEARNS," January 28, 2008.

Bloomberg News - BN, "Caterpillar Upgraded at Bear Stearns on Prospects for Rate Cuts," January 28, 2008.

Bloomberg News - BN, "CTEEP Upgraded to `Outperform' at Bear Stearns on Privatization," January 28, 2008.

Bloomberg News - BN, "Panalpina Cut to `Underperform' at Bear Stearns :PWTN SW," January 28, 2008.

Bloomberg News - CFL, "Ithmaar Bank Bsc : Quarterly 03/31/2007," January 28, 2008.

Bloomberg News - CFL, "ARD:Al-Khaleej Development Co BSC:TAMEERK BI:Annual 01/24/2008," January 28, 2008.

Bloomberg News - BUS, "Bear Stearns Warrant: Full Early Redemption," January 28, 2008.

Bloomberg News - PRN, "BSC Services Corp. Announces the Promotion of Carol Hunter to," January 28, 2008.

Bloomberg News - CFL, "BEAR STEARNS STRUCTURED PRODUCTS, SERIES 2000-1," January 28, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - CFL, "BEAR STEARNS ARM TRUST, SERIES 2003-2 Report for Nov 07," January 28, 2008.

Bloomberg News - CFL, "BEAR STEARNS, SERIES 1997-6 Report for Nov 07," January 28, 2008.

Bloomberg News - BN, "*MCDONALD'S CUT TO `PEER PERFORM' AT BEAR STEARNS :MCD US," January 29, 2008.

Bloomberg News - BN, "*MCDONALD'S WAS CUT FROM `OUTPERFORM' AT BEAR STEARNS :MCD US," January 29, 2008.

Bloomberg News - BN, "McDonald's Cut to `Peer Perform' at Bear Stearns on U.S. Sales," January 29, 2008.

Bloomberg News - BN, "*CHILEAN INTEREST RATES MAY PEAK THIS QTR, BEAR STEARNS SAYS," January 29, 2008.

Bloomberg News - BN, "*CHILE PENSION FUNDS MAY REENTER STK MARKET, BEAR STEARNS SAYS," January 29, 2008.

Bloomberg News - BN, "*QUEST DIAGNOSTICS RATED NEW `PEER PERFORM' AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BN, "*LABCORP RATED NEW `PEER PERFORM' AT BEAR STEARNS :LH US," January 29, 2008.

Bloomberg News - BN, "*CHINA LIFE INSURANCE CUT TO `UNDERPERFORM' AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BN, "*CHINA LIFE INSURANCE WAS RATED `PEER PERFORM' AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BN, "*PING AN INSURANCE CUT TO `PEER PERFORM' AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BN, "*PING AN INSURANCE WAS RATED `OUTPERFORM' AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BUS, "BEAR STEARNS BANK PLC: Redemption," January 29, 2008.

Bloomberg News - BN, "*GOOGLE 4Q PROFIT. REVENUE ESTIMATES RAISED AT BEAR STEARNS," January 29, 2008.

Bloomberg News - BN, "LabCorp Rated New `Peerperform' at Bear Stearns :LH US," January 29, 2008.

Bloomberg News - BN, "Quest Diagnostics Rated New `Peerperform' at Bear Stearns," January 29, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "China Life Cut to `Underperform' at Bear Stearns :2628 HK," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO SELL 10-YEAR NOTES IN BENCHMARK OFFERING," January 29, 2008.

Bloomberg News - BN, "China Life Cut to `Underperform' at Bear Stearns :LFC US," January 29, 2008.

Bloomberg News - BN, "Ping An Insurance Cut to `Peerperform' at Bear Stearns :2318 HK," January 29, 2008.

Bloomberg News - BN, "Cairn India Raised to `Outperform' at Bear Stearns :CAIR IN," January 29, 2008.

Bloomberg News - BN, "PTT Exploration Cut to `Underperform' at Bear Stearns :PTTEP TB," January 29, 2008.

Bloomberg News - BN, "Santos Raised to `Outperform' at Bear Stearns :STO AU," January 29, 2008.

Bloomberg News - BN, "Bear Stearns Plans to Sell 10-Year Fixed-Rate Senior Notes," January 29, 2008.

Bloomberg News - BN, "China Life Declines After Bear Stearns Recommends Selling Stock," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO SELL $3 BILLION OF NOTES AT 362.5 BPS SPREAD," January 29, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Q4 and Final Results," January 29, 2008.

Bloomberg News - CDR, "[-> CDR Comments on New Issue Pricing for BSC," January 29, 2008.

Bloomberg News - BN, "Bear Stearns Markets 10-Year Notes at Highest Spread (Update1)," January 29, 2008.

Bloomberg News - BUS, "Bear Stearns to Present at the Credit Suisse Financial Services," January 29, 2008.

Bloomberg News - PRN, "Surgex(TM) Becomes the First and Only BSCG (Banned Substance," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS REPORTS REQUESTS FOR INFORMATION ON SUBPRIME," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS GETS REQEUSTS FOR INFORMATION FROM REGULATORS," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS GETS REQEUSTS FOR INFORMATION FROM GOV'T ENTITIES," January 29, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS SAYS REQUESTS CONCERN SUBPRIME MORTGAGES :BSC US," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS REQUESTS CONCERN MORTGAGE SECURITIZATION," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS REQUESTS CONCERN CDOS :BSC US," January 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS REQUESTS CONCERN SYNTHETIC PRODUCTS :BSC US," January 29, 2008.

Bloomberg News - BN, "Ping An Insurance Falls After Bear Stearns Downgrades Stock," January 29, 2008.

Bloomberg News - RNS, "Investcorp Bank BSC IVC Interim Results," January 30, 2008.

Bloomberg News - BN, "*MAN GROUP RATED NEW `OUTPERFORM' AT BEAR STEARNS :EMG LN," January 30, 2008.

Bloomberg News - BN, "Ping An Falls to 7-Month Low After Bear Stearns Cut (Update2)," January 30, 2008.

Bloomberg News - BN, "*ELECTRONIC ARTS RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 30, 2008.

Bloomberg News - BN, "*ELECTRONIC ARTS WAS RATED `PEER PERFORM' AT BEAR STEARNS," January 30, 2008.

Bloomberg News - CFL, "ARD:Investcorp Bank BSC:INVCORP BI:Semi-A 01/30/2008," January 30, 2008.

Bloomberg News - BN, "Electronic Arts Raised to `Outperform' at Bear Stearns :ERTS US," January 30, 2008.

Bloomberg News - BN, "Avon Products Raised to `Outperform' at Bear Stearns :AVP US," January 30, 2008.

Bloomberg News - BN, "Bear Stearns's Level 3 Share Exceeds Rivals': Table (Correct)," January 30, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS FED TO CUT TARGET TO 2% AT MARCH MEETING," January 30, 2008.

Bloomberg News - BUS, "Zacks Sell List Highlights: Merrill Lynch & Co., Bear Stearns," January 30, 2008.

Bloomberg News - BN, "Goldman Sachs, Lehman, Bear Stearns Lower Fed Funds Forecasts," January 30, 2008.

Bloomberg News - BN, "Ryding of Bear Stearns Sees Higher Inflation on Fed Cut: Video," January 30, 2008.

Bloomberg News - BN, "China Insurers Get $14 Million Storm Claims, Bear Stearns Says," January 31, 2008.

48

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*ASTORIA FINANCIAL RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 31, 2008.

Bloomberg News - BN, "*NORDSTROM RAISED TO `OUTPERFORM' AT BEAR STEARNS :JWN US," January 31, 2008.

Bloomberg News - BN, "*SAKS CUT TO `UNDERPERFORM' VS 'PEER PERFORM' AT BEAR STEARNS," January 31, 2008.

Bloomberg News - BN, "*ALLIANCE DATA SYSTEMS RAISED TO `OUTPERFORM' AT BEAR STEARNS," January 31, 2008.

Bloomberg News - BN, "*ALLIANCE DATA SYSTEMS WAS RATED `PEER PERFORM' AT BEAR STEARNS," January 31, 2008.

Bloomberg News - BUS, "34BM: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," January 31, 2008.

Bloomberg News - BN, "*NUCO2 CUT TO `PEER PERFORM' FROM `OUTPERFORM' AT BEAR STEARNS," January 31, 2008.

Bloomberg News - CFL, "ARD:Bear Stearns Asset Management :1909974Z LN:Annual 02/28/2007," January 31, 2008.

Bloomberg News - BN, "Nordstrom Raised to `Outperform' at Bear Stearns :JWN US," January 31, 2008.

Bloomberg News - BN, "Saks Cut to `Underperform' at Bear Stearns :SKS US," January 31, 2008.

Bloomberg News - BN, "Nuco2 Cut to `Peerperform' at Bear Stearns :NUCO US," January 31, 2008.

Bloomberg News - BN, "Astoria Financial Raised to `Outperform' at Bear Stearns :AF US," January 31, 2008.

Bloomberg News - BN, "Alliance Data Raised to `Outperform' at Bear Stearns :ADS US," January 31, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Quarter End Review - Dec 07," January 31, 2008.

Bloomberg News - BMP, "Moody's Affirms Bear Stearns Commercial Mortgage Securities Tru," January 31, 2008.

Bloomberg News - BUS, "87UV: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," January 31, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Total Voting Rights," January 31, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*S&P CUTS 8 BEAR STEARNS ASSET BACKED SEC TRUST RTGS ON 3 DLS," January 31, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 2/2/10 BSKT Corp," January 31, 2008.

Bloomberg News - BMP, "Moody's Confirms the Ratings of Four Classes of Bear Stearns Com," January 31, 2008.

Bloomberg News - BN, "*MOODY'S CONFIRMS RATINGS OF FOUR CLASSES OF BEAR STEARNS COM," January 31, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 2/2/10 BSK2 Corp," January 31, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 8/2/11 BSKT Corp," January 31, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 2/2/09 SPX Corp," January 31, 2008.

Bloomberg News - BN, "*GOOGLE PRICE EST. CUT TO $650 VS $700 AT BEAR STEARNS :GOOG US," February 1, 2008.

Bloomberg News - BN, "*PEPSIAMERICAS RAISED TO `PEER PERFORM' AT BEAR STEARNS :PAS US," February 1, 2008.

Bloomberg News - BN, "*CLEAR CHANNEL RAISED TO `OUTPERFORM' AT BEAR STEARNS :CCO US," February 1, 2008.

Bloomberg News - BN, "*GOOGLE PRICE EST. CUT 7.1 PERCENT TO $650 AT BEAR STEARNS," February 1, 2008.

Bloomberg News - BN, "*MPX RATED NEW `PEER PERFORM' AT BEAR STEARNS :MPXE3 BZ," February 1, 2008.

Bloomberg News - BN, "*GENER RATED NEW `OUTPERFORM' AT BEAR STEARNS :GENER CC," February 1, 2008.

Bloomberg News - BUS, "42EP: Bear Stearns Global Asset Holdings Ltd.: Partial Early," February 1, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER PUTNAM CUTS STAKE TO 1.5% :BSC US," February 1, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER PUTNAM CUTS STAKE FROM 5.7% IN SEPT.," February 1, 2008.

Bloomberg News - BN, "Bear Stearns's Malpass Says Payrolls Above Recession Levels," February 1, 2008.

Bloomberg News - BN, "PepsiAmericas Raised to `Peerperform' at Bear Stearns :PAS US," February 1, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Treasury Bill Sales to Damp Credit Gauge, Bear Stearns Says," February 1, 2008.

Bloomberg News - CFL, "ARD:Bscl Ltd:1603250Z LN:Annual 01/30/2008," February 2, 2008.

Bloomberg News - BUS, "BScaler Raises the Bar for SaaS Security," February 4, 2008.

Bloomberg News - BN, "Bear Stearns Raised to `Market Perform' at Punk, Ziegel :BSC US," February 4, 2008.

Bloomberg News - BN, "Sara Lee Raised to `Peerperform' at Bear Stearns :SLE US," February 4, 2008.

Bloomberg News - BN, "Gannett Cut to `Peerperform' at Bear Stearns :GCI US," February 4, 2008.

Bloomberg News - BN, "Scientific Games Cut to `Peerperform' at Bear Stearns :SGMS US," February 4, 2008.

Bloomberg News - BN, "Novatek Cut to `Peerperform' at Bear Stearns :3034 TT," February 4, 2008.

Bloomberg News - FII, "Fitch Ratings Affirms BSCMSI 2006-PWR11," February 4, 2008.

Bloomberg News - BUS, "Fitch Ratings Affirms BSCMSI 2006-PWR11," February 4, 2008.

Bloomberg News - BN, "*KOOKMIN BANK TARGET CUT 20% TO 71,400 WON AT BEAR STEARNS," February 4, 2008.

Bloomberg News - BN, "*KOOKMIN BANK KEPT AT `PEER PERFORM', BEAR STEARNS SAYS," February 4, 2008.

Bloomberg News - BN, "*BANK OF SCOTLAND SELLS A$50MLN FLOATING RATE BOND :BSCT LN," February 4, 2008.

Bloomberg News - BN, "*SYNGENTA RATED NEW `OUTPERFORM' AT BEAR STEARNS :SYNN VX," February 5, 2008.

Bloomberg News - BN, "*SYNGENTA GIVEN NEW PRICE ESTIMATE OF SF367 AT BEAR STEARNS," February 5, 2008.

Bloomberg News - BN, "Syngenta Rises After Bear Stearns Starts Coverage at Outperform," February 5, 2008.

Bloomberg News - BN, "Gulf States to Drop Dollar Pegs on Fed Cuts, Bear Stearns Says," February 5, 2008.

Bloomberg News - BN, "Greenbrier Raised to `Outperform' at Bear Stearns :GBX US," February 5, 2008.

Bloomberg News - BN, "*FLOTEK INDUSTRIES TO LOAN UP TO 3.8M SHRS TO BEAR STEARNS UNIT," February 5, 2008.

51

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Gulf States May Have to Drop Pegs, Merrill, Bear Stearns Say," February 5, 2008.

Bloomberg News - BN, "*AT&T PRICE RISE DUE TO SLOWING SUBSCRIBER GROWTH: BEAR STEARNS," February 5, 2008.

Bloomberg News - BN, "News Corp. Draws Higher Forecasts From Bear Stearns, Goldman," February 5, 2008.

Bloomberg News - BN, "AT&T Falls as Bear Stearns Says Slower Growth Led to Rate Rise," February 5, 2008.

Bloomberg News - RNS, "Bear Stearns GblGwth Delisting," February 5, 2008.

Bloomberg News - BN, "Bear Stearns to Redeem Variable Notes Due 2017," February 5, 2008.

Bloomberg News - BN, "News Corp. Draws Higher Forecasts From Bear Stearns (Update1)," February 5, 2008.

Bloomberg News - MWR, "Advent's Geneva(R) Selected by Bear Stearns to Provide Scalable," February 5, 2008.

Bloomberg News - CMN, "BSC CN: Short Positions on 2008/01/31 4,128 3,62," February 5, 2008.

Bloomberg News - RCG, "Banco Santander Central Hispano SA - BSCH forms bearish," February 6, 2008.

Bloomberg News - BN, "*INDITEX RATED NEW `PEER PERFORM' AT BEAR STEARNS :ITX SM," February 6, 2008.

Bloomberg News - BN, "*GENERAL MOTORS CUT TO `UNDERPERFORM' AT BEAR STEARNS :GM US," February 6, 2008.

Bloomberg News - BN, "*GENERAL MOTORS WAS RATED `PEER PERFORM' AT BEAR STEARNS :GM US," February 6, 2008.

Bloomberg News - BN, "*FORD CUT TO `PEER PERFORM' FROM `OUTPERFORM' AT BEAR STEARNS," February 6, 2008.

Bloomberg News - BN, "General Motors, Ford Shares Downgraded at Bear Stearns," February 6, 2008.

Bloomberg News - BN, "*S&P 500 INDEX 2008 FORECAST CUT 8.8% TO 1,500 AT BEAR STEARNS," February 6, 2008.

Bloomberg News - BN, "*BEAR STEARNS CITES ECONOMIC DATA, WRITEDOWNS FOR S&P 500 CUT," February 6, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS' GOLUB CUTS 2007, 2008 EARNINGS FORECASTS," February 6, 2008.

Bloomberg News - BN, "Inditex Rated New `Peerperform' at Bear Stearns :ITX SM," February 6, 2008.

Bloomberg News - BN, "NeuStar Cut to `Peerperform' at Bear Stearns :NSR US," February 6, 2008.

Bloomberg News - BN, "S&P 500 Index 2008 Forecast Cut 8.8% to 1,550 at Bear Stearns," February 6, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," February 6, 2008.

Bloomberg News - BN, "Bear Stearns Close to Getting SEC Approval for Active Debt ETF," February 6, 2008.

Bloomberg News - BL, "SEC Exemptive Notice, Bear Stearns Asset Management, Inc.," February 6, 2008.

Bloomberg News - BN, "*COMERCIAL MEXICANA RATED NEW `OUTPERFORM' AT BEAR STEARNS," February 7, 2008.

Bloomberg News - BN, "*BT CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," February 7, 2008.

Bloomberg News - CMN, "BCSEC CN: BSC re ESI Entertainment Revocation Order," February 7, 2008.

Bloomberg News - CMN, "ESY CN: BSC re ESI Entertainment Revocation Order," February 7, 2008.

Bloomberg News - BN, "Comercial Mexicana Stock Rated New `Outperform' at Bear Stearns," February 7, 2008.

Bloomberg News - NS3, "M2 Presswire: Telenor Serbia installs BSCS iX Release 2 rating," February 7, 2008.

Bloomberg News - BN, "*CPI INTERNATIONAL CUT TO `PEER PERFORM' AT BEAR STEARNS," February 7, 2008.

Bloomberg News - BN, "*BT GROUP CUT TO `PEER PERFORM' AT BEAR STEARNS," February 7, 2008.

Bloomberg News - BN, "CPI International Cut to `Peerperform' at Bear Stearns :CPII US," February 7, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: CNBC commentator rehashes story on Justice," February 7, 2008.

Bloomberg News - BN, "*PORTO SEGURO RATED NEW `OUTPERFORM' AT BEAR STEARNS :PSSA3 BZ," February 8, 2008.

Bloomberg News - BN, "Porto Seguro Shares Rated New `Outperform' at Bears Stearns," February 8, 2008.

53

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS3, "Telecomworldwire: Telenor Serbia selects LHS for BSCS7 billing," February 8, 2008.

Bloomberg News - BN, "*SPECTRUM BRANDS CUT TO `PEER PERFORM' AT BEAR STEARNS :SPC US," February 8, 2008.

Bloomberg News - CFL, "ARD:Bscl Operations Ltd:1550394Z LN:Annual 12/14/2007," February 8, 2008.

Bloomberg News - BN, "*COCA-COLA EARNINGS WILL REMAIN `SOLID,' BEAR STEARNS SAYS," February 8, 2008.

Bloomberg News - BN, "*COCA-COLA WAS RATED `PEER PERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "*COCA-COLA RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns cut 800 mortgage employees, 1400 overall; 10%," February 8, 2008.

Bloomberg News - BN, "*MOBILE TELESYSTEMS RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "*MOBILE TELESYSTEMS WAS RATED `PEER PERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "*URBAN OUTFITTERS RAISED TO `PEER PERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "*LIMITED BRANDS RAISED TO `OUTPERFORM' AT BEAR STEARNS :LTD US," February 8, 2008.

Bloomberg News - BN, "*LIMITED BRANDS WAS RATED `PEER PERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "Mobile TeleSystems Raised to `Outperform' at Bear Stearns," February 8, 2008.

Bloomberg News - BN, "Spectrum Brands Cut to `Peerperform' at Bear Stearns :SPC US," February 8, 2008.

Bloomberg News - BN, "Coca-Cola Raised to `Outperform' at Bear Stearns :KO US," February 8, 2008.

Bloomberg News - BN, "Limited Brands Cut to `Peerperform' at Bear Stearns :LTD US," February 8, 2008.

Bloomberg News - BN, "Urban Outfitters Raised to `Peerperform' at Bear Stearns," February 8, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS HAS NO LEVERAGED LOAN EXPOSURE LEFT, DOW SAYS," February 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS FIXED-INCOME WILL BE 'DIFFICULT' IN '08: DOW," February 8, 2008.

Bloomberg News - BT, "Bear Stearns Presentation Teleconference BSC US," February 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS IS SHORT $1 BILLION-PLUS ON SUBPRIME, DOW SAYS," February 8, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS INVEST BANKING SLOWED 'CONSIDERABLY' :DOW," February 8, 2008.

Bloomberg News - BN, "Coca-Cola Rises After Bear Stearns Recommends Buying the Shares," February 8, 2008.

Bloomberg News - BN, "*CENTENE CUT TO `UNDERPERFORM' AT BEAR STEARNS," February 8, 2008.

Bloomberg News - BN, "Bear Stearns Makes $1 Billion Bet on Subprime Market Decline," February 8, 2008.

Bloomberg News - BN, "Centene Cut to `Underperform' at Bear Stearns :CNC US," February 8, 2008.

Bloomberg News - BN, "Bear Stearns Is `Short' Subprime Mortgages $1 Billion (Update2)," February 8, 2008.

Bloomberg News - BN, "Coca-Cola Rises After Bear Stearns Recommends Buy (Update2)," February 8, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Memo. of Understanding Signed," February 11, 2008.

Bloomberg News - BN, "*SOCGEN 2008 EPS EST. CUT TO EU7.81 FROM EU9.34 AT BEAR STEARNS," February 11, 2008.

Bloomberg News - BN, "*SOCGEN 2009 EPS EST. CUT TO EU8.30 FROM EU9.89 AT BEAR STEARNS," February 11, 2008.

Bloomberg News - BN, "*NAPSTER RAISED TO `OUTPERFORM' AT BEAR STEARNS :NAPS US," February 11, 2008.

Bloomberg News - BN, "*NAPSTER RAISED FROM `UNDERPERFORM' AT BEAR STEARNS :NAPS US," February 11, 2008.

Bloomberg News - BN, "*UTI WORLDWIDE CUT TO `PEERPERFORM' AT BEAR STEARNS :UTIW US," February 11, 2008.

Bloomberg News - BN, "Napster Raised to `Outperform' at Bear Stearns on Valuation," February 11, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "JPMorgan Chase, Bear Stearns Seek Subprime Deals, WSJ Says," February 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS SEES UP TO $175 BILLION IN FINANCIAL WRITEDOWNS," February 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS' GOLUB REFERS TO WRITEDOWNS FOR FINANCIAL FIRMS," February 11, 2008.

Bloomberg News - BN, "UTI Worldwide Cut to `Peerperform' at Bear Stearns :UTIW US," February 11, 2008.

Bloomberg News - BN, "Bear Stearns Hires Meinnel as Head of European Foreign Exchange," February 11, 2008.

Bloomberg News - BUS, "36EB: Bear Stearns Companies Incorporated: Partial Repurchase," February 11, 2008.

Bloomberg News - CFL, "Banader Hotels Co Bsc : Preliminary Annual 12/31/2007," February 11, 2008.

Bloomberg News - BN, "JPMorgan, Bear Stearns Win SEC Nod to Keep Proposal Off Ballot," February 11, 2008.

Bloomberg News - BN, "JPMorgan, Bear Stearns Win SEC Nod on Board Elections (Update1)," February 11, 2008.

Bloomberg News - CFL, "ARD:Bear Stearns International Ltd:55788Z LN:Annual 11/16/2007," February 12, 2008.

Bloomberg News - BN, "*JULIUS BAER PRICE EST. CUT 9.1% TO SF100 AT BEAR STEARNS," February 12, 2008.

Bloomberg News - CFL, "ARD:Banader Hotels Co BSC:BANADER BI:Annual 02/11/2008," February 12, 2008.

Bloomberg News - BN, "*SCHLUMBERGER RAISED TO `OUTPERFORM' AT BEAR STEARNS :SLB US," February 12, 2008.

Bloomberg News - BN, "Schlumberger Raised to `Outperform' at Bear Stearns :SLB US," February 12, 2008.

Bloomberg News - BN, "*RESEARCH IN MOTION REITERATED AT `OUTPERFORM' AT BEAR STEARNS," February 12, 2008.

Bloomberg News - BN, "Schlumberger Gains After Bear Stearns Recommends Buying Shares," February 12, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Asset-Backed Hedge Fund Declined 52.5% in 2007," February 12, 2008.

Bloomberg News - CFL, "ARD:Bsclp UK Ltd:1865522Z LN:Annual 02/07/2008," February 12, 2008.

Bloomberg News - BL, "SEC No-Action Letter, The Bear Stearns Companies Inc.," February 12, 2008.

Bloomberg News - BN, "Bear Stearns .25% Notes Due 2009 Trades as a Single Issue," February 13, 2008.

Bloomberg News - BN, "*VALEANT RAISED TO `PEER PERFORM' AT BEAR STEARNS :VRX US," February 13, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 3/13/09 SPX Corp," February 13, 2008.

Bloomberg News - CFL, "ARD:United Paper Industries BSC:UPI BI:Qtrly 02/11/2008," February 13, 2008.

Bloomberg News - BN, "Valeant Raised to `Peerperform' at Bear Stearns :VRX US," February 13, 2008.

Bloomberg News - BN, "*BEAR STEARNS MERCHANT BANKING PORTFOLIO CO. CLOSES PURCHASE," February 13, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Final Results," February 13, 2008.

Bloomberg News - BN, "Commodities May Fall on U.S. Slowdown, Bear Stearns's Ross Says," February 13, 2008.

Bloomberg News - BL, "SEC No-Action Letter, The Bear Stearns Companies Inc.," February 13, 2008.

Bloomberg News - BN, "*GENESEE & WYOMING RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 14, 2008.

Bloomberg News - BN, "*GENESEE & WYOMING WAS RATED `PEER PERFORM' AT BEAR STEARNS," February 14, 2008.

Bloomberg News - BN, "*GOLDMAN, BEAR STEARNS, LEHMAN EPS ESTIMATES CUT AT KBW :MS US," February 14, 2008.

Bloomberg News - BN, "*MORGAN STANLEY EPS ESTIMATE CUT BY KBW :MS US, BSC US, LEH US," February 14, 2008.

Bloomberg News - BN, "Citic, Bear Stearns May Lift Stakes in Each Other, Caijing Says," February 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS 1Q EPS ESTIMATE CUT TO $0.90 VS $1.06 AT LEHMAN," February 14, 2008.

Bloomberg News - BN, "Bear Stearns Redeems Variable Notes Due 2017," February 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*ALLERGAN RATED NEW `PEER PERFORM' AT BEAR STEARNS :AGN US," February 14, 2008.

Bloomberg News - FLY, "Bear Stearns and Citic renegotiating tie-up-FT [MORE]," February 14, 2008.

Bloomberg News - BN, "Genesee & Wyoming Raised to `Outperform' at Bear Stearns:GWR US," February 14, 2008.

Bloomberg News - BN, "Allergan Rated New `Peerperform' at Bear Stearns :AGN US," February 14, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," February 14, 2008.

Bloomberg News - BUS, "BEAR STEARNS BANK PLC: Repurchase - CANCELLED," February 14, 2008.

Bloomberg News - BN, "Bear Stearns' Investor Call Examined by Prosecutors, WSJ Says," February 14, 2008.

Bloomberg News - BN, "*HENNES & MAURITZ RATED NEW `PEER PERFORM' AT BEAR STEARNS," February 15, 2008.

Bloomberg News - BN, "*ACTELION WAS CUT FROM `PEER PERFORM' AT BEAR STEARNS :ATLN VX," February 15, 2008.

Bloomberg News - BN, "*ACTELION CUT TO `UNDERPERFORM' AT BEAR STEARNS :ATLN VX," February 15, 2008.

Bloomberg News - BN, "*H&M RATED NEW `PEER PERFORM' AT BEAR STEARNS :HM SW," February 15, 2008.

Bloomberg News - BN, "*U.S. INDEX FUTURES DECLINE; BEAR STEARNS, WHOLE FOODS DROP," February 15, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Fall; Bear Stearns, Whole Foods Drop," February 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS 1Q PROFIT ESTIMATES CUT 27% AT FOX-PITT KELTON," February 15, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY REPORT $820 MILLION IN WRITEDOWNS: FOX-PITT," February 15, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Fall; Bear Stearns, Caterpillar Drop," February 15, 2008.

Bloomberg News - BUS, "73ME: Bear Stearns Companies Inc: Partial Repurchase," February 15, 2008.

Bloomberg News - BN, "*HEWLETT-PACKARD REITERATED AT `OUTPERFORM' AT BEAR STEARNS," February 15, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS EXPECTS `MODEST UPSIDE' TO HEWLETT-PACKARD PROFIT," February 15, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns running to HoD; takeover chatter is catalyst," February 15, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC call volume light, volatility at 56 on renewed," February 15, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC: Strong on a Weak Day [MORE]," February 15, 2008.

Bloomberg News - BN, "*U.S. STOCKS PARE DROP AS BEAR STEARNS LEADS FINANCIALS HIGHER," February 15, 2008.

Bloomberg News - BN, "Actelion Cut to `Underperform' at Bear Stearns :ATLN VX," February 15, 2008.

Bloomberg News - BN, "Bear Stearns Rises Most in Two Weeks on Takeover Speculation," February 15, 2008.

Bloomberg News - CFL, "Term Sheet- BSC 10.25 4/5/08 ATI Corp," February 15, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC call volume & share price Spike on renewed buyo," February 15, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: Although BSC is up on rumors of a possible," February 15, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns/CITIC rumors untrue, according to sources - CN," February 15, 2008.

Bloomberg News - BN, "Bear Stearns Shares Advance on Takeover Speculation (Update3)," February 15, 2008.

Bloomberg News - BN, "*BANK OF SANTA CLARITA 4Q EPS 3C :BSCA US," February 15, 2008.

Bloomberg News - CFL, "ARD:Bear Stearns International Ltd:55788Z LN:Annual 10/11/2007," February 16, 2008.

Bloomberg News - BN, "*MACQUARIE PRIVATE CAPITAL GETS OFFER FROM BEAR STEARNS :MPG AU," February 17, 2008.

Bloomberg News - BN, "*MACQUARIE PRIVATE CAPITAL RECOMMENDS BEAR STEARNS PROPOSAL," February 17, 2008.

Bloomberg News - CKO, "CITIC, Bear Stearns to revise share swap plan," February 17, 2008.

59

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*UBS CUT TO `PEER PERFORM' FROM `OUTPERFORM' AT BEAR STEARNS," February 18, 2008.

Bloomberg News - BN, "UBS Cut to `Peer Perform' at Bear Stearns on Writedown Concern," February 18, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Dividend Declaration," February 18, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Acquisition," February 18, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY TO BUY MACQUARIE PRIVATE CAPITAL," February 18, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY TO PAY ABOUT US$104.9M :BPLE LN," February 18, 2008.

Bloomberg News - NS1, "AsiaPulse News: CHINA'S CITIC, BEAR STEARNS SET TO REVISE SHARE," February 18, 2008.

Bloomberg News - NS1, "AsiaPulse News: BEAR STEARNS ACQUIRES MACQUARIE PRIVATE CAPITAL," February 18, 2008.

Bloomberg News - AFR, "Macquarie Private Capital recommends bid from Bear Stearns," February 18, 2008.

Bloomberg News - BN, "*CORRECT: CREDIT AGRICOLE CUT TO `UNDERPERFORM' AT BEAR STEARNS," February 19, 2008.

Bloomberg News - BN, "*CREDIT AGRICOLE CUT FROM `OUTPERFORM' AT BEAR STEARNS :ACA FP," February 19, 2008.

Bloomberg News - BN, "Credit Agricole Lowered at Bear Stearns on Potential Writedowns," February 19, 2008.

Bloomberg News - BN, "*TELEKOM AUSTRIA PRICE EST. CUT 4% TO EU23.8 AT BEAR STEARNS," February 19, 2008.

Bloomberg News - BN, "Unisys Exploring Options With Bear Stearns to Boost Its Value," February 19, 2008.

Bloomberg News - PRN, "Seven Summits Research Releases Alerts on YHOO, BSC, FSLR, MA,," February 19, 2008.

Bloomberg News - CFL, "ARD:Banco Estado de Santa Catarina:BSCT3 BZ:Annual," February 19, 2008.

Bloomberg News - BLG, "InsureReinsure: Bear Stearns Hires Law Firm To Investigate," February 19, 2008.

Bloomberg News - BLG, "InsureReinsure: Bear Stearns Faces Further Scrutiny as," February 19, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BLG, "InsureReinsure: SEC Files Amicus Brief in Bear Stearns Insurance," February 19, 2008.

Bloomberg News - BN, "Unisys Postpones Meeting for Talks With Bear Stearns (Update2)," February 19, 2008.

Bloomberg News - BN, "Bear Stearns Target of Legal Actions, Investigations: FT Link," February 19, 2008.

Bloomberg News - BN, "*ELISA CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," February 20, 2008.

Bloomberg News - BN, "*TELENOR PRICE EST. CUT TO NK140 FROM NK150 AT BEAR STEARNS," February 20, 2008.

Bloomberg News - BN, "*UMICORE CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," February 20, 2008.

Bloomberg News - BUS, "Zacks Analyst Blog Highlights: ChinaEdu, Bear Stearns, Piper," February 20, 2008.

Bloomberg News - BN, "*HEWLETT-PACKARD PROFIT ESTIMATES INCREASED AT BEAR STEARNS," February 20, 2008.

Bloomberg News - BN, "*HEWLETT-PACKARD SHARE ESTIMATE RAISED $2 TO $70: BEAR STEARNS," February 20, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility Flat on renewed buyout chatter [MORE," February 20, 2008.

Bloomberg News - FII, "Fitch Upgrades One Class of Bear Stearns 2004-BBA3," February 20, 2008.

Bloomberg News - BUS, "Fitch Upgrades One Class of Bear Stearns 2004-BBA3," February 20, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER, FORMER CEO FILES TRUST AGREEMENT WITH SEC," February 20, 2008.

Bloomberg News - BN, "*BEAR STEARNS HOLDER, FORMER CEO CAYNE REPORTS 4.79% STAKE," February 20, 2008.

Bloomberg News - BN, "*ANA CUT TO `PEERPERFORM' AT BEAR STEARNS :9202 JP," February 20, 2008.

Bloomberg News - BN, "*MPX RAISED TO `OUTPERFORM' FROM `PEER PERFORM' AT BEAR STEARNS," February 21, 2008.

Bloomberg News - RNS, "Gulf Fin House BSC GFH Formal Notice," February 21, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - RNS, "Gulf Fin House BSC GFH Formal Notice," February 21, 2008.

Bloomberg News - BN, "*PORTUGAL TELECOM CUT TO `PEER PERFORM' AT BEAR STEARNS :PTC PL," February 21, 2008.

Bloomberg News - BN, "*PORTUGAL TELECOM WAS RATED `OUTPERFORM' AT BEAR STEARNS," February 21, 2008.

Bloomberg News - BN, "MPX Raised to `Outperform' From `Peer Perform' at Bear Stearns," February 21, 2008.

Bloomberg News - BN, "*WOODSIDE PETROLEUM CUT TO `PEER PERFORM' AT BEAR STEARNS," February 21, 2008.

Bloomberg News - BN, "*WOODSIDE PETROLEUM WAS RATED `OUTPERFORM' AT BEAR STEARNS," February 21, 2008.

Bloomberg News - CFL, "Term Sheet- BSC 14.3 2/23/09 C Corp," February 21, 2008.

Bloomberg News - PRN, "QVC President and CEO Mike George to Present at Bear Stearns," February 21, 2008.

Bloomberg News - CMN, "BSC CN: Short Positions on 2008/02/15 1,000 -3,12," February 22, 2008.

Bloomberg News - BN, "*BANCO BRADESCO RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 22, 2008.

Bloomberg News - BN, "*BANCO BRADESCO RAISED FROM `PEER PERFORM' AT BEAR STEARNS," February 22, 2008.

Bloomberg News - BN, "Bradesco Raised, Banco do Brasil Downgraded at Bear Stearns," February 22, 2008.

Bloomberg News - BN, "*BEAR STEARNS INCREASES STAKE IN TELELOGIC TO 5.24% :TLOG SS," February 22, 2008.

Bloomberg News - BN, "Bradesco Upgraded at Bear Stearns on Earnings Growth Potential," February 22, 2008.

Bloomberg News - BN, "*BEAR STEARNS, LEHMAN 1Q PROFIT ESTIMATES CUT AT BERNSTEIN," February 22, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns trading at session highs as takeover chatter r," February 22, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - FLY, "Bear Stearns-BSC volatility Flat on renewed buyout chatter [MORE," February 22, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns pulls back after stalling near its 50 sma at 8," February 22, 2008.

Bloomberg News - BRF, "CVC: Cablevision working with Bear Stearns to enhance shareholde," February 25, 2008.

Bloomberg News - BN, "*BEAR STEARNS, LEHMAN 1Q, 2008 PROFIT ESTIMATES CUT AT GOLDMAN," February 25, 2008.

Bloomberg News - BRF, "Morgan Stanley, Citigroup, Merrill Lynch, Bear Stearns, and Lehm," February 25, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY REPORT FURTHER $1.4 BILLION WRITEDOWN:GOLDMAN," February 25, 2008.

Bloomberg News - BN, "*YAHOO SHAREHOLDERS MAY LIKE MERGER AT `MID-$30S:' BEAR STEARNS," February 25, 2008.

Bloomberg News - BN, "*MOODY'S AFFIRMS 12 CLASSES OF BEAR STEARNS COMMERCIAL MORTGAGE," February 25, 2008.

Bloomberg News - BMP, "Moody's Affirms 12 Classes of Bear Stearns Commercial Mortgage S," February 25, 2008.

Bloomberg News - CFL, "Prospectus- BSC I0.25 4/5/08 ATI Corp," February 25, 2008.

Bloomberg News - BN, "*FITCH CONSIDERS FINL GUARANTORS EXPOSURE MANAGEABLE :BSC US," February 25, 2008.

Bloomberg News - FII, "Fitch Affirms BSCMSI 2004-BBA5," February 25, 2008.

Bloomberg News - BN, "*FITCH SAYS COULD BE ADDED RATINGS PRESSURE FOR UBS :BSC US," February 25, 2008.

Bloomberg News - BUS, "Fitch Affirms BSCMSI 2004-BBA5," February 25, 2008.

Bloomberg News - PRN, "IAC to Participate at Bear Stearns Media Conference," February 25, 2008.

Bloomberg News - CFL, "Prospectus- BSC 0 10/5/09 SX5E Corp," February 25, 2008.

Bloomberg News - CFL, "Ithmaar Bank Bsc : Preliminary Annual 12/31/2007," February 26, 2008.

Bloomberg News - NS3, "M2 Presswire: Idearc Executives Address Bear Stearns 21st Annual," February 26, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Novo Nordisk Recommendations Cut by Merrill Lynch, Bear Stearns," February 26, 2008.

Bloomberg News - BUS, "Idearc Executives Address Bear Stearns 21st Annual Media," February 26, 2008.

Bloomberg News - CFL, "ARD:Ithmaar Bank BSC:ITHMR BI:Annual 02/25/2008," February 26, 2008.

Bloomberg News - CFL, "ARD:Nass Corp BSC:NASS BI:Annual 02/26/2008," February 26, 2008.

Bloomberg News - CFL, "ARD:Nass Corp BSC:NASS BI:Qtrly 02/26/2008," February 26, 2008.

Bloomberg News - CNS, "MDC Partners to present at the Bear Stearns 21st Annual Media," February 26, 2008.

Bloomberg News - PRN, "MDC Partners to present at the Bear Stearns 21st Annual Media," February 26, 2008.

Bloomberg News - PZM, "SYSCO to Webcast Presentation From the Bear Stearns 14th Annual," February 26, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Interim Results," February 26, 2008.

Bloomberg News - CMN, "MDZ.A CN: To Present at the Bear Stearns 21st Annual Media C," February 26, 2008.

Bloomberg News - BN, "Novo Nordisk Reduced by Merrill Lynch, Bear Stearns (Update1)," February 26, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 11/19/12 EMTN Corp," February 26, 2008.

Bloomberg News - PRN, "The McGraw-Hill Companies to Present at the Bear Stearns 21st," February 26, 2008.

Bloomberg News - BN, "*OVERSEAS SHIPHOLDING RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 27, 2008.

Bloomberg News - BN, "*OVERSEAS SHIPHOLDING WAS RATED `PEER PERFORM' AT BEAR STEARNS," February 27, 2008.

Bloomberg News - BUS, "Safeway Inc. to Participate in Bear Stearns 14th Annual Retail,," February 27, 2008.

Bloomberg News - BN, "Overseas Shipholding Raised to `Outperform' at Bear Stearns," February 27, 2008.

Bloomberg News - BN, "Flotek Industries Rated New `Outperform' at Bear Stearns:FTK US," February 27, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - PRN, "S&P Licenses Bear Stearns to Trade OTC Contracts Based on," February 27, 2008.

Bloomberg News - BN, "*S&P LICENSES BEAR STEARNS TO TRADE OTC CONTRACTS BASED ON," February 27, 2008.

Bloomberg News - BN, "*S&P LICENSES BEAR STEARNS TO TRADE OTC CONTRACTS :MHP US," February 27, 2008.

Bloomberg News - BN, "*S&P LICENSES BEAR STEARNS TRADES BASED ON S&P/CASE-SHILLER," February 27, 2008.

Bloomberg News - PRN, "Wyndham Worldwide to Present at the Bear Stearns 14th Annual," February 27, 2008.

Bloomberg News - BN, "Bear Stearns Says Sell `Screaming Expensive' Utilities Shares," February 27, 2008.

Bloomberg News - BRF, "IR: Ingersoll-Rand: Hearing IR added to Bear Stearns' Focus List," February 27, 2008.

Bloomberg News - BN, "Bear Stearns Licenses S&P Home-Price Index for OTC Derivatives," February 27, 2008.

Bloomberg News - BUS, "Interpublic Group to Present at the Bear Stearns 21st Annual," February 27, 2008.

Bloomberg News - BUS, "P.F. Chang's China Bistro to Present at the Bear Stearns 14th," February 27, 2008.

Bloomberg News - BUS, "Sally Beauty Holdings, Inc. to Present at the Bear Stearns 14th," February 27, 2008.

Bloomberg News - CFL, "BEAR STEARNS ARM TRUST, SERIES 2003-2 Report for Feb 08," February 27, 2008.

Bloomberg News - CFL, "BEAR STEARNS, SERIES 1997-6 Report for Feb 08," February 27, 2008.

Bloomberg News - BUS, "Coach, Inc. to Present at the Bear Stearns Retail, Restaurant &," February 27, 2008.

Bloomberg News - BUS, "Stage Stores to Present at the Bear Stearns 14th Annual Retail,," February 27, 2008.

Bloomberg News - PRN, "CKE Restaurants, Inc. to Present at the Bear Stearns 14th," February 27, 2008.

Bloomberg News - BN, "*VIVENDI CUT TO `PEER PERFORM' AT BEAR STEARNS :VIV FP," February 28, 2008.

Bloomberg News - CMN, "MHP US: S&P Licenses Bear Stearns to Trade OTC Contracts Bas," February 28, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Bear Stearns's Wheeler Expects Further Writedowns at UBS: Video," February 28, 2008.

Bloomberg News - BUS, "O'Charley's Inc. to Present at the Bear Stearns 14th Annual," February 28, 2008.

Bloomberg News - BUS, "Gaylord Entertainment Company to Present at the Bear Stearns," February 28, 2008.

Bloomberg News - BUS, "36EB: Bear Stearns Companies Incorporated: Partial Repurchase," February 28, 2008.

Bloomberg News - BUS, "36EB: Bear Stearns Companies Incorporated: Partial Repurchase," February 28, 2008.

Bloomberg News - BN, "*ALUMINIUM BAHRAIN BSC CLAIMS IT WAS OVERCHARGED FOR ALUMINA," February 28, 2008.

Bloomberg News - CFL, "ARD:Arab Insurance Group BSC:ARIG BI:Annual 02/12/2008," February 28, 2008.

Bloomberg News - BUS, "Google to Present at the Bear Stearns 21st Annual Media," February 28, 2008.

Bloomberg News - BUS, "Jack in the Box Inc. to Present at Bear Stearns 14th Annual," February 28, 2008.

Bloomberg News - BUS, "The Cheesecake Factory to Present at the Bear Stearns 14th," February 28, 2008.

Bloomberg News - BL, "SEC Exemptive Order, Bear Stearns Asset Management, Inc.," February 28, 2008.

Bloomberg News - BUS, "SUPERVALU to Participate at Bear Stearns 14th Annual Retail,," February 28, 2008.

Bloomberg News - PRN, "Sunstone Hotel Investors, Inc. to Present at the Bear Stearns," February 28, 2008.

Bloomberg News - BN, "*YELL CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," February 29, 2008.

Bloomberg News - BN, "Bear Stearns Hedge Fund Investors Win Court Ruling, FT Says," February 29, 2008.

Bloomberg News - BN, "*R.H. DONNELLEY CUT TO `PEER PERFORM' AT BEAR STEARNS :RHD US," February 29, 2008.

Bloomberg News - BN, "*OMNICARE CUT TO `PEER PERFORM' AT BEAR STEARNS :OCR US," February 29, 2008.

Bloomberg News - BN, "*CPFL CUT TO `PEER PERFORM' VS `OUTPERFORM' AT BEAR STEARNS," February 29, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS3, "M2 Presswire: Google to Present at the Bear Stearns 21st Annual," February 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARE FORECAST CUT 14% TO $90 AT DEUTSCHE BANK," February 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY REPORT MARKDOWN OF $750 MILLION,DEUTSCHE SAYS," February 29, 2008.

Bloomberg News - BN, "Morgan Stanley, Lehman, Bear Stearns Estimates Cut by Deutsche," February 29, 2008.

Bloomberg News - CFL, "Prospectus- BSC 0 8/27/09 GM Corp," February 29, 2008.

Bloomberg News - CFL, "Prospectus- BSC 0 8/27/09 TGT Corp," February 29, 2008.

Bloomberg News - BN, "RH Donnelley Cut to `Peerperform' at Bear Stearns :RHD US," February 29, 2008.

Bloomberg News - BN, "Omnicare Cut to `Peerperform' at Bear Stearns :OCR US," February 29, 2008.

Bloomberg News - BN, "CPFL Energia Cut to `Peerperform' at Bear Stearns :CPL US," February 29, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," February 29, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Result of Tender Offer-Amend," February 29, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIV EQ BPLE RESULT OF TENDER OFFER-AMEND," February 29, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Total Voting Rights," February 29, 2008.

Bloomberg News - BN, "*MOMENTA PHARMACEUTICALS RAISED TO `OUTPERFORM' AT BEAR STEARNS," February 29, 2008.

Bloomberg News - BN, "*MOMENTA PHARMACEUTICALS WAS `UNDERPERFORM' AT BEAR STEARNS," February 29, 2008.

Bloomberg News - BN, "Momenta Pharma Raised to `Outperform' at Bear Stearns :MNTA US," February 29, 2008.

Bloomberg News - PRN, "Sonic to Present at the Bear Stearns 14th Annual Retail,," February 29, 2008.

Bloomberg News - BN, "Goldman, Bear Stearns Bankers Targeted in Muni Criminal Probe," February 29, 2008.

Bloomberg News - RCG, "Bear Stearns Co Inc forms bearish "Symmetrical Continuation," March 1, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "JPMorgan, Bear Stearns, Ex-UBS Bankers Targeted in Muni Probe," March 3, 2008.

Bloomberg News - BN, "*HBOS CUT TO `PEER PERFORM' AT BEAR STEARNS :HBOS LN," March 3, 2008.

Bloomberg News - BN, "*DARDEN RAISED TO `OUTPERFORM' AT BEAR STEARNS :DRI US," March 3, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 8/29/13 BSKT Corp," March 3, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 3/3/09 SPX Corp," March 3, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 2/29/12 BSKT Corp," March 3, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 3/4/10 BSKT Corp," March 3, 2008.

Bloomberg News - BN, "HBOS Rating Cut by Bear Stearns on Asset-Backed Investments," March 3, 2008.

Bloomberg News - BN, "*BEAR STEARNS 1Q EPS ESTIMATE CUT TO 95 CENTS VS $1.64: MERRILL," March 3, 2008.

Bloomberg News - BN, "Lehman, Bear Stearns Estimates Cut by Merrill's Moszkowski," March 3, 2008.

Bloomberg News - BN, "Analysts Calls: Ford Motor, Bear Stearns, Apollo Group, DeVry," March 3, 2008.

Bloomberg News - BN, "Darden Restaurants Raised to `Outperform' @ Bear Stearns:DRI US," March 3, 2008.

Bloomberg News - BUS, "A&P Executive to Speak at CIBC, Bear Stearns & Bank of America," March 3, 2008.

Bloomberg News - BUS, "Lamar Advertising to Present at Bear Stearns 21st Annual Media," March 3, 2008.

Bloomberg News - BLG, "DealBreaker: Leave No Stone Unturned, No Bear Stearns Employee's," March 3, 2008.

Bloomberg News - PRN, "Notice to All Bear Stearns High-Grade Structured Credit," March 3, 2008.

Bloomberg News - PRN, "Cox Radio to Present at Bear Stearns 21st Annual Media," March 3, 2008.

Bloomberg News - PRN, "EarthLink to Present at Bears Stearns Conference," March 3, 2008.

Bloomberg News - CRL, "*AWC Aluminium Bahrain BSC legal proceedings," March 3, 2008.

Bloomberg News - CRL, "*AAI AWC: Aluminium Bahrain BSC legal Proceedings," March 3, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*VONAGE RAISED TO `PEER PERFORM' AT BEARN STEARNS :VG US," March 4, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: BA, BCom, BOL, BSc registration forms dates," March 4, 2008.

Bloomberg News - NS6, "PPI - Pakistan P: BA, BSc, BCom admission dates extended.," March 4, 2008.

Bloomberg News - BN, "*CAPSTEAD MORTGAGE RATED NEW `OUTPERFORM' AT BEAR STEARNS," March 4, 2008.

Bloomberg News - PRN, "Pinnacle Entertainment to Present at Bear Stearns Retail,," March 4, 2008.

Bloomberg News - BN, "*SYSCO CHIEF SCHNIEDERS COMMENTS AT BEAR STEARNS CONFERENCE," March 4, 2008.

Bloomberg News - BN, "*FBR CAPITAL'S WRIGHT FORMERLY OF BEAR STEARNS :FBCM US," March 4, 2008.

Bloomberg News - BN, "Vonage Raised to `Peerperform' at Bear Stearns :VG US," March 4, 2008.

Bloomberg News - BN, "Saks Raised to `Peerperform' at Bear Stearns :SKS US," March 4, 2008.

Bloomberg News - PRN, "Valassis to Present at the Bear Stearns Media Conference March," March 4, 2008.

Bloomberg News - BUS, "AT&T To Webcast Presentation from Rick Welday at Bear Stearns," March 4, 2008.

Bloomberg News - PRN, "Seven Summits Research Releases Alerts on C, CVX, BSC, TJX, and," March 4, 2008.

Bloomberg News - PRN, "Belo to Present at Bear Stearns 21st Annual Media Conference," March 4, 2008.

Bloomberg News - BN, "*SUPERVALU CHIEF NODDLE COMMENTS AT BEAR STEARNS CONFERENCE," March 4, 2008.

Bloomberg News - BN, "Capstead Mortgage Rated New `Outperform' at Bear Stearns:CMO US," March 4, 2008.

Bloomberg News - BN, "*SAFEWAY CHIEF BURD MAKES COMMENTS AT BEAR STEARNS CONFERENCE," March 4, 2008.

Bloomberg News - BN, "*AMAZON CFO TOM SZKUTAK SPEAKS AT BEAR STEARNS CONFERENCE IN NY," March 4, 2008.

Bloomberg News - CMN, "BSC CN: Declares Quarterly Dividends," March 4, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BUS, "Bear Stearns to Hold Conference Call on March 20 to Announce," March 4, 2008.

Bloomberg News - BUS, "Arbitron Inc. to Present at Bear Stearns 21st Annual Media," March 4, 2008.

Bloomberg News - PRN, "Marriott International to Speak at 14th Annual Bear Stearns," March 4, 2008.

Bloomberg News - BUS, "Moody's Corporation to Present at Bear Stearns 21st Annual," March 4, 2008.

Bloomberg News - PRN, "Karmazin to Keynote at the Bear Stearns 21st Annual Media," March 4, 2008.

Bloomberg News - BN, "*PANACOS RAISED TO `OUTPERFORM' AT BEAR STEARNS :PANC US," March 5, 2008.

Bloomberg News - BN, "*ERSTE PRICE EST. CUT TO EU50 FROM EU67.5 AT BEAR STEARNS," March 5, 2008.

Bloomberg News - BN, "*BAYER PRICE EST. CUT TO EU65 FROM EU77 AT BEAR STEARNS :BAY GY," March 5, 2008.

Bloomberg News - BN, "Citic Confirms Talks to Raise Bear Stearns Stake: Reuters Link," March 5, 2008.

Bloomberg News - BN, "*BEAR STEARNS JOINS EEX EXCHANGE TO TRADE GERMAN POWER," March 5, 2008.

Bloomberg News - BN, "*EUROPEAN ENERGY EXCHANGE SAYS BEAR STEARNS IS ITS 2OOTH MEMBER," March 5, 2008.

Bloomberg News - BN, "*BEAR STEARNS JOINS EEX TO TRADE GERMAN POWER DERIVATIVES," March 5, 2008.

Bloomberg News - BN, "*CITIC GROUP SECURITIES ARM IN TALKS ABOUT BEAR STEARNS STAKE," March 5, 2008.

Bloomberg News - BN, "*CITIC SECURITIES IN TALKS WITH BEAR STEARNS ABOUT ADJUSTMENTS," March 5, 2008.

Bloomberg News - BN, "*CITIC GROUP CHAIRMAN SAYS BEAR STEARNS DEAL HAS U.S. APPROVAL," March 5, 2008.

Bloomberg News - BN, "Citic in Discussions About Adjustments to Bear Stearns Stake," March 5, 2008.

Bloomberg News - BN, "Bear Stearns Joins German Energy Exchange to Trade Electricity," March 5, 2008.

Bloomberg News - BN, "Citic in Talks About Adjusting Bear Stearns Stake (Update2)," March 5, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CITIC confirms talks to reopen Bear Stearns d," March 5, 2008.

70

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - PRN, "Boyd Gaming Management to Present at the Bear Stearns Annual," March 5, 2008.

Bloomberg News - BN, "Bear Stearns to Trade German Power Futures on EEX (Update1)," March 5, 2008.

Bloomberg News - BUS, "Outdoor Channel Holdings to Present at the Bear Stearns 21st," March 5, 2008.

Bloomberg News - PRN, "MGM MIRAGE Management to Present at the Bear Stearns 14th," March 5, 2008.

Bloomberg News - BUS, "The New York Times Company to Webcast Bear Stearns 21st Annual," March 5, 2008.

Bloomberg News - BUS, "Nexstar Broadcasting Group To Present at the Bear Stearns 21st," March 5, 2008.

Bloomberg News - BN, "*IHOP FINANCE CHIEF MAKES COMMENTS AT BEAR STEARNS CONFERENCE," March 5, 2008.

Bloomberg News - PRN, "Scripps To Discuss Business Strategy at Bear Stearns Media," March 5, 2008.

Bloomberg News - CFL, "Bear Stearns Private Equ : Circular 11/14/2007," March 5, 2008.

Bloomberg News - BUS, "Pioneer to Present at Bear Stearns Oil & Gas Conference," March 5, 2008.

Bloomberg News - BN, "Goldman Sachs, Bear Stearns Estimates Cut by S&P Equity Analyst," March 5, 2008.

Bloomberg News - BUS, "Starwood to Present at the Bear Stearns 14th Annual Retail,," March 5, 2008.

Bloomberg News - BN, "Goldman Sachs, Bear Stearns Estimates Cut by S&P (Update1)," March 5, 2008.

Bloomberg News - BN, "Citic, Bear Stearns May Adjust Investment Agreement (Update5)," March 5, 2008.

Bloomberg News - BUS, "Entercom to Present at Bear Stearns Annual Media Conference on," March 5, 2008.

Bloomberg News - BN, "Eurodollar Futures Are Wrong on Fed Cuts, Bear Stearns, UBS Say," March 5, 2008.

Bloomberg News - CMN, "BSC CN: Short Positions on 2008/02/29 1,000," March 5, 2008.

Bloomberg News - BN, "*BEAR STEARNS, GOLDMAN, LEHMAN PROFIT ESTIMATES CUT AT KEEFE," March 6, 2008.

Bloomberg News - BN, "*BANK OF CHINA RAISED TO `PEER PERFORM' AT BEAR STEARNS," March 6, 2008.

Bloomberg News - BN, "*BANK OF CHINA WAS RATED `UNDERPERFORM' AT BEAR STEARNS," March 6, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS M&A CHAIRMAN FRIEDMAN TO LEAVE THE FIRM :BSC US," March 6, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S LOUIS FRIEDMAN TO JOIN P. SCHOENFELD FUND," March 6, 2008.

Bloomberg News - BN, "Bear Stearns M&A Chairman Friedman to Join P. Schoenfeld Fund," March 6, 2008.

Bloomberg News - BLG, "Seeking Alpha: Microsoft Taps Bear Stearns CEO To Assist In," March 6, 2008.

Bloomberg News - BN, "*OPENING DELAY: BSC (NYSE)-ORDER IMBALANCE," March 6, 2008.

Bloomberg News - BN, "*PRICE INDICATION: BSC (NYSE): 73.00-75.00, Last: 75.80," March 6, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns cuts Thornburg Mortgage to," March 6, 2008.

Bloomberg News - BN, "*TRADING RESUMED: BSC (NYSE)," March 6, 2008.

Bloomberg News - BUS, "DIRECTV to Present at the Bear Stearns' 21st Annual Media," March 6, 2008.

Bloomberg News - PRN, "Noble Energy, Inc. to Present at Bear Stearns 2008 Global Oil &," March 6, 2008.

Bloomberg News - CNS, "Noble Energy, Inc. to Present at Bear Stearns 2008 Global Oil &," March 6, 2008.

Bloomberg News - CMN, "NBL US: To Present at Bear Stearns 2008 Global Oil & Gas Con," March 6, 2008.

Bloomberg News - PRN, "Hospira to Present at the Bear Stearns 10th Annual London," March 6, 2008.

Bloomberg News - BN, "Bear Stearns M&A Chairman Friedman to Join Hedge Fund (Update4)," March 6, 2008.

Bloomberg News - BLG, "Valleywag: Bear Stearns analyst Robert Peck thinks YouTube ... [," March 6, 2008.

Bloomberg News - BN, "*SANDRIDGE RAISED TO `OUTPERFORM' AT BEAR STEARNS :SD US," March 7, 2008.

Bloomberg News - BN, "Cadbury May Postpone U.S. Drinks Spinoff, Bear Stearns Says," March 7, 2008.

Bloomberg News - NS1, "AsiaPulse News: CITIC, BEAR STEARNS RECEIVE US APPROVAL FOR," March 7, 2008.

Bloomberg News - BN, "*SINGAPORE PETROLEUM WAS RATED `OUTPERFORM' AT BEAR STEARNS," March 7, 2008.

Bloomberg News - BN, "*SINGAPORE PETROLEUM CUT TO `PEER PERFORM' AT BEAR STEARNS," March 7, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - PRN, "TiVo to Present at the Bear Stearns 21st Annual Media Conference," March 7, 2008.

Bloomberg News - PRN, "Verizon CFO Doreen Toben to Speak at Bear Stearns Conference,," March 7, 2008.

Bloomberg News - BUS, "IMS to Present at the Bear Stearns London Healthcare Conference," March 7, 2008.

Bloomberg News - BN, "SandRidge Energy Raised to `Outperform' at Bear Stearns :SD US," March 7, 2008.

Bloomberg News - BN, "*CIT SHARES ARE TRADING BELOW INTRINSIC VALUE,BEAR STEARNS SAYS," March 7, 2008.

Bloomberg News - BN, "*CIT GROUP VALUATION IS `IRRATIONAL,' BEAR STEARNS SAYS," March 7, 2008.

Bloomberg News - BN, "Singapore Petroleum Cut to `Peerperform' at Bear Stearns," March 7, 2008.

Bloomberg News - PRN, "Comcast Corporation to Participate in Bear Stearns Investor," March 7, 2008.

Bloomberg News - BN, "*IG GROUP RATED NEW `OUTPERFORM' AT BEAR STEARNS :IGG LN," March 10, 2008.

Bloomberg News - BN, "BSC Resources Plans to Raise C$10 Million: Miningmx Link," March 10, 2008.

Bloomberg News - BN, "*NEUROSEARCH PRESENTS AT BEAR STEARNS HEALTHCARE CONFERENCE," March 10, 2008.

Bloomberg News - BN, "*NEUROSEARCH PRESENTS AT BEAR STEARNS CONFERENCE MARCH 13," March 10, 2008.

Bloomberg News - ONE, "Bear Stearns Companies Inc: Issue of Warrants - KYG0919G3053," March 10, 2008.

Bloomberg News - BUS, "Bear Stearns Announces the Launch of the First Actively Managed," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS REPORTS LAUNCH OF FIRST ACTIVELY MANAGED EXCHANGE," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS STARTS ACTIVELY MANAGED EXCHANGED TRADED FUND," March 10, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility at 81 on credit risk, EPS & capital," March 10, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns slides to session lows as it probes its late J," March 10, 2008.

73

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS ALT-A DEALS :%15993 US," March 10, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: Moody's downgrades 163 tranches from 15 tr," March 10, 2008.

Bloomberg News - BMP, "Moody's Downgrades Bear Stearns Alt-A Deals," March 10, 2008.

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS ALT-A DEALS," March 10, 2008.

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS ALT-A DEALS :%34176 US," March 10, 2008.

Bloomberg News - BLG, "Hedgeweek News: Bear Stearns readies launch of first actively-," March 10, 2008.

Bloomberg News - BN, "*NEWS CORP.'S MURDOCH MADE COMMENTS AT BEAR STEARNS CONFERENCE," March 10, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC put volume & volatility Spike as shares sell of," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Moody's downgrades Bear Stearns Alt-A deals," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS 1-YEAR DEFAULT SWAPS SURGE 200 BPS TO 750 BPS," March 10, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE: Rupert Murdoch At Bear Stearns (NWS)," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES DROP 10% TO $62.91 AT 11:39 A.M. IN NY," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS FALLS 10% TO $62.81 ON NEW YORK STOCK EXCHANGE," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES FALL TO LOWEST SINCE MARCH 2003 :BSC US," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Alt-A Mortgage Debt Is Downgraded, Moody's Says," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Shares Fall by Most Since 1987 Stock Market Crash," March 10, 2008.

Bloomberg News - BRF, "NWS: News Corp: Bear Stearns Media Conference Summary," March 10, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility spikes to 165 as shares sell off 11%," March 10, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE: Comcast CFO At Bear Stearns," March 10, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BRF, "BSC: Bear Stearns Ace Greenberg tells CNBC liquidity rumors are," March 10, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: Slammed - the Company's shares are ...," March 10, 2008.

Bloomberg News - BN, "*EX-BEAR STEARNS' CEO CALLS LIQUIDITY RUMORS RIDICULOUS ON CNBC," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS DIRECTOR GREENBERG MAKES COMMENTS ON CNBC :BSC US," March 10, 2008.

Bloomberg News - BN, "*COMCAST FINANCE CHIEF SPOKE AT BEAR STEARNS CONFERENCE," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Financials ETF drops 3% as Bear Stearns weighs," March 10, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Moody's says does not downgrade BSC A2 Corpor," March 10, 2008.

Bloomberg News - BN, "BSC Resources Plans to Raise C$10 Million, Miningmx Reports," March 10, 2008.

Bloomberg News - BLG, "BloggingStocks: Option Update: Bear Stearns put volume &," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Ex-Chairman Calls Rumors `Ridiculous,' CNBC Says," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares fall 12% to $61.65," March 10, 2008.

Bloomberg News - BN, "Bear Stearns's Barrow Says Dollar Policy ls a `Laughing Stock'," March 10, 2008.

Bloomberg News - CNS, "Tesco Corporation to Present at the Bear Stearns 2008 Global," March 10, 2008.

Bloomberg News - PRN, "Tesco Corporation to Present at the Bear Stearns 2008 Global," March 10, 2008.

Bloomberg News - NS1, "paidContent.org: Bear Stearns Media Con: Martha, Murdoch & The," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SPOKESMAN SHERMAN COMMENTS IN AN INTERVIEW," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS THERE IS `NO TRUTH TO LIQUIDITY RUMORS'," March 10, 2008.

Bloomberg News - CMN, "TEO CN: To Present at the Bear Stearns 2008 Global Oil & Gas," March 10, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS SAYS THERE IS `NO TRUTH TO LIQUIDITY RUMORS'," March 10, 2008.

Bloomberg News - BLG, "S Alley Insider: Comcast CFO At Bear Stearns: FCC Relationship," March 10, 2008.

Bloomberg News - NS1, "HousingWire: Bear Stearns Drops on Cash Crunch Rumors," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares drop on liquidity concerns," March 10, 2008.

Bloomberg News - BN, "*VIACOM CEO DAUMAN SPEAKS AT BEAR STEARNS INVESTOR CONFERENCE," March 10, 2008.

Bloomberg News - BLG, "Wall St Folly: Ace Greenberg responds to Bear Stearns liquidity," March 10, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC volatility off intra-day high; BCS say's no tru," March 10, 2008.

Bloomberg News - BN, "Bear Stearns, Capstead, MBIA, Virgin Media: U.S. Equity Movers," March 10, 2008.

Bloomberg News - BN, "Treasuries Rally on Speculation Bear Stearns Lacks Capital," March 10, 2008.

Bloomberg News - BN, "Bank, Broker Bond Risk Soars on Bear Stearns Capital Concerns," March 10, 2008.

Bloomberg News - NS1, "paidContent.org: Bear Stearns Media Con: Comcast Braces For A," March 10, 2008.

Bloomberg News - BLG, "Seeking Alpha: Monday's Options Report: BSC, LEH, XLF, ACAS,," March 10, 2008.

Bloomberg News - BLG, "Nattering Naybob: LBO Funds Collapse: Bear Stearns, WaMu,," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns disputes talk of liquidity concerns;," March 10, 2008.

Bloomberg News - NS1, "paidContent.org: Bear Stearns Media Con: Murdoch: 'Happy To Be," March 10, 2008.

Bloomberg News - BLG, "ETF Trends: Bear Stearns Enters the Active ETF Game on March 18," March 10, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE Google's Tim Armstrong At Bear Stearns," March 10, 2008.

Bloomberg News - BLG, "Schaeffer's Blog: Bear Stearns (BSC) Sees Heavy Option Activity," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Opens Actively Managed Fixed-Income Exchange Fund," March 10, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS1, "HousingWire: Moody's Downgrades Hundreds of Bear Stearns Alt-A," March 10, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE: EarthLink CEO At Bear Stearns," March 10, 2008.

Bloomberg News - PHL, "*FLEX E BSC RFQ 0002 PUT 04/23/08 10 EURO CL 250 CONTRACTS IN T," March 10, 2008.

Bloomberg News - PHL, "*FLEX E BSC QTE 0002 0.00 - 5.00 250.00 x 250.00," March 10, 2008.

Bloomberg News - BN, "Harte, Analyst, Doubts Bear Stearns Has `Solvency Issue': Video," March 10, 2008.

Bloomberg News - NS1, "paidContent.org: Bear Stearns Media Con: Google Evinces," March 10, 2008.

Bloomberg News - BUS, "Moody's Corporation To Provide Updated Guidance at Bear Stearns," March 10, 2008.

Bloomberg News - BUS, "Liberty Global to Participate in Bear Stearns 21st Annual Media," March 10, 2008.

Bloomberg News - BN, "*MOODY'S TO PROVIDE UPDATED GUIDANCE AT BEAR STEARNS 21ST ANNUAL," March 10, 2008.

Bloomberg News - BN, "Asia Day Ahead: Bear Stearns Declines on Liquidity Speculation," March 10, 2008.

Bloomberg News - CFL, "Prospectus- BSC 0 9/26/13 EMTN Corp," March 10, 2008.

Bloomberg News - BN, "Emerging-Market Bonds Fall on Bear Stearns Liquidity Concerns," March 10, 2008.

Bloomberg News - BUS, "Celgene Corporation to Present at Bear Stearns London," March 10, 2008.

Bloomberg News - BN, "U.S. Stocks Retreat, Led by Financials; Bear Stearns Tumbles," March 10, 2008.

Bloomberg News - BN, "Asia Day Ahead: Bear Stearns Liquidity Concern (Update1)," March 10, 2008.

Bloomberg News - BUS, "Bear Stearns Denies Liquidity Rumors," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS DENIES LIQUIDITY RUMORS :BSC US," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS 'ABSOLUTELY NO TRUTH' TO LIQUIDITY 'RUMORS'," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS 'ABSOLUTELY NO TRUTH' TO LIQUIDITY PROBLEMS," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS LIQUIDITY REMAINS STRONG :BSC US," March 10, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS SAYS BALANCE SHEET, CAPITAL REMAINS STRONG," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S SCHWARTZ SAYS BALANCE SHEET REMAINS STRONG," March 10, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns confirms that it denies liquidity rumors [UPDA," March 10, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: All Systems Go for First Active ETF," March 10, 2008.

Bloomberg News - PRN, "Beckman Coulter to Present at the 2008 Bear Stearns London," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Shares Fall on Liquidity Speculation (Update6)," March 10, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns denies rumors of liquidity problems," March 10, 2008.

Bloomberg News - CNP, "Bear Stearns acquires 15 per cent interest in forestry company," March 10, 2008.

Bloomberg News - BUS, "Knology to Present at the Bear Stearns 21st Annual Media," March 10, 2008.

Bloomberg News - BN, "Bear Stearns Denies `Rumors' on Liquidity After Shares Plummet," March 10, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: All Systems Go for Launch of First," March 10, 2008.

Bloomberg News - BLG, "Telegraph Bus: Market panic after Bear Stearns reports," March 10, 2008.

Bloomberg News - CNS, "Bear Stearns acquires interest in Tembec Inc.," March 10, 2008.

Bloomberg News - BN, "*BEAR STEARNS ACQUIRES 15% INTEREST IN TEMBEC INC.," March 10, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Options Bankruptcy Fears and a Daisy," March 10, 2008.

Bloomberg News - FTI, "Credit spreads widen on Bear Stearns rumours," March 11, 2008.

Bloomberg News - PRN, "BeaconEquity.com Issues TraderNotes on NCEN, BX, BSC, INTC, AMGN," March 11, 2008.

Bloomberg News - CMN, "BSC US: Bear Stearns Acquires interest in Tembec Inc.," March 11, 2008.

Bloomberg News - CMN, "TBC CN: Bear Stearns Acquires interest in Tembec Inc.," March 11, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS5, "EBNN: Bear Stearns funds chief joins Askar," March 11, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Issue of Equity," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY REPORTS PLACING :BPLE LN, BSC US," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY TO RAISE $250-$350 MLN IN PLACING," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY TO RAISE $250-350 MLN FOR PURCHASES," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PE TO ANNOUNCE PLACING PRICE APRIL 18 :BPLE LN," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE SAYS PORTFOLIO NEARLY FULLY COMMITTED," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PE SEES PLACING AT 2.12% PREMIUM TO MARCH 31 NAV," March 11, 2008.

Bloomberg News - BN, "*MANAGED CARE STOCKS CUT TO `MARKET WEIGHT' AT BEAR STEARNS," March 11, 2008.

Bloomberg News - BN, "*UNITEDHEALTH PRICE ESTIMATE CUT 18% TO $49 AT BEAR STEARNS," March 11, 2008.

Bloomberg News - BN, "UnitedHealth Group's Target Cut 18% to $49 at Bear Stearns," March 11, 2008.

Bloomberg News - BLG, "Seeking Alpha: The Bear Stearns Rumor Speaks Volumes," March 11, 2008.

Bloomberg News - BN, "UnitedHealth's Target Cut 18% to $49 at Bear Stearns (Update1)," March 11, 2008.

Bloomberg News - BLG, "Insidr Info: Liquidity Alert: What Gives, Bear Stearns?," March 11, 2008.

Bloomberg News - BN, "Bear Stearns to Redeem Variable Notes Due 2011," March 11, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 65.00-68.00, Last: 62.30," March 11, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpX (NYSE): 24.00-26.00, Last: 22.45," March 11, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpG (NYSE): 37.00-41.00, Last: 33.36," March 11, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE New York Times Co. At Bear Stearns," March 11, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*NEW YORK TIMES CEO ROBINSON SPEAKS AT BEAR STEARNS CONFERENCE," March 11, 2008.

Bloomberg News - BN, "Flir Systems Raised to `Outperform' at Bear Stearns :FLIR US," March 11, 2008.

Bloomberg News - BN, "WellPoint Cut to `Peerperform' at Bear Stearns :WLP US," March 11, 2008.

Bloomberg News - BN, "UBS May Create Separate `Bad Bank' Unit, Bear Stearns Says," March 11, 2008.

Bloomberg News - WE1, "Schaeffers Rsrch: News from Bear Stearns (BSC), Hovnanian (HOV),," March 11, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 3/5/09 SPX Corp," March 11, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 0 1/11/10 NKY Corp," March 11, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns - - Reversal Alert [TECHNICA," March 11, 2008.

Bloomberg News - NS1, "paidContent.org: Bear Stearns Media Con: NYTCo CEO Presents Case," March 11, 2008.

Bloomberg News - BN, "FLIR Systems Rises as Bear Stearns Raises Stock to `Outperform'," March 11, 2008.

Bloomberg News - FII, "Fitch Upgrades 2 Classes of Bear Stearns 2003-PWR2," March 11, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC: Fade to Red [MORE]," March 11, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC puts active on Elevated volatility [MORE]," March 11, 2008.

Bloomberg News - PRN, "Belo Presents at Bear Stearns 21st Annual Media Conference," March 11, 2008.

Bloomberg News - BLG, "Dealscape: Lehman vs. Bear Stearns," March 11, 2008.

Bloomberg News - BUS, "Fitch Upgrades 2 Classes of Bear Stearns 2003-PWR2," March 11, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: More pressure - on a day when most ...," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS NEEDS NEW BUSINESS MODEL, SAYS PUNK ZIEGEL'S BOVE," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS FISCAL '08 ESTIMATE CUT TO $2.69 AT PUNK ZIEGEL," March 11, 2008.

Bloomberg News - BN, "*PUNK ZIEGEL'S CUTS BEAR STERNS '09 EPS EST. TO $4.80 :BSC US," March 11, 2008.

80

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS FISCAL '09 ESTIMATE HAD BEEN $7.67 AT PUNK ZIEGEL," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS PROBABLY WILL BE FORCED TO MERGE, BOVE SAYS," March 11, 2008.

Bloomberg News - BN, "*PUNK ZIEGEL'S BOVE CUTS BEAR STEARNS PRICE TARGET TO $45," March 11, 2008.

Bloomberg News - BN, "*PUNK ZIEGEL CUTS BEAR STEARNS EPS ESTIMATE TO $2.69 :BSC US," March 11, 2008.

Bloomberg News - BN, "*PUNK ZIEGEL HAD ESTIMATED '08 BEAR STEARNS EPS AT $6.47," March 11, 2008.

Bloomberg News - BN, "Bear Stearns Falls for Second Day on Cash Shortage Speculation," March 11, 2008.

Bloomberg News - NS1, "Broadcast & Cabl: Belo Eyes Retrans at Bear Stearns Conference," March 11, 2008.

Bloomberg News - BN, "*SEC CHAIRMAN COMMENTS ON BEAR STEARNS LIQUIDITY :BSC US," March 11, 2008.

Bloomberg News - BN, "*SEC'S COX COMMENTS TO REPORTERS IN WASHINGTON TODAY :BSC US," March 11, 2008.

Bloomberg News - BN, "Bear Stearns Falls for Second Day on Cash Concerns (Update1)," March 11, 2008.

Bloomberg News - NS1, "Briefing.com: Stock Market Update: More Bear Stearns News," March 11, 2008.

Bloomberg News - NS1, "Briefing.com: Stock Market Update: Bear Stearns Down Again," March 11, 2008.

Bloomberg News - BN, "*BEAR STEARNS INVESTOR LEWIS IS NOT SELLING SHARES, PERSON SAYS," March 11, 2008.

Bloomberg News - BN, "*PERSON CLOSE TO LEWIS SAYS HE'S NOT CUTTING BEAR STEARNS STAKE," March 11, 2008.

Bloomberg News - BN, "*JOSEPH LEWIS REPORTED 9.6 PERCENT BEAR STEARNS STAKE IN DEC.," March 11, 2008.

Bloomberg News - BN, "*LEWIS MAY BUY MORE BEAR STEARNS SHARES, PERSON FAMILIAR SAYS," March 11, 2008.

Bloomberg News - BLG, "BloggingStocks: Option update: Bear Stearns (BSC) puts active on," March 11, 2008.

81

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares shares fall 3.5% $60.15," March 11, 2008.

Bloomberg News - NS1, "MarketWatch: Punk Ziegel cuts Bear Stearns EPS estimates," March 11, 2008.

Bloomberg News - BN, "Bear Stearns Falls; Investor Lewis May Add to His Holdings," March 11, 2008.

Bloomberg News - BN, "Company Bond Risk Pares Drop on Bear Stearns Capital Concerns," March 11, 2008.

Bloomberg News - NS1, "MarketWatch: Punk Ziegel cuts Bear Stearns target price," March 11, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Faber on CNBC says one plausible explanation," March 11, 2008.

Bloomberg News - BN, "Bove Says Bear Stearns's Business Model `Isn't Working': Video," March 11, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bankruptcy Fears In Bear Stearns Options (," March 11, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator says he's hearing from insid," March 11, 2008.

Bloomberg News - NS1, "NY Observer: PLAZA WATCH! Ex-Bear Stearns CEO In for $25 M.," March 11, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE: TiVo CEO Rogers At Bear Stearns," March 11, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares 1.4%," March 11, 2008.

Bloomberg News - NS1, "Newratings.com: Bear Stearns "market perform," target price," March 11, 2008.

Bloomberg News - BN, "Bear Stearns Investor Lewis May Increase His Stake (Update2)," March 11, 2008.

Bloomberg News - BN, "Bove Says Bear Stearns's Business Model `Isn't Working': Video," March 11, 2008.

Bloomberg News - BN, "FLIR Rises as Bear Stearns Rates Stock `Outperform' (Update2)," March 11, 2008.

Bloomberg News - FOR, "Forbes: Bear Stearns Beset," March 11, 2008.

Bloomberg News - BN, "Bear Stearns, Blackstone, Citigroup, Google: U.S. Equity Movers," March 11, 2008.

Bloomberg News - BLG, "Dealscape: Bear Stearns and Levine Leichtman raising new PE," March 11, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns has fought its way back and is now," March 11, 2008.

Bloomberg News - NS1, "paidContent.org: Updated: Bear Stearns Media Con: NYTCo CEO," March 11, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS1, "MarketWatch: Fed action may have targeted Bear Stearns: analyst," March 11, 2008.

Bloomberg News - BLG, "S Alley Insider: LIVE CBS CEO Les Moonves At Bear Stearns," March 11, 2008.

Bloomberg News - BN, "*WERNER ENTERPRISES CUT TO `UNDERPERFORM' AT BEAR STEARNS," March 12, 2008.

Bloomberg News - BN, "*CITIC SECURITIES STILL PUSHING COOPERATION WITH BEAR STEARNS," March 12, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bove: Fed Rescue for Bear Stearns," March 12, 2008.

Bloomberg News - BLG, "Fed Sector: Bear Stearns: Stock Volatility and Market Noise," March 12, 2008.

Bloomberg News - GLG, "Bear Stearns Suggests Trucking Glut may be Reaching Bottom and I," March 12, 2008.

Bloomberg News - BUS, "Teva to Present at the Bear Stearns 10th Annual London," March 12, 2008.

Bloomberg News - BN, "*THORNBURG RAISED TO `PEER PERFORM' AT BEAR STEARNS :TMA US," March 12, 2008.

Bloomberg News - BN, "*THORNBURG WAS RAISED FROM `UNDERPERFORM' AT BEAR STEARNS," March 12, 2008.

Bloomberg News - BN, "Options Traders Bet on Bear Stearns Stock Decline: Forbes Link," March 12, 2008.

Bloomberg News - BN, "Thornburg Mortgage Shares Raised at Bear Stearns on Fed's Plan," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS,GOLDMAN SACHS PROFIT ESTIMATES CUT BY PUNK ZIEGEL," March 12, 2008.

Bloomberg News - BN, "*RETAILER SORIANA'S 2008 EBITDA FORECAST CUT BY BEAR STEARNS," March 12, 2008.

Bloomberg News - BN, "Thornburg Surges After Bear Stearns Raises Stock Recommendation," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS' SCHWARTZ TELLS CNBC LIQUIDITY IS STRONG :BSC US," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS' SCHWARTZ SAYS DOESN'T KNOW WHERE RUMORS STARTED," March 12, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS' CEO TELLS CNBC LIQUIDITY CUSHION UNCHANGED," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS' CEO TELLS CNBC SEES `NO PRESSURE' ON LIQUIDITY," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO `COMFORTABLE' WITH ANALYST ESTIMATES :BSC US," March 12, 2008.

Bloomberg News - FLY, "Bear Stearns-BSC CEO says 'comfortable' with range of estimates," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS FIRM NO COUNTERPARTY RISK PROBLEMS," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S SCHWARTZ SAYS COUNTERPARTIES TRADING NORMALLY," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO ALAN SCHWARTZ COMMENTS ON CNBC :BSC US," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS REPORTED ITS LIQUIDITY CUSHION AT END OF NOV.," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS THE FIRM BENEFITTED FROM HEDGES :BSC US," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS FED'S MOVES WILL AID BANKS' LIQUIDITY," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO COMMENTS ON CNBC :BSC US," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS `COMFORTABLE' WITH ESTIMATES, CEO SAYS ON CNBC," March 12, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S SHARES RISE AFTER CEO'S COMMENTS ON LIQUIDITY," March 12, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 64.00-67.00, Last: 62.97," March 12, 2008.

Bloomberg News - BN, "*S&P 500 RISES 0.1%, LED BY BEAR STEARNS, CATERPILLAR," March 12, 2008.

Bloomberg News - BN, "Bear Stearns Rises After Schwartz Says Cash Position Is Ample," March 12, 2008.

Bloomberg News - BN, "Thornburg Surges After Bear Stearns Upgrades Stock (Update1)," March 12, 2008.

84

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - CFL, "Pricing Supplement- BSC 14.1 9/11/08 INTC Corp," March 12, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 16.8 9/11/08 JPM Corp," March 12, 2008.

Bloomberg News - BRF, "++ SIRI: Sirius Satellite: Bear Stearns Media Conference Call Su," March 12, 2008.

Bloomberg News - CFL, "Prospectus- BSC 14.25 9/11/08 INTC Corp," March 12, 2008.

Bloomberg News - CFL, "Prospectus- BSC 16.8 9/11/08 JPM Corp," March 12, 2008.

Bloomberg News - BLG, "Think Big: Bear Stearns (BSC): Talk vs Action," March 12, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 13.75 3/5/09 MA Corp," March 12, 2008.

Bloomberg News - CFL, "Pricing Supplement- BSC 18.5 3/5/09 RIMM Corp," March 12, 2008.

Bloomberg News - PZM, "Transocean Inc. to Present At the Bear Stearns 2008 Global Oil a," March 12, 2008.

Bloomberg News - BN, "Barrow of Bear Stearns Says Euro Weaker Than Dollar: Audio," March 12, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Should Replace Words with Action," March 12, 2008.

Bloomberg News - PRN, "Aegean Marine Petroleum Network Inc. to Present at Bear Stearns," March 12, 2008.

Bloomberg News - BN, "Bear Stearns's Schwartz Says Cash `Cushion' Is Ample (Update3)," March 12, 2008.

Bloomberg News - BN, "Thornburg Surges on Bear Stearns Stock Rating Upgrade (Update3)," March 12, 2008.

Bloomberg News - PRN, "Dresser-Rand to Participate in Bear Stearns Conference," March 12, 2008.

Bloomberg News - CKO, "CITIC Securities' deal with Bear Stearns close to complete," March 13, 2008.

Bloomberg News - PRN, "BeaconEquity.com Issues TraderNotes on CGFI, CSCO, BSC, SCHW,," March 13, 2008.

Bloomberg News - BRF, "Early Newspaper Headlines: Carlyle Capital - BSC - ERTS/TTWO," March 13, 2008.

Bloomberg News - BRF, "BSC: In dealing with Bear Stearns, Wall Street plays guardedly -," March 13, 2008.

Bloomberg News - BN, "Bear Stearns Hires Yuen as Asia Equity Capital Markets Head," March 13, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - FLY, "Wall Street proceeds with caution when working with Bear Stearns," March 13, 2008.

Bloomberg News - NS3, "M2 Presswire: Free Analyst Report for Bear Stearns Companies.," March 13, 2008.

Bloomberg News - NS3, "M2 Presswire: Progressive Following on The Bear Stearns," March 13, 2008.

Bloomberg News - PRN, "Goodrich Petroleum to Present at Bear Stearns 2008 Global Oil &," March 13, 2008.

Bloomberg News - BN, "*GOODRICH PETROLEUM TO PRESENT AT BEAR STEARNS 2008 GLOBAL OIL &," March 13, 2008.

Bloomberg News - BLG, "Seeking Alpha: The Bust that Broke Bear Stearns' Back?," March 13, 2008.

Bloomberg News - BRF, "Lehman making final adjustments to earnings ests for BSC, GS, an," March 13, 2008.

Bloomberg News - BN, "Virgin Mobile Cut to `Underperform' at Bear Stearns :VM US," March 13, 2008.

Bloomberg News - BN, "Bear Stearns Clients Impose Tough Trading Conditions: WSJ Link," March 13, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 56.00-59.00, Last: 61.58," March 13, 2008.

Bloomberg News - BN, "*S&P 500 INDEX DROPS 1%, LED BY BEAR STEARNS," March 13, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares fall 6% to $57.76," March 13, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns dives lower intraday below Tuesday's reaction," March 13, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES FALL 11% FOR BIGGEST DROP IN S&P 500," March 13, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Color on stock action -- stock down another 1," March 13, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares fall 12.5% to $53.90," March 13, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns getting taken to the wood shed again," March 13, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns says there's no cash crunch, but," March 13, 2008.

Bloomberg News - BUS, "Sunoco to Present at Bear Stearns 2008 Global Oil & Gas," March 13, 2008.

Bloomberg News - BN, "Bear Stearns Falls to Six-Year Low on Concern About Capital," March 13, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - EJR, "___*EGAN-JONES on BSC: Festering - the Company needs to raise ...," March 13, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns slumps on concern over Carlyle Capital," March 13, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares fall 17.5% to $50.81," March 13, 2008.

Bloomberg News - BN, "Bear Stearns, Ford, General Motors, Genesco: U.S. Equity Movers," March 13, 2008.

Bloomberg News - BN, "Bear Stearns Falls to 5-Year Low on Capital Concern (Update1)," March 13, 2008.

Bloomberg News - NS6, "Taiwan News: Bear Stearns leads US investment banks lower as," March 13, 2008.

Bloomberg News - BUS, "87UV: BEAR STEARNS GLOBAL ASSET HOLDINGS, LIMITED: Partial," March 13, 2008.

Bloomberg News - BUS, "42EP: Bear Stearns Global Asset Holdings Ltd.: Partial," March 13, 2008.

Bloomberg News - BLG, "Nattering Naybob: Caryle & Bear Stearns Collapses; Git On While," March 13, 2008.

Bloomberg News - BLG, "Deal Journal: Should Alan Schwartz Sell Bear Stearns?," March 13, 2008.

Bloomberg News - NS1, "Smart Money: Liquidity Worries Continue to Maul Bear Stearns (," March 13, 2008.

Bloomberg News - GCP, "Gimme Credit Comments on Bear Stearns' Rumor," March 13, 2008.

Bloomberg News - BLG, "24/7 Wall St.: The 52-Week Low Club (CHTR)(SIGM)(GM)(F)(BSC)(VM," March 13, 2008.

Bloomberg News - BLG, "Seeking Alpha: Crazy Like a Bear (Stearns)," March 13, 2008.

Bloomberg News - BN, "Fed May Have Injected Liquidity for Bear Stearns, Times Says," March 14, 2008.

Bloomberg News - FTI, "Investor fears mount over Bear Stearns' exposure to ailing funds," March 14, 2008.

Bloomberg News - FTI, "Bear Stearns' exposure to ailing funds worries shareholders," March 14, 2008.

Bloomberg News - NS5, "EBNN: BNP Paribas' Yuen to join Bear Stearns," March 14, 2008.

Bloomberg News - PRN, "Union Drilling to Present at the Bear Stearns Global Oil & Gas," March 14, 2008.

Bloomberg News - APW, "JPMorgan Chase Funding Bear Stearns," March 14, 2008.

Bloomberg News - NS3, "M2 Presswire: Progressive Following on The Bear Stearns," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS3, "Investors Chron: Markets Friday: FTSE hit by Bear Stearns crash.," March 14, 2008.

Bloomberg News - BN, "*BRAZIL CENTRAL BANK IS SIGNALING RATE RISE, BEAR STEARNS SAYS," March 14, 2008.

Bloomberg News - BN, "*ARGENTINA REMAINS `UNDERWEIGHT' AT BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*ARGENTINE BANKS `UNATTRACTIVE' DUE TO MACRO RISKS:BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*TENARIS, ULTRAPETROL, PAMPA ON BEAR STEARNS' FOCUS LIST," March 14, 2008.

Bloomberg News - BN, "*PETROBRAS ADRS `PEER PERFORM' REITERATED AT BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS IMPACT OF BRAZIL OIL TAX MAY BE `MATERIAL'," March 14, 2008.

Bloomberg News - BN, "*COSAN'S 4Q LOOKS `PROMISING' ON BETTER PRICES: BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*COSAN REITERATED AT `OUTPERFORM' AT BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*EDENOR REITERATED AT `OUTPERFORM' AT BEAR STEARNS," March 14, 2008.

Bloomberg News - BRF, "S&P500 financials to write down $35-70 bln more, Bear Stearns sa," March 14, 2008.

Bloomberg News - BN, "*JPMORGAN TO PROVIDE FINANCING TO BEAR STEARNS :JPM US," March 14, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE, FEDERAL RESERVE BANK TO PROVIDE TO BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO GET FUNDING FROM JPMORGAN, FEDERAL BANK OF NY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO GET FUNDING FROM JPMORGAN, FEDERAL BANK OF NY," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS TO GET FUNDING FROM JPMORGAN, FEDERAL BANK OF NY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO GET FUNDING FROM JPMORGAN, FEDERAL BANK OF NY," March 14, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: JPMorgan Chase and Federal Reserve Bank of," March 14, 2008.

Bloomberg News - BN, "*U.S. STOCK-INDEX FUTURES EXTEND GAIN ON BEAR STEARNS FUNDING," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES RISE AFTER FUNDING ANNOUNCEMENT :JPM US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS RISES 11% AT 9:16 A.M. IN NEW YORK," March 14, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 62.00-65.00, Last: 57.00," March 14, 2008.

Bloomberg News - BN, "*DOLLAR REMAINS HIGHER AFTER BEAR STEARNS GETS FINANCING," March 14, 2008.

Bloomberg News - BUS, "Bear Stearns Agrees to Secured Loan Facility with JPMorgan Chase," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS AGREES TO SECURED LOAN FACILITY WITH JPMORGAN," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS AGREES TO SECURED LOAN FACILITY WITH JPMORGAN CHAS," March 14, 2008.

Bloomberg News - BN, "*DOLLAR EXTENDS GAIN VERSUS YEN AFTER BEAR STEARNS FINANCING," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS ALSO IN TALKS WITH JP MORGAN REGARDING PERMANENT," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS ANNOUNCED IT IS TALKING ON PERMANENT FINANCING," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS LIQUIDITY IN THE DAY HAD SIGNIFICANTLY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TALKING ON PERMANENT FINANCING-OTHER ALTERNATIVES," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS LIQUIDITY IN LAST DAY SIGNIFICANTLY DETERIORATED," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LIQUIDITY IN LAST DAY SIGNIFICANTLY DETERIORATED," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS OUR LIQUIDITY POSITION IN THE LAST 24 HOURS HAD," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LIQUIDITY POSITION HAS DETERIORATED SIGNIFICANTLY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS ALSO TALKING WITH JPMORGAN ON OTHER ALTERNATIVES," March 14, 2008.

Bloomberg News - BN, "*S&P 500 FINANCIAL SHARES WILL END '08 HIGHER,BEAR STEARNS SAYS," March 14, 2008.

Bloomberg News - BN, "*S&P 500 FINANCIALS MAY RAISE MORE CAPITAL, BEAR STEARNS SAYS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS STRATEGIST GOLUB GIVES ESTIMATES IN NOTE TODAY," March 14, 2008.

Bloomberg News - BN, "*COMPANY DEBT RISK DROPS ON BEAR STEARNS FUNDING :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LIQUIDITY DETERIORATED AMIDST 'MARKET CHATTER'," March 14, 2008.

Bloomberg News - BN, "JPMorgan, New York Fed Agree to Provide Funding to Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT-DEFAULT SWAPS DROP ON FUNDING :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CAN'T MAKE ASSURANCE THAT OPTIONS WILL BE COMPLETE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT-DEFAULT SWAPS PLUNGE 156 BPS TO 530," March 14, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 56.00-60.00, Last: 57.00," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS LIQUIDITY DETERIORATED IN LAST 24 HOURS," March 14, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS ERASES GAIN AFTER CEO SAYS LIQUIDITY DETERIORATED," March 14, 2008.

Bloomberg News - BRF, "C: Citigroup: Bear Stearns believes Pandit's plan to sell "non-c," March 14, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 55.00-60.00, Last: 57.00," March 14, 2008.

Bloomberg News - BN, "*OPENING DELAY: BSC (NYSE)-ORDER IMBALANCE," March 14, 2008.

Bloomberg News - BN, "*PRICE INDICATION: BSC (NYSE): 52.00-55.00, Last: 57.00," March 14, 2008.

Bloomberg News - BN, "*TRADING RESUMED: BSC (NYSE)," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES DROP 9% AT 9:32 A.M. IN NEW YORK :BSC US," March 14, 2008.

Bloomberg News - BN, "*DOLLAR FALLS VERSUS YEN AFTER BEAR STEARNS GETS FINANCING," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES DROP AFTER FIRM MAKES LIQUIDITY DISCLOSURE," March 14, 2008.

Bloomberg News - BN, "Corporate Bond Risk Drops on Bear Stearns Funding Agreement," March 14, 2008.

Bloomberg News - BN, "JPMorgan, New York Fed Agree to Fund Bear Stearns (Update1)," March 14, 2008.

Bloomberg News - BN, "U.S. Stocks Gain as Bear Stearns Gets Funds, Inflation Cools," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns CEO: Company subject of rumors over," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: J.P. Morgan: Working with BSC on finance,," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns CEO: Finance deal mean 'to restore," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: S&P 500 futures rally 1.4% after Bear Stearns bail-," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares rally 9.6% in pre-open trade," March 14, 2008.

Bloomberg News - BN, "*JPMORGAN DEBT RISK RISES ON BEAR STEARNS RESCUE :JPM US," March 14, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns liquidity crisis: JP Morgan and the," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "U.S. Stocks Drop, Led by Financials; Bear Stearns Tumbles," March 14, 2008.

Bloomberg News - BN, "Dollar Declines Versus Yen After Bear Stearns Gets Financing," March 14, 2008.

Bloomberg News - MSN, "MSNBC: JPMorgan Chase, Fed to aid Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "For the Masses: Bear Stearns blather another death knoll for," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES FALL 22% TO $44.63 AT 9:53 A.M. IN N.Y.," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Gets Emergency Bailout From JPMorgan, New York Fed," March 14, 2008.

Bloomberg News - BLG, "Tech Trader: Micron: Caris, Bear Stearns Cut Ests On Weak DRAMs," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns shares accelerate move to the downside, now do," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns slips, broader sector posts modest," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHARES FALL RECORD 35 PERCENT TO SEVEN-YEAR LOW," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS PLUNGES 49% TO 29.02 AT 10:01 A.M. IN NEW YORK," March 14, 2008.

Bloomberg News - GCP, "Gimme Credit Comments on Bear Stearns' Liquidity," March 14, 2008.

Bloomberg News - BN, "European Stocks Drop on Bear Stearns; Royal Bank, Barclays Fall," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks in sharp plunge on Bear Stearns bailout," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Stocks in Europe turn sharply lower on Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS DEBT RISK SOARS TO RECORD AFTER EARLIER PLUNGE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT-DEFAULT SWAPS JUMP 44 BPS TO 730 BPS," March 14, 2008.

Bloomberg News - WSW, "WSJ [Reg]: Yes, Bear Stearns Is Having Liquidity Issues," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Funding Is `Unequivocally Positive,' Peters Says," March 14, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: Wounded - BSC needs to raise $3 to ...," March 14, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns Statement: Bear Stearns Agrees to," March 14, 2008.

Bloomberg News - BN, "Bove Says `Bailout' of Bear Stearns Should Calm Markets: Video," March 14, 2008.

Bloomberg News - BN, "Bear Stearns, Security Capital, SkillSoft: U.S. Equity Movers," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns shares plunge on bailout," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns statement in full," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks reverse course on Bear Stearns," March 14, 2008.

Bloomberg News - BN, "Fed Says `Closely' Watching Markets, Backed Bear Stearns Funds," March 14, 2008.

Bloomberg News - BN, "Company Bond Risk Rises as Bear Stearns Gets Emergency.Funding," March 14, 2008.

Bloomberg News - BLG, "Macro Man: A BSC Market," March 14, 2008.

Bloomberg News - BLG, "Fed Sector: JP Morgan & NY Fed Try to Rescue Bear Stearns (BSC,," March 14, 2008.

Bloomberg News - BN, "*SEC ISSUES STATEMENT REGARDING BEAR STEARNS," March 14, 2008.

Bloomberg News - BN, "U.K. Stocks Drop on Bear Stearns Bailout; HSBC, Barclays Fall," March 14, 2008.

Bloomberg News - BLG, "BloggingStocks: Why does Bear Stearns need a government bailout?," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: SEC says working 'closely' with Treasury, Fed," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Stocks in Europe turn lower on Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "Houston Chron: Dow drops on jitters from Bear Stearns bailout," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Fed says board approved Bear Stearns J.P. Morgan," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Dow industrials fall 300 points as Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares fall 47%," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares slide 33% to $38.24," March 14, 2008.

Bloomberg News - IBR, "Bear Stearns in freefall as protection threshold sinks...3/14," March 14, 2008.

Bloomberg News - BRF, "++ Other financials drop to session lows as BSC continues to plu," March 14, 2008.

Bloomberg News - BN, "Punk Ziegel's Bove Says Bear Stearns to Stay Solvent on Bailout," March 14, 2008.

Bloomberg News - BN, "Swiss Stocks Tumble on Bear Stearns; Swatch, UBS Lead Declines," March 14, 2008.

Bloomberg News - BRF, "JPM: JP Morgan Chase: CNBC reports details of JPM/BSC deal -- sa," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: SEC says involved in Bear Stearns financing talks," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Fed says watching market in wake of Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "Seattle P-I: Dollar drops on trouble at Bear Stearns," March 14, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on LEH: Fallout - the problems at BSC places ...," March 14, 2008.

Bloomberg News - BIA, "Bear Stearns: Stock plummets about insolvency concerns (AS)," March 14, 2008.

Bloomberg News - BN, "Bear Stearns `Undermines Credibility of Issuers,' Pollack Says," March 14, 2008.

Bloomberg News - BLG, "Fed Sector: Bear Stearns Gets Emergency Funding From NY Fed, JP," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Funding Need Is `Bad News,' Southwest's Grant Says," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: The fall of Bear Stearns shatters vestiges of," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Gold hits record high of $1007on Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Paulson: Bear Stearns is another challenge for," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Options Show Higher Odds Stock Headed for `Zero'," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: JPMorgan, NY Fed to Help Bear Stearns (262385)," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Fed Statement on Bear Stearns, J.P. Morgan," March 14, 2008.

94

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - NS1, "HousingWire: Bear Stearns Faces Liquidity Problems; Bailed Out," March 14, 2008.

Bloomberg News - BN, "Egan Jones' Egan Says JPMorgan May Acquire Part of Bear Stearns," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Funding `Shows How Bad Things Are,' Lantz Says," March 14, 2008.

Bloomberg News - BLG, "Wall St Folly: The ugly Bear Stearns intraday chart," March 14, 2008.

Bloomberg News - BN, "Bear Stearns May Trigger 1 Percentage-Point Fed Cut, Stear Says," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Faces `Forced Marriage,' Peabody of Portales Says," March 14, 2008.

Bloomberg News - BLG, "Steven Smith: Who Traded 55,000 Bear Stearns $30 Puts Tuesday?," March 14, 2008.

Bloomberg News - BN, "*FED BEARS RISK OF BEAR STEARNS COLLATERAL, FED STAFF SAY," March 14, 2008.

Bloomberg News - BN, "*FED STAFF SAY BEAR STEARNS APPROACHED FED FOR LOAN," March 14, 2008.

Bloomberg News - NS1, "TradingMarkets: Bear Stearns, the Fed and SEC Have Questions to," March 14, 2008.

Bloomberg News - BLG, "SEC Investor: Bear Stearns' Self-Fulfilling Prophecy (BSC, JPM)," March 14, 2008.

Bloomberg News - BN, "Daiwa's Gill Says Bear Stearns Bailout Is an `Absolute Mess'," March 14, 2008.

Bloomberg News - BLG, "Huffington Post: JPMorgan Chase Funding Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "Dealscape: Bear Stearns craters on capital injection news," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Fed endorses Bear Stearns rescue, pledges to," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Stocks turn lower after plan to boost Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "S Alley Insider: Pathetic Bear Stearns Bailout: Who To Blame," March 14, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns: The horrors of an institutional," March 14, 2008.

Bloomberg News - BN, "JPMorgan's Dimon Would Be Interested in Bear Stearns, CNBC Says," March 14, 2008.

Bloomberg News - APW, "Stocks Tumble After Bear Stearns Bailout," March 14, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS1, "MarketWatch: Gold hits record high of $1,009 on Bear Stearns," March 14, 2008.

Bloomberg News - APW, "Bear Stearns Bailed Out By Fed, JPMorgan," March 14, 2008.

Bloomberg News - BN, "Egan-Jones Says Bear Stearns Needs $7 Billion in Equity: Video," March 14, 2008.

Bloomberg News - CMN, "BSC US: BellwetherReport.com Free Analyst Review for BSC, LE," March 14, 2008.

Bloomberg News - CMN, "LEH US: BellwetherReport.com Free Analyst Review for BSC, LE," March 14, 2008.

Bloomberg News - CMN, "MER US: BellwetherReport.com Free Analyst Review for BSC, LE," March 14, 2008.

Bloomberg News - CMN, "C US: BellwetherReport.com Free Analyst Review for BSC, LEH,," March 14, 2008.

Bloomberg News - BUS, "Bear Stearns Announces Conference Call at 12:30 P.M.," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS ANNOUNCES CONFERENCE CALL AT 12:30 P.M. :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO ADDRESS SPECULATION IN CALL :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO ANNONCE FINANCIAL RESULTS ON MARCH 17 :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO ADDRESS MARKET SPECULATION IN CALL :," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO RELEASE 1Q RESULTS MARCH 17 AFTER MARKET CLOSE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO REPORT 1Q RESULTS AFTER MARKET CLOSE ON MONDAY," March 14, 2008.

Bloomberg News - NS7, "SSLJ: Bear Stearns To Receive Emergency Funding," March 14, 2008.

Bloomberg News - BLG, "Think Big: Bear Stearns and Bear Markets -- Reader Thoughts?," March 14, 2008.

Bloomberg News - BLG, "Schaeffer's Blog: Liquidity Warning from Bear Stearns Sends," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns built its reputation as a risk taker," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Is `Worst-Case,' Clariden Leu's Holderegger Says," March 14, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns announces conference call at 12:30 P.M. ET," March 14, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: Fed staff says received call from BSC, set," March 14, 2008.

Bloomberg News - BN, "Jeffrey Harte Calls Bear Stearns Selloff `Fear-Induced': Video," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks briefly collapse on Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Treasurys rally as Bear Stearns rescue spooks stock," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Will `Make Its Way,' Polen's Chief Tells CNBC," March 14, 2008.

Bloomberg News - IBR, "Bear Stearns wilts - and a whiff of trouble at Lehman? March 14," March 14, 2008.

Bloomberg News - BLG, "Bernanke Panky: Bear Stearns takes emergency funding," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns to hold conference call at 12:30 pm," March 14, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns Conference call @ 12:30 pm today," March 14, 2008.

Bloomberg News - NWK, "Newsweek: Bear Stearns: Can It Survive?," March 14, 2008.

Bloomberg News - BLG, "24/7 Wall St.: Bear Stearns To Address Current Situation (BSC,," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Faces `Death Knell' After Bailout, Ciocca Says," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Jimmy Cayne: the man who built Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns: Is it America's Northern Rock?," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Funding `Not a Bailout,' Scotsman's Farrell Says," March 14, 2008.

Bloomberg News - FOR, "Forbes: Bear Stearns In Crisis," March 14, 2008.

Bloomberg News - FOR, "Forbes: Street Slips After Bear Stearns Takes Out A Loan," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns arbitrage program selling over $100 mln of mun," March 14, 2008.

Bloomberg News - CNP, "Stocks tumble as Bear Stearns rescue signals deepening of credit," March 14, 2008.

97

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - NS2, "Canadian Bus: Stocks tumble as Bear Stearns liquidity crisis," March 14, 2008.

Bloomberg News - APW, "Dollar Drops On Trouble At Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CONFERENCE CALL BEGINS :BSC US," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns fallout's winners and losers," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns' plunge highlights pressure on banks,," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CAPITAL RATIOS IN GOOD SHAPE :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SUBJECT OF `SIGNIFICANT RUMORS,' SCHWARTZ SAYS," March 14, 2008.

Bloomberg News - BLG, "Big Picture: Bear Stearns Gets NY Fed, JP Morgan Bailout," March 14, 2008.

Bloomberg News - HNW, "Bear Stearns woes stifle BUX rally," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CUSTOMERS WANTED 'CASH OUT' :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS CAPITAL RATIOS REMAIN IN GOOD SHAPE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS DEMANDS WOULD HAVE SOON EXCEEDED LIQUIDITY," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns moves up Q1 earnings report to Monday," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS WAS WORKING WITH LAZARD TO DISCUSS `ALTERNATIVES'," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO REAFFIRMS FORECAST :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS COMFORTABLE WITH EPS RANGE :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS REITERATES IT'S COMFORTABLE WITHIN FORECAST RANGE," March 14, 2008.

Bloomberg News - BN, "National City Drops as Bear Stearns Casts New Pall on Subprime," March 14, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS TO KEEP WORKING WITH LAZARD :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO CONTINUE TO WORK WITH LAZARD :BSC US," March 14, 2008.

Bloomberg News - BL, "PALOMARES v. BEAR STEARNS RESIDENTIAL MORTGAGE CORP. (S.D.Cal. 3," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS EARLIER IN WEEK LIQUIDITY STATEMENTS TRUE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS SOME CLIENTS REMOVED EXCESS CASH BALANCES," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAW SIGNIFICANT LEVEL OUTFLOWS ON THURSDAY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS THURSDAY HAD `PRETTY BROAD CASH OUTFLOWS'," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Lehamn options lead financials hit by Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS BOOK TO BOOK IN MID 80S :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS BOOK VALUE FUNDAMENTALLY STILL IN MID 80S," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS BOOK VALUE FUNDAMENTALLY STILL IN MID 80S," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS NET WORTH COVENANT NOT LINKED TO SHARE PRICE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CEO SAYS CLIENTS CONTINUED TO WITHDRAW CASH TODAY," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS NO SIGNIFICANT MTM HITS SINCE FEB. 29," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS JP MORGAN IS CLEARING AGENT FOR COLLATERAL," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS WENT TO JPM BECAUSE CLEARING AGENT FOR COLLATERAL," March 14, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS SAYS COVERAGE RATIO HAS 'PROBABLY INCREASED'," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS NO MATERIAL CHANGES IN LIQUIDITY RATIOS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS COVERAGE RATIO HAS INCREASED :BSC US, JPM US," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Crunch Is `Self-Fulfilling Prophecy,' Sanchez Says," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS RUMORS LED TO LACK OF CAPACITY :BSC US," March 14, 2008.

Bloomberg News - BN, "Swiss Stocks Drop on Bear Stearns; UBS, Swatch Lead Declines," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS IT CAN BORROW AGAIN DUE TO FACILITY :BSC US," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns bailout: market reaction," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS FACILITY ENOUGH TO SHOW IT CAN DO BUSINESS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS IT CAN `FUND OURSELVES EVERYDAY' :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CALLS FACILITY BRIDGE TO MORE PERMANENT SOLUTION," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS WILL BE LOOKING FOR 'ANY' STRATEGIC ALTERNATIVE," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Funding `Forestalls the Inevitable,' Houghton Says," March 14, 2008.

Bloomberg News - APW, "Fed Takes Rare Path To Aid Bear Stearns," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns call ends [UPDATE]," March 14, 2008.

Bloomberg News - BLG, "Urban Digs: Let The Bailouts Begin: Bear Stearns," March 14, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Net Asset Value(s)," March 14, 2008.

Bloomberg News - BLG, "Deal Journal: Bear Stearns: The Drexel Burnham Lambert Precedent," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "Wall St Greek: Fed Puts Out Bear Stearns Fire," March 14, 2008.

Bloomberg News - BN, "VIX Surges Most Since January Amid Bear Stearns Funding Crisis," March 14, 2008.

Bloomberg News - WSW, "WSJ [Reg]: Bear Stearns: 4 Things To Watch," March 14, 2008.

Bloomberg News - BT, "Bear Stearns M&A/Other Teleconference BSC US," March 14, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: Conference call summary -- co confirms boo," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Lehman options lead financials hit by Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns had explored alternatives with Lazard," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns clients' withdrawls accelerated," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Capital ratios remain in good shape: Bear Stearns," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Failure on Toxic Debt is `Unique,' Judd Says," March 14, 2008.

Bloomberg News - BN, "Clear Channel Falls After Bear Stearns Bailout, Analyst Says," March 14, 2008.

Bloomberg News - BN, "*LME SAYS BEAR STEARNS `IN GOOD STANDING' TO CLEAR TRADES," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS STILL ENTITLED TO TRADE ON LME ELECTRONIC SYSTEM," March 14, 2008.

Bloomberg News - BN, "Bear Stearns May Not Resume Trading, Bernstein's Hintz Says," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns shares crash as credit crisis snares," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns: How the bail out will work," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns bailout: experts' reaction," March 14, 2008.

Bloomberg News - NS1, "Huliq: Bear Stearns Bailed Out by Fed, JP Morgan," March 14, 2008.

Bloomberg News - NS1, "Huliq: Bear Stearns on The Brink Of Collapse, Lehman Next?," March 14, 2008.

Bloomberg News - BN, "Bear Stearns May Be First of Many Bailouts, Felsenheimer Says," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Independent Strategy's McKee Says JPMorgan May Buy Bear Stearns," March 14, 2008.

Bloomberg News - BN, "European Bonds Rise After Bear Stearns Gets Fed-Backed Bailout," March 14, 2008.

Bloomberg News - BN, "European Stocks Drop on Bear Stearns; UBS, Deutsche Bank Fall," March 14, 2008.

Bloomberg News - CMX, "SmarTrend(R) News Watch: Bear Stearns gets financing from J.P.Mo," March 14, 2008.

Bloomberg News - BN, "LME Says Bear Stearns Remains Member, Entitled to Clear Trades," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bank stocks drop following Bear Stearns bailout," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Wall Street banks 'under attack' after Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks take dive on Bear Stearns bailout news," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: FTSE ends off 1.1%; Bear Stearns spurs fresh credit," March 14, 2008.

Bloomberg News - BN, "Money-Market Rates May Rise After Fed Bails Out Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Sen. Dodd: Fed help to Bear Stearns gives," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bernanke does not mention Bear Stearns loan in," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CUT TO `UNDERPERFORM' BY OPPENHEIMER'S WHITNEY," March 14, 2008.

Bloomberg News - BN, "Federal Reserve Board Statement on Bear Stearns: Text," March 14, 2008.

Bloomberg News - BN, "Treasury's Paulson Comments on Bear Stearns Bailout: Text," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS STOCK `COULD BECOME WORTHLESS,' OPPENHEIMER SAYS," March 14, 2008.

Bloomberg News - APW, "Gold Tops $1,000 On Bear Stearns Crisis," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Cut to `Underperform' at Oppenheimer :BSC US," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearn downgraded to Underperform at Oppenheimer; stoc," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CUT BY S&P :BSC US," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns `Could Become Worthless,' Meredith Whitney Says," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY BE CUT FURTHER BY S&P :BSC US," March 14, 2008.

Bloomberg News - BN, "*S&P DOWNGRADES THE BEAR STEARNS COS. INC.; RATINGS ON WATCH NEG," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S CREDIT RATING CUT BY S&P :BSC US," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: NY Times Deal Book discusses who could buy BS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHORT-TERM RATING CUT TO A-3 FROM A-1 BY S&P," March 14, 2008.

Bloomberg News - BN, "Money-Market Rates May Rise After Bear Stearns Rescue (Update1)," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LONG-TERM COUNTERPARTY RATING CUT TO BBB BY S&P," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LONG-TERM COUNTERPARTY RATING CUT FROM A BY S&P," March 14, 2008.

Bloomberg News - BN, "*S&P MAY CUT FURTHER IF FAILURE TO STABILIZE LIQUIDITY :BSC US," March 14, 2008.

Bloomberg News - BN, "*S&P MAY CUT BEAR STEARNS FURTHER IF DOESN'T STABILIZE LIQUIDITY," March 14, 2008.

Bloomberg News - BN, "*S&P CONSIDERS LIQUIDITY SUPPORT TO BEAR STEARNS AS 'POSITIVE'," March 14, 2008.

Bloomberg News - BN, "*S&P SAYS BEAR'S EXCESS CASH $18B AT BEGINNING OF WEEK :BSC US," March 14, 2008.

Bloomberg News - BN, "*S&P SEES RESOLVING BEAR STEARNS CREDITWATCH IN COMING WEEKS," March 14, 2008.

Bloomberg News - BLG, "FP Trading Desk: Bear Stearns bailout," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Credit Rating Cut Three Levels, May Be Cut More," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Details of S&P ratings action - ratings are b," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS SUBORDINATED DEBT MAY BE CUT JUNK BY S&P :BSC US," March 14, 2008.

Bloomberg News - BRF, "Looking ahead: Brokers set to report Q1 results next week -- BSC," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: The Fed: Nuts and bolts of Bear Stearns bailout," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Offering $91 Million of Municipal Bonds for Sale," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Nuts and bolts of Bear Stearns bailout," March 14, 2008.

Bloomberg News - BN, "Former Fed Governor Heller Says Bear Stearns Not in `Crisis'," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Beleaguered Bear Stearns Bailed Out (262462)," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT SWAPS SOAR TO RECORD 765 BPS :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS DEBT RISK RISES AFTER S&P CUTS RATING TO BBB," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Has `Seismically Changed,' Michael Holland Says," March 14, 2008.

Bloomberg News - BN, "Schwartz Says Market Rumors Hurt Bear Stearns Liquidity: Audio," March 14, 2008.

Bloomberg News - BN, "Sam Hayes Calls Bear Stearns `Fundamentally' Good Firm: Video," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns debt protection costs hit record 765 basis poi," March 14, 2008.

Bloomberg News - BN, "VIX Poised for Highest Close Since 2003 on Bear Stearns Bailout," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns crisis strengthens Gordon Brown's," March 14, 2008.

Bloomberg News - NS6, "Taiwan News: Bear Stearns financing agreement needed to protect," March 14, 2008.

Bloomberg News - NS6, "Taiwan News: Wall Street down after plan to boost Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: S&P lowers Bear Stearns rating, to review for," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bernanke does not mention Bear Stearns in speech on," March 14, 2008.

Bloomberg News - BN, "Gold Futures Rise to Record $1,009 on Bear Stearns Bailout," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "BloggingStocks: Citigroup (C) dragged lower by Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns goes on life support as trading crisis," March 14, 2008.

Bloomberg News - BLG, "Big Picture: Headline of the Day: S&P Cuts Bear Stearns' Rating," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: S&P downgrades Bear Stearns to 'BBB' from 'A'," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: The Bail-Out of Bear Stearns, Step 6 (262477)," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns reassured us again (262476)," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: If Bear Stearns failed? (262475)," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns bailout should not spook average," March 14, 2008.

Bloomberg News - BN, "Agency Mortgage-Bond Spreads Rise as Bear Stearns Gets Funding," March 14, 2008.

Bloomberg News - BLG, "For the Masses: What happened to Bear Stearns?," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns crisis Q&A: How it may affect you," March 14, 2008.

Bloomberg News - CMN, "MHP US: S&P: The Bear Stearns Cos. Inc. Downgraded; Ratings," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Oppenheimer downgrades Bear Stearns on risk concern," March 14, 2008.

Bloomberg News - BLG, "Across the Curve: Thoughts on the Bear Stearns Salvage Operation," March 14, 2008.

Bloomberg News - BN, "Heller Says Bear Stearns Bailout Doesn't Signal `Crisis': Video," March 14, 2008.

Bloomberg News - BLG, "Nattering Naybob: Bear Stearns Collapses," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Financial stocks down 3% after Bear Stearns bailout," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks dive further on Bear Stearns bailout," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator reiterating that Sr. Mgmt is," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Could Go BustPortfolio.com: Market," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS3, "Econ Roundtable: Liveblogging the Bear Stearns Conference," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT SWAP SELLERS DEMAND UPFRONT PAYMENTS," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CREDIT SWAPS TRADE AT 11 PERCENT UPFRONT :BSC US," March 14, 2008.

Bloomberg News - BLG, "John Gapper: Bear Stearns is, in fact, in trouble," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Gets Bailout From JPMorgan, NY Fed: Audio," March 14, 2008.

Bloomberg News - BLG, "ETF Trends: Bear Stearns's Troubles Take Down Financial ETFs and," March 14, 2008.

Bloomberg News - BLG, "Big Think Blog: Laid Bare: Bearn Stearns and the Future of Asset," March 14, 2008.

Bloomberg News - BN, "Eastern's Kattar Says Bear Stearns Shows `More Shoes to Drop'," March 14, 2008.

Bloomberg News - BLG, "Redstate: Wall Street Powerhouse Bear Stearns Hits the Wall [," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Teetering Bear Stearns gets bailout from Federal," March 14, 2008.

Bloomberg News - BLG, "Nattering Naybob: Today Bear Stearns, Tomorrow, Washington," March 14, 2008.

Bloomberg News - BN, "Brazil's Real Falls, Reversing Gains on Bear Stearns Funding," March 14, 2008.

Bloomberg News - FII, "Fitch Downgrades Bear Stearns to 'BBB'; on Watch Negative," March 14, 2008.

Bloomberg News - BN, "*FITCH DOWNGRADES BEAR STEARNS TO 'BBB'; ON WATCH NEGATIVE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY BE CUT FURTHER BY FITCH :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LONG-TERM IDR TO BBB FROM A+ BY FITCH :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SHORT-TERM IDR RATING CUT TO F3 FROM F1 BY FITCH," March 14, 2008.

Bloomberg News - BN, "*FITCH CITES BEAR'S SCALE OF FIXED INCOME BUSINESS :BSC US," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "News Observr Bus: Stocks tumble after Bear Stearns bailout," March 14, 2008.

Bloomberg News - BN, "Accounting Rule Jeopardizes Bear Stearns, Lehman, Whalen Says," March 14, 2008.

Bloomberg News - BLG, "Baseline Update: Bear Stearns Gets Fed Funding, Shares Plummet," March 14, 2008.

Bloomberg News - BLG, "Long or Short Cap: A Review of Bear Stearns Collateral," March 14, 2008.

Bloomberg News - BUS, "Fitch Downgrades Bear Stearns to 'BBB'; Places Ratings on Watch," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns crisis sparks UK recession fears," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Offers $91 Million of Munis for Sale Amid Bailout," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS HIRED LAZARD FOR `STRATEGIC ALTERNATIVES': LEHMAN," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SALE OF PART OF COMPANY IS POSSIBILITY: LEHMAN," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CUT TO `UNDERPERFORM' AT OPPENHEIMER," March 14, 2008.

Bloomberg News - BLG, "Dealscape: Roll Call: Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*FINRA SAYS BEAR STEARNS UNITS REMAIN IN COMPLIANCE WITH RULES," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: FINRA says BSC, units still comply with cap r," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Credit Rating Cut Three Levels, by S&P (Update2)," March 14, 2008.

Bloomberg News - CRL, "FINRA SAYS BEAR STEARNS UNITS IN COMPLIANCE WITH CAPITAL RULES," March 14, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns conference call: 'Untrue rumors'," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Fitch cuts Bear Stearns to 'BBB'; ratings on Watch," March 14, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns closes right on the $30 level and down 47%," March 14, 2008.

Bloomberg News - BUS, "Bear Stearns Moves up First Quarter 2008 Earnings Conference," March 14, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS MOVES UP 1Q 2008 EARNINGS CALL TO MARCH 17," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS MOVES UP FIRST QUARTER 2008 EARNINGS CONFERENCE," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS SAYS CALL ORIGINALLY SCHEDULED FOR MARCH 20," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Weather the Bear Stearns crisis to reap share," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS TO DISCUSS RESULTS IN CALL MARCH 17 AT 4:3O EDT," March 14, 2008.

Bloomberg News - BLG, "DealBreaker: Lying Liars And Lies Bear Stearns Told Us," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns confirmed that they moved up their Q1 2008 ear," March 14, 2008.

Bloomberg News - BLG, "Huffington Post: Live-Blogging the Bear Stearns Conference Call," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Fitch cuts Bear Stearns' issuer default, credit," March 14, 2008.

Bloomberg News - BLG, "Big Think Blog: Laid Bare: Bear Stearns and the Future of Asset," March 14, 2008.

Bloomberg News - BUS, "Bear Stearns' Implied Default Probability up by More Than 65%," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS' IMPLIED DEFAULT PROBABILITY UP BY OVER 65% AT," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS' IMPLIED DEFAULT PROBABILITY ROSE, SAVVYSOFT SAYS," March 14, 2008.

Bloomberg News - BN, "LME Says Bear Stearns Is Still Able to Clear Trades (Update1)," March 14, 2008.

Bloomberg News - BN, "VIX Closes at Highest Since March 2003 on Bear Stearns Bailout," March 14, 2008.

Bloomberg News - BN, "Emerging-Market Yield Premiums Widen on Bear Stearns Bailout," March 14, 2008.

Bloomberg News - BN, "National City, Washington Mutual Drop on Bear Stearns Bailout," March 14, 2008.

Bloomberg News - BMP, "Moody's downgrades Bear Stearns to Baa1; continues to review dow," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS TO Baa1; CONTINUES TO REVIEW," March 14, 2008.

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS TO Baa1; CONTINUES TO REVIEW DO," March 14, 2008.

Bloomberg News - BN, "*MOODY'S DOWNGRADES BEAR STEARNS TO Baa1 :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS MAY BE CUT FURTHER BY MOODY'S :BSC US," March 14, 2008.

Bloomberg News - BN, "*MOODY'S SEES BEAR'S CUSTOMER FRANCHISE HURT BY CRISIS :BSC US," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS LONG-TERM RATINGS CUT TO Baa1 FROM A2 BY MOODY'S," March 14, 2008.

Bloomberg News - BN, "*BEAR STEARNS CUT BY MOODY'S; S-T TO PRIME-2 FROM PRIME-1," March 14, 2008.

Bloomberg News - BN, "*MOODY'S TO READDRESS BEAR RATINGS WITHIN 7-10 DAYS :BSC US," March 14, 2008.

Bloomberg News - BN, "*MOODY'S SAYS BEAR STEARNS 'FRANCHISE WAS INTACT' :BSC US," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Moody's downgrades BSC to Baa1 [UPDATE]," March 14, 2008.

Bloomberg News - BN, "*MOODY'S TO READDRESS BEAR'S RATINGS IN 7-10 DAYS :BSC US," March 14, 2008.

Bloomberg News - BLG, "Wall St Folly: S&P downgraded Bear Stearns and the ratings could," March 14, 2008.

Bloomberg News - NS1, "Baltimore Sun: Teetering Bear Stearns gets bailout from Fed,," March 14, 2008.

Bloomberg News - NS1, "TradingMarkets: Stocks Sink, Bear Stearns Receives Bailout," March 14, 2008.

Bloomberg News - NS1, "TradingMarkets: Bear Stearns and the Fed Have Questions to," March 14, 2008.

Bloomberg News - BLG, "Securities Law: Bear Stearns Reports Financing Arrangement With," March 14, 2008.

Bloomberg News - BRF, "Bear Stearns News Undercuts Market," March 14, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - WE1, "Schaeffers Rsrch: Bear Stearns (BSC) plummeted on liquidity," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Central bank aid to rescue Bear Stearns could," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Stocks tumble as Bear Stearns rescue signals," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: Fed endorses rescue effort for Bear Stearns, vows," March 14, 2008.

Bloomberg News - BN, "Canada Stocks Fall, Led by Royal Bank, on Bear Stearns Bailout," March 14, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: Moody's downgrade details [UPDATE]," March 14, 2008.

Bloomberg News - BN, "Peters Sees Bear Stearns Funding as `Real Positive Step': Video," March 14, 2008.

Bloomberg News - BLG, "BloggingStocks: Market highlights for next week: Bear Stearns to," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks plunge on Bear Stearns bailout; wipe," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns almost halved, drags sector lower," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Moody's: Bear Stearns on review for possible," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Has Credit Ratings Slashed After Bailout (Update3)," March 14, 2008.

Bloomberg News - BLG, "Conglomerate: Bear Stearns," March 14, 2008.

Bloomberg News - BN, "*CALIFORNIA WANTS ASSURANCE FROM BEAR STEARNS OVER BOND SALES," March 14, 2008.

Bloomberg News - NS1, "Briefing.com: Stock Market Update: Bear Stearns News Undercuts," March 14, 2008.

Bloomberg News - BN, "*CALIFORNIA PICKED BEAR STEARNS TO UNDERWRITE BONDS THIS WEEK," March 14, 2008.

Bloomberg News - BLG, "DealBreaker: Bear Stearns And George Bush," March 14, 2008.

Bloomberg News - BN, "*SEC TRADING AND MARKETS DIVISION ISSUES BEAR STEARNS STATEMENT," March 14, 2008.

Bloomberg News - BN, "Dodd Says Bear Stearns Bailout Shows `Deepening Problem': Video," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Moody's downgrades Bear Stearns to 'Baa1'," March 14, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*CALIFORNIA GETS WRITTEN ASSURANCE FROM BEAR STEARNS OVER BONDS," March 14, 2008.

Bloomberg News - NS1, "Seattle P-I: Fed takes rare path to aid Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "Deal Journal: The Sad History of Bear Stearns' Conference Calls," March 14, 2008.

Bloomberg News - BN, "Fed Invokes Little-Used Authority to Aid Bear Stearns (Update4)," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Chairman Cayne Plays Bridge in Detroit: WSJ Link," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns shares eke out a gain after dayside," March 14, 2008.

Bloomberg News - BN, "California Gets Assurance From Bear Stearns Over Bond Sales," March 14, 2008.

Bloomberg News - BN, "U.S. Stocks Fall, Led by Banks; Bear Stearns Drops Most Ever," March 14, 2008.

Bloomberg News - BN, "Finance Debt Risk Rises as Bear Stearns Fuels Failure Concerns," March 14, 2008.

Bloomberg News - BN, "Lewis May Have Lost $850 Million on His Bear Stearns Stake," March 14, 2008.

Bloomberg News - BN, "Agency Mortgage-Bond Spreads Fall as Bear Stearns Gets Funding," March 14, 2008.

Bloomberg News - BN, "Bear Stearns, ChoicePoint, Lance, Navistar: U.S. Equity Preview," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Financial stocks slide 3% after Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "Hedge World: JPMorgan, NY Fed to Provide Bear Stearns Financing," March 14, 2008.

Bloomberg News - NS1, "SF Chronicle: Gold Tops $1,000 on Bear Stearns Crisis," March 14, 2008.

Bloomberg News - NS1, "McClatchy DC: Fed rescues Bear Stearns in bid to quell financial," March 14, 2008.

Bloomberg News - FOR, "Forbes: Reality Bites Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "SF Chronicle: Fed and Rival Bail Out Bear Stearns," March 14, 2008.

Bloomberg News - BLG, "Securities Law: SEC Trading & Markets Div. on Bear Stearns," March 14, 2008.

Bloomberg News - BN, "Meridian's McCarty Says Bear Stearns Shares May Drop to Zero," March 14, 2008.

Bloomberg News - BLG, "True Blue Lib: Bear Stearns Gets Emergency Funds," March 14, 2008.

111

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "Bernanke Panky: What Brought Down Bear Stearns?," March 14, 2008.

Bloomberg News - BN, "Tavakoli Says Fed Bailout of Bear Stearns Hurting Dollar: Video," March 14, 2008.

Bloomberg News - MSN, "MSNBC: After Bear Stearns, others could be at risk," March 14, 2008.

Bloomberg News - NS2, "Canadian Bus: On the brink of collapse, Bear Stearns gets a," March 14, 2008.

Bloomberg News - BN, "Bear Stearns Gets Emergency Funds From JPMorgan, Fed (Update6)," March 14, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Out All Day. Sorry About the Bear Stearns Thing.," March 14, 2008.

Bloomberg News - BN, "McCarty Says Bear Stearns Shares May Fall to `Zero': Video," March 14, 2008.

Bloomberg News - BLG, "Fed Sector: The Fall of Bear Stearns," March 14, 2008.

Bloomberg News - NS1, "MarketWatch: Cemex stumbles; Bear Stearns bailout hits equity," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns crisis may force US Fed to slash," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns crisis could hit UK banks," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns exposed as a bank saddled with," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns seeks investors to keep it afloat," March 14, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns succumbs to Wall Street's worst," March 14, 2008.

Bloomberg News - NS1, "DailyFX: Forex In 60 Seconds: Bear Stearns Bailout, Signs of," March 14, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Bears Stearns Quote du Jour," March 14, 2008.

Bloomberg News - BLG, "Paul Kedrosky: More Fun with Bear Stearns Anagrams," March 14, 2008.

Bloomberg News - DBR, "DBRS Downgrades Bear Stearns to "A"; Under Review - Negative," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Could Go Bust (262618)," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: Liveblogging the Bear Stearns Conference Call (," March 14, 2008.

Bloomberg News - BLG, "Dash of Insight: Bear Stearns Bailout Implications," March 14, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "DealBreaker: Bear Stearns: Headed For Extinction, Acquisition or," March 14, 2008.

Bloomberg News - BLG, "Skeptical Spec: US consumer prices flat, Bear Stearns flattened," March 14, 2008.

Bloomberg News - NS3, "Econ Roundtable: WSJ on Bear Stearns (262633)," March 14, 2008.

Bloomberg News - BN, "Bear Stearns's Bailout, Airbus's Move, France at IMF: Timshel," March 15, 2008.

Bloomberg News - BLG, "Controlled Greed: Sifting Through the Bear Stearns Media Gala," March 15, 2008.

Bloomberg News - NS1, "MarketWatch: Stocks turn to Fed to ease Bear Stearns' pain," March 15, 2008.

Bloomberg News - BN, "Bear Stearns May Lose Independence After Fed-JPMorgan Bailout," March 15, 2008.

Bloomberg News - BN, "Joseph Lewis May Have Lost $850 Million on Bear Stearns Stake," March 15, 2008.

Bloomberg News - BN, "Bernanke Discards Monetary History With Bear Stearns Bailout," March 15, 2008.

Bloomberg News - NS1, "Seattle P-I: Bear Stearns bailed out by loans from rival, Fed," March 15, 2008.

Bloomberg News - APW, "Fed And Rival Bail Out Bear Stearns," March 15, 2008.

Bloomberg News - NS1, "Houston Chron: Bear Stearns' weakness shows effect of credit," March 15, 2008.

Bloomberg News - NS3, "Econ Roundtable: The NYT Hides the Bailout of Bear Stearns From," March 15, 2008.

Bloomberg News - FTI, "Fed leads Bear Stearns rescue," March 15, 2008.

Bloomberg News - NS3, "Econ Roundtable: Is Bear Stearns Too Big to Fail? (262673)," March 15, 2008.

Bloomberg News - NS1, "Baltimore Sun: Fed gives emergency aid to Bear Stearns," March 15, 2008.

Bloomberg News - BN, "U.K. Two-Year Yield Near 4 1/2-Year Low on Bear Stearns Bailout," March 15, 2008.

Bloomberg News - NS1, "SF Chronicle: Bear Stearns hit - Fed, JPMorgan to extend loans," March 15, 2008.

Bloomberg News - BLG, "Fed Sector: Shotgun Wedding: Bear Stearns and JP Morgan," March 15, 2008.

Bloomberg News - BN, "Bear Stearns Funding `Final Humiliation' for Cayne, FT Says," March 15, 2008.

Bloomberg News - BN, "Fed Races to Rescue Bear Stearns to Steady System: WSJ Link," March 15, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "GalaTime: Readings: Bear Stearns blow-up, Sensex targets, Gold," March 15, 2008.

Bloomberg News - BLG, "Bayesian Heresay: What if Fed took over Bear Stearns," March 15, 2008.

Bloomberg News - BN, "Most Read on Bloomberg: Bear Stearns; Fed Lending; Carlyle," March 15, 2008.

Bloomberg News - BN, "Bear Stearns Realized Need for Funding March 13, WSJ Says," March 15, 2008.

Bloomberg News - NS3, "Western Mail: Bear Stearns bail-out sends spectral shadow of," March 15, 2008.

Bloomberg News - BLG, "Huffington Post: Stan Goff: Core melt (the bear [stearns]," March 15, 2008.

Bloomberg News - BLG, "Big Picture: LIVE BLOGGING BEAR STEARNS: Bear Stearns Gets NY," March 15, 2008.

Bloomberg News - BN, "S3 Partners Pulled $25 Billion From Bear Stearns, WSJ Says," March 15, 2008.

Bloomberg News - BN, "Bear Stearns's Cayne Was Playing Bridge, WSJ Says (Correct)," March 15, 2008.

Bloomberg News - NS1, "Barron's: Your Exposure to Bear Stearns," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: Central bank aid to rescue Bear Stearns could usher," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: On the brink of collapse, Bear Stearns gets a," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: European stocks fall on Bear Stearns news as," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: Teetering Bear Stearns gets bailout from Federal," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: Fed endorses rescue effort for Bear Stearns and," March 15, 2008.

Bloomberg News - BN, "Bear Stearns's Cayne Was Playing Bridge, WSJ Says (Update1)," March 15, 2008.

Bloomberg News - BN, "Treasuries Rise as Bear Stearns Rescue Heightens Credit Concern," March 15, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stocks plunge on Bear Stearns bailout; wipe," March 15, 2008.

Bloomberg News - BN, "U.S. Stocks Drop for Third Week as Bear Stearns Gets Financing," March 15, 2008.

Bloomberg News - NS3, "Econ Roundtable: How Systemically Important is Bear Stearns? (," March 15, 2008.

Bloomberg News - BN, "RBS, J.C. Flowers Interested in Buying Bear Stearns, NYT Says," March 15, 2008.

Bloomberg News - NS1, "MarketWatch: Royal Bank of Scotland interested in Bear Stearns:," March 15, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Seeking Sovereign Wealth Funding, Telegraph Says," March 15, 2008.

Bloomberg News - BLG, "Stefan Karlsson: Observations About Bear Stearns Near Collapse," March 15, 2008.

Bloomberg News - NS1, "MarketWatch: Stocks turn to Fed to ease Bear Stearns' pain," March 15, 2008.

Bloomberg News - BLG, "Redstate: An Important Note About the Bear Stearns Situation," March 15, 2008.

Bloomberg News - BN, "Citic Securities Unsure of Bear Stearns Deal, Reuters Reports," March 15, 2008.

Bloomberg News - NS6, "Taiwan News: Analysts say Fed's aid to Bear Stearns may mean," March 15, 2008.

Bloomberg News - BN, "SEC's Atkins Sees No `Domino Effect' After Bear Stearns Trouble," March 15, 2008.

Bloomberg News - BBR, "JPMorgan May Bid for Bear Stearns After Emergency Bailout," March 15, 2008.

Bloomberg News - BLG, "Seeking Alpha: Thinking About the Bear Stearns Bailout," March 15, 2008.

Bloomberg News - BN, "Bear Stearns May Lose Independence After Fed Bailout (Update4)," March 15, 2008.

Bloomberg News - BLG, "Buzztracker.com: Latest News: A Bear Stearns Market," March 15, 2008.

Bloomberg News - NS1, "MarketWatch: With buyers reportedly circling, will Bear Stearns," March 15, 2008.

Bloomberg News - BN, "*CITIC SECURITIES `CAN'T GUARANTEE' INVESTMENT IN BEAR STEARNS," March 15, 2008.

Bloomberg News - BN, "Citic Securities `Can't Guarantee' Investment in Bear Stearns," March 15, 2008.

Bloomberg News - BLG, "Telegraph Bus: Talks with rivals to save Bear Stearns," March 15, 2008.

Bloomberg News - BN, "Citic `Can't Guarantee' Investment in Bear Stearns (Update2)," March 15, 2008.

Bloomberg News - BLG, "ataxingmatter: Economic conditions worsen: Bear Stearns and the," March 15, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Saturday Update (262791)," March 15, 2008.

Bloomberg News - BN, "Bear Stearns Bailout Was `Finger in the Dike,' Historians Say," March 16, 2008.

Bloomberg News - BN, "Most Read on Bloomberg: Bear Stearns; Fed Lending; Carlyle," March 16, 2008.

Bloomberg News - BN, "Citic's Bear Stearns Ties, China Leadership: Weekend Roundup," March 16, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Bankruptcy Looms (262808)," March 16, 2008.

### APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*MIGDAL SEES NO IMPACT ON FINANCIAL UNIT FROM BEAR STEARNS," March 16, 2008.

Bloomberg News - BN, "Migdal Capital Won't Be Hurt by Bear Stearns Crisis, Laluz Says," March 16, 2008.

Bloomberg News - BN, "Bear Stearns Best Asset May Be NY Headquarters, Journal Reports," March 16, 2008.

Bloomberg News - BLG, "24/7 Wall St.: Bear Stearns (BSC) Investor Loses $800 Million," March 16, 2008.

Bloomberg News - BLG, "Seeking Alpha: How Systemically Important Is Bear Stearns?," March 16, 2008.

Bloomberg News - BLG, "Seeking Alpha: Implications of the Bear Stearns Bailout," March 16, 2008.

Bloomberg News - BLG, "Fed Sector: Fed Action's Too Late to Save Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Fed Sector: Why JPMorgan Should Buy Bear Stearns," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns talked to J.C. flowers, J.P. Morgan on," March 16, 2008.

Bloomberg News - BLG, "Buzztracker.com: Latest News: A Bear Stearns Market," March 16, 2008.

Bloomberg News - BLG, "Seeking Alpha: The Bear Stearns Saga: What's Next?," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: Paulson: Bear Stearns bailout was right decision," March 16, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns China investor gets ready to walk," March 16, 2008.

Bloomberg News - BN, "*PAULSON SAYS DISCUSSIONS CONTINUING ON BEAR STEARNS FUTURE," March 16, 2008.

Bloomberg News - BN, "*PAULSON DECLINES TO BE SPECIFIC ON BEAR STEARNS," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: With buyers reportedly circling, will Bear Stearns," March 16, 2008.

Bloomberg News - MAG, "Bear Stearns bailout has ramifications for Allco and Rubicon," March 16, 2008.

Bloomberg News - BLG, "Fed Sector: The Bear Stearns Saga and the Fed's Dilemna," March 16, 2008.

Bloomberg News - BLG, "Telegraph Bus: How Bear Stearns ran out of the necessities," March 16, 2008.

Bloomberg News - APW, "JPMorgan Closer On Deal For Bear Stearns," March 16, 2008.

Bloomberg News - BN, "Migdal to Reassess Israeli Brokerage Venture With Bear Stearns," March 16, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Races to Sell Itself to JPMorgan: FT Link," March 16, 2008.

Bloomberg News - BLG, "Seeking Alpha: No Fallout From Bear Stearns On ETN So Far," March 16, 2008.

Bloomberg News - BLG, "Fed Sector: Bear Stearns Situation is Bad - Will it Get Worse?," March 16, 2008.

Bloomberg News - BN, "Citic's Bear Stearns Ties, Air France, China: Weekend Roundup," March 16, 2008.

Bloomberg News - BN, "Bear Stearns in Talks With JPMorgan Chase About Sale, FT Says," March 16, 2008.

Bloomberg News - NS2, "Canadian Bus: More Fed Moves and Details on Bear Stearns' Woes," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns reportedly racing the clock on selling," March 16, 2008.

Bloomberg News - BN, "*BEAR STEARNS NEAR SALE TO JP MORGAN CHASE, WSJ SAYS :JPM US," March 16, 2008.

Bloomberg News - BN, "Bear Stearns, JPMorgan Aim to Strike Sale Agreement, People Say," March 16, 2008.

Bloomberg News - BN, "N.Z. Dollar Drops as Bear Stearns Bailout Deters Carry Trades," March 16, 2008.

Bloomberg News - APW, "Market Likely Uneasy Over Bear Stearns," March 16, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns - The Tip of an Iceberg (263020)," March 16, 2008.

Bloomberg News - BN, "Bear Stearns Shares, Profit Forecast Lowered at Credit Suisse," March 16, 2008.

Bloomberg News - BN, "Bear Stearns Rescue Is `Finger in Dike,' Scholars Say (Update1)," March 16, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Bear Stearns: Real Estate --- Its Own -- Holds," March 16, 2008.

Bloomberg News - BLG, "Gary Weiss: The Wrongheaded Bear Stearns Bailout," March 16, 2008.

Bloomberg News - BN, "Bear Stearns Talks, French Mayors, Paulson: Weekend Roundup," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns reportedly nearing deal with J.P.," March 16, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Racing Against the Clock to," March 16, 2008.

Bloomberg News - BN, "Asia Commodities Day Ahead: LME Says Bear Stearns Still Member," March 16, 2008.

Bloomberg News - CBS, "CBS News: JPMorgan Closer To Buying Bear Stearns," March 16, 2008.

117

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS1, "SF Chronicle: JPMorgan Closer on Deal for Bear Stearns," March 16, 2008.

Bloomberg News - MSN, "MSNBC: JPMorgan moves closer to buying Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "24/7 Wall St.: Bear Stearns (BSC) Will Probably Disappear Into," March 16, 2008.

Bloomberg News - BN, "Bear Stearns, JPMorgan Strive for Sale, People Say (Update2)," March 16, 2008.

Bloomberg News - APW, "Bear Stearns, JPMorgan Close To Deal," March 16, 2008.

Bloomberg News - APW, "JPMorgan Buys Bear Stearns For A Song," March 16, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns recap," March 16, 2008.

Bloomberg News - BLG, "BloggingStocks: Will JPMorgan buy Bear Stearns for $2 billion?," March 16, 2008.

Bloomberg News - BN, "Australia Dollar Drops as Bear Stearns Rescue Deters Investors," March 16, 2008.

Bloomberg News - BN, "Citic's Global Ambitions Dented by Bear Stearns Deal: WSJ Link," March 16, 2008.

Bloomberg News - BLG, "Newser: Bear Stearns Nears Deal on Sale to JP Morgan," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE TO ACQUIRE BEAR STEARNS :JPM US, BSC US," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE TO ACQUIRE BEAR STEARNS :JPM US, BSC US," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE TO ACQUIRE BEAR STEARNS FOR $2 PER HARE :JPM US," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN TO GUARANTEE TRADING OBLIGATIONS OF BEAR STEARNS," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN ACQUISITION OF BEAR STEARNS TO CLOSE IN SECOND QUARTER," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE TO ACQUIRE BEAR STEARNS FOR $2 PER SHARE," March 16, 2008.

Bloomberg News - BN, "*FED BOARD APPROVES JPM-BEAR STEARNS FINANCING ARRANGEMENT," March 16, 2008.

Bloomberg News - BN, "JPMorgan Buys Bear Stearns for $2 a Share After Clients Flee," March 16, 2008.

Bloomberg News - BLG, "Technically Speaking: Bury the Bear, Stearns that Is," March 16, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS1, "Seattle P-I: JPMorgan closes deal on Bear Stearns," March 16, 2008.

Bloomberg News - FLY, "JP Morgan Chase-JPM To Buy Bear Stearns for $2 per share in stoc," March 16, 2008.

Bloomberg News - FLY, "JP Morgan-JPM expects BSC deal to be untimately accretive [MORE]," March 16, 2008.

Bloomberg News - FLY, "JP Morgan-JPM expects BSC deal to be ultimately accretive [MORE]," March 16, 2008.

Bloomberg News - BN, "Australia Company Bond Risk Rises as JPMorgan Buys Bear Stearns," March 16, 2008.

Bloomberg News - BN, "Japan Stock Futures Drop After Bear Stearns Sale Rattles Market," March 16, 2008.

Bloomberg News - BN, "JPMorgan Chase Buys Bear Stearns for $270 Million (Update1)," March 16, 2008.

Bloomberg News - BLG, "DealBreaker: Jimmy Cayne's Bridge Game Suffering As Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Urban Digs: JP Morgan To BUY Bear Stearns At $2/Share; Fed Acts," March 16, 2008.

Bloomberg News - NS1, "MarketWatch: J.P. Morgan Chase to buy Bear Stearns for $2 a," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CFO SPEAKS ON CONFERENCE CALL :JPM US, BSC US," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CFO ESITMATES 90 DAYS TO CLOSING :JPM US, BSC US," March 16, 2008.

Bloomberg News - BN, "Japanese Stocks Decline After Bear Stearns Sale Rattles Market," March 16, 2008.

Bloomberg News - BLG, "LOBG: For that price, I'd have &^%$#@ bought Bear Stearns.," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN GUARANTEEING BEAR STEARNS TRADES, CAVANAGH SAYS," March 16, 2008.

Bloomberg News - NS2, "Canadian Bus: More Fed Moves and Impact of Bear Stearns' Woes," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN SEES BEAR STEARNS ACQUISITION TO ADD $1 BLN REVENUE," March 16, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "Fin Armageddon: Bear Stearns Gets 'Spitzered'," March 16, 2008.

Bloomberg News - BN, "Ed Rogers Says `More Pain to Come' After Bear Stearns Rescue," March 16, 2008.

Bloomberg News - BN, "*BEAR STEARNS IS IS `OPEN FOR BUSINESS' JPMORGAN SAYS :JPM US," March 16, 2008.

Bloomberg News - BN, "*BEAR STEARNS HAS `FULL FAITH AND CREDIT' OF JPMORGAN :JPM US," March 16, 2008.

Bloomberg News - BLG, "Howard Lindzon: Bear Stearns goes for $2…BEHOLD…The Financial," March 16, 2008.

Bloomberg News - BLG, "Seeking Alpha: JP Morgan To Buy Bear Stearns For $2/Share," March 16, 2008.

Bloomberg News - BN, "*FED OFFICIALS SAY TIMING OF FED ACTION DRIVEN BY BEAR STEARNS," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN GUARANTEES BUSINESS OF BEAR STEARNS UNTIL DEAL CLOSE," March 16, 2008.

Bloomberg News - BN, "*`WE'RE COMFORTABLE' WITH BEAR STEARNS MARKS, WINTERS SAYS," March 16, 2008.

Bloomberg News - BN, "*WINTERS SAYS BEAR STEARNS WAS `WELL-RUN, TIGHT OPERATION'," March 16, 2008.

Bloomberg News - BLG, "24/7 Wall St.: Bear Stearns (BSC) Wiped Out, JP Morgan (JPM)," March 16, 2008.

Bloomberg News - BLG, "Telegraph Bus: JP Morgan Chase bags Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "DealBreaker: JP Morgan Agees To Buy Bear Stearns In Stock," March 16, 2008.

Bloomberg News - BN, "White Funds' Gluskie Says Credit Woes `Dire' After Bear Stearns," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN CONCLUDES CONFERENCE CALL ON BEAR STEARNS :JPM US," March 16, 2008.

Bloomberg News - BLG, "Redstate: Yer DONE on 136 Million Shares BSC at 2 Flat!," March 16, 2008.

Bloomberg News - BN, "BNP's Furusaka Says Bear Stearns `Lucky' to Get JPMorgan Help," March 16, 2008.

Bloomberg News - BLG, "Trader Mike: March 14 Recap & Bear Stearns Sold for $2," March 16, 2008.

Bloomberg News - BLG, "Greenedia: Bear Stearns Closes in on Deal To Sell Itself to J.P.," March 16, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Australia, Japan Company Bond Risk Surges on Bear Stearns Sale," March 16, 2008.

Bloomberg News - NS1, "HousingWire: Subprime Victim: JPMorgan to Acquire Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns to be acquired by JP Morgan for: $2," March 16, 2008.

Bloomberg News - BLG, "Telegraph Bus: Wall Street asks who will follow Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Telegraph Bus: JP Morgan Chase bags bargain Bear Stearns," March 16, 2008.

Bloomberg News - BN, "Bear Stearns Buyout the First of Many, Deutsche's Murphy Says," March 16, 2008.

Bloomberg News - CKO, "CITIC Securities may not raise the stake in Bear Stearns," March 16, 2008.

Bloomberg News - BUS, "Bear Stearns First Quarter Earnings Announcement Scheduled for," March 16, 2008.

Bloomberg News - NS1, "SF Chronicle: Market Likely Uneasy Over Bear Stearns," March 16, 2008.

Bloomberg News - BN, "Japanese Stocks Fall After Fed Cuts Rate, Bear Stearns Sale," March 16, 2008.

Bloomberg News - BN, "*BEAR STEARNS CANCELS MARCH 17 EARNINGS ANNOUNCEMENT :BSC US," March 16, 2008.

Bloomberg News - BLG, "Huffington Post: JPMorgan Buys Ailing Bear Stearns At Bargain," March 16, 2008.

Bloomberg News - BLG, "Deal Journal: You Aren't Misreading. Bear Stearns Is Worth $2 a," March 16, 2008.

Bloomberg News - BN, "*S. KOREA WON'T BE MUCH AFFECTED FROM BEAR STEARNS, SHIN SAYS," March 16, 2008.

Bloomberg News - BLG, "Wall St Folly: JP Morgan's Press Release on Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "memeorandum: JPMorgan Acts to Buy Ailing Bear Stearns at Huge," March 16, 2008.

Bloomberg News - BUS, "JPMorgan Chase To Acquire Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Huffington Post: BEAR STEARNS FORCED TO SELL FOR $2 PER SHARE," March 16, 2008.

Bloomberg News - BN, "South Korea Says It Won't Be Hurt By Bear Stearns Bailout," March 16, 2008.

Bloomberg News - BLG, "Emirates Economist: Bear Stearns: from $70 to $2 in a week," March 16, 2008.

121

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BLG, "Emergent Chaos: Bear Stearns," March 16, 2008.

Bloomberg News - BN, "Treasuries Rise; Sale of Bear Stearns Spurs Demand (Correct)," March 16, 2008.

Bloomberg News - EJR, "__*EGAN-JONES on BSC: A deal they couldn't refuse - BSC needed .," March 16, 2008.

Bloomberg News - BN, "Atkins Doubts `Domino Effect' After Bear Stearns Trouble: Video," March 16, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Bear Stearns: $270M. What an Ending.," March 16, 2008.

Bloomberg News - BN, "*JPMORGAN RATINGS AFFIRMED BY MOODY'S AFTER BEAR STEARNS BUY," March 16, 2008.

Bloomberg News - MSN, "MSNBC: Asian stocks plunge after Bear Stearns news," March 16, 2008.

Bloomberg News - BN, "China Central Bank Declines Comment on Fed Move, Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Stock Mrkt Beat: BSC: JPMorgan Steals My Thunder Over Bear," March 16, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Quote du Jour on Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Deal Journal: Bear Stearns: Can Its Investment Bankers Find a," March 16, 2008.

Bloomberg News - BN, "PNC's Stone Says Bear Stearns Sale Is `Positive' for Markets," March 16, 2008.

Bloomberg News - NS1, "Channel 3000: JPMorgan To Acquire Rival Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "VC Circle: Credit Crunch Fallout: JPMorgan Buys Bear Stearns At," March 16, 2008.

Bloomberg News - BN, "Citic Securities Shares Fall as JPMorgan to Buy Bear Stearns," March 16, 2008.

Bloomberg News - BLG, "Unanimocracy: Gold, The Fed, Bear Stearns, Bailouts," March 16, 2008.

Bloomberg News - JRI, "Bear Stearns:R&I Downgrade to A-,Monitor /Dir.Uncertain," March 16, 2008.

Bloomberg News - BN, "Wan of Pride Says Bear Stearns Couldn't Happen in China: Video," March 16, 2008.

Bloomberg News - NS6, "Taiwan News: Wall Street expected to be uneasy over Bear Stearns," March 16, 2008.

Bloomberg News - NS6, "Taiwan News: JPMorgan says it is would buy ailing Bear Stearns," March 16, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS6, "Taiwan News: Bear Stearns close to deal to be bought by JPMorgan," March 16, 2008.

Bloomberg News - NS1, "SF Chronicle: JPMorgan Buys Bear Stearns for a Song," March 16, 2008.

Bloomberg News - BN, "Japan Stocks Fall to 2-Year Low on Bear Stearns Sale (Correct)," March 16, 2008.

Bloomberg News - BLG, "10Q Detective: Bear Stearns Abandons Ship!," March 16, 2008.

Bloomberg News - BLG, "Techmeme: J.P. Morgan Rescues Bear Stearns (Wall Street Journal)," March 16, 2008.

Bloomberg News - BN, "Troy Angus Says Bear Stearns Bailout to Boost Interbank Lending," March 16, 2008.

Bloomberg News - BLG, "Golden Age: BSC @2; Dollar down big against yen; gold up 25," March 16, 2008.

Bloomberg News - BLG, "Howard Lindzon: Bear Stearns…A Silver Lining?," March 16, 2008.

Bloomberg News - NS1, "FINalternatives: JPMorgan, Bear Stearns Reach Deal, Hedge Funds," March 16, 2008.

Bloomberg News - BN, "Bear Stearns's Schwartz Fought Collapse as Cayne Played Bridge," March 17, 2008.

Bloomberg News - NS1, "Seattle P-I: Asian stocks tumble on Bear Stearns news," March 17, 2008.

Bloomberg News - BMP, "Moody's places Bear Stearns' Baa1 rating on review for upgrade," March 17, 2008.

Bloomberg News - BN, "BNP Paribas's Sanft Says Citic, Bear Stearns Venture `Unlikely'," March 17, 2008.

Bloomberg News - BN, "*MOODY'S PLACES BEAR STEARNS' Baa1 RTG ON REVIEW FOR UPGRADE," March 17, 2008.

Bloomberg News - BLG, "Econospeak: Fire Sale at Bear Stearns. Who's Next?," March 17, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns to be bought by JP Morgan for $2/share in stoc," March 17, 2008.

Bloomberg News - FOR, "Forbes: Paulson Defends Bear Stearns' Rescue," March 17, 2008.

Bloomberg News - BN, "Asian Stocks Decline After Bear Stearns Buyout, Fed Rate Cut," March 17, 2008.

Bloomberg News - BN, "JPMorgan Chase to Buy Bear Stearns for $240 Million (Update3)," March 17, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns Q1 earnings announcement scheduled for March 1," March 17, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BL, "BNA, Banking Daily, Fed Approves Loan Facility for Bear Stearns," March 17, 2008.

Bloomberg News - BL, "BNA, Banking Report, Fed Approves Loan Facility for Bear Stearns," March 17, 2008.

Bloomberg News - BN, "Schwarz, Bove, Ellman, Egan Discuss Bear Stearns Bailout: Audio," March 17, 2008.

Bloomberg News - SAP, "SAPA PR--P1:JPMORGAN CHASE TO ACQUIRE BEAR STEARNS," March 17, 2008.

Bloomberg News - SAP, "SAPA PR--P2:JPMORGAN CHASE TO ACQUIRE BEAR STEARNS," March 17, 2008.

Bloomberg News - BN, "JPMorgan Buys Bear Stearns for $240 Million in Fed-Backed Deal," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Ratings May Be Raised by Moody's on JPMorgan Deal," March 17, 2008.

Bloomberg News - BN, "Cavanagh of JPMorgan Says Bear Stearns a Strategic Fit: Audio," March 17, 2008.

Bloomberg News - NS1, "Houston Chron: Fed OKs JPMorgan-Bear Stearns deal, cuts loan," March 17, 2008.

Bloomberg News - NYT, "Fears That Bear Stearns Downfall May Spread," March 17, 2008.

Bloomberg News - JRI, "Bear Stearns CLN: R&I downgrade to A- Remain on Monitor," March 17, 2008.

Bloomberg News - JRI, "Bear Stearns CLN: R&I downgrade to A- Placed on Monitor," March 17, 2008.

Bloomberg News - BLG, "Conglomerate: Bear Stearns' Decision to Sell," March 17, 2008.

Bloomberg News - BN, "*CITIC TO CANCEL BEAR STEARNS INVESTMENT, CITIC GROUP SAYS," March 17, 2008.

Bloomberg News - BN, "Sanft of BNP Says Citic, Bear Stearns Venture `Unlikely': Video," March 17, 2008.

Bloomberg News - BN, "*CITIC WON'T SET UP JOINT VENTURE WITH BEAR STEARNS, KONG SAYS," March 17, 2008.

Bloomberg News - NS1, "Portfolio: J.P. Morgan Buys Bear Stearns," March 17, 2008.

Bloomberg News - BN, "*CITIC'S KONG DECLINES COMMENT ON OTHER DEALS :BSC US," March 17, 2008.

Bloomberg News - BN, "China's Citic Securities to Cancel Investment in Bear Stearns," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - JCR, "Placed Bear Stearns' #AA- under Monitor Developing," March 17, 2008.

Bloomberg News - BN, "Korea Has $100 Million Linked to Bear Stearns, MoneyToday Says," March 17, 2008.

Bloomberg News - NS1, "Houston Chron: Asian markets tumble after Bear Stearns crumbles," March 17, 2008.

Bloomberg News - APW, "Asian Stocks Tumble On Bear Stearns News," March 17, 2008.

Bloomberg News - BN, "*WYNN RESORTS RAISED TO `OUTPERFORM' AT BEAR STEARNS :WYNN US," March 17, 2008.

Bloomberg News - GCP, "Gimme Credit Comments on Bear Stearns' News," March 17, 2008.

Bloomberg News - BN, "*NEWCASTLE CUT TO `PEER PERFORM' AT BEAR STEARNS :NCT US," March 17, 2008.

Bloomberg News - FTI, "Bear Stearns races to clinch deal," March 17, 2008.

Bloomberg News - FTI, "Ben White: All eyes on troubled Bear Stearns," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: JPMorgan says it will buy Bear Stearns for $2 a," March 17, 2008.

Bloomberg News - CKO, "Citic Securities unsure about Bear Stearns deal," March 17, 2008.

Bloomberg News - NS1, "Seattle P-I: Looming bankruptcy forces Bear Stearns to sell to," March 17, 2008.

Bloomberg News - BN, "Treasuries Rise; Sale of Bear Stearns Prompts Demand for Safety," March 17, 2008.

Bloomberg News - BLG, "Wealth Bulletin: JPMorgan acquires Bear Stearns for $240m," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: JP Morgan Plunders Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Sold for an Embarrassing $270m," March 17, 2008.

Bloomberg News - BLG, "Nattering Naybob: Fed Cuts Discount Rate & $2 Bear Stearns Fire," March 17, 2008.

Bloomberg News - BN, "J O Hambro's McGlashan Sees `Zero Equity' Left in Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "News Observr Bus: Rival devours Bear Stearns," March 17, 2008.

Bloomberg News - BN, "*HENKEL PRICE EST. CUT TO EU25.1 FROM EU32 AT BEAR STEARNS," March 17, 2008.

125

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - MSN, "MSNBC: Asia stocks plunge on Bear Stearns news," March 17, 2008.

Bloomberg News - BN, "NAB's Bush Says Fed Role in Bear Stearns Rescue Shows Urgency," March 17, 2008.

Bloomberg News - BN, "Japan Stocks Fall to Two-Year Low on Bear Stearns Sale, Fed Cut," March 17, 2008.

Bloomberg News - UBS, "UBS: Global Economic Comment "Bear Stearns and the Federal Rese," March 17, 2008.

Bloomberg News - BN, "European Bonds Rise After Bear Stearns Sale Fuels Risk Aversion," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS TUMBLES AS MUCH AS 90% IN FRANKFURT :BSC US," March 17, 2008.

Bloomberg News - BN, "Morgan Asset's Hellwig Says Bear Stearns Sale is Encouraging," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: HBOS down 8.2% as Bear Stearns sold for $2 a share," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Barclays, RBS down around 7% after Bear Stearns," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: UBS down 10.7% after Bear Stearns sold for $2 a," March 17, 2008.

Bloomberg News - BN, "*CHINA IS MONITORING BEAR STEARNS' BAILOUT, ZHOU XIAOCHUAN SAYS," March 17, 2008.

Bloomberg News - BLG, "Hedgeweek News: JPMorgan Chase to acquire Bear Stearns as Fed," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Did JP Morgan Overpay For Bear Stearns?," March 17, 2008.

Bloomberg News - BN, "Asian Bank Shares Decline After Bear Stearns Bailout (Update3)," March 17, 2008.

Bloomberg News - BN, "European Banks Decline After JPMorgan Chase Buys Bear Stearns," March 17, 2008.

Bloomberg News - BN, "U.A.E. Shares Fall After Bear Stearns Buyout, Fed Rate Cut," March 17, 2008.

Bloomberg News - CBS, "CBS News: Bear Stearns News Sends Markets Tumbling," March 17, 2008.

Bloomberg News - BN, "Mitsubishi UFJ, Babcock Drop on Bear Stearns Bailout (Update5)," March 17, 2008.

Bloomberg News - BN, "*JIM ROGERS SPEAKING IN BLOOMBERG TV INTERVIEW :BSC US," March 17, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - BN, "*JIM ROGERS SAYS `BEST PLACE TO BE IS REAL ASSETS' :BSC US," March 17, 2008.

Bloomberg News - BN, "*JIM ROGERS SAYS HE'S `NOT SELLING ANY' REAL ASSETS :BSC US," March 17, 2008.

Bloomberg News - BN, "Citic Securities to Cancel Investment in Bear Stearns (Update3)," March 17, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Slump; Bear Stearns, JPMorgan Retreat," March 17, 2008.

Bloomberg News - BN, "JPMorgan Agrees to Buy Bear Stearns, U.S. Futures Drop: Audio," March 17, 2008.

Bloomberg News - BLG, "Telegraph Bus: UK won't escape Bear Stearns fallout," March 17, 2008.

Bloomberg News - BN, "European 2-Year Notes Soar After Fed Action, Bear Stearns Sale," March 17, 2008.

Bloomberg News - BN, "*JIMMY ROGERS HAS BEEN SELLING DOLLARS :JPM US, BSC US," March 17, 2008.

Bloomberg News - FOR, "Forbes: Bear Stearns's Advice To Microsoft," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: PUT Buyers Celebrate Bear Stearns' Demise," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: 'Remain Calm! All Is Well!'," March 17, 2008.

Bloomberg News - BLG, "Deal Journal: Bad Timing for New Bear Stearns Hire," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: JPMorgan says it will buy ailing Bear Stearns for," March 17, 2008.

Bloomberg News - BLG, "Crossing Wall St: Bear Stearns Goes for $2," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRICE EST. CUT TO $2 VS $79 AT GOLDMAN :BSC US," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Goes for $2 a Share," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Cramer on Bear Stearns, March 11: Stick Around," March 17, 2008.

Bloomberg News - BN, "Jim Rogers Says Fed Support of Bear Stearns `Outrageous': Video," March 17, 2008.

Bloomberg News - APW, "Stocks Pull Back On Bear Stearns Deal," March 17, 2008.

Bloomberg News - BN, "Company Bond Risk Soars to Record on Fed Cut, Bear Stearns Sale," March 17, 2008.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg News - NS3, "Western Mail: Bear Stearns bank bail-out rocks the stock," March 17, 2008.

Bloomberg News - NS3, "M2 Presswire: Speak with other shareholders about: (NYSE: BSC),," March 17, 2008.

Bloomberg News - NS6, "India Press Trst: JP Morgan agrees to buy Bear Stearns for USD 2," March 17, 2008.

Bloomberg News - RE3, "InvestmentAdvise: Bear Stearns flags up launch of new ETF.," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Government bonds rally on Fed move, Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Redstate: Bizarre Interpretations of the Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: The Shotgun Wedding Between Bear Stearns and JP," March 17, 2008.

Bloomberg News - BN, "*GURRIA SAYS BEAR STEARNS RESCUE NOT JUST `ABOUT BEAR STEARNS'," March 17, 2008.

Bloomberg News - BLG, "S Alley Insider: $2 Bear Stearns Sale Reveals True Worth of All," March 17, 2008.

Bloomberg News - BN, "*HELLENIC TELECOM RAISED TO `PEER PERFORM' AT BEAR STEARNS," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Fund Sold Indian Shares Before Bailout, Takeover," March 17, 2008.

Bloomberg News - BLG, "DealBreaker: Live-Blogging The JP Morgan Chase Bear Stearns," March 17, 2008.

Bloomberg News - BN, "Rothschild's Lardies Says Market Expects `Another Bear Stearns'," March 17, 2008.

Bloomberg News - BN, "U.S. Day Ahead: Fed Cuts Discount Rate, Bear Stearns Losses," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: The Last Big Story?," March 17, 2008.

Bloomberg News - BLG, "S Alley Insider: Bear Stearns Debacle: Shareholders Got What," March 17, 2008.

Bloomberg News - RNS, "Bear Stearns Priv Eq BPLE Notice to Shareholders," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS PRIVATE EQUITY SAYS ASSETS HELD IN SAFE CUSTODY," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS PE SAYS IT IS NOT LEVERAGED :BPLE LN," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS PE SAYS ASSETS HELD WITH HSBC :BPLE LN," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS PE SAYS JPMC GUARANTEES CLIENT ACCOUNTS WITH HSBC," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Citic Securities up on earnings, Bear Stearns," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS PLUNGES 87% TO $4 AT 7:18 A.M. IN NEW YORK," March 17, 2008.

Bloomberg News - NS1, "Houston Chron: Rival buys foundering Bear Stearns for just $2 a," March 17, 2008.

Bloomberg News - BN, "*JPMORGAN CHASE OUTLOOK STABLE BY S&P :BSC US, JPM US," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS COUNTERPARTY CREDIT OFF WATCH NEGATIVE BY S&P," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS COUNTERPARTY RATINGS ON WATCH DEVELOPING BY S&P," March 17, 2008.

Bloomberg News - BN, "*S&P VIEWS ACQUISITION OF BEAR STEARNS BY JPMORGAN AS 'POSITIVE'," March 17, 2008.

Bloomberg News - BN, "Company Bond Risk Soars on Emergency Fed Cut, Bear Stearns Sale," March 17, 2008.

Bloomberg News - BLG, "Bonddad Blog: On the Bear Stearns Situation," March 17, 2008.

Bloomberg News - BN, "European Banks Decline as JPMorgan Buys Bear Stearns (Update1)," March 17, 2008.

Bloomberg News - BN, "JPMorgan Agrees to Buy Bear Stearns for $240 Million (Update2)," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Private Equity Unit Says Assets in `Safe Custody'," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Given Away, Not Sold," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: JPMorgan Stole My Thunder by Buying Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Dealscape: JP Morgan, Bear Stearns conference call recap," March 17, 2008.

Bloomberg News - BLG, "S Alley Insider: Bear Stearns Debacle: Shareholders Getting What," March 17, 2008.

Bloomberg News - ISD, "InsiderScore.com Research - : Bear Stearns' Big Losers," March 17, 2008.

129

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS1, "WMUR: JPMorgan To Buy Bear Stearns For $2 A Share," March 17, 2008.

Bloomberg News - APW, "Stocks Gyrate After Bear Stearns Deal," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Citic's overseas push intact despite Bear Stearns'," March 17, 2008.

Bloomberg News - MSN, "MSNBC: Global stocks plunge after Bear Stearns news," March 17, 2008.

Bloomberg News - NS1, "Baltimore Sun: Rival to buy out Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns: A timeline," March 17, 2008.

Bloomberg News - BLG, "Ideoblog: The fiduciary duties of Bear Stearns directors," March 17, 2008.

Bloomberg News - BRF, "NY Times story discusses Fed's involvement in BSC deal and liqui," March 17, 2008.

Bloomberg News - BN, "*JPMORGAN BUY OF BEAR STEARNS IS `TREMENDOUS BARGAIN':BERNSTEIN," March 17, 2008.

Bloomberg News - BLG, "Dealscape: J.P. Morgan-Bear Stearns advisers," March 17, 2008.

Bloomberg News - BN, "*BRAZIL RETAIL DATA RAISES LIKELIHOOD OF RATE RISE:BEAR STEARNS," March 17, 2008.

Bloomberg News - BLG, "Alea: Bear Stearns: Pre Market," March 17, 2008.

Bloomberg News - BT, "Bear Stearns M&A/Other Teleconference BSC US," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: J.P. Morgan to buy Bear Stearns; global shares," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Fresh pain for Europe's banks on Bear Stearns news," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Lehman slammed by downgrade, Bear Stearns fallout," March 17, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns - The Tip of an Iceberg? (263300)," March 17, 2008.

Bloomberg News - FII, "Fitch Affirms JPMC; Upgrds Bear Stearns & Places on RWP," March 17, 2008.

Bloomberg News - BN, "*FITCH AFFIRMS JPMC; UPGRDS BEAR STEARNS & PLACES ON RWP," March 17, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*JPMORGAN CHASE AFFIRMED BY FITCH :JPM US, BSC US," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS RAISED BY FITCH; L-T IDR TO A- FROM BBB :JPM US," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS IDR ON RATING WATCH POSITIVE BY FITCH :JPM US," March 17, 2008.

Bloomberg News - BRF, "++ JPM: JP Morgan Chase confirms it will acquire Bear Stearns," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS REMOVED FROM WATCH NEGATIVE BY FITCH :JPM US," March 17, 2008.

Bloomberg News - BLG, "BloggingBuyouts: The fleecing of Bear Stearns... by Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "memeorandum: Sold! - So JP Morgan has agreed to buy Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "memeorandum: JP Morgan Pays $2 a Share for Bear Stearns (Andrew," March 17, 2008.

Bloomberg News - BN, "*FITCH TO RAISE BEAR STEARNS TO JPMORGAN LEVEL ON DEAL CLOSE," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS SUPPORT RATING RAISED TO 1 FROM 3 BY FITCH," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS INDIVIDUAL RATING CUT TO F FROM C/D BY FITCH," March 17, 2008.

Bloomberg News - BN, "*FITCH TO RE-RATE BSC INDIVIDUAL RATING ONCE CLARITY'S ACHIEVED," March 17, 2008.

Bloomberg News - CBS, "CBS News: Bear Stearns' Collapse Rattles Markets," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: James Boyce: No Bailout For Bear Stearns. Or," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Firesale: Notes and Predictions," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: Beginning of a True Bottom?," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Is the Bear Stearns "Rescue" a Credit Event?," March 17, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - NS1, "MarketWatch: J. P. Morgan, Bear Stearns, big banks will dominate," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: S&P: Bear Stearns 'BBB/A-3' ratings placed on watch," March 17, 2008.

Bloomberg News - CMN, "MHP US: S&P: Bear Stearns Cos. 'BBB/A 3' Ratings Placed On W," March 17, 2008.

Bloomberg News - BN, "Lehman Declines After Rival Bear Stearns Sold for 93% Discount," March 17, 2008.

Bloomberg News - BN, "U.S. Stock-Index Futures Slump; Bear Stearns, Lehman Retreat," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS'S `DEMISE' MAY BE `FIRST OF MANY,' MERRILL SAYS," March 17, 2008.

Bloomberg News - BN, "*MERRILL LYNCH'S RICHARD BERNSTEIN COMMENTS ON BEAR STEARNS," March 17, 2008.

Bloomberg News - BN, "*FORBES SAYS BEAR STEARNS `DID NOT HAVE TO GO OUT OF BUSINESS'," March 17, 2008.

Bloomberg News - BN, "Wynn Resorts Raised to `Outperform' at Bear Stearns :WYNN US," March 17, 2008.

Bloomberg News - NS1, "Huliq: Hedge Funds Demolish Bear Stearns - JP Morgan feasts," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 2.00-4.00, Last: 30.85," March 17, 2008.

Bloomberg News - BN, "Newcastle Cut to `Peerperform' at Bear Stearns :NCT US," March 17, 2008.

Bloomberg News - BN, "Bear Stearns May Have Relied Too Much on Repo Market, WSJ Says," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Standard & Poor's eyes some Bear Stearns ratings," March 17, 2008.

Bloomberg News - BN, "Lehman Falls After Bear Stearns Sold for 93% Discount (Update1)," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: JPMorgan Stock to Benefit from Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns, JPMorgan Deal Fallout Should Be," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: I-Banks Comment On the Bear Stearns Fallout;," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns Shareholders: Turkeys Voting for," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS1, "NY Observer: One Year Ago: A Roaring Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: Bear Stearns Sale a Real Pain for Employees," March 17, 2008.

Bloomberg News - BL, "Vigilant Insurance Co. v. The Bear Stearns Cos., Inc.," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: U.S. stock futures slump on Bear Stearns, Fed," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Shares fall back to 2005 levels on Bear Stearns,," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSC (NYSE): 2.50-4.00, Last: 30.85," March 17, 2008.

Bloomberg News - APW, "After Bear Stearns Rescue, Who's Next?," March 17, 2008.

Bloomberg News - NS3, "Econ Roundtable: More thoughts on the Fed & JPM's BSC," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpE (NYSE): 27.00-30.00, Last: 32.10," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpG (NYSE): 26.00-29.00, Last: 30.00," March 17, 2008.

Bloomberg News - BN, "Stovall of Wood Asset Management Says Bear Stearns `A Tragedy'," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpX (NYSE): 16.00-18.00, Last: 18.00," March 17, 2008.

Bloomberg News - BLG, "BloggingBuyouts: The fleecing of Bear Stearns . . . by Bear," March 17, 2008.

Bloomberg News - BN, "Emerging-Market Bonds Tumble on Bear Stearns, Fed Emergency Cut," March 17, 2008.

Bloomberg News - BLG, "Schaeffer's Blog: J.P. Morgan Chase (JPM) Buys Bear Stearns (BSC)," March 17, 2008.

Bloomberg News - BLG, "24/7 Wall St.: Sovereign Funds Run And Hide (C)(JPM)(BSC)(MER)(," March 17, 2008.

Bloomberg News - BN, "*TRADING RANGE: BSCpX (NYSE): 15.00-18.00, Last: 18.00," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Joins Drexel, LTCM on List of Wall Street Wrecks," March 17, 2008.

Bloomberg News - PRN, "Seven Summits Research Releases Comments on BSC, FDX, GM, GIS," March 17, 2008.

Bloomberg News - BN, "Persian Gulf Shares Fall on Bear Stearns Buyout, Fed Rate Cut," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BLG, "Seeking Alpha: Bear Stearns: The Fed Did What It's Supposed To," March 17, 2008.

Bloomberg News - BN, "*OPENING DELAY: BSCpE (NYSE)-ORDER IMBALANCE," March 17, 2008.

Bloomberg News - BN, "*PRICE INDICATION: BSCpE (NYSE): 30.00-33.00, Last: 32.10," March 17, 2008.

Bloomberg News - BN, "U.S. Stocks Tumble on Bear Stearns Sale; Lehman, Goldman Plunge," March 17, 2008.

Bloomberg News - BLG, "ETF Trends: Broker-Dealer ETF Hits Low In Bear Stearns' Wake," March 17, 2008.

Bloomberg News - NS1, "Huliq: JPMorgan Chase To Acquire Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: Bear Stearns Asia Staff Angry, Worried," March 17, 2008.

Bloomberg News - BN, "*OPENING DELAY: BSCpF (NYSE)-ORDER IMBALANCE," March 17, 2008.

Bloomberg News - BN, "*PRICE INDICATION: BSCpF (NYSE): 32.00-35.00, Last: 33.00," March 17, 2008.

Bloomberg News - BLG, "Dealscape: Bear Stearns deal heightens Lehman jitters," March 17, 2008.

Bloomberg News - BLG, "Dealscape: Market reactions to Bear Stearns, J.P. Morgan deal," March 17, 2008.

Bloomberg News - BN, "*TRADING RESUMED: BSCpF (NYSE)," March 17, 2008.

Bloomberg News - BLG, "Hedge Funds Blog: The $240 Million Acquisition Of Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "FP Trading Desk: Bear Stearns, Lehman Brothers – Vialoux," March 17, 2008.

Bloomberg News - BN, "*TRADING RESUMED: BSCpE (NYSE)," March 17, 2008.

Bloomberg News - NS1, "Hispanic Bus Mag: JPMorgan Chase To Buy Bear Stearns for $2 Per," March 17, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns: Apocalypse Now," March 17, 2008.

Bloomberg News - BN, "Company Bond Risk Rises on Emergency Fed Cut, Bear Stearns Sale," March 17, 2008.

Bloomberg News - BN, "Bear Stearns's Collapse May Herald Domino Effect: Times Link," March 17, 2008.

Bloomberg News - BLG, "Lawrence Kudlow: JP Morgan Chase + Bear Stearns," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - NS1, "MarketWatch: Bear Stearns and Northern Rock: Battle of the," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns down 87% at $3.89 in opening trade," March 17, 2008.

Bloomberg News - NS1, "HousingWire: On Heels of Bear Stearns' Swan Song, Fed Moves for," March 17, 2008.

Bloomberg News - MSN, "MSNBC: Stocks tumble after Bear Stearns buyout," March 17, 2008.

Bloomberg News - BLG, "Telegraph Bus: Bear Stearns debacle to hit UK mortgages," March 17, 2008.

Bloomberg News - BLG, "Wealth Bulletin: Comment: JP Morgan gains Bear Stearns wealth," March 17, 2008.

Bloomberg News - WSW, "WSJ [Reg]: What Bear Stearns Has in Common with Juggling," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: How Internal Errors Felled Bear Stearns," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: Stock markets tumble as Bear Stearns buyout spooks," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Buy-Out `Positive in the Long Run,' Harding Says," March 17, 2008.

Bloomberg News - BLG, "BloggingStocks: Bear Stearns: Victim or perpetrator? Probably," March 17, 2008.

Bloomberg News - BN, "More Banks May Follow `Demise' of Bear Stearns, Bernstein Says," March 17, 2008.

Bloomberg News - BLG, "Bernanke Panky: Bear Stearns: the banking twister heading your," March 17, 2008.

Bloomberg News - BN, "Bear Stearns's Bonds Soar as JPMorgan Agrees to Buy Firm, Debt," March 17, 2008.

Bloomberg News - BLG, "Greenspan's Mess: Jim Rogers on the Bear Stearns bailout," March 17, 2008.

Bloomberg News - NS1, "Briefing.com: Stock Market Update: Market Lower on Bear Stearns," March 17, 2008.

Bloomberg News - BN, "Ahluwalia Calls Bear Stearns's Collapse, Sale a 'Shock': Video," March 17, 2008.

Bloomberg News - MSN, "MSNBC: Bear Stearns buyout weighs on stocks," March 17, 2008.

Bloomberg News - BLG, "Abnormal Returns: Bear Stearns bear market," March 17, 2008.

Bloomberg News - BLG, "The Money Blogs: JP Morgan Grabs Bear Stearns For $2; Long," March 17, 2008.

Bloomberg News - BLG, "DealBreaker: Does Bear Stearns Own 383 Madison?," March 17, 2008.

135

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "Bear Stearns Rescue Will `Pressure' Money Markets, Sels Says," March 17, 2008.

Bloomberg News - BN, "VIX Rises to Five-Year High After Bear Stearns Sale, Fed's Cut," March 17, 2008.

Bloomberg News - BLG, "SEC Investor: The Bailout Breakdown (BSC, JPM)," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Cut to `Hold' at Sandler O'Neill :BSC US," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: J.P. Morgan up 6% in early trading on Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Big Think Blog: Globalization 101: Bear Stearns By the Numbers," March 17, 2008.

Bloomberg News - BLG, "Reasoned Sceptic: On Bear Stearns' Demise & Its Purchase By," March 17, 2008.

Bloomberg News - NS7, "SSLJ: Bear Stearns' Shocking Death," March 17, 2008.

Bloomberg News - NS1, "CNBC: Bear Stearns Bailout "Falls" On Manhattan Real Estate," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: Jamie Dimon Steals Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: Two Ways to Read $2 a Bear-Stearns Share," March 17, 2008.

Bloomberg News - BLG, "John Gapper: The enigma of the Bear Stearns building in," March 17, 2008.

Bloomberg News - BL, "VIGILANT INS. CO. v. BEAR STEARNS COS., INC., 25 (N.Y. 3-13-2008," March 17, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns is trading at nearly $3.75 vs the," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: John Tepper Marlin: After Bear Stearns: Brady," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: Bear Stearns Stockholders Socked," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: Hale "Bonddad" Stewart: On the Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Seeking Alpha: JPMorgan and the Bogus Bear Stearns Deal," March 17, 2008.

Bloomberg News - NS1, "NY Observer: What Bear Stearns Means for New York Renters," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: Stock markets retreat in wake of Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: Bear Stearns Buyout: Don't Panic - Initial Reactions," March 17, 2008.

# APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator says large BSC shareholders," March 17, 2008.

Bloomberg News - BLG, "Paul Kedrosky: Bear Stearns: The Lawyers are Buying Ads," March 17, 2008.

Bloomberg News - NS1, "Huliq: With Bear Stearns Gone, Is Lehman (LEH) Next?," March 17, 2008.

Bloomberg News - BLG, "Political Punch: Some Days You Eat the Bear Stearns, and Some," March 17, 2008.

Bloomberg News - APW, "Stocks Down After Bear Stearns Deal," March 17, 2008.

Bloomberg News - BN, "Canadian Stocks Drop, Led by Banks, on Bear Stearns Fire Sale," March 17, 2008.

Bloomberg News - BUS, "Wilmington Trust Clarifies Bear Stearns Holdings," March 17, 2008.

Bloomberg News - BN, "*WILMINGTON TRUST CLARIFIES BEAR STEARNS HOLDINGS :WL US," March 17, 2008.

Bloomberg News - BN, "*WILMINGTON TRUST SAYS IT HOLDS 27.3M BSC SHRS FOR CLIENTS," March 17, 2008.

Bloomberg News - BN, "*WILMINGTON TRUST HOLDS BSC SHARES IN CAPACITY AS TRUSTEE :WL," March 17, 2008.

Bloomberg News - NWK, "Newsweek: Forbes: The Fed and Bear Stearns," March 17, 2008.

Bloomberg News - BRF, "WL: Wilmington Trust clarifies Bear Stearns Holdings," March 17, 2008.

Bloomberg News - BN, "Schumer Hopes Bear Stearns Is `Wake-Up Call' for President Bush," March 17, 2008.

Bloomberg News - BLG, "Bing Blog: A Note to the Employees of Bear Stearns (BSC)," March 17, 2008.

Bloomberg News - NS1, "SF Chronicle: Treasurys Rally After Bear Stearns Deal," March 17, 2008.

Bloomberg News - NS1, "SF Chronicle: After Bear Stearns Rescue, Who's Next?," March 17, 2008.

Bloomberg News - BLG, "Huffington Post: Cramer Called Bear Stearns "Fine" Just A Week," March 17, 2008.

Bloomberg News - NS1, "Seattle P-I: Stocks gyrate after Bear Stearns deal," March 17, 2008.

Bloomberg News - BLG, "Buzztracker.com: A Bear Stearns Market," March 17, 2008.

Bloomberg News - NS1, "Briefing.com: Taking Stock: Bear Stearns Sale," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "European Two-Year Notes Soar After Fed's Cut, Bear Stearns Sale," March 17, 2008.

Bloomberg News - BN, "JPMorgan Surges After Capturing Bear Stearns for $240 Million," March 17, 2008.

Bloomberg News - BLG, "Stalwart: Sharks Swim Around BSC," March 17, 2008.

Bloomberg News - APW, "Gold Rises On Bear Stearns Buyout," March 17, 2008.

Bloomberg News - BLG, "Wall St Folly: Bear Stearns is being taken out for roughly 2," March 17, 2008.

Bloomberg News - HNW, "Bear Stearns buyout weighs on BUX, blue-chip indices throughout," March 17, 2008.

Bloomberg News - NS1, "SF Chronicle: Stocks Down After Bear Stearns Deal," March 17, 2008.

Bloomberg News - BLG, "M'gage Meltdown: Bear Stearns Collapses," March 17, 2008.

Bloomberg News - DAL, "DealAnalytics.com - What is Bear Stearns Worth?," March 17, 2008.

Bloomberg News - BLG, "Dealscape: Bear Stearns Bump: How markets are treating other," March 17, 2008.

Bloomberg News - NS1, "Hispanic Bus Mag: Ratings Agencies Boost Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Greenedia: Bear Stearns Closes in on Deal To Sell Itself to J.P.," March 17, 2008.

Bloomberg News - CNP, "TSX tumbles as Bear Stearns buyout raises worries about overall US," March 17, 2008.

Bloomberg News - BN, "*LEHMAN IS NOT BEAR STEARNS, REITERATED `BUY' AT DEUTSCHE BANK," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Wall Street employee owners shudder as Bear Stearns," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Options traders see ripples from Bear Stearns," March 17, 2008.

Bloomberg News - BN, "European Banks Slump as JPMorgan Buys Bear Stearns (Update3)," March 17, 2008.

Bloomberg News - BLG, "Curbed: Bear Stearns Fallout: What About the Building?," March 17, 2008.

Bloomberg News - BN, "U.S. Stocks Tumble on Bear Stearns Sale; Europe, Asia Plunge," March 17, 2008.

Bloomberg News - BLG, "Daily Dish: Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "ETF Trends: Bear Stearns' Collapse Is Felt Throughout Market and," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BLG, "Huffington Post: Angry Bear Stearns Investors Eye Legal Claims," March 17, 2008.

Bloomberg News - BLG, "Dealscape: Bear Stearns' Cayne abridged weekend," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: Dow Falls on Bear Stearns Sale; Shares of," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: Nasdaq 100 Falls Midday Monday After Bear Stearns," March 17, 2008.

Bloomberg News - BLG, "Alea: Bear Stearns CDS," March 17, 2008.

Bloomberg News - BLG, "Fed Sector: More Thoughts on the Fed & JPM's BSC Liquidation," March 17, 2008.

Bloomberg News - BN, "Bear Stearns's Ahluwalia Calls the Firm's Collapse a `Shock'," March 17, 2008.

Bloomberg News - BLG, "BloggingStocks: Don't bet on a better offer for Bear Stearns," March 17, 2008.

Bloomberg News - BN, "European Stocks Slump on Fed, Bear Stearns; Banks, Siemens Drop," March 17, 2008.

Bloomberg News - APW, "Bear Stearns, Siemens Among Big Movers," March 17, 2008.

Bloomberg News - NS6, "Taiwan News: Bear Stearns staff fear for jobs," March 17, 2008.

Bloomberg News - BLG, "DealBreaker: Is Bear Stearns The New Enron? The Answer Is Yes," March 17, 2008.

Bloomberg News - NS1, "Huliq: Bear Stearns Sold, Fed Cuts Rates, Asian Stocks Sharply," March 17, 2008.

Bloomberg News - NS1, "Huliq: Fed action on Bear Stearns leaves underlying," March 17, 2008.

Bloomberg News - BLG, "Dealscape: Random thoughts on the world after Bear Stearns," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: Stocks tumble on Bear Stearns buyout; TSX hammered," March 17, 2008.

Bloomberg News - APW, "Stocks Mixed After Bear Stearns Deal," March 17, 2008.

Bloomberg News - BN, "JPMorgan May Fire Half of Bear Stearns' Workforce, CNBC Says," March 17, 2008.

Bloomberg News - APW, "Treasurys Rally After Bear Stearns Deal," March 17, 2008.

Bloomberg News - BN, "*CME CONFIRM MEMBERS INCLUDING MF, BEAR STEARNS IN GOOD STANDING," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "Colombian Peso Drops on Fed's Emergency Cut, Bear Stearns Sale," March 17, 2008.

Bloomberg News - BN, "*MARKET PRICING IN HIGHER BIDDER FOR BEAR STEARNS: FOX-PITT," March 17, 2008.

Bloomberg News - BN, "*NYMEX CITES ALL MEMBERS INCLUDING BEAR STEARNS MEET OBLIGATION," March 17, 2008.

Bloomberg News - BLG, "Wall St Folly: A two dollar bill: NYC Bear Stearns employees met," March 17, 2008.

Bloomberg News - BN, "Fossella Comments on Bear Stearns Collapse and Fed's Reaction," March 17, 2008.

Bloomberg News - APW, "Stocks Widely Mixed On Bear Stearns News," March 17, 2008.

Bloomberg News - BN, "JPMorgan Chase to Guarantee Bear Stearns Municipal Rate Swaps," March 17, 2008.

Bloomberg News - NS1, "NY Observer: Bear Stearns' Cayne Takes The Plaza, Then Bridge," March 17, 2008.

Bloomberg News - BLG, "All Digital: JP Morgan Buys Bear Stearns for Pennies on the," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: J.P. Morgan shares surge on discounted Bear Stearns," March 17, 2008.

Bloomberg News - WSW, "WSJ [Reg]: Is $2 a Share a Fair Price for Bear Stearns?," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Nymex: MF Global, Bear Stearns meeting all," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: CME says MF Global, Bear Stearns in good standing," March 17, 2008.

Bloomberg News - NS3, "Econ Roundtable: JPMorgan, Bear Stearns, and Merrill Lynch (," March 17, 2008.

Bloomberg News - BN, "*SENATE'S DODD SAYS `RIGHT ACTIONS' WERE TAKEN ON BEAR STEARNS," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Joins Wall Street Wrecks Drexel, LTCM (Update1)," March 17, 2008.

Bloomberg News - BN, "Bank, Broker Bond Risk Reaches Record High on Bear Stearns Deal," March 17, 2008.

Bloomberg News - BN, "*DODD: HOPES BEAR STEARNS, FED ACTIONS `WEREN'T TOO LATE'," March 17, 2008.

Bloomberg News - NS1, "Insurance Journal: Stunned Bear Stearns Investors Eye Legal," March 17, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg News - BN, "*BEAR STEARNS HOLDER LEWIS QUESTIONS JPM DEAL, CNBC SAYS," March 17, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC commentator says he spoke with Joe Lewis," March 17, 2008.

Bloomberg News - BN, "*DODD SAYS FINDING BUYER FOR BEAR STEARNS `NOT THAT EASY'," March 17, 2008.

Bloomberg News - BN, "Perino Says Fed Didn't Bailout Bear Stearns Investors: Video," March 17, 2008.

Bloomberg News - BRF, "++ BSC: Bear Stearns: WSJ Deal Journal discusses JPM/BSC deal [U," March 17, 2008.

Bloomberg News - BLG, "Dealscape: For Bear Stearns, Ritchie bankruptcy filing is worth," March 17, 2008.

Bloomberg News - NS2, "Canadian Bus: With JPMorgan deal to rescue Bear Stearns, market," March 17, 2008.

Bloomberg News - BLG, "BloggingStocks: Federal Reserve euthanasia: Bear Stearns is put," March 17, 2008.

Bloomberg News - BN, "Joseph Lewis Calls JPMorgan Offer for Bear Stearns `Derisory'," March 17, 2008.

Bloomberg News - CNN, "CNN: Bear Stearns to pay $45 million settlement," March 17, 2008.

Bloomberg News - BN, "*SCHUMER SAYS HE SPOKE TO BERNANKE AND DIMON ABOUT BEAR STEARNS," March 17, 2008.

Bloomberg News - BRF, "BSC: Bear Stearns: CNBC reports first class action suit filed ag," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Bear Stearns sale bodes more ill for NYC economy," March 17, 2008.

Bloomberg News - BN, "*PAULSON SAYS BEAR STEARNS SHAREHOLDERS DIDNT GET GOOD DEAL," March 17, 2008.

Bloomberg News - BN, "Deutsche Bank's Ackermann Says Bear Stearns Rescue Was `Good'," March 17, 2008.

Bloomberg News - BN, "*PAULSON SAYS BEAR STEARNS HAD A `LIQUIDITY CRISIS'," March 17, 2008.

Bloomberg News - BN, "*PAULSON SAYS `IMPORTANT' BEAR STEARNS RESOLVED LAST NIGHT," March 17, 2008.

Bloomberg News - NS6, "Mint: Bear Stearns keeps a bear grip on Sensex," March 17, 2008.

141

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BN, "*BEAR STEARNS, TOP EXECUTIVES SUED BY INVESTORS FOR FRAUD," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS INVESTORS CLAIM THE BANK LIED ABOUT ITS FINANCES," March 17, 2008.

Bloomberg News - BN, "*BEAR STEARNS INVESTOR LAWSUIT IS A PROPSED CLASS ACTION," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Nymex, CME say MF Global, Bear Stearns meeting," March 17, 2008.

Bloomberg News - NS1, "Smart Money: Bear Stearns' Demise Felt by Many Fund Holders," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Sued by Investors Claiming It Lied About Finances," March 17, 2008.

Bloomberg News - BN, "Gasoline Futures Drop on Slower Economy, Bear Stearns Purchase," March 17, 2008.

Bloomberg News - BN, "*LEHMAN HAS MORE LIQUIDITY THAN BEAR STEARNS, MAYO SAYS," March 17, 2008.

Bloomberg News - NS1, "eWEEK: Bear Stearns` Collapse Means Trouble for IT," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Paulson:Bear Stearns had liquidity crisis, need," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Paulson: Key Bear Stearns resolved before Asia," March 17, 2008.

Bloomberg News - NS3, "Econ Roundtable: Bear Stearns Building Today (263598)," March 17, 2008.

Bloomberg News - NS1, "WMUR: Bear Stearns Shares Tank Over Deal," March 17, 2008.

Bloomberg News - BN, "Paulson Says Bear Stearns Doesn't Raise `Moral Hazard' Question," March 17, 2008.

Bloomberg News - BN, "Bear Stearns Must Pay $45 Million in 2002 Settlement: CNN Link," March 17, 2008.

Bloomberg News - BN, "Lehman Remains a `Buy,' Healthier Than Bear Stearns, Mayo Says," March 17, 2008.

Bloomberg News - BN, "U.S. Stocks Decline on Bear Stearns Sale; Europe, Asia Plunge," March 17, 2008.

Bloomberg News - FOT, "Fortune: How the Bear Stearns deal got done," March 17, 2008.

Bloomberg News - NS1, "SF Chronicle: Gold Rises on Bear Stearns Buyout," March 17, 2008.

142

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg News - BLG, "Truemores: JPMorgan Buys Bear Stearns For $2 Per Share," March 17, 2008.

Bloomberg News - NS5, "France 24 (FR): BOURSE - CRISE: L'affaire Bear Stearns fait," March 17, 2008.

Bloomberg News - BN, "Dodd of U.S. Says Fed Made `Right Call' on Bear Stearns: Audio," March 17, 2008.

Bloomberg News - NS5, "Breaking News.ie: Shares tumble in wake of Bear Stearns sale," March 17, 2008.

Bloomberg News - NS7, "SSLJ: Bear Stearns' Shocking Demise," March 17, 2008.

Bloomberg News - NS1, "MarketWatch: Paulson: Bear Stearns outcome better than," March 17, 2008.

Bloomberg News - FOR, "Forbes: Video: Bear Stearns: Employees On Edge," March 17, 2008.

Bloomberg News - BN, "Reid Says Bear Stearns `Bailout' Is Unfair to U.S. Taxpayers," March 17, 2008.

Bloomberg News - BN, "*DORAL FINL ADDRESSES CONCERNS RELATED TO SALE OF BEAR STEARNS," March 17, 2008.

Bloomberg News - BN, "*DORAL SAYS NO EFFECT ON OPS :DRL US, BSC US," March 17, 2008.

Bloomberg News - BN, "*DORAL SAYS BEAR STEARNS SALE DOESN'T AFFECT ITS OPERATIONS," March 17, 2008.

Bloomberg News - BN, "Paulson Says Bear Stearns Isn't `Moral Hazard' Issue: Video," March 17, 2008.

Bloomberg News - BLG, "24/7 Wall St.: The 52-Week Low Club (BSC)(LEH)(C)(MER)," March 17, 2008.

Bloomberg L.P., "JPMorgan in Negotiations to Raise Bear Stearns BId.," March 24, 2008.

Bloomberg L.P., "JPMorgan May Raise Bear Stearns Bid to Woo Investors, NYT Says," March 24, 2008.

Bloomberg L.P., "Stocks Rise On Revised Bear Stearns Deal," March 24, 2008.

Bloomberg News, "Bank of America to Acquire Merrill as Crisis Deepens (Update4)," September 15, 2008.

The New York Times, "How the Thundering Herd Faltered and Fell," November, 9, 2008.

**Analyst Reports (By Date):**

Thomson StreetEvents, "Preliminary Transcript: BSC-Bear Stearns Comments on BSAM Structured Credit Strategies Funds," June 22, 2007.

Punk, Ziegel & Co., "PZC - BSC: Funding; Maintain Sell rating," August 16, 2007.

## APPENDIX B
## DOCUMENTS CONSIDERED

Thomson StreetEvents, "BSC – Q3 2007 Bear Stearns Earnings Conference Call," September 20, 2007.

Punk, Ziegel & Co., "PZC - BSC: Clearing the Decks; Hopefully; Maintain Sell rating," December 20, 2007.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc Alert: More Broad Based Problems," December 20, 2007.

Credit Suisse, "BSC: First Impressions," December 20, 2007.

Fox-Pitt, Kelton, Inc., "BSC: Quick Take – Kitchen Sink?," December 20, 2007.

Wachovia, "BSC: A Year to Forget But Franchise Has Long Term Value," December 20, 2007.

CIBC World Markets Corp., "BSC: 4Q07 Results Fall Short of Street, On Expected Challenging Mortgage Environment," December 20, 2007.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc: Lowering estimates and price target," December 20, 2007.

Thomson StreetEvents, "PRELIMINARY TRANSCRIPT BSC - Q4 2007 Bear Stearns Earnings Conference Call," December 20, 2007.

Thomson StreetEvents, "PRELIMINARY TRANSCRIPT BSC - Q4 2007 Bear Stearns Earnings Conference Call," December 20, 2007.

Thomson StreetEvents, "FINAL TRANSCRIPT BSC - Q4 2007 Bear Stearns Earnings Conference Call," December 20, 2007.

Buckingham Research Group, Inc., "Buck:BSC-SB-Significant Comp Leverage in '08 Helps Protect Downside," December 21, 2007.

Fitch Ratings, "Fitch: Bear Stearns' Outlook Remains Negative on FY'07 Earnings," December 21, 2007.

UBS, "Managing Through Tough Times," December 21, 2007.

Pricetarget Research, Inc., "Bear Stearns Companies Inc (Overall Rating)," December 29, 2007.

Valuengine, Inc., "ValuEngine Detailed Valuation Report for BSC," January 3, 2008.

Punk Ziegel & Company, "Failed Business Model? Lowering Price Target to $67 from $94," January 8, 2008.

Rapid Ratings, "Bear Stearns Companies Inc (Equity Risk Analysis)," January 8, 2008.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc Alert: Media Reports State New CEO," January 8, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Buckingham Research Group, Inc., "Buck:BSC-SB-New CEO - It's Official," January 9, 2008.

Credit Suisse, "BSC: Establishing 2009E," January 11, 2008.

Wells Fargo Securities, LLC, "Bear Stearns Companies Inc (Equity Research)," January 17, 2008.

Wells Fargo Securities, LLC, "BSC: Takeaways From Management Meeting," January 17, 2008.

Fitch Ratings, "Fitch Affirms Bear Stearns 2006-PWR14," January 18, 2008.

Pricetarget Research, Inc., "Bear Stearns Companies Inc (Overall Rating)," January 19, 2008.

New Constructs LLC, "Bear Stearns Cos. (BSC) Dangerous Risk/Reward Rating," February 2, 2008.

Rapid Ratings, "Bear Stearns Companies Inc. (Equity Risk Analysis)," February 4, 2008.

Valuengine, Inc., "ValuEngine Detailed Valuation Report for BSC," February 6, 2008.

Punk, Ziegel & Co., "Bear Stearns (NYSE: BSC), Update Report – Price $80.79, Need for Capital," February 8, 2008.

Credit Suisse, "BSC: Credit Suisse Fin'l Services Forum Highlights," February 8, 2008.

Fox-Pitt, Kelton, Inc., "1Q08 Preview: Cutting 27%, As Credit Mkts Worsen F," February 15, 2008.

Pricetarget Research, Inc., "Bear Stearns Companies Inc (Overall Rating)," February 16, 2008.

Fitch Ratings, "Fitch Report: Exposure of U.S. Banks & Broker/Dealers to Financial Guarantors," February 25, 2008.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc: Lowering Estimates and Target," February 28, 2008.

Lehman Brothers, "Weekly Credit Call Highlights," March 5, 2008.

Pricetarget Research, Inc., "Bear Stearns Companies Inc. (Overall Rating)," March 8, 2008.

Punk Ziegel & Company, "New Business Model Must Be Developed," March 11, 2008.

Rapid Ratings, "Bear Stearns: New Business Model Must Be Developed," March 11, 2008.

Buckingham Research Group, Inc., "Buck:BSC-SB-Liquidity Concerns Overdone; But Lowering 1Q08 on Mortgage Woes," March 11, 2008.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc: Lowering Estimates and Target," March 11, 2008.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Lehman Brothers, "Weekly Credit Call Highlights," March 12, 2008.

Lehman Brothers, "Fine Tuning Estimates Ahead of 1Q08," March 13, 2008.

Lehman Brothers, "BSC Mgmt Steps Up Confidence Campaign," March 14, 2008.

Oppenheimer And Co, "Downgrading BSC Shares to Underperform from Perform," March 14, 2008.

Fitch Ratings, "Fitch Downgrades Bear Stearns to 'BBB'; Places Ratings on Watch Negative," March 14, 2008.

Credit Suisse Securities (USA) LLC, "Bear Stearns (BSC), Downgrade Rating," March 14, 2008.

Thomson StreetEvents, "FINAL TRANSCRIPT BSC - Bear Stearns Conference Call to address speculation in the marketplace," March 14, 2008.

Thomson StreetEvents, "PRELIMINARY TRANSCRIPT BSC - Bear Stearns Conference Call to address speculation in the marketplace," March 14, 2008.

Morgan Stanley, "Quick Comment: JPM Taking No Risk as Conduit to Fed Discount Window for Bear," March 14, 2008.

Global Market Direct, "Compania Logistica de Hidrocarburos CLH, S.A. Company Profile," March 14, 2008.

Credit Suisse, "First Thoughts on JPM/BSC," March 16, 2008.

Thomson StreetEvents, "JPM - JPMorgan Chase to Acquire Bear Stearns - Conference Call," March 16, 2008.

UBS Investment Bank, "BSC Agrees to be Taken Under by JPM," March 17, 2008.

Lehman Brothers, "The Good and the Bad of the BSC Deal," March 17, 2008.

Punk Ziegel & Company, "Deals Done in Times of Panic Raise More Questions Than Answers," March 17, 2008.

Fox-Pitt, Kelton, Inc., "J.P. Morgan Chase, Annc'd BSC Deal Highlights Capital is King & JPM Has It," March 17, 2008.

Deutsche Bank, "Buying Bear Stearns; Industry Update," March 17, 2008.

Morgan Stanley, "Dimon Negotiated Well," March 17, 2008.

Morgan Stanley, "Bear Acquisition: Why $2?," March 17, 2008.

Fox-Pitt, Kelton, Inc., "BSC: Could Bear Get Another, Higher Bidder?," March 17, 2008.

## APPENDIX B
## DOCUMENTS CONSIDERED

Wells Fargo Securities, LLC, "BSC: Liquidity Deal Puts Future In Question; Suspending Rating," March 17, 2008.

HSBC Global Research, "Bear Stearns-Caught in the spiral," March 17, 2008.

Oppenheimer And Co, "JPM Buys BSC for $2 a Share," March 17, 2008.

Buckingham Research Group, Inc., "Security Brokers, Evaluating Liquidity at the Rest of the Brokers in a "Run on the Bank" Scenario," March 17, 2008.

HSBC Global Research, "Bear Stearns Companies J.P. Morgan Chase-Bailout of Bear Stearns: Stunning loss of value will heighten investor angst toward sector," March 17, 2008.

Credit Suisse, "BSC: Acquired by JPMorgan Chase, Aligning Price Target," March 17, 2008.

Buckingham Research Group, Inc., "Buck:BSC-NEUT-Lowering Rating Following Sale to JPM," March 17, 2008.

Deutsche Bank Securities Inc., "Bear Stearns Companies Inc Alert: Discontinuing coverage," March 17, 2008.

Fitch Ratings, "Fitch Affirms JPMorgan Chase; Upgrades Bear Stearns and Places on Rating Watch Positive," March 17, 2008.

Fitch Ratings, "Repo Markets, Shadow Banking Potential Liquidity Risks," March 19, 2012.


**Other:**

"Eugene F. Fama – Facts," Nobelprize.org. Nobel Media AB 2014. Available at http://www.nobelprize.org/nobel_prizes/economic-sciences/laureates/2013/fama-facts.html.

Alternative Investment Management Association Limited (AIMA) database.

Bloomberg L.P.

Capital IQ.

Center for Research in Security Prices (CRSP).

Duff & Phelps, 2014 Valuation Handbook, Industry Cost of Capital.

Economic Research, Federal Reserve Bank of St. Louis: https://research.stlouisfed.org/.

http://www.sec.gov/about/forms/forms-3.pdf.

Investext, Thomson Research.

## APPENDIX B
## DOCUMENTS CONSIDERED

Journal of Finance, 2005 – 2010.

Journal of Financial Economics, 2005 – 2010.

Kenneth R. French's data library.

Morningstar, Cost of Capital 2013 Yearbook, 2013.

N.Y. C.P.L.R. § 5001.

National Bureau of Economic Research: http://research.stlouisfed.org/fred2/help-faq/#graph_recessions.

NBBO (National Best Bid and Offer).

NYSEData.com Factbook.

Office of Thrift Supervision, US Department of the Treasury, "OCC and OTS Mortgage Metrics Report," December 2008.

OptionMetrics.

Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 202 Stat. 737 (1995).

Review of Financial Studies, 2005 – 2010.

Securities and Exchange Commission, "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," Release No. 33-8878; File No. S7-10-07, December 2007.

TAQ NYSE Data.

Teleconference transcript of the Bear Stearns Business Update Call, March 14, 2008.

The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States," January 2011, page 301.

The Harvard Law School Forum on Corporate Governance and Financial regulation, "Do Courts Count Cammer Factors," August 23, 2012.

The New York Stock Market Listing Standards.

Thomson One.

Thomson Reuters.

148

**APPENDIX B**
**DOCUMENTS CONSIDERED**

U.S. Securities and Exchange Commission, Office of Inspector General, Office of Audit, "SEC's Oversight of
Bear Stearns and Related Entities: The Consolidated Supervised Entity Program," September 25, 2008,
Report No. 446-A.

# EXHIBIT 1



**BEAR STEARNS**

Fixed Income Investor Day February 1, 2007

# Global Risk Management Overview

Michael J. Alix
*Chief Risk Officer*

CONFIDENTIAL

BEAR 01234015

**BEAR STEARNS**

## Outline

- ❏ Chief Risk Officer Organization

- ❏ Market Risk Management

- ❏ Credit Risk Management

]

CONFIDENTIAL

BEAR 01234016



# Chief Risk Officer

❏ Responsibility for Market, Credit and Operational Risk

❏ Reports to the Executive Committee

❏ Meets with Audit Committee of the Board regularly

2

BEAR 01234017

BEAR
STEARNS

## Global Risk Management Mission

❏ Enhance Shareholder Value

❏ Ensure Firm Operates within Risk Appetite

❏ No Surprises

How?

❏ Policies to Promote Quality and Consistency

❏ Quantify Risks with Appropriate Models

❏ Monitor and Communicate "Texture" of Risks

3

CONFIDENTIAL

BEAR 01234018



# Functional Organization Chart

**BEAR STEARNS**

4

BEAR 01234019

CONFIDENTIAL



# Market Risk Management

**BEAR STEARNS**

BEAR 01234020

CONFIDENTIAL

**BEAR STEARNS**

# Market Risk Responsibilities

## Risk Assessment
- Price Verification
- Profit & Loss Explanation
- Risk Highlights

## Risk Measurement
- DV01/Greeks/Market Values
- Scenario Analysis
- Risk Analytics/VAR

## Monitoring
- Activity vs. Limits
- Risk Reporting

6


BEAR
STEARNS

# Overview of Market Risk Management Process

❑ Firm's Risk Taking Philosophy & Culture

❑ Independent Risk Management Department

❑ Trading Limits

❑ Risk Management Systems

❑ Recognizing Risks

❑ Interaction with other Departments

7

CONFIDENTIAL

BEAR 01234022



# Firm's Risk Taking Philosophy & Culture

- Focus on market making/customer flow business

    - Aged inventory closely monitored

- Desks/Traders are subject to limits that are specific to their products/risks

    - Traders/Trading Managers justify their trading positions even within their limits

- Risks should be understood

    - No surprises

8

CONFIDENTIAL

BEAR 01234023

# BEAR STEARNS

## Cumulative Daily Net Revenue



FY01 - FY06

CONFIDENTIAL

BEAR 01234024



# Distribution of Daily Net Trading Revenues
### ($ in millions)



10

CONFIDENTIAL

BEAR 01234025



BEAR
STEARNS

## Components of VaR

| | Fiscal 2006 | | | Fiscal 2005 | | |
|---|---|---|---|---|---|---|
| | High | Low | Average | High | Low | Average |
| MARKET RISK | | | | | | |
| Interest Rate | 41.3 | 20.3 | 30.8 | 30.6 | 11.9 | 22.1 |
| Currency | 3.2 | 0.0 | 0.8 | 3.4 | 0.0 | 1.2 |
| Equity | 11.3 | 1.3 | 4.3 | 5.3 | 0.7 | 2.9 |
| Commodity | 3.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 |
| **Aggregate VaR** | **44.4** | **19.0** | **28.6** | **31.4** | **11.9** | **20.5** |

11

BEAR 01234026



# Independent Risk Management Department

❑ Risk Managers are product focused with relevant expertise

❑ Focus on position marks, P&L attribution, aged inventory, market dynamics

❑ Firmwide VaR and stress-testing follows the product alignment

❑ Considerable interaction with traders on transactions and strategies

❑ Provide objective information to Senior Management

❑ Help set limits, highlight large/unusual risks, and evaluate hedging strategies

12

CONFIDENTIAL



# Trading Limits

- ❑ Stress Loss limits and VaR limits approved by Executive Committee
  - ❑ Firm-wide and division level limits

- ❑ Whitebook/business unit level limits approved by Risk Management and Senior Management
  - ❑ VaR limits approved for all trading desks
  - ❑ Other limits are based on appropriate risk metric (i.e. MV, DV01, Greeks)
  - ❑ Most areas of Fixed Income have two levels of limits: trader level and manager level
  - ❑ Individual issuer limits and country limits are established for credit exposures

- ❑ Risk Managers and Business Unit Controllers monitor approved trading limits

13

CONFIDENTIAL



## Risk Management Interaction with Other Departments

❑ Trading Areas and Trading Management (including weekly meeting with co-heads of Fixed Income)

❑ Business Unit Controllers

❑ FAST (Financial Analytics and Structured Transactions)

❑ Operations

❑ Compliance

❑ Legal

14

CONFIDENTIAL

BEAR 01234029

BEAR 01234030



# Global Credit Department

BEAR
STEARNS

CONFIDENTIAL


**BEAR STEARNS**

# Global Credit Responsibilities

Credit Assessment
- ❑ Review, Due Diligence, Risk Rating
- ❑ Applied to Counterparties and Countries

Credit Risk Measurement
- ❑ Transaction Analysis
- ❑ Current, Expected and Potential Exposure
- ❑ Credit Valuation Adjustments (Expected Loss Methodology)

Monitoring
- ❑ Activity vs. Limits
- ❑ Exposure Reporting

16

CONFIDENTIAL

BEAR 01234031

**BEAR STEARNS**

## Credit Policy

**Transactions which expose the firm to counterparty credit risk require a credit limit or transaction approval**

❑ Securities Financing Transactions
  - Repos/Reverse Repos
  - Securities Lending/Borrowing
  - Margin Loans (under certain circumstances)

❑ OTC Derivatives and Foreign Exchange

❑ Forward Settling Transactions

❑ Placements and Short Term Investments

17

CONFIDENTIAL

BEAR 01234032



## Credit Review Process

❑ Periodic client reviews including internal risk rating

❑ Limits set at family, client and facility/product levels

❑ Separate limit for tenor > 1 year

❑ Operate under delegated credit authorities with exposures over specified thresholds reviewed by the Global Credit Committee or Credit Policy Committee

❑ Portfolio reviews

18

CONFIDENTIAL

**BEAR
STEARNS**

## Credit Assessment

Due Diligence
  ❏ New Clients
  ❏ Existing Clients

Factors in Credit Decisions
  ❏ Size
  ❏ Tenor
  ❏ Credit Risk Mitigants
  ❏ Financial analysis of counterparty
  ❏ Peer comparison
  ❏ Relationship history

19

CONFIDENTIAL

BEAR 01234034



**BEAR STEARNS**

## Credit Risk Profile

- ❑ Over 12,000 clients with credit limits

- ❑ Most exposures are short-term, marked to market and/or collateralized

- ❑ Over-the-counter derivatives create the longest term credit exposures

- ❑ Exposure is concentrated with financial institutions, including commercial banks and asset managers

20

CONFIDENTIAL

# BEAR STEARNS

## Industry Profile
### As of November 30, 2006



Net Exposure

Number of Clients with Limits

| □ Banks | ⊠ Leveraged Funds | ⊠ Non-Financial Business | ⊠ Government |
| ⊠ Insurance | ■ Broker/Dealers | ⊠ Tax-Exempt | ▨ Other Finl Inst |
| ■ Non-Levered funds/As Agent | ⊠ Individual | | |

21

BEAR 01234036

**BEAR STEARNS**

# Net Exposure by Region
*As of November 30, 2006*

73% - North America

23% - Europe

2% - Asia/Pacific

2% - Other



22

CONFIDENTIAL

BEAR 01234037



# Risk Analytics Responsibilities

Bridging Market and Credit Risk

*Works Closely with Product Risk Managers and Credit Officers*

Trading Risk Measurement
- ❑ Scenario Analysis/Stress Testing
- ❑ RIO/VAR

Credit Risk Measurement
- ❑ Transaction Analysis
- ❑ Current, Expected and Potential Exposure
- ❑ Credit Valuation Adjustments (Expected Loss Methodology)
- ❑ Stress Testing

23

CONFIDENTIAL

**BEAR
STEARNS**

Certain statements contained in this discussion are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are subject to risks and uncertainties, which could cause actual results to differ materially from those forward-looking statements. Numerous factors may affect our business, including but not limited to interest rates, market conditions, transactions included in our backlog failing to close, general economic conditions in the US or other geographic regions that may suffer economic downturns. For a fuller discussion of these risks see "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Risk Management" in the Company's Annual Report to Stockholders, which has been filed with the Securities and Exchange Commission.

The information in this document is provided by Bear Stearns for informational purposes only, and should be considered current only as of the date of its initial publication, without regard to the date on which you may actually review the information.

24

CONFIDENTIAL

BEAR 01234039

**BEAR STEARNS**

Fixed Income Investor Day February 1, 2007

# Global Risk Management Overview

Michael J. Alix
*Chief Risk Officer*

CONFIDENTIAL

BEAR 01234040

# EXHIBIT 2



BEAR
STEARNS

## The Bear Stearns Companies

**Samuel L. Molinaro Jr.**
Executive Vice President &
Chief Financial Officer
May 14, 2007

UBS Financial Services Conference

1

CONFIDENTIAL

BEAR 01165949

**BEAR STEARNS**

## Building from a Strong Base

- Record results for five consecutive years
- Pursuing organic growth opportunities across the firm
    - Derivatives
    - Equities / Prime Brokerage
    - Energy
- Diversifying revenue streams
    - International growth
    - Wealth Management
    - Acquisition finance
- Hiring and retaining high quality talent across the franchise
    - Culture
    - Opportunity
    - Growth

2

CONFIDENTIAL

BEAR 01165950



CONFIDENTIAL

BEAR 01165951



Investor Day (MAR)

2003 MB Revenues = $181,

2006 MB (annualized) = $103

CONFIDENTIAL



CONFIDENTIAL

BEAR 01165953



CONFIDENTIAL



**BEAR STEARNS**

## First Quarter Results Continue the Trend

| | 1Q07 | 1Q06 | %Δ |
|---|---|---|---|
| Net Revenues (mm) | $2,482 | $2,185 | 14% |
| Net Income (mm) | $554 | $514 | 8% |
| Diluted EPS | $3.82 | $3.54 | 8% |
| Pre-Tax Margin | 33.7% | 34.4% | n.m. |
| Stockholder's Equity | $13.3 | $11.2 | 19% |
| Book Value | $90.57 | $75.46 | 20% |
| Headcount | 14,409 | 12,061 | 19% |

Net Revenues and Net Income

7

**In 2002 Net Income and Diluted EPS were records**

7

BEAR 01165955

**BEAR STEARNS**

## Poised for Significant Future Growth

- Focused strategy of developing of organic growth opportunities
  - International
    - Net revenues growing at 27% CAGR since 2002
  - Global Equities
    - Merger of cash, derivative and prime brokerage franchises creates dynamic opportunity
  - Asset Management
    - Focus on alternative investments promotes steady growth and increased profitability
  - Energy
    - Development of significant capabilities in U.S. power and natural gas market
  - Fixed Income
    - Benefiting from global secular growth in credit products and new technologies
- Franchise growth achieved without compromising risk culture
  - Low revenue volatility
  - Annuity-like attributes of sales and trading franchises

8

CONFIDENTIAL

BEAR 01165956

**BEAR STEARNS**

## Aggressively Growing Internationally

Expanding the firm through adding products, people and geographies

- Products: Net revenues and pre-tax income grow as the product line expands
  - Over the past two years net revenues have nearly doubled to $1.2 billion and pre-tax income has tripled outside the U.S.
  - Product line encompasses full range of capabilities found in the U.S.
- People: senior management appointments and key hires
  - Appointed CEO for Europe
  - New Management Committee for Asia
  - Headcount approximately 1,700 at quarter-end, up 26% from last year
    - London headcount up 50% in the past two years
    - Asia headcount doubled over same time period
- Geographic expansion
  - Opened Paris office in April
  - Frankfurt office opening scheduled for late 2007

9

| *Headcount* | 2002 | 2003 | 2004 | 2005 | 2006 | 1Q07 |
|---|---|---|---|---|---|---|
| Asia | 182 | 190 | 210 | 250 | 341 | 368 |
| Europe | 879 | 869 | 959 | 1,056 | 1,239 | 1,321 |
| NonUS Total | 1,061 | 1,059 | 1,169 | 1,306 | 1,580 | 1,689 |

2002-2006 Headcount growth = 49%

CONFIDENTIAL

BEAR 01165957



CONFIDENTIAL



**BEAR STEARNS**

## International Fixed Income Revenues Continue to Grow

- Expanded non-US$ distribution capabilities
  - Expanding geographic scope and increasing client base
- Credit and Interest Rate derivatives
  - Growth in structured credit products
- Foreign Exchange / Futures
  - Key new hires
- High Yield and Distressed
  - New head of European leveraged finance
- MBS / CMBS
  - New senior MBS management team
  - Co-heads of CMBS business

**Int'l Fixed Income Net Revenues[1]**

CAGR (2002-06) = 44%

| 2002 | 2003 | 2004 | 2005 | 2006 | 1Q07* |
|------|------|------|------|------|-------|
| 100  | 229  | 260  | 379  | 432  | 596   |

(1) International fixed income net revenues by location, 2002 indexed to 100.       * Annualized   11

CONFIDENTIAL

BEAR 01165959



**BEAR STEARNS**

## International Equities Revenues Continue to Grow

- Breadth and depth of distribution continues to improve
- Employs similar sales and research model as in the U.S.
- Consistent market share gains have driven sustained growth
- Appointed new heads of European Prime Brokerage and European Equity Finance

Int'l Equity Net Revenues[1]

CAGR (2002-06) = 31%

| 2002 | 2003 | 2004 | 2005 | 2006 | 1Q07* |
|------|------|------|------|------|-------|
| 100  | 176  | 191  | 280  | 436  | 628   |

\* Annualized

(1) International equity net revenues by location, 2002 indexed to 100.

12

CONFIDENTIAL

BEAR 01165960



**BEAR STEARNS**

## Institutional Investor Ranking 2007
## European Equity Research

**Institutional Investor**

*All-Europe Research Team 2007*

| Rank | | Firm | Total Research |
| 2007 | 2006 | | Team Positions |
|------|------|------|------|
| 1 | 1 | UBS | 27 |
| 2 | 2 | Citigroup | 28 |
| 3 | 3 | Merrill Lynch | 24 |
| 4 | 4 | JP Morgan | 23 |
| 5 | 5 | Deutsche Bank | 22 |
| 6 | 6 | Lehman Brothers | 19 |
| 7 | 7 | Morgan Stanley | 18 |
| 8 | 10 | ABN Amro Rosenberg | 11 |
| 9 | 8 | Dresdner Kleinwort Wasserstein | 9 |
| 10 | 9 | Goldman Sachs International | 8 |
| **11** | **12** | **Bear Stearns International** | **5** |

13

CONFIDENTIAL

BEAR 01165961



**BEAR STEARNS**

## AERT HEDGE FUND Survey 2007
## European Equity Research

| Rank | | Firm | Total Research |
|---|---|---|---|
| 2007 | 2006 | | Team Positions |
| 1 | 5 | Morgan Stanley | 18 |
| 2 | 3 | Deutsche Bank | 16 |
| 3 | 4 | Merrill Lynch | 14 |
| 4 | 1 | UBS | 16 |
| 5 | 6 | Credit Suisse | 15 |
| 6 | 8 | Citigroup | 12 |
| 7 | 7 | JP Morgan Securities | 12 |
| 8 | 10 | Lehman Brothers | 5 |
| **9** | **11** | **Bear Stearns International** | **4** |
| 10 | 2 | Goldman Sachs | 8 |
| 11 | 13 | Dresdner Kleinwort | 3 |
| 12 | 14 | ABN Amro Securities | 3 |
| 13 | 12 | Exane BNP | 1 |

14

CONFIDENTIAL

BEAR 01165962



CONFIDENTIAL

BEAR 01165963



CONFIDENTIAL

**BEAR STEARNS**

## International Focus

- People, people, people
  - Equity and Fixed Income Sales and Trading
  - Mortgage platforms in London and France
- Prime Brokerage
  - New Co-head of Prime Brokerage experienced in building international businesses
  - Building state-of-the-art technology platform
  - Expanding sales force through experienced hires
- New European headquarters being built in Canary Wharf
  - Due to be completed in 2009 with up to 300,000 Sq. Ft.

17

CONFIDENTIAL

BEAR 01165965



CONFIDENTIAL

BEAR 01165966



CONFIDENTIAL

BEAR 01165967

**BEAR STEARNS**

## Global Equities – Strategic Priorities

- Equity franchise built around highly regarded research product and superior service
- Increase resource commitment to prime brokerage clients
  - Hedge funds continue to become dominant investor class
- Increase geographic diversification through growth of international franchise
  - International equity net revenues increased 56% in 2006
- Equity derivatives revenues achieved record levels on global platform
- Market-leading risk arbitrage franchise performing at record levels on increased M&A activity

20

CONFIDENTIAL

BEAR 01165968



**BEAR STEARNS**

## Our Equity Research Ranks Among the Industry's Best

*Institutional Investor* All-America Research Team Rankings

| Rank | Firm | Weighted Total Positions | First Team |
|------|------|--------------------------|------------|
| 2 | Bear Stearns | 84 | 12 |

*Institutional Investor, October 2006*

21

CONFIDENTIAL

BEAR 01165969



CONFIDENTIAL

BEAR 01165970



CONFIDENTIAL

**BEAR STEARNS**

# Bear Stearns Investment in the Prime Brokerage Franchise

- Merger of GCS with Institutional Equities and Structured Equity Products facilitates allocation of resources across division

- Senior relationship management teams to focus on most important clients
    - Prioritize service and response time based on client's "fee pool"
    - Allocate deal-flow, research ideas and other $\alpha$ generating products based on firm-wide P&L

- Created integrated equity finance group
    - CALM, securities lending, synthetic prime brokerage
    - Securities lending upgraded increasing focus on high potential clients and more price discrimination

- Focusing on European and Asian expansion
    - Synthetic prime brokerage and DV1 capabilities in Asia
    - New co-heads of European prime brokerage

24

CONFIDENTIAL

BEAR 01165972



CONFIDENTIAL

BEAR 01165973



CONFIDENTIAL

BEAR 01165974



CONFIDENTIAL

BEAR 01165975



CONFIDENTIAL

BEAR 01165976

**BEAR STEARNS**

## Asset Management – 2007 Key Initiatives

- Expand product offering internationally
  - Migdal – Israel Asset Management
  - Crane Capital – Global Private Equity
  - Expansion of European presence and new Saudi JV planned
- Improve marketing and distribution channels
  - New heads of global sales and hedge fund sales
  - Expansion of Hedge Select hedge fund platform
  - Improved penetration into the Bear private client channel
- Alternative platform continues to grow
  - 12 existing hedge fund strategies – all growing
  - 6 of these strategies are top decile performers over the past two years
  - 4 new strategies being launched including Muni Arb, European Long/Short, Equity Focus and Quantitative Multi-strategy
  - Innovative structured private equity products like our new BSPEL offering are being launched regularly now

29

CONFIDENTIAL

BEAR 01165977



Updates Quarterly:

# ■Assets Under Management - $13.1 Billion

- ■As of 12/31/99 ($mils.)
- ■Total Assets $13.1 Billion[1] (pie title)
- ■Total Equity Assets $3.8 Billion (pie title)
- ■Pie and labels
- ■Footnote

Data Source:  Asset sheet R. Lieberman/S.Lawrence

CONFIDENTIAL

**BEAR STEARNS**

## Bear Energy Provides an Opportunity

**Using a unique set of skills to develop a leading merchant power and natural gas franchise**

- Bear Energy formed in June of last year
- Fragmented industry
- Merchant assets are migrating to financial sponsors
- Developing market that lacks transparency
- Initial focus on infrastructure and national presence
  - Building out human capital
  - Developed sales, trading and risk platform
  - Established principle investment platform (Arroyo)

31

CONFIDENTIAL

BEAR 01165979

**BEAR STEARNS**

## Bear Energy Business Model

- Physical, non-standard products and services

- Leverage the firm and client relationships

- Gain national presence with physical assets and capabilities

- Commodities
  - Natural Gas
  - Electricity
  - Coal and Emissions
  - Crude and Products

- Customer Segments
  - Oil and Gas Producers
  - Midstream Asset Owners
  - Independent Power Producers
  - Load Serving Entities
  - Industrials
  - Municipalities
  - Hedge Funds & Financial Sponsors



32

CONFIDENTIAL

BEAR 01165980



**BEAR STEARNS**

## Fixed Income Franchise Continue to Grow

**Sixth consecutive year of record net revenues reflecting contributions from all sectors**

- Industry leading mortgage franchise positioned for future success
  - ⋯ Increasing product diversity
  - ⋯ Extending vertical integration through Alt-A and sub-prime origination platforms
- Credit franchise continues to achieve record results
  - ⋯ The credit trading, leveraged finance and distressed businesses are all at or near record levels
- Interest Rate
  - Integration of cash and derivatives
  - Global franchise

**Fixed Income Segment Net Revenues[1]**

CAGR (2002-06) ≈ 22%

| Year | Value (billions) |
|------|------|
| 2002 | $1.9 |
| 2003 | $2.9 |
| 2004 | $3.1 |
| 2005 | $3.3 |
| 2006 | $4.2 |
| 1Q07* | $4.6 |

* Annualized

33

CONFIDENTIAL

BEAR 01165981



CONFIDENTIAL

BEAR 01165982

**BEAR STEARNS**

## The Credit Franchise Continues to Expand

**The credit business continues to produce record revenues and benefits from the secular growth in global credit trading**

- Credit Trading
  - Record revenues in 2006 well surpassed prior year record
  - Global franchise with U.S., Europe and Asia all contributing
- Leveraged Finance
  - Jointly Managed with Investment Banking
  - Sixth consecutive year of record net revenues
  - Lead managed bank and bond deal volumes at record levels
- Distressed Debt
  - Strong research, client relationships and distribution capabilities
  - Record revenues in 2006

35

- Leveraged Finance
  - Sixth consecutive year of record net revenues

- Distressed-
  - Record revenues in 2006.

CONFIDENTIAL

BEAR 01165983



**Slide 11 "Credit Derivatives"**

• Secular Growth similar to the mortgage sector

• Fits our strengths

    • Structuring

    • Distribution

    • Risk Management

• Top 3 ranked Fixed Income Research

• 27% of our revenues are generated outside the US

CONFIDENTIAL

BEAR 01165984



**BEAR STEARNS**

## Leveraged Finance

Continued market share gains and increased activity with financial sponsors

CONFIDENTIAL



BEAR STEARNS

## Market Leading Mortgage Franchise Continues to Grow

- Captive origination increased significantly in 2006
- Servicing over 500,000 loans
- Top ranked underwriter of MBS and ABS
- Top ranked research analysts
- Global CMBS platform
- Market leader in CDO/CLO space

38

CONFIDENTIAL

BEAR 01165986

**BEAR STEARNS**

## Bear Stearns' Approach to Risk

- Our franchise is built on market making/customer flow business
  - Aged inventory closely monitored
  - Desks and individual traders are subject to limits that are specific to their products'risks
  - Traders and trading managers must justify their trading positions even within their limits
- Understand, measure and monitor the risk we assume
  - Culture of risk management, long institutional memory
  - Models, limits and experience
  - Chief Risk Officer reports directly to the Executive Committee
  - May lose first mover advantage, but also first mover mistakes
- No surprises

39

CONFIDENTIAL

BEAR 01165987



CONFIDENTIAL

BEAR 01165988



**BEAR STEARNS**

## Credit Strength Recognized by Rating Agencies

**Long-term Credit Rating / Outlook**

|  | December 2002 | April 2007 |
|---|---|---|
| Moody's | A2 / Stable | A1 / Stable |
| S&P | A / Negative | A+ / Stable |
| Fitch | A+ / Negative | A+ / Stable |
| DBRS | A (Mid) / Stable | A (High) / Positive |

On October 27, 2006, Standard & Poor's raised its long-term counterparty credit rating on Bear Stearns to 'A+' from 'A'.

On April 24, 2007, DBRS raised the trend on all long-term ratings of Bear Stearns to positive from stable

41

CONFIDENTIAL

BEAR 01165989



CONFIDENTIAL

BEAR 01165990



YTD – thru 11/09 GS up 45%, MS 32%, MER 29% BSC 25% and LEH 11%

CONFIDENTIAL

**BEAR
STEARNS**

Certain statements contained in this discussion are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements are subject to risks and uncertainties, which could cause actual results to differ materially from those forward-looking statements. Numerous factors may affect our business, including but not limited to interest rates, market conditions, transactions included in our backlog failing to close, general economic conditions in the US or other geographic regions that may suffer economic downturns.  For a fuller discussion of these risks see "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Risk Management" in the Company's Annual Report to Stockholders, which has been filed with the Securities and Exchange Commission.

The information in this document is provided by Bear Stearns for informational purposes only, and should be considered current only as of the date of its initial publication, without regard to the date on which you may actually review the information.

44

CONFIDENTIAL

44

BEAR 01165992



CONFIDENTIAL