# Exhibit 87

```
                                                      Page 1

UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
IN RE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA
LITIGATION:
This Document Relates To:
Securities Action, 08 Civ. 2793 (RWS)
- - - - - - - - - - - - - - - - - - - - x
BRUCE S. SHERMAN,

          Plaintiff,
                         Index No.
     -against-           09 Civ. 8161 (RWS)

BEAR STEARNS COMPANIES INC., JAMES CAYNE,
WARREN SPECTOR and DELOITTE & TOUCHE LLP,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x

            C O N F I D E N T I A L

          Videotaped oral deposition of
     GEORGE SIMEONE, taken pursuant to
     notice, was held at the law offices of
     BOIES SCHILLER & FLEXNER LLP, 575
     Lexington Avenue, New York, New York,
     commencing December 19, 2014, 9:31 a.m.,
     on the above date, before Leslie Fagin,
     a Court Reporter and Notary Public in
     the State of New York.

                    - - -


              MAGNA LEGAL SERVICES
           1200 Avenue of the Americas
             New York, New York 10026
```



|  | Page 62 |  | Page 64 |
|---|---|---|---|
| 1 | G. Simeone - Confidential | 1 | G. Simeone - Confidential |
| 2 | significant in terms of the total portfolio. | 2 | Q. What regional firms? |
| 3 | I don't recall the level. | 3 | A. Charles Schwab, AG Edwards are |
| 4 | Q. When you say, not overly | 4 | probably the two big ones. I had a lot of |
| 5 | significant, what do you mean? | 5 | responsibility for other smaller clients that |
| 6 | A. There is nothing, as I said, | 6 | would be more retail oriented. |
| 7 | compared to what we saw in other similar | 7 | Q. Just so our record is clear, can |
| 8 | firms that were having similar disclosure, we | 8 | you describe what level 2 is under 157? |
| 9 | were not seeing any trend, we were lower, | 9 | A. Level 2 would be assets that we |
| 10 | higher. It just seemed similar in size, not | 10 | have observable inputs to a standard industry |
| 11 | something unanticipated, given the market | 11 | model, so the view was that you're using some |
| 12 | shift. | 12 | form of cash flow model. It could be as |
| 13 | Q. When you talk about the comparison | 13 | simple as a bond or mortgaged-backed |
| 14 | with other firms, how was that comparison | 14 | securities where you have to project things |
| 15 | done? | 15 | such as prepayment fees and other |
| 16 | A. First of all, we were the auditors | 16 | assumptions, but those assumptions are |
| 17 | of other clients, Merrill Lynch and Bear | 17 | readily available in the market. |
| 18 | Stearns, but the public filings, I read the | 18 | Q. And level 3? |
| 19 | public filings of the other companies every | 19 | A. Level 3, again, is where you start |
| 20 | quarter, looking for what was evolving in | 20 | to have things, more management judgment in |
| 21 | their disclosures, particularly, it was the | 21 | selecting the input to the model because it's |
| 22 | first year of FAS 157, so we were all | 22 | harder to find the depth of independent data |
| 23 | interested in how it was panning out and were | 23 | to use in the model, so there is a range |
| 24 | we consistent because it was definitely a new | 24 | usually, and management has to pick within |
| 25 | standard, so just reading other 10-Ks and | 25 | the range, so it's more subjective. |

|  | Page 63 |  | Page 65 |
|---|---|---|---|
| 1 | G. Simeone - Confidential | 1 | G. Simeone - Confidential |
| 2 | 10-Qs, reading analyst reports and rating | 2 | Q. You talk about a selection of the |
| 3 | agency reports that were also analyzing the | 3 | input for the model. |
| 4 | companies. | 4 | What about the selection of the |
| 5 | Q. Anything else you recall? | 5 | model used for level 3? |
| 6 | A. No. | 6 | A. Most of the models, I would say, |
| 7 | Q. Did you do anything to compare the | 7 | were fairly standard, they were all cash flow |
| 8 | nature of the securities held by those | 8 | modeling with or option models. Often, you |
| 9 | different firms? | 9 | had option models, so you were using fairly |
| 10 | A. It's not possible. We don't have | 10 | standard techniques, whether it is |
| 11 | the underlying information. | 11 | Black-Scholes, binomial model, Monte Carlo |
| 12 | Q. What about for different firms | 12 | simulations, those were the three typical |
| 13 | where Deloitte performed the audits? | 13 | models used, and they were used, I think, |
| 14 | A. Not possible, once again, because | 14 | readily throughout most of the firms, we own |
| 15 | we don't share across clients, we have a | 15 | the software that modeled it the same way, so |
| 16 | confidentiality, teams are not allowed to | 16 | it was more the judgment on the inputs that |
| 17 | share information, other than theoretical | 17 | could be more complicated, things like |
| 18 | discussions. | 18 | volatility that may not be observable because |
| 19 | Q. Were you the concurring audit | 19 | the underlying asset is not as actively |
| 20 | partner on any firms while you were the lead | 20 | traded. |
| 21 | audit partner for Bear Stearns? | 21 | Q. What observable input? Let's start |
| 22 | A. I believe I was concurring view | 22 | with models instead of the inputs. What |
| 23 | partner on other clients, not any of the five | 23 | standard models were used in level 2 for |
| 24 | or six larger dealers, but more regional | 24 | Bear's mortgage-backed securities? |
| 25 | firms. | 25 | A. Basically, cash flow projections |



Page 66

1      G. Simeone - Confidential
2  and discounting cash flows.
3      Q.  Anything else?
4      A.  There was, obviously, options in
5  mortgages, so they may have used a binomial
6  model or Monte Carlo or Black-Scholes models,
7  as I said earlier.
8      Q.  Anything else?
9      A.  Those would be the standard ones.
10 I'm sure there were some smaller class that
11 might have had something different.  I can't
12 speak to all of them, but those were the ones
13 that were for, I would say, the majority of
14 the asset class.
15     Q.  What were the observable inputs
16 that were used for that level 2
17 mortgage-backed securities?
18     A.  It could vary.  I would say the
19 standard thing used in a mortgage-backed
20 valuation would be the current interest rate,
21 prepayment speed assumption, default rate of
22 the underlying mortgages.
23     Q.  Anything else?
24     A.  There are some time decay
25 assumptions.  I forget the term used, but

Page 67

1      G. Simeone - Confidential
2  they are very insignificant.  It's just the
3  time value of money.  It comes out in the
4  present value calculation, but those were the
5  primary assumptions for a mortgage security.
6  I'm taking a standard mortgage security.  So
7  volatility would be an example.  When you're
8  in an option, that's the one difference, is
9  volatility is going to be a different
10 assumption.  You still need risk-free rates
11 and things like that.
12     Q.  Help me with understanding the time
13 decay input?
14     A.  If, over time, the value will
15 accrete on a bond if all the cash flows are
16 there, so if you have a 30-year mortgage and
17 you are planning to get cash flows for 30
18 years, your first issue is, is the mortgage
19 going to be outstanding for 30 years, so you
20 have to make some estimate of a typical
21 30-year mortgage today gets prepaid, maybe in
22 good times, maybe not today, but I think you
23 might find a 30-year mortgage was paid in 17
24 years, on average, or they get refinanced,
25 which is another way they don't have the cash

Page 68

1      G. Simeone - Confidential
2  flows for life, so if you invest and you are
3  wanting to hold that long term, you may not
4  receive all the cash flows, the person has
5  the optionality, so what's the time horizon
6  going to be there, so you have an assumption
7  of how long, so it's kind of tied in the
8  prepaid speed assumption, is the way I would
9  describe it.
10         The time decay is on the options
11 side, so an option will expire, it has a
12 period, if you don't exercise, you're giving
13 up value, the longer the option period,
14 that's the time decay component.  Sorry if I
15 wasn't clear on that.
16     Q.  So what you described as prepayment
17 speed assumption would be on a 30-year
18 mortgage, 13 years you used as an example,
19 right?
20     A.  Correct.
21     Q.  Now, for these observable inputs,
22 what current interest rate would be used?
23     A.  You would use a risk-free interest
24 rate, typically tied to an instrument similar
25 to it, so for a 30-year mortgage, you

Page 69

1      G. Simeone - Confidential
2  typically use a 30-year treasury.
3      Q.  For shorter mortgages?
4      A.  Ten year, seven year, if you got
5  down to an ARM with a one year, you might use
6  a LIBOR one-year rate, so something that is
7  comparable, very visible rate publicly
8  available.
9      Q.  And prepayment speed assumptions,
10 where would those observable inputs come
11 from?
12     A.  You are talking about a company
13 that services more mortgages than anyone, so
14 they see the prepayments.  They also obtain
15 other services, all contribute data to
16 pricing vendors that gather the data from a
17 number of the services, so Countrywide, at
18 the time, was a huge servicer, a couple of
19 other big banks would provide data and
20 publicly -- Bloomberg published on the
21 standard mortgages what was the average
22 prepayment speed assumption, so you would be
23 able to get that data pretty readily from
24 historical information available in the
25 market, as well as from their own servicing

