# Exhibit 90

Page 1

CONFIDENTIAL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      |
IN RE BEAR STEARNS COMPANIES, INC.    |
SECURITIES DERIVATIVE, AND ERISA      |
LITIGATION                            | Master File No.
                                      | 08 M.D.L. 1963 (RWS)
                                      |
                                      | ECF Case
BRUCE S. SHERMAN,                     |
                                      | Index No.
               Plaintiff,             | 09 Civ. 8161 (RWS)
                                      |
      v.                              |
                                      |
BEAR STEARNS COMPANIES INC., JAMES    |
CAYNE, WARREN SPECTOR and DELOITTE    |
& TOUCHE LLP,                         |
                                      |
               Defendants.            |
                                      |
- - - - - - - - - - - - - - - - - - -x

CONFIDENTIAL

     Videotaped deposition of PAUL FRIEDMAN, taken pursuant to Notice, was held at the Law Offices of BOIES SCHILLER & FLEXNER, LLP, 575 Lexington Avenue, New York, New York, commencing December 5, 2014, 9:41 a.m., on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

                         - - -

                  MAGNA LEGAL SERVICES
               1200 Avenue of the Americas
                New York, New York 10026
                     (866) 624-6221



| | |
|---|---|
| Page 174 | Page 176 |
| 1    P. Friedman - CONFIDENTIAL<br>2    Q   In describing your years at Bear, did you<br>3    ever make this statement: "It was a classic case<br>4    of mismanagement from the top"?<br>5    A   I believe I did make that statement.<br>6    Q   Okay. What were you referring to in that<br>7    instance?<br>8    A   At the time that I said it, again, this<br>9    was after Bear had failed and before the events of<br>10   the summer of 2008, when a number of other firms<br>11   failed, I felt it was Bear Stearns' fault in some<br>12   way, shape, or form, for allowing the events in<br>13   the marketplace to put us out of business.<br>14       But I changed that view subsequently, when<br>15   I watched Lehman go out of business, when I watched<br>16   Merrill and Morgan Stanley virtually go out of<br>17   business, when I watched Fannie and Freddie and AIG<br>18   go out of business, and firms that were much larger<br>19   and much stronger and much more financially sound,<br>20   with multiples of the capital, either go out of<br>21   business or nearly go out of business.<br>22       I ended up with a different view of -- of<br>23   blame. But at the time, I felt that it was our<br>24   fault.<br>25   Q   Okay. And is it fair to say that now you | 1    P. Friedman - CONFIDENTIAL<br>2    Q   Thank you very much.<br>3        Did you ever have any discussions with<br>4    anyone about how Bear's trading desk was used to<br>5    keep track of what Cioffi was doing in the funds?<br>6    A   I don't think I used the phrase "keep<br>7    track of."<br>8    Q   What phrase did you use? I apologize.<br>9    A   I think I had a conversation with Cohan<br>10   about how there was an advantage in having smart<br>11   mortgage people like existed on the Bear Stearns<br>12   mortgage desk talking to and dealing with Ralph<br>13   Cioffi.<br>14   Q   And in part, that gave -- gave Bear the<br>15   opportunity to see and know what he was doing,<br>16   correct?<br>17   A   No. It gave an opportunity to see a<br>18   relatively small portion of what he was doing, but<br>19   to have a sense of what he was doing.<br>20   Q   Okay. And do you recall telling Cohan<br>21   that the folks on the trading desk, the people<br>22   that were trading with the funds, and as a result,<br>23   got a view as to what they were doing, at least as<br>24   to those trades, this gave them an opportunity to<br>25   keep Warren advised? |
| Page 175 | Page 177 |
| 1    P. Friedman - CONFIDENTIAL<br>2    think Bear was well managed, correct?<br>3    A   Reasonably.<br>4    Q   And that there's nothing that Bear could<br>5    have done to alleviate the liquidity or mismatch<br>6    issues that caused it to go out of business,<br>7    correct?<br>8        MR. HERMAN: Objection.<br>9        MR. HURWITZ: Objection to the form.<br>10   Q   Go ahead.<br>11   A   I don't believe that anything we could<br>12   have done short of selling the firm would have<br>13   made a difference, given the events of the summer<br>14   and fall of 2008.<br>15   Q   Was there something that -- that made<br>16   selling the firm a non-option, in your view?<br>17   A   I'm not sure what that means.<br>18   Q   Was there something that prevented Bear<br>19   from selling the firm prior to failing?<br>20   A   I don't know. I wasn't -- I don't know.<br>21   It wasn't my job to explore it, so I don't know.<br>22   Q   Do you know if anyone did explore it?<br>23   A   I don't know.<br>24   Q   Can I -- can look for a second?<br>25   A   (Handing.) | 1    P. Friedman - CONFIDENTIAL<br>2    A   Again, in a broad sense, it created a<br>3    dialogue with Ralph which created a certain level<br>4    of knowledge of some of what he was doing.<br>5    Q   Okay. And you also -- correct me if I'm<br>6    wrong -- made the statement that when the trading<br>7    was put on a moratorium because of the inability<br>8    of the Cioffi funds to comply with regulatory<br>9    requirements involving principal trading letters,<br>10   that for a period of time, that -- that<br>11   observation capability was lost, correct?<br>12   A   Again, that's a long question. So, yes,<br>13   when the moratorium was placed on the trading<br>14   desks, activities with the BSAM funds, they did<br>15   not have -- they went from having a small amount<br>16   of insight into the funds into having essentially<br>17   no insight.<br>18   Q   And then the insight came back when the<br>19   moratorium was lis -- lifted in 2007, correct?<br>20   A   I don't remember it being lifted.<br>21   Q   Do you know whether it was or wasn't?<br>22   A   I don't know.<br>23   Q   Let me -- let me discuss another statement<br>24   that you've made. And this is in the context of<br>25   the billion-6 repo, okay? |